## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

DATE: __August 6, 2003__          TO:   Intake Clerk

                                  FROM: Rita Warner 203-773-2140

**FILED**
Oct 14  3 41 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:**        Security Insurance Co of Hartford vs Trustmark Insurance Co

**DOCKET NO.:**        3:01 cv 2198 PCD

**NOTICE OF APPEAL:**  filed: __August 6, 2003__

**APPEAL FROM:**       final judgment: __

                      interlocutory: __

                      other: __Ruling on Plaintiff's Motion to Stay Arbitration__

**DOCKET SHEET:**      Attorney, updated address & phone number for each party __Y__

                      All parties are listed on Docket Sheet
                      (Including Third Parties) __Y__

                      All docket entries and dates are included __Y__

**FEE STATUS:**        Paid __✓__        Due _____        N/A _____

                      IFP revoked _____        Application Attached _____

                      IFP pending before district judge __No__

**COUNSEL:**           CJA _____        Retained __X__        Pro Se _____

**TIME STATUS:**       Timely __✓__      Out of Time _____

**MOTION FOR
EXTENSION OF TIME:**   Granted _____        Denied _____

**COA:**               Granted _____        Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _/s/ Hans_                         DATE: __AUG 11 2003__
        DEPUTY CLERK, USCA