IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>              Plaintiff,<br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br>               Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>           Third-Party Plaintiff,<br>v.<br><br>TIG INSURANCE COMPANY,<br><br>          Third-Party Defendant. | CIVIL ACTION NO.<br><br>3:01 CV 2198 (PCD)<br><br><br><br><br><br><br>January 6, 2004 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

  Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for third party defendant, TIG Insurance Company, as she has separated from the law firm of Hurwitz & Sagarin, LLC. J. Daniel Sagarin and David A. Slossberg, continue to represent the third party defendant and no hardship will be caused by this withdrawal.

          THIRD PARTY DEFENDANT,

       By: _____
         J. Daniel Sagarin, CT 04289
         David A. Slossberg, CT 13116
         Hurwitz & Sagarin, LLC
         147 N. Broad Street
         Milford, CT  06560
         Telephone:  203-877-8000
         Facsimile:  203-878-9800

              -and-

            Lawrence I. Brandes, CT 23789
            Harry P. Cohen, CT 20446
            Cadwalader, Wickersham & Taft
            100 Maiden Lane
            New York, NY 10038
            Telephone: 212-504-6000
            Facsimile: 212-504-6666

## **CERTIFICATE OF SERVICE**

This is to certify that on January 6, 2004, a true and correct copy of the foregoing was mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq. | Mark B. Holton, Esq. | David J. Grais, Esq. |
| Marion B. Manzo, Esq. | James L. Hallowell, Esq. | Erick M. Sandler, Esq. |
| Robinson & Cole LLP | Kathryn E. Nealon, Esq. | Robert J. Morrow, Esq. |
| 280 Trumbull Street | Gibson, Dunn & Crutcher LLP | Kathryn C. Ellsworth, Esq. |
| Hartford, CT 06103-3597 | 200 Park Avenue, 47th Floor | Dewey Ballantine LLP |
| | New York, NY 10166-0193 | 1301 Ave of the Americas |
| Attorneys for Plaintiff | | New York, NY 10019-6092 |
| | Attorneys for Plaintiff | |
| | | Attorneys for Plaintiff |
| | David M. Spector, Esq. | Margaret E. Haering, Esq. |
| Jeffrey Hellman, Esq. | Everett J. Cygal, Esq. | 61 Center Street |
| Zeisler & Zeisler, PC | Ronald S. Safer, Esq. | Westport, CT 06880 |
| 558 Clinton Avenue | Schiff Hardin & Waite | |
| PO Box 386 | 6600 Sears Tower | |
| Bridgeport, CT 06605 | Chicago, IL 60606-6473 | |
| | | |
| Attorneys for Defendant, Third Party Plaintiff | Attorneys for Defendant, Third Party Plaintiff | |

                          _____
                          David A. Slossberg