## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD | : | |
| | : | |
| VS. | : | CASE NO. 3:01CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY | : | |
| _____ | : | |
| TRUSTMARK INSURANCE COMPANY | : | |
| VS. | : | |
| TIG INSURANCE COMPANY | : | |

## ENDORSEMENT ORDER

The Motion for Withdrawal of Appearance, document no. 311, is GRANTED. It is noted, however, that Attorney Sagarin has not filed an appearance in this matter.

SO ORDERED. Dated at New Haven, Connecticut, this 15th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court