UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF     :
HARTFORD,                          :
                                   :
        Plaintiff,                 :
                                   :   CIVIL NO. 301CV2198(PCD)
    v.                             :
                                   :
TRUSTMARK INSURANCE COMPANY,       :
                                   :   MAY 25, 2004
        Defendant.                 :
                                   :
------------------------------------x
TRUSTMARK INSURANCE COMPANY,       :
                                   :
        Third Party Plaintiff,     :
                                   :
    v.                             :
                                   :
TIG INSURANCE COMPANY,             :
                                   :
        Third Party Defendant.     :
                                   :
------------------------------------x

**MOTION FOR LEAVE TO FILE PLAINTIFF'S SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S THIRD CLAIM FOR RELIEF**

Security Insurance Company of Hartford hereby files this Motion for Leave to File Plaintiff's Surreply Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment on Plaintiff's Third Claim for Relief. In support hereof, the plaintiff avers as follows:

1. Trustmark served upon Security a motion for partial summary judgment. Pursuant to Judge Dorsey's Supplemental Order on motion filing procedures, Security served its opposition memorandum to Trustmark. Trustmark thereafter filed its motion, Security's opposition memorandum, and its Reply Memorandum with this court on August 4, 2003.

2.  After Security reviewed Trustmark's reply memorandum in support of its motion for partial summary judgment, Security commenced drafting a surreply memorandum because Trustmark raised new issues in its Reply Memorandum which were never raised in its motion for partial summary judgment.

3.  Before the deadline passed for submission of the surreply memorandum, the Second Circuit Court of Appeals ordered a stay in this matter on August 6, 2003 pending an appeal filed by TIG. Because of the stay, Security did not submit any supplemental memoranda regarding the motion for partial summary judgment.

4.  On May 20, 2004, the Second Circuit Court of appeals vacated the stay previously entered for this matter.

5.  Security now seeks to submit a supplemental memorandum because in its Reply Memorandum, Trustmark argues for the first time that (1) collateral estoppel bars Security's CUTPA/CUIPA claims and (2) Security cannot rely on Trustmark's conduct towards CNA Re, the Lloyd's Consortium, or John Hancock to establish Trustmark's violations of CUTPA/CUIPA because those victims of its misconduct are outside Connecticut.

7.  This motion to file a surreply memorandum is not subject to Judge Dorsey's supplemental order regarding filing motions because it is a motion to a file supplemental memorandum. See Supplemental Order 1(h).

8.  The surreply memorandum is attached hereto.

WHEREFORE, Security respectfully requests that this court grant Security leave to file its surreply memorandum in opposition to Trustmark's motion for partial summary judgment.

PLAINTIFF
SECURITY INSURANCE COMPANY OF
HARTFORD


*/s/ Marion Manzo*
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-8200
Fax (860) 275-8299
fcoulom@rc.com
mmanzo@rc.com

David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
Erick M. Sandler (ct 25029)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Tel. (212) 259-8000
Fax (212) 259-6333

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel. (212) 351-4000
Fax (212) 351-4035

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via fax and first-class mail, postage prepaid, to the following on this 25th day of May, 2004:

| | |
|---|---|
| Everett J. Cygal, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606 | Jeffrey Hellman, Esq.<br>Zeisler & Zeisler, P.C.<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport CT 06605 |
| David A. Slossberg, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06560 | Harry P. Cohen, Esq.<br>Cadwalader, Wickersham & Taft<br>100 Maiden Lane<br>New York, New York 10038 |

Marion B. Manzo