UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -7  P 4: 18

U. DISTRICT C...
NEW HAVEN, C...

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third-Party Defendant. | JUNE 7, 2004 |

**MOTION BY TIG INSURANCE COMPANY FOR AN EXPEDITED
BRIEFING SCHEDULE FOR ITS MOTION TO STAY THIS
ACTION PENDING THE DECISION OF THE SUPREME COURT
ON TIG'S PETITION FOR A WRIT OF *CERTIORARI***

Third Party Defendant TIG Insurance Company ("TIG") respectfully submits this Motion for an Expedited Briefing Schedule for Its Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*. There is good cause for expedited consideration of this matter since TIG would suffer irreparable harm if this Court does not stay this litigation pending the Supreme Court's determination of TIG's petition for a writ of *certiorari*.

NYLIB2 231247.1

WHEREFORE, TIG respectfully requests that the Court consider its Motion on an expedited basis for good cause shown.

        THIRD PARTY DEFENDANT

By: *David Slossberg* (signature)
David Slossberg CT 113116
J. Daniel Sagarin CT 04289
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666

Attorneys for Third-Party Defendant
TIG Insurance Company

NYLIB2 231247.1      -2-

## CERTIFICATE OF SERVICE

This is to certify that on June 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| Jeffrey Hellman, Esq.<br>Zeisler & Zeisler, PC<br>558 Clinton Avenue<br>PO Box 386<br>Bridgeport, CT 06605<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

/s/ David A. Slossberg
David A. Slossberg