UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD | : |
| VS. | :    CASE NO. 3:01CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY | : |
| TRUSTMARK INSURANCE COMPANY | : |
| VS. | : |
| TIG INSURANCE COMPANY | : |

## ENDORSEMENT ORDER

The Motion for Leave to File Plaintiff's Surreply Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment on Plaintiff's Third Claim for Relief, document no. 313, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 10th day of June. 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court