UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jun 14  11 59 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br>    Plaintiff, | :<br>:<br>: |
| -vs- | :    Civ. No. 3:01cv2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br>    Defendant. | :<br>: |
| TRUSTMARK INSURANCE COMPANY<br>    Third-Party Plaintiff, | :<br>: |
| -vs- | : |
| TIG INSURANCE COMPANY<br>    Third-Party Defendant. | :<br>: |

### ORDER REQUIRING EXPEDITED BRIEFING

TIG's Motion for Expedited Briefing [Doc. No. 314] is **granted**. Any opposition to TIG's Motion shall be served on TIG on or before June 21, 2004. TIG shall then file the entire bundle, pursuant to the Supplemental Order and including any reply brief, with the Court no later than June 24, 2004. Counsel shall also ensure that courtesy copies are delivered to chambers on or before June 24, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, June 10, 2004.

                                                        Peter C. Dorsey, U.S. District Judge
                                                               United States District Court