**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

nhct
01-cv-2198
Dorsey

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the day of May, two thousand and four.

Before:  Hon. James L. Oakes,
    Hon. Rosemary S. Pooler,
    Hon. Richard C. Wesley,
        *Circuit Judges*

*[FILED MAY 20 2004 — Roseann B. MacKechnie, Clerk, Second Circuit stamp]*

Docket No. 03-7773

---

SECURITY INS. CO. v. TRUSTMARK INS. CO.

---

*[FILED JUN 16 2 35 PM '04 — U.S. District Court, New Haven stamp]*

IT IS HEREBY ORDERED that the stay previously issued by this Court is VACATED.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

*[signature]*
Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

ISSUED AS MANDATE: 6/2/04