UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

      Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY,

      Defendant.

------------------------------------x
TRUSTMARK INSURANCE COMPANY,

      Third Party Plaintiff,

v.

TIG INSURANCE COMPANY,

      Third Party Defendant.

------------------------------------x

**CIVIL NO. 301CV2198(PCD)**

**JUNE 22, 2004**

## PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION

Plaintiff, Security Insurance Company of Hartford, respectfully submits this Motion for Expedited Consideration of Plaintiff's Motion To Compel Trustmark Insurance Company to Produce Documents and To Make Other Discovery. There is good cause for expedited consideration and briefing of plaintiff's motion. Security anticipates that, in view of the long pendency of this litigation (as a result, *inter alia*, of the order of the Second Circuit staying the action for nearly 10 months), the Court will set forth an expedited schedule for the completion of discovery as well as set an early trial date. Expedited consideration of Security's motion therefore is necessary to ensure that discovery is concluded timely.

WHEREFORE, the plaintiff respectfully requests that the Court consider plaintiff's Motion To Compel Trustmark Insurance Company to Produce Documents and To Make Other Discovery on an expedited basis for good cause shown.

Dated: New York, New York
      June 22, 2004

PLAINTIFF, SECURITY INSURANCE
COMPANY OF HARTFORD

By: _____
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000

David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000

Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that the foregoing was sent via facsimile and express mail, postage prepaid, on this 22nd day of June, 2004 to the following:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

Jeffrey Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box. 3186
Bridgeport, Connecticut 06605

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Mark B. Holton

3