# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | Civil Action No. |
| : | 3:01CV2198(PCD) |
| TRUSTMARK INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |
| : | |
| TRUSTMARK INSURANCE COMPANY, : | |
| : | |
| Third-Party Plaintiff, : | |
| : | |
| -against- : | June 23, 2004 |
| : | |
| TIG INSURANCE COMPANY, : | |
| : | |
| Third-Party Defendant : | |

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for Defendant and Third-Party Plaintiff, Trustmark Insurance Company.

| | |
|---|---|
|     June 23, 2004 | |
| Date | Signature    David R. Schaefer |
| | |
|     ct04334 |     Brenner, Saltzman & Wallman LLP |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
|     (203) 772-2600 |     271 Whitney Avenue |
| Telephone Number | Address |
| | |
|     (203) 562-2098 |     New Haven, CT 06511 |
| Fax Number | |
| | |
|     dschaefer@bswlaw.com | |
| Email Address | |

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 23rd day of June, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

David M. Spector, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Everett J. Cygal, Esq.
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Ill 60606-6473

**Counsel for Defendant and Third-Party Plaintiff Trustmark Insurance Company**

                                              David R. Schaefer, Esq. (ct04334)

857920.doc