UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br>　　　Plaintiff,<br><br>-vs-<br><br>TRUSTMARK INSURANCE COMPANY,<br>　　　Defendant.<br>------------------------------------------------<br>TRUSTMARK INSURANCE COMPANY<br>　　　Third-Party Plaintiff,<br><br>-vs-<br><br>TIG INSURANCE COMPANY<br>　　　Third-Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    Civ. No. 3:01cv2198 (PCD) |

## ORDER

Plaintiff Security Insurance Company of Hartford's Motion for Expedited Consideration [Doc. No. 319] is **denied**. Over the course of this litigation, parties to the case have filed motions for expedited review or briefing of various motions no fewer than ten times. See Doc. Nos. 89, 157, 184, 186, 203, 233, 250, 256, 314, and 319. This is not typical. The current Motion seeks expedited review of a Motion to Compel Production in light of the "long pendency of this litigation" and Plaintiff's anticipation that the Court will set an expedited schedule for the completion of discovery. While this case has indeed been pending for some time, it is based on events beyond this Court's control. The parties may believe that their case should be prioritized over other cases on the docket by virtue of this pendency, but as every case filed is entitled to equal attention, this is simply not possible. The parties may rest assured that in this case, as in

1

every case, efforts will be made to resolve the pending Motions in a timely fashion.

SO ORDERED.

Dated at New Haven, Connecticut, June 22, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court

2