# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

SECURITY INSURANCE COMPANY OF HARTFORD,

   Plaintiff,

 -against-

TRUSTMARK INSURANCE COMPANY,

   Defendant.

TRUSTMARK INSURANCE COMPANY,

   Third-Party Plaintiff,

 -against-

TIG INSURANCE COMPANY,

   Third-Party Defendant

Civil Action No.
3:01CV2198(PCD)

June 24, 2004

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for Defendant and Third-Party Plaintiff, Trustmark Insurance Company.

| | |
|---|---|
| June 24, 2004 | /s/ Rowena A. Moffett |
| Date | Signature   Rowena A. Moffett |
| Ct19811 | Brenner, Saltzman & Wallman LLP |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 772-2600 | 271 Whitney Avenue |
| Telephone Number | Address |
| (203) 772-4008 | New Haven, CT 06511 |
| Fax Number | |
| rmoffett@bswlaw.com | |
| Email Address | |

858965.DOC

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 24th day of June, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

858965.DOC

Jeffrey Hellman, Esq.
ZEISLER & ZEISLER, PC
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

David M. Spector, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Everett J. Cygal, Esq.
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Ill 60606-6473

**Counsel for Defendant and Third-Party Plaintiff Trustmark Insurance Company**

_____
Rowena A. Moffett, Esq. (ct19811)

858965.DOC