# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TRUSTMARK INSURANCE COMPANY,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>TRUSTMARK INSURANCE COMPANY,  )<br>)<br>Third Party Plaintiff,  )<br>)<br>v.  )<br>)<br>TIG INSURANCE COMPANY,  )<br>)<br>Third Party Defendant.  )<br>_____) | Civil No. 301 CV 2198 (PCD)<br><br><br><br>June 28, 2004 |

### TRUSTMARK'S MOTION FOR LEAVE TO FILE INSTANTER
### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
### ITS MOTION FOR SUMMARY JUDGMENT
### IN LIGHT OF FACTUAL DEVELOPMENTS DURING STAY

Defendant Trustmark Insurance Company ("Trustmark") respectfully moves for leave to file instanter its Supplemental Memorandum In Support of its Pending Motion for Summary Judgment on Security's CUTPA/CUIPA claims.  (The Supplemental Memorandum and its attached Declaration of Michael Hawksworth are filed concurrently, but under seal.)  In support of its motion, Trustmark states as follows:

        1.      During the period that this matter was stayed, an arbitration panel found in Trustmark's favor in John Hancock v. Trustmark, a matter to which Security had pointed as

alleged evidence that Trustmark had a general business practice of wrongfully denying claims. The arbitration award confirms that Security's allegations are unfounded, and that Trustmark was entitled to refuse to pay the claims at issue.

2. The dispute between John Hancock and Trustmark was tried before an arbitration panel, resulting in an award against John Hancock and in Trustmark's favor on March 25, 2004. The arbitration panel denied John Hancock's claim and in fact awarded damages to Trustmark in the amount of $366,330. The District Court for the Northern District of Illinois granted Trustmark's petition to confirm that arbitration award on June 17, 2004. John Hancock Life Ins. Co. v. Trustmark Ins. Co., No. 04 C 2649 (N.D. Ill. June 17, 2004) (Zagel, J.).

3. The John Hancock ruling means that the fourth dispute Security invoked as grounds for its claim has been adjudicated or resolved in Trustmark's favor. Trustmark has already advised the Court of Trustmark's arbitration victory in the FCIC matter and the extremely favorable settlements in the CNA and Lloyd's disputes.

4. Accordingly, the sole remaining claim is therefore Security's accusation that Trustmark's pending fraud and misrepresentation claims against TIG somehow evidence a general Trustmark business practice of wrongful denial of claims. As courts have held, "claims of unfair settlement practices under CUIPA require a showing of more than a single act of insurance misconduct." Mead v. Burns, 199 Conn. 651, 659, 509 A.2d 11, 16 (1986); see also Aguilar v. United States, 825 F. Supp. 456, 458 (D. Conn. 1993); United Technologies Corp. v. American Home Assurance Co, 989 F. Supp 128, 155 (D. Conn 1997).

**WHEREFORE**, Trustmark respectfully requests that this Court grant it leave to file instanter the attached Supplemental Memorandum in Support of Trustmark's Motion for Summary Judgment on CUTPA/CUIPA claims.

Respectfully submitted,

*s/David R. Schaefer*
David M. Spector (ct21679)
Paula J. Morency (ct24740)
Everett J. Cygal (ct22765)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile:  (312) 258-5600

David R. Schaefer (ct04334)
BRENNER, SALTZMAN &
 WALLMAN LLP
271 Whitney Avenue
New Haven, Connecticut 06511
Telephone: (203)772-2600
Facsimile: (203)562-2098
E-Mail:  dschaefer@bswlaw.com

Attorneys for Trustmark Insurance Company

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 28th day of June, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**



David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

-5-

Jeffrey Hellman, Esq.
ZEISLER & ZEISLER, PC
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

David M. Spector, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Everett J. Cygal, Esq.
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, IL  60606-6473

**Counsel for Defendant and Third-Party Plaintiff Trustmark Insurance Company**


                                          *s/David R. Schaefer*
                                          David R. Schaefer, Esq. (ct04334)

859808.doc