UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 301CV2198(PCD) |
| v. | ) ) | |
| TRUSTMARK INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) ) | |
| TRUSTMARK INSURANCE COMPANY, | ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | June 28, 2004 |
| TIG INSURANCE COMPANY, | ) ) | |
| Third Party Defendant. | ) ) | |

**TRUSTMARK'S MOTION TO SEAL**

Defendant, Trustmark Insurance Company ("Trustmark") respectfully moves pursuant to Local Rule 7(f) and the Court's Order of May 9, 2002, to seal the Documents referenced in this Motion. The Documents are Trustmark's Supplemental Memorandum in Support of its Pending Motion for Summary Judgment on Security's CUTPA/CUIPA Claim in Light of Factual Developments During Stay, along with the Confidential Declaration of Michael J. Hawskworth, attached to the Memorandum as Exhibit 1.

Defendant Trustmark marked certain documents "Confidential" pursuant to Paragraph II A of the Stipulated Protective Order and Agreement Regarding Confidential Information ("Stipulated Protective Order") entered into by the parties and Ordered by the Court on May 9, 2002. A

discussion of this Confidentially marked document is contained within and attached to Trustmark's Supplemental Memorandum in Support of its Pending Motion for Summary Judgment on Security's CUTPA/CUIPA Claim in Light of Factual Developments During Stay. Pursuant to the Stipulated Protective Order, the parties agreed that motions or other papers filed with the Court disclosing any documents marked as Confidential material shall be filed under seal.

      Pursuant to the Protective Order, Trustmark requests that the Documents be filed under seal.

Respectfully submitted,

*s/David R. Schaefer*
David M. Spector (ct21679)
Paula J. Morency (ct24740)
Everett J. Cygal (ct22765(
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile:  (312) 258-5600

David R. Schaefer (ct 04334)
BRENNER, SALTZMAN &
 WALLMAN LLP
271 Whitney Ave.
New Haven, Connecticut 06511
Telephone: (203)772-2600
Facsimile: (203)562-2098
E-Mail:  dschaefer@bswlaw.com

Attorneys for Trustmark Insurance Company

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 28th day of June, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**


David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

Jeffrey Hellman, Esq.
ZEISLER & ZEISLER, PC
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

David M. Spector, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Everett J. Cygal, Esq.
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Ill  60606-6473

**Counsel for Defendant and Third-Party Plaintiff Trustmark Insurance Company**

                                           *s/David R. Schaefer*
                                           David R. Schaefer, Esq. (ct04334 )

859835.doc