FILED
JUN 28  3 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY ) <br> OF HARTFORD ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRUSTMARK INSURANCE COMPANY ) <br> ) <br> Defendant. ) | Civil Action No. <br> 301CV2198(PCD) <br><br><br><br> June 25, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves this Court to withdraw his appearance in the above captioned matter on behalf of Defendant, Trustmark Insurance Company. David R. Schaefer, Esquire, of the firm of Brenner, Saltzman & Wallman, LLP has appeared as counsel for Trustmark Insurance Company and will continue to represent the Defendant. In addition, several different counsel from the firm of Schiff Hardin & Waite have been admitted pro hac vice for the purposes of representing Trustmark Insurance Company in the above captioned action.

The undersigned hereby certifies that he has given the Defendant notice of this motion by certified mail.

JEFFREY M. SKLARZ

_____
(ct20958)
Zeisler & Zeisler P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

2

DOCS1:373730v.1

**ZEISLER & ZEISLER, P.C.** • *ATTORNEYS AT LAW*
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

**CERTIFICATE OF SERVICE**

I, Jeffrey Hellman, do certify that a true and correct copy of the foregoing Motion to Withdraw Appearance was sent by Certified Mail, Return Receipt Requested, on June 25, 2004 addressed to:

7180.001
David R. Schaefer, Esq.
Brenner Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507-1746

7180.001
Amy M. Rubenstien;
David Spector, Esq.;
William E. Meyer, Esq.;
Dennis LaGory, Esq.;
Paula J. Morency
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-5600;

7180.001
Everett J. Cygal, Esq.;
Sharon A. Doherty;
Ronald S. Safer, Esq.;
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-5600;

7180.001
Ray Lester
Associate General Counsel
Trustmark Insurance Company
400 Field Drive
Lake Forest, IL 60045

and via U.S. Mail, postage prepaid to the following:

7180.001
Frank F. Coulom, Jr., Esq.
Marion Manzo
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

7180.001
Mark B. Holton, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

7180.001
David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

7180.001
Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

7180.001
Robert J. Morrow, Esq.;
David J. Grais, Esq.
Erick M. Sandler, Esq.
Michael G. Dolan, Esq.
Dewey Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092

Jeffrey Hellman

Motion to withdraw

4

DOCS1:373730v.1