UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | JUNE 24, 2004 |

## NOTICE OF FILING

Please take notice that, in accordance with Judge Dorsey's Supplemental Order, Third Party Defendant, TIG Insurance Company ("TIG") has filed the following documents:

1. Motion to Stay this Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari;*

2. Memorandum of Law in Support of Third Party Defendant TIG Insurance Company's Motion to Stay this Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*;

3. Declaration of Brian J. O'Sullivan in Support of Third Party Defendant TIG Insurance Company's Memorandum of Law in Support of Its Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*:

4. Security Insurance Company of Hartford's Memorandum of Law in Opposition to TIG Insurance Company's Motion to Stay This Action;

NYLIB2 230901.3

5. Reply Memorandum of Law in Support of Third Party Defendant TIG Insurance Company's Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari;*

6. Reply Declaration of Brian J. O'Sullivan in Support of Third Party Defendant TIG Insurance Company's Memorandum of Law in Further Support of Its Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari;* and

7. Notice of Manual Filing of Exhibits.

                THIRD PARTY DEFENDANT

                By:_____
                J. Daniel Sagarin CT 04289
                David Slossberg CT 113116
                Hurwitz, Sagarin & Slossberg, LLC
                147 North Broad Street
                Milford, Connecticut 06460-0112
                Tel.: (203) 877-8000
                Fax: (203) 878-9800

                -and-

                Lawrence I. Brandes, CT 23789
                Harry P. Cohen, CT 20446
                Cadwalader, Wickersham & Taft
                100 Maiden Lane
                New York, NY  10038
                Telephone:  212-504-6000
                Facsimile:  212-504-6666

                Attorneys for Third-Party Defendant
                TIG Insurance Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was sent by mail, postage prepaid, this 24th day of June, 2004, to counsel of record for plaintiff Security Insurance Company of Hartford and defendant/third-party plaintiff Trustmark Insurance Company, addressed to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| Jeffrey Hellman, Esq.<br>Zeisler & Zeisler, PC<br>558 Clinton Avenue<br>PO Box 386<br>Bridgeport, CT  06605<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg

-2-

Clerk's Office
USDC – New Haven
141 Church Street
New Haven, CT  06510

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Telephone:  212-504-6000
Facsimile:  212-504-6666

-2-