UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No.: 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | JUNE 7, 2004 |

**MOTION TO STAY THIS ACTION PENDING THE DECISION OF THE
SUPREME COURT ON TIG'S PETITION FOR A WRIT OF *CERTIORARI***

Third Party Defendant TIG Insurance Company ("TIG"), through its counsel, hereby moves for an order staying this action pending the Supreme Court's decision on TIG's petition for a writ of *certiorari* seeking review of the Second Circuit's March 2, 2004 decision affirming the District Court's August 5, 2003 decision (the "Ruling") staying the arbitration between TIG and Security Insurance Company of Hartford ("Security").  As set forth more fully in the accompanying memorandum of law, TIG respectfully submits that the Court should stay the litigation pending the Supreme Court's decision on TIG's petition for a writ of *certiorari* because: (a) there are compelling reasons why the Supreme Court should hear this case, including the fact that the Second Circuit's decision is in conflict with decisions of several other

courts of appeal; (b) TIG would suffer irreparable harm if the District Court does not stay this litigation pending the Supreme Court's decision on TIG's petition for a writ of *certiorari*; and (c) the balancing of the equities and judicial economy weigh heavily in favor of granting the stay.

WHEREFORE, TIG respectfully requests that the court grant its motion for a stay pending decision on TIG's petition for a writ of *certiorari*.

                                              THIRD PARTY DEFENDANT

                                              By:_____
                                              J. Daniel Sagarin CT 04289
                                              David Slossberg CT 113116
                                              Hurwitz, Sagarin & Slossberg, LLC
                                              147 North Broad Street
                                              Milford, Connecticut 06460-0112
                                              Tel.: (203) 877-8000
                                              Fax: (203) 878-9800

                                              -and-

                                              Lawrence I. Brandes, CT 23789
                                              Harry P. Cohen, CT 20446
                                              Cadwalader, Wickersham & Taft
                                              100 Maiden Lane
                                              New York, NY  10038
                                              Telephone:  212-504-6000
                                              Facsimile:  212-504-6666

                                              Attorneys for Third-Party Defendant
                                              TIG Insurance Company

-3-

## **CERTIFICATE OF SERVICE**

      This is to certify that on June 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| Jeffrey Hellman, Esq.<br>Zeisler & Zeisler, PC<br>558 Clinton Avenue<br>PO Box 386<br>Bridgeport, CT  06605<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

 

                              _____
                              David A. Slossberg

NYLIB2 230901.3

-4-

Clerk's Office
USDC – New Haven
141 Church Street
New Haven, CT  06510

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Telephone:  212-504-6000
Facsimile:  212-504-6666

NYLIB2 230901.3