UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | CIVIL NO. 3:01-CV-02198 (PCD)<br><br><br><br><br><br><br><br><br><br>June 7, 2004 |

**DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF THIRD PARTY DEFENDANT TIG INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STAY THIS ACTION PENDING THE DECISION OF THE SUPREME COURT ON TIG'S PETITION FOR A WRIT OF *CERTIORARI***

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader Wickersham & Taft LLP ("CWT"), counsel to third-party defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's motion to stay this action pending the decision of the Supreme Court on TIG's petition for a writ of *certiorari*.

NYLIB2      231116.2

2.	Annexed as Exhibit A hereto is a true and correct copy of the Workers Compensation Underlying First, Second and Third Excess of Loss Reinsurance Agreement, effective January 1, 1999.

3.	Annexed as Exhibit B hereto is a true and correct copy of a letter dated November 2, 2001 from David Spector, Esq., counsel for Trustmark Insurance Company ("Trustmark") to David Grais, Esq., counsel for Security Insurance Company of Hartford ("Security").

4.	Annexed as Exhibit C hereto is a true and correct copy of a letter dated November 15, 2001 from David Grais, Esq., counsel for Security, to David Spector, Esq., counsel for Trustmark.

5.	Annexed as Exhibit D hereto is a true and correct copy of a letter dated November 26, 2001 from David Spector, Esq., counsel for Trustmark, to David Grais, Esq., counsel for Security.

6.	Annexed as Exhibit E hereto is a true and correct copy of a letter dated April 29, 2002 from Peter Lovell, Esq., counsel for Security, to Ken Perez, Esq., counsel for TIG.

7.	Annexed as Exhibit F hereto is a true and correct copy of a letter dated June 27, 2002 from Harry P. Cohen, Esq., counsel for TIG, to David Grais, Esq., counsel for Security.

8.	Annexed as Exhibit G hereto is a true and correct copy of Security's Memorandum of Law in Opposition to TIG's Motion to Stay Pending Outcome of the Arbitration Proceedings.

9. Annexed as Exhibit H hereto is a true and correct copy of the Court's order issued on August 16, 2002 denying TIG's Motion to Stay Pending Outcome of the Arbitration Proceedings.

10. Annexed as Exhibit I hereto is a true and correct copy of the transcript of the November 25, 2002 organizational meeting in the arbitration between TIG and Security (the "Arbitration").

11. Annexed as Exhibit J is a true and correct copy of the order issued on May 26, 2003 by the panel in the Arbitration proceedings.

12. Annexed as Exhibit K is a true and correct copy of an August 8, 2003 Order issued by the Honorable Richard C. Wesley, Circuit Judge, staying this action pending the Second Circuit's decision on TIG's appeal.

13. Annexed as Exhibit L is a true and correct copy of a May 20, 2004 order of the Second Circuit denying TIG's petition for rehearing and rehearing *en banc* and vacating the stay of this action.

-4-

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 7, 2004.

By: _____
          Brian J. O'Sullivan

## CERTIFICATE OF SERVICE

This is to certify that on June 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| Jeffrey Hellman, Esq.<br>Zeisler & Zeisler, PC<br>558 Clinton Avenue<br>PO Box 386<br>Bridgeport, CT 06605<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg