UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | JUNE 24, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Third Party Defendant has manually filed the following documents:

1. Exhibits A, B, C, D, E, F, G, H, I, J, K and L to the Declaration of Brian J. O'Sullivan in Support of Third Party Defendant TIG Insurance Company's Memorandum of Law in Support of Its Motion to Stay this Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*; and

2. Exhibit M and N to the Reply Declaration of Brian J. O'Sullivan in Support of Third Party Defendant TIG Insurance Company's Memorandum of Law in Further Support of Its Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*.

These documents have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

These documents have been manually served on all parties.

NYLIB2 230901.3

THIRD PARTY DEFENDANT

By:_____
J. Daniel Sagarin CT 04289
David Slossberg CT 113116
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666


Attorneys for Third-Party Defendant
TIG Insurance Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via facsimile and federal express on this 24th day of June, 2004, to counsel of record for plaintiff Security Insurance Company of Hartford and defendant/third-party plaintiff Trustmark Insurance Company, addressed to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq. | Mark B. Holton, Esq. | David J. Grais, Esq. |
| Marion B. Manzo, Esq. | James L. Hallowell, Esq. | Erick M. Sandler, Esq. |
| Robinson & Cole LLP | Kathryn E. Nealon, Esq. | Robert J. Morrow, Esq. |
| 280 Trumbull Street | Gibson, Dunn & Crutcher LLP | Kathryn C. Ellsworth, Esq. |
| Hartford, CT 06103-3597 | 200 Park Avenue, 47th Floor | Dewey Ballantine LLP |
| | New York, NY 10166-0193 | 1301 Ave of the Americas |
| Attorneys for Plaintiff | | New York, NY 10019-6092 |
| | Attorneys for Plaintiff | |
| | | Attorneys for Plaintiff |
| | David M. Spector, Esq. | |
| Jeffrey Hellman, Esq. | Everett J. Cygal, Esq. | |
| Zeisler & Zeisler, PC | Ronald S. Safer, Esq. | |
| 558 Clinton Avenue | Schiff Hardin & Waite | |
| PO Box 386 | 6600 Sears Tower | |
| Bridgeport, CT 06605 | Chicago, IL 60606-6473 | |
| | | |
| Attorneys for Defendant, | Attorneys for Defendant, | |
| Third Party Plaintiff | Third Party Plaintiff | |

_____
David A. Slossberg

NYLIB2 230901.3

-2-

Clerk's Office
USDC – New Haven
141 Church Street
New Haven, CT  06510

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Telephone:  212-504-6000
Facsimile:  212-504-6666

NYLIB2 230901.3