UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
SECURITY INSURANCE COMPANY OF : 
HARTFORD, :
 :
     Plaintiff, : CIVIL NO. 301CV2198(PCD)
 :
  v. :
 :
TRUSTMARK INSURANCE COMPANY, :
 :
     Defendant. :
 : July 1, 2004
------------------------------------------------------------ x
TRUSTMARK INSURANCE COMPANY, :
 :
     Third-Party Plaintiffs, :
 :
  v. :
 :
TIG INSURANCE COMPANY, :
 :
     Third-Party Defendant. :
 :
------------------------------------------------------------ x

**SECURITY'S REPLY TO TRUSTMARK'S MOTION
FOR LEAVE TO FILE INSTANTER SUPPLEMENTAL MEMORANDUM
IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Trustmark's characterization of the award in the *John Hancock Life Insurance Co. v. Trustmark Insurance Co.* arbitration as a "victory" is at odds with the facts. In that arbitration, as in the arbitration between Trustmark and Fire & Casualty Insurance Company that Security described in its memorandum of law opposing Trustmark's motion for summary judgment on Security's CUTPA/CUIPA claims, the central issue was Trustmark's attempt to avoid its obligations under reinsurance contracts with its cedent by rescinding the contracts without a bona fide reason. And, as in the FCIC arbitration, the panel rejected Trustmark's attempt to rescind, and found the

contracts to be valid and binding. *See* Final Award, Ex. A to the Declaration of Michael Hawksworth, ¶ 1. Trustmark has not yet produced to Security the hearing transcripts, exhibits and other relevant documents relating to the Hancock arbitration that took place while this action was stayed. Security anticipates that those documents will further support the conclusion that Trustmark's conduct that gave rise to the Hancock arbitration is yet another example of Trustmark's unfair business practice of refusing to pay claims under, and then attempting to rescind, reinsurance agreements with cedents.

Therefore, Security does not oppose Trustmark's motion for leave to file a supplemental memorandum of law in further support of its motion for summary judgment on Security's CUTPA/CUIPA claims, but notes that it would have been more appropriate for Trustmark to produce the balance of the Hancock arbitration documents promptly after the stay in this case was lifted and before it filed its motion. Security has requested the immediate production of those documents from Trustmark, and anticipates that if the Court grants Trustmark's motion, Security will seek leave of Court to submit a brief response.

Dated: July 1, 2004

                                           SECURITY INSURANCE COMPANY
                                           OF HARTFORD

                                           By: _____
                                           Frank F. Coulom, Jr. (ct 05230)
                                           Marion B. Manzo (ct 22068)

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel.:  (860) 275-8200
Fax:  (860) 275-8299
Email: fcoulom@rc.com
        mmanzo@rc.com

DEWEY BALLANTINE LLP
David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
Erick M. Sandler (ct 25029)
1301 Avenue of the Americas
New York, New York 10019
Tel:  (212) 259-8000
Fax: (212) 259-6333

GIBSON, DUNN & CRUTCHER LLP
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax: (212) 351-4035

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2004, a true and correct copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to:

Lawrence J. Brandes, Esq.
Harry P. Cohen, Esq.
Caldwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronal S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

J. Daniel Sagarin, Esq.
David Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460-0112

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Attorneys for TIG Insurance Co.

Attorneys for Trustmark Insurance Co.

_____
Marion B. Manzo