UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF  :
HARTFORD,                       :
                                :  **CIVIL NO. 301CV2198(PCD)**
      Plaintiff,               :
                                :
  v.                             :  **JUNE 22, 2004**
                                :
TRUSTMARK INSURANCE COMPANY,    :
                                :
      Defendant.               :
                                :
------------------------------------x
TRUSTMARK INSURANCE COMPANY,    :
                                :
      Third Party Plaintiff,   :
                                :
  v.                             :
                                :
TIG INSURANCE COMPANY,          :
                                :
      Third Party Defendant.   :
                                :
------------------------------------x

### SECURITY INSURANCE COMPANY OF HARTFORD'S
### MOTION TO COMPEL TRUSTMARK INSURANCE COMPANY
### TO PRODUCE DOCUMENTS AND TO MAKE OTHER DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37(a), plaintiff Security Insurance Company of Hartford moves for an order compelling defendant Trustmark Insurance Company to produce documents and make other discovery. Specifically, Security seeks an order authorizing it to conduct discovery into the negotiations surrounding settlement agreements that Trustmark entered into with two of its ceding companies, CNA Reinsurance Company Limited and Lloyd's Syndicate 9027. Such discovery is relevant to Security's claims against Trustmark under the Connecticut Unfair Trade Practices Act and the Connecticut Unfair Insurance Practices Act. Security also seeks an order compelling Trustmark to produce certain documents that Trustmark

has withheld under a claim of privilege. Trustmark has the burden of proving that these documents are protected by privilege but has failed to satisfy that burden.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion and the Declaration of Mark B. Holton.

Oral Argument Not Requested
No Testimony Required

Dated: New York, New York
       June 22, 2004

                                        PLAINTIFF, SECURITY INSURANCE
                                        COMPANY OF HARTFORD

                                    By: _____
                                        Mark B. Holton (ct 21727)
                                        Kathryn E. Nealon (ct 22754)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue
                                        New York, New York 10166
                                        Tel: (212) 351-4000

                                        David J. Grais (ct 23352)
                                        Kathryn C. Ellsworth (ct 24988)
                                        DEWEY BALLANTINE LLP
                                        1301 Avenue of the Americas
                                        New York, New York 10019
                                        Tel: (212)259-8000

                                        Frank F. Coulom, Jr. (ct 05230)
                                        Marion B. Manzo (ct 22068)
                                        ROBINSON & COLE LLP
                                        280 Trumbull Street
                                        Hartford, Connecticut 06103-5397
                                        Tel: (860) 275-8200
                                        Fax: (860) 275-8299

## CERTIFICATE OF CONFERENCE

Pursuant to Fed. R. Civ. P. 37(a)(2)(A) and D. Conn. L. Civ. R. 9(D)(2), I, Mark B. Holton, counsel for Security Insurance Company of Hartford, conferred with counsel for Trustmark Insurance Company regarding the discovery issues detailed in Security's motion. The parties were unable to resolve those issues. Accordingly, this matter is presented to the Court for determination.

Dated: New York, New York
      June 22, 2004

                                                                     Mark B. Holton

## **CERTIFICATION**

This is to certify that the foregoing was sent via facsimile and express mail-postage prepaid, on this 22nd day of June, 2004 to the following:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

Jeffrey Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box. 3186
Bridgeport, Connecticut 06605

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Mark B. Holton