# Exhibit A

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

mholton@gibsondunn.com

June 22, 2004

Direct Dial
(212) 351-3891
Fax No.
(212) 351-5230

Client No.
T 89462-00001

Sharon Doherty, Esq.
Amy Rubenstein, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606

Re:   *Security Insurance Company of Hartford v. Trustmark Insurance Company v. TIG Insurance Company, No. 3:01CV2198 (PCD)*

Counselors:

Enclosed are documents 265, 290, 296, and 305, as listed on Trustmark's Second Supplemental Privilege Log and which Trustmark has allowed Security to review on a non-waiver/no prejudice basis. Based on that review, and the content of the documents, although Security continues to believe that the documents were not properly withheld as privileged, there is no reason to trouble the Court by seeking their compelled production.

As I discussed yesterday with Amy, Security's motion to compel seeks the production of documents 265 and 353. After reviewing 265, and based on Amy's clarification of the author of 353, Security no longer seeks the production of either document. I am open to any suggestions concerning how to advise the Court of this development.

Thank you for your attention.

Sincerely,

Mark B. Holton

MH/mh

## GIBSON, DUNN & CRUTCHER LLP

Sharon Doherty, Esq.
Amy Rubenstein, Esq.
June 22, 2004
Page 2

cc:    David J. Grais, Esq. (via fax)