# Exhibit D

STATE OF ILLINOIS            )
                             )  ss.
COUNTY OF COOK               )

### **DECLARATION OF MICHAEL J. HAWKSWORTH, FSA, MAAA**

I, Michael J. Hawksworth, FSA, MAAA, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I make this declaration based upon my own personal knowledge and if sworn as a witness I will truthfully testify to the matters set forth herein.

2. I have been employed by Trustmark Insurance Company since June of 1994 in various actuarial capacities. Currently for Trustmark, I am a Vice President and Actuary, Corporate.

3. Trustmark and American General Life Insurance Company f/k/a All American Life Insurance Company, and its affiliated company United States Life Insurance Company in the City of New York (collectively "AAL"), were partners in certain business underwritten by WEB Management, LLC ("WEB"). Documents 263, 264, 266, 267, 289, 311 and 314 are related to partnership discussion and fact-gathering regarding pending or potential positions in litigation or arbitration with respect to the Trustmark/AAL partnership.

4. Documents 366 and 367 are communications between Trustmark's associate general counsel, Mr. Ray Lester, and in-house counsel for Trustmark's partner, AAL, regarding the negotiation of an agreement relating to a Lloyd's Syndicate.

5. Transamerica replaced WEB as Trustmark's and AAL's agent to administer the business previously underwritten and managed by WEB.

6. I understand that Security has challenged Trustmark's assertion of privilege over various documents I authored.

7.      Document 318 is a communication I made to Robin Ekwall after discussing certain issues with Trustmark's associate general counsel, Mr. Lester, which issues had the potential to result in litigation for or against Trustmark. I sent this information to Mr. Ekwall of WEB, who was working with Trustmark with regard to the WEB Facility business, including claims and potential claims arising from that business. Although the date stamped on this facsimile is September 6, 2001, the facsimile actually dates back to December 2, 1999. The computer program used to generate this facsimile automatically date stamps it the day it is printed. Records, including the transmittal report, show that this facsimile was sent by me on December 2, 1999.

8.      Documents 298, 299, 300, 301, 307, 308, 309 and 316 were prepared by me at the request of and in conjunction with Mr. Lester, Trustmark's associate general counsel. I prepared these documents at counsel's request and with counsel's assistance in order to assess the strengths and weaknesses of threatened and pending litigation.

I declare that the foregoing is true and correct.

Executed on July 14, 2004

_____
Michael J. Hawksworth