# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

    Plaintiff,

    v.

TRUSTMARK INSURANCE COMPANY,

    Defendant.
---------------------------------x
TRUSTMARK INSURANCE COMPANY,

    Third Party Plaintiff,

    v.

TIG INSURANCE COMPANY,

    Third Party Defendant.
---------------------------------x

CIVIL NO. 301CV2198(PCD)

August 1, 2003

**NOTICE OF DEPOSITION OF TRUSTMARK INSURANCE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) AND REQUEST FOR THE PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiff Security Insurance Company of Hartford ("Security") will take the deposition by oral examination of defendant, Trustmark Insurance Company, by such person or persons as Trustmark may designate. The deposition will take place at the offices of Robinson & Cole, 280 Trumbull Street, Hartford Connecticut 06103 on September 5, 2003 and will commence at 9:30 a.m. The deposition will be taken before an officer authorized to administer

oaths and will be transcribed by stenographic and videographic means. You are invited to attend and cross-examine.

Pursuant to Rule 30(b)(6), Trustmark is requested to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf as to matters known or reasonably available to Trustmark concerning the following subjects:

1. The Settlement and Commutation Agreement dated July 14, 2003, between Peter Colin Matson, on his own behalf and on behalf of all members of Lloyd's Syndicate 9027, and Trustmark Insurance Company, the facts and circumstances of the settlement between Trustmark and Matson, and the negotiations leading to the settlement.

2. The Settlement and Release Agreement dated as of May 30, 2003, between CNA Reinsurance Company Limited and Trustmark Insurance Company, the facts and circumstances of the settlement between CNA and Trustmark, and the negotiations leading to the settlement.

In addition, pursuant to Rule 30(b)(5), Trustmark is requested to produce the following documents at the taking of the deposition:

1. All documents relating to the Settlement and Commutation Agreement between Trustmark and Matson, the facts and circumstances of the settlement between Trustmark and Matson, and the negotiations leading to the settlement. This request includes, but is not limited to, all communications between the settling parties relating to the settlement, all drafts of the settlement agreement exchanged between the parties, and any agreements or understandings between the parties relating to but not embodied in the Settlement and Commutation Agreement.

2. All documents relating to the Settlement and Release Agreement between CNA and Trustmark, the facts and circumstances of the settlement between Trustmark and CNA, and the negotiations leading to the settlement. This request includes, but is not limited to, all

communications between the parties relating to the settlement, all drafts of the settlement agreement exchanged between the parties, and any agreements or understandings between the parties relating to but not embodied in the Settlement and Release Agreement.

Dated: August 1, 2003

                                                GIBSON, DUNN & CRUTCHER LLP

                                                By: _____

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York  10166
Tel. (212) 351-4000
Fax (212) 351-4035

Attorneys for Security Insurance Company of Hartford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 1st day of August 2003, by electronic mail transmission and by first class mail, postage prepaid, to the following persons:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

Jeffrey Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box. 3186
Bridgeport, Connecticut 06605

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Mark B. Holton

80266139_1.DOC