# Exhibit 6

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | AUTHOR(S) | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 259 | Notes | Undated | Michael Hawksworth | | Notes taken from discussion with counsel, Ray Lester, Esq. regarding certain business. | A/C W/P |
| 260 | Memorandum | Undated, post-winter, 1999 | Mike French | Ed Fattes, Rod Farmer, Leonard Koloms, Ray Lester, Esq. | Memo prepared at counsel's request in anticipation of litigation. | A/C W/P |
| 261 | Fax | 3/1/99 | Robin Ekwall | Michael Hawksworth | Fax consisting of draft letter shared for purpose of facilitating joint defense / joint claim / common interest against a third party. | C/I J/D |
| 262 | Letter | 3/2/99 | Steven Wright | Rod Farmer | Letter forwarding information for purpose of joint defense / joint claim / common interest against a third party. | C/I J/D |
| 263 | Memorandum | 5/20/99 | Michael Hawksworth | Phil Chapman, Leonard Koloms, Ray Lester, Esq. | Memo containing marginalia, prepared in anticipation of litigation and for purpose of facilitating joint defense / joint claim / common interest against a third party. | A/C W/P C/I J/D |
| 264 | Memorandum | 5/20/99 | Michael Hawksworth | Phil Chapman, Leonard Koloms, Ray Lester, Esq. | Memo prepared in anticipation of litigation and for purpose of facilitating joint defense / joint claim / common interest against a third party. | A/C W/P C/I J/D |

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC. | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 265 | Fax and attached documents | 7/9/99 | Phil Chapman | Michael Hawksworth, Bob Herbert, Bill Keeler, Leonard Koloms, Ray Lester, Esq., Pete Maloney, Esq., Randy Marash, Zafar Rashid, Nick Rasmussen, David Spector, Esq., Vince Vitkowsky, Esq., Tom Zurek, Esq. | Fax transmitting information among representatives and counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | A/C W/P C/I J/D |
| 266 | Fax and attached documents | 7/14/99 | Vincent J. Vitkowsky, Esq. | Thomas Zurek, Esq., David Spector, Esq., Phillip Chapman, Leonard Koloms, Ray Lester, Esq. | Fax transmitting information and draft letters among representatives and counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 267 | Fax and attached documents | 8/23/99 | Leonard Koloms | Michael Hawksworth | Fax transmitting memo from Vincent J. Vitkowsky, Esq. to Thomas Zurek, Esq., Phillip Chapman, Leonard Koloms, and Robert Herbert, Jr. for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 268 | Draft memorandum | 10/8/99 | Leonard Koloms | Don Peterson, Ed Fattes | Draft memo prepared at counsel's request, discussing potential litigation. | A/C W/P |
| 269 | Fax | 3/13/00 | Antony Burt, Esq. | Ray Lester, Esq. | Fax from counsel to client for review and discussion regarding certain matter. | A/C W/P |
| 270 | E-mail and attached e-mail from Clive O'Connell (Solicitor) | 4/3/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | E-mail containing attorney impressions regarding arbitration. | W/P |

A/C  =  Attorney / Client Privilege
W/P  =  Work Product Privilege / Doctrine
C/I  =  Common Interest exception to waiver
J/D  =  Joint Defense Privilege / exception to waiver

- 2 -

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | | DESCRIPTION | C/I J/D |
|---|---|---|---|---|---|---|---|
| 271 | Fax | 4/6/00 | Michael Hawksworth | Robin Ekwall | | Fax forwarding information for purpose of joint defense / joint claim / common interest against a third party. | C/I J/D |
| 272 | E-mail | 4/17/00 | Clive O'Connell (Solicitor) | David Spector, Esq. | Navneet Dhaliwal (Solicitor) R. Veneik | E-mail containing attorney impressions regarding arbitration. | W/P |
| 273 | E-mail and attached e-mail from Clive O'Connell (Solicitor) | 4/17/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | | E-mail containing attorney impressions regarding arbitration. | W/P |
| 274 | Fax cover sheet | 5/5/00 | Michael Hawksworth | Ray Lester, Esq. | Rod Farmer Rick Batten Frank Gramm, Esq. Bert Cole | Fax to counsel discussing certain business for purpose of securing legal advice. | A/C |
| 275 | Memorandum | 5/5/00 | Michael Hawksworth | David Spector, Esq. | | Analysis of business prepared at the request of David Spector, Esq. for pending and potential litigation. | A/C W/P |
| 276 | E-mail | 5/10/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | | E-mail containing attorney impressions regarding arbitration. | W/P |
| 277 | E-mail | 5/10/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | | E-mail containing attorney impressions regarding arbitration. | W/P |
| 278 | Fax cover sheet and portion of attached document | 5/15/00 | Michael Hawksworth | Ray Lester, Esq. David Spector, Esq. | | Fax forwarding information to counsel for purpose of securing legal advice. | A/C |

- 3 -

A/C    =    Attorney / Client Privilege
W/P    =    Work Product Privilege / Doctrine
C/I    =    Common Interest exception to waiver
J/D    =    Joint Defense Privilege / exception to waiver

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR/S | RECIPIENT/S | CC/S | DESCRIPTION | DOC |
|---|---|---|---|---|---|---|---|
| 279 | E-mail and attached article | 5/31/00 | Ray Lester, Esq. | Bert Cole, Brian Ferguson, Ed Fattes, Frank Gramm, Esq., Rod Farmer, David Spector, Esq., G. Thomas | | E-mail forwarding information to counsel about certain business for purpose of securing legal advice and counsel R. Lester commenting on certain business. | A/C |
| 280 | E-mail and attached e-mail from David Spector, Esq. | 6/8/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | | E-mail containing attorney impressions regarding arbitration. | W/P |
| 281 | E-mail | 6/27/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | Antony Burt, Esq., Brenda Meissler, Eric Phillips, James Ossyra | E-mail containing attorney impressions regarding arbitration. | W/P |
| 282 | E-mail | 7/3/00 | Gene Wilkinson | Michael Hawksworth, Phil Chapman | | E-mail discussing information for purpose of facilitating joint defense / joint claim / common interest against a third party. | C/I J/D |
| 283 | E-mail | 7/10/00 | Navneet Dhaliwal (Solicitor) | David Spector, Esq. | | E-mail seeking information and reflecting attorney impressions regarding arbitration. | W/P |
| 284 | E-mail and attached e-mail from Navneet Dhaliwal (Solicitor) | 7/10/00 | David Spector, Esq. | | Antony Burt, Esq., Brenda Meissler, Eric Phillips, James Ossyra, Esq. | E-mail seeking information and reflecting attorney impressions regarding arbitration. | W/P |
| 285 | E-mail and attached e-mail from Ray Lester, Esq. | 7/17/00 | David Spector, Esq. | Clive O'Connell (Solicitor) | | E-mail containing information provided by client for purpose of seeking legal advice. | A/C |

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 286 | Series of e-mail memoranda | 7/19/00 | Antony Burt, Esq. | Navneet Dhaliwal (Solicitor) | David Spector, Esq. | E-mail among counsel containing information and legal advice regarding arbitration. | W/P |
| 287 | E-mail | 8/1/00 | Navneet Dhaliwal (Solicitor) | David Spector, Esq. | Antony Burt, Esq. | E-mail among counsel containing information and legal advice regarding arbitration. | W/P |
| 288 | Fax cover sheet and transmittal report | 8/2/00 | Michael Hawksworth | Ray Lester, Esq. | David Spector, Esq. | Fax transmitting information to counsel for purpose of securing legal advice. | A/C |
| 289 | Fax and attached documents | 8/3/00 | Jeanne Kohler, Esq. | David Spector, Esq. | | Fax transmitting information to counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 290 | Fax cover sheet | 8/4/00 | Robin Ekwall | Michael Hawksworth | | Fax transmitting information for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I |
| 291 | Series of e-mail memoranda | 8/15/00 | Antony Burt, Esq. | David Spector, Esq. | | E-mail forwarding previous e-mail from Navneet Dhaliwal (Solicitor) to Antony Burt, Esq. | A/C W/P |
| 292 | Series of e-mail memoranda | 8/21/00 | Antony Burt, Esq. | Navneet Dhaliwal (Solicitor) | David Spector, Esq. Ray Lester, Esq. | E-mail providing legal advice and reflecting attorney's impressions and opinions regarding an arbitration. | A/C W/P |
| 293 | Memorandum | 10/6/00 | Michael Hawksworth | Ray Lester, Esq. | Mark Schmidt Brinke Marcucilli Curt Fuhrman Bert Cole | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | CC | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 294 | Memorandum with exhibits | 10/6/00 | Michael Hawksworth | Ray Lester, Esq. | Mark Schmidt, Brinke Marcucilli, Curt Fuhrman, Bert Cole | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 295 | Memorandum with exhibits | 10/6/00 | Michael Hawksworth | Ray Lester, Esq. | Mark Schmidt, Brinke Marcucilli, Curt Fuhrman, Bert Cole | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 296 | Fax cover sheet | 10/12/00 | David Spector, Esq. | Ray Lester, Esq. Michael Hawksworth Andrew Amer, Esq. Thomas Zurek, Esq. | | Fax transmitting information to counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 297 | Fax cover sheet and transmittal report | 10/30/00 | Brian Ferguson | Ray Lester, Esq. | | Fax to counsel forwarding information for purpose of securing legal advice. | A/C |
| 298 | Memorandum | 11/6/00 | Michael Hawksworth | Brinke Marcucilli | Mark Schmidt, Bert Cole, Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 299 | Memorandum | 11/6/00 | Michael Hawksworth | Brinke Marcucilli | Mark Schmidt, Bert Cole, Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |

A/C  =  Attorney / Client Privilege
W/P  =  Work Product Privilege / Doctrine
C/I  =  Common Interest exception to waiver
J/D  =  Joint Defense Privilege / exception to waiver

- 6 -

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | AUTHORS | RECIPIENTS | CC | DESCRIPTION | DOC |
|---|---|---|---|---|---|---|---|
| 300 | Memorandum | 11/6/00 | Michael Hawksworth | Brinke Marcuccilli | Mark Schmidt<br>Bert Cole<br>Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 301 | Memorandum | 11/8/00 | Michael Hawksworth | Brinke Marcuccilli | Mark Schmidt<br>Bert Cole<br>Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 302 | E-mail and attached e-mail from David Elkington | 11/13/00 | Michael Hawksworth | Curt Fuhrman<br>Ray Lester, Esq.<br>David Spector, Esq. |  | E-mail seeking legal advice regarding certain business. | A/C |
| 303 | E-mail and attached e-mail from Michael Hawksworth | 11/14/00 | Ray Lester, Esq. | David Spector, Esq. |  | E-mail seeking legal advice regarding certain business. | A/C |
| 304 | Memorandum | 11/15/00 | Michael Hawksworth | Ray Lester, Esq. | Mark Schmidt<br>Brinke Marcucilli<br>Curt Fuhrman<br>Bert Cole | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 305 | Fax cover sheet | 12/21/00 | Robin Ekwall | Michael Hawksworth |  | Fax cover sheet containing communication for purpose of joint defense / joint claim / common interest against a third party. | C/I J/D |
| 306 | E-mail | 1/4/01 | Antony Burt, Esq. | Clive O'Connell (Solicitor) | David Spector, Esq. | E-mail seeking information from British counsel regarding arbitration | A/C W/P |

- 7 -

| | | |
|---|---|---|
| A/C | = | Attorney / Client Privilege |
| W/P | = | Work Product Privilege / Doctrine |
| C/I | = | Common Interest exception to waiver |
| J/D | = | Joint Defense Privilege / exception to waiver |

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | Author | Recipient | Others | DESCRIPTION | Privilege |
|---|---|---|---|---|---|---|---|
| 307 | Memorandum | 2/27/01 | Michael Hawksworth | Brinke Marcuccilli | Mark Schmidt, Bert Cole, Ray Lester, Esq. | Draft memo containing handwritten notes prepared at counsel's request and containing impressions of counsel. | A/C W/P |
| 308 | Memorandum | 2/27/01 | Michael Hawksworth | Brinke Marcuccilli | Mark Schmidt, Bert Cole, Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 309 | Memorandum | 2/27/01 | Michael Hawksworth | Brinke Marcuccilli | Mark Schmidt, Bert Cole, Ray Lester, Esq. | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 310 | Fax and attached document | 3/15/01 | David Kendall (Solicitor) | David Spector, Esq. | Ray Lester, Esq. Michael Hawksworth | Fax forwarding information among counsel and client for purpose of providing legal advice. | A/C W/P |
| 311 | Fax and attached document | 4/2/01 | Phil Chapman | Michael Hawksworth Ray Lester, Esq. | | Fax transmitting information to counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 312 | Fax cover sheet and transmittal report | 4/5/01 | Brian Ferguson | Ray Lester, Esq David Spector, Esq. | | Fax cover sheet forwarding information to counsel for purpose of securing legal advice. | A/C |
| 313 | Fax cover sheet | 4/10/01 | Ada Waddington (of DJ Freeman firm, counsel to Trustmark) | Ray Lester, Esq. | | Fax between counsel and client for purpose of providing legal advice | A/C W/P |

- 8 -

| | | |
|---|---|---|
| A/C | = | Attorney / Client Privilege |
| W/P | = | Work Product Privilege / Doctrine |
| C/I | = | Common Interest exception to waiver |
| J/D | = | Joint Defense Privilege / exception to waiver |

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | DESCRIPTION | |
|---|---|---|---|---|---|---|
| 314 | Fax | 5/17/01 | Tom Zurek, Esq. | Ray Lester, Esq. | Fax transmitting information to counsel for purpose of facilitating joint defense / joint claim / common interest against a third party. | J/D C/I W/P A/C |
| 315 | Fax and attached document | 5/25/01 | Michael Hawksworth | Ray Lester, Esq. | Fax to counsel forwarding document prepared at counsel's request regarding certain business. | A/C W/P |
| 316 | Memorandum | 6/4/01 | Michael Hawksworth | Brinke Marcuccilli | Memo forwarding information to counsel about certain business for purpose of securing legal advice, and prepared at counsel request in anticipation of litigation. | A/C W/P |
| 317 | Fax cover sheet and transmittal report | 7/20/01 | Michael Hawksworth | Everett Cygal, Esq. | Fax cover sheet forwarding information to counsel for purpose of securing legal advice. | A/C |
| 318 | Fax | 9/6/01 | Michael Hawksworth | Robin Ekwall | Fax containing information for purpose of facilitating joint defense / joint claim / common interest against a third party. | C/I J/D |
| 319 | Memorandum | 9/20/01 | Ellen Deluccia | Phil Chapman / David Stone / Michael Hawksworth | Memo containing information for purpose of facilitating joint defense / joint claim / common interest against a third party | C/I J/D |
| 320 | E-mail | 11/27/01 | Clive O'Connell (Solicitor) | David Spector, Esq. | Communication between counsel regarding arbitration scheduling. | A/C W/P |

- 9 -

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 321 | E-mail | 11/28/01 | Clive O'Connell (Solicitor) | David Spector, Esq. | Antony Burt, Esq. Ray Lester, Esq. Everett Cygal, Esq. Navneet Dhaliwal (Solicitor) | E-mail containing information and legal advice regarding arbitration. | A/C W/P |
| 322 | Fax cover sheet and transmittal report | 1/21/02 | Michael Hawksworth | Jason Tuckley | Ray Lester, Esq. David Spector, Esq. | Fax cover sheet forwarding information to counsel for purpose of securing legal advice regarding certain business. | A/C |
| 323 | E-mail | 1/23/02 | Clive O'Connell (Solicitor) | David Spector, Esq. Antony Burt, Esq. | | E-mail among counsel concerning mediation strategy. | A/C W/P |
| 324 | E-mail and attached e-mail from Clive O'Connell (Solicitor) | 1/25/02 | Navneet Dhaliwal (Solicitor) | Antony Burt, Esq. | Clive O'Connell (Solicitor) David Spector, Esq. | E-mail among counsel concerning mediation strategy. | A/C W/P |
| 325 | Series of e-mail memoranda | 1/25/02 | Navneet Dhaliwal (Solicitor) | Antony Burt, Esq. | Clive O'Connell (Solicitor) David Spector, Esq. | E-mail among counsel concerning mediation strategy. | A/C W/P |
| 326 | Letter | 1/28/02 | Ray Lester, Esq. | Joseph P. Welch | Michael Hawksworth (bcc) David Spector, Esq. (bcc) | Communication from client to counsel forwarding letter regarding certain business. | A/C |
| 327 | E-mail | 1/29/02 | Colin Croly (Solicitor) | David Spector, Esq. | | E-mail between counsel concerning meeting regarding certain business. | A/C |
| 328 | E-mail | 2/8/02 | Clive O'Connell | Ray Lester, Esq. Michael Hawksworth | Antony Burt, Esq David Spector, Esq. | E-mail concerning meeting regarding certain business. | A/C |
| 329 | E-mail and attached e-mail from Clive O'Connell (Solicitor) | 2/8/02 | Antony Burt, Esq. | Clive O'Connell (Solicitor) Ray Lester, Esq. Michael Hawksworth | David Spector, Esq. | E-mail from counsel to client providing legal advice and information concerning mediation. | A/C W/P |

- 10 -

A/C    =    Attorney / Client Privilege
W/P    =    Work Product Privilege / Doctrine
C/I    =    Common Interest exception to waiver
J/D    =    Joint Defense Privilege / exception to waiver

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | CC | DESCRIPTION | PRIV |
|---|---|---|---|---|---|---|---|
| 330 | E-mail and attached message | 2/8/02 | Navneet Dhaliwal (Solicitor) | Antony Burt, Esq. | David Spector, Esq. Ray Lester, Esq. Michael Hawksworth Clive O'Connell (Solicitor) | E-mail from counsel to client providing legal advice and information concerning mediation. | A/C W/P |
| 331 | E-mail | 2/8/02 | Navneet Dhaliwal (Solicitor) | Antony Burt, Esq. | Ray Lester, Esq. David Spector, Esq. Michael Hawksworth Clive O'Connell (Solicitor) | E-mail from counsel to client providing legal advice and information concerning mediation. | A/C W/P |
| 332 | Fax cover sheet and transmittal report | 2/19/02 | Michael Hawksworth | Jason Tuckley | Paul Riding Ray Lester, Esq. (bcc) Everett Cygal, Esq. (bcc) | Fax cover sheet forwarding information to counsel for purpose of securing legal advice regarding certain business. | A/C |
| 333 | Fax and attached draft document | 2/19/02 | Michael Hawksworth | Ray Lester, Esq. | Everett Cygal, Esq. | Fax forwarding draft to counsel for purpose of securing legal advice, review and comment. | A/C |
| 334 | Fax cover sheet | 2/19/02 | Michael Hawksworth | Ray Lester, Esq. | Everett Cygal, Esq. | Fax forwarding information to counsel for purpose of securing legal advice, review and comment. | A/C |
| 335 | E-mail | 3/7/02 | Navneet Dhaliwal (Solicitor) | Ray Lester, Esq. | David Spector, Esq. Michael Hawksworth Antony Burt, Esq. Clive O'Connell (Solicitor) | E-mail from counsel to client providing legal advice and information concerning mediation. | A/C W/P |
| 336 | Fax and attached document | 3/12/02 | Ray Lester, Esq. | David Spector, Esq. Michael Hawksworth | | Fax forwarding information to counsel for purpose of securing legal advice regarding certain business. | A/C |

- 11 -

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | CC | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 337 | Series of e-mail memoranda | 4/4/02 | David Spector, Esq. | Ray Lester, Esq. Everett Cygal, Esq. | | E-mail from counsel to client providing legal advice and attached e-mails among British counsel and American counsel containing legal analysis and advice. | A/C W/P |
| 338 | E-mail and attached e-mail from David Spector, Esq. | 4/4/02 | David Kendall (Solicitor) | David Spector, Esq. | | Communication between counsel regarding certain business. | A/C W/P |
| 339 | E-mail | 4/10/02 | Ray Lester, Esq. | David Spector, Esq. Everett Cygal, Esq. | | E-mail from client to counsel for purpose of securing legal advice. | A/C |
| 340 | E-mail and attached e-mail from Ray Lester, Esq. | 4/12/02 | Brian Ferguson | Ray Lester, Esq. Curt Fuhrman David Spector, Esq. Everett Cygal, Esq. Michael Hawksworth | | E-mail forwarding information to counsel for purpose of seeking legal advice. | A/C |
| 341 | E-mail | 4/18/02 | Michael Hawksworth | Ray Lester, Esq. | Brian Ferguson Curt Fuhrman David Spector, Esq. Everett Cygal, Esq. James Pilgrim Morris (Solicitor) David Kendall (Solicitor) | E-mail forwarding information to counsel for purpose of securing legal advice. | A/C |
| 342 | E-mail and attached document | 4/23/02 | Ray Lester, Esq. | David Spector, Esq. | | E-mail from client to counsel for purpose of securing legal advice regarding attached memorandum on certain business. | A/C |
| 343 | E-mail and attached e-mail from David Spector, Esq. | 4/29/02 | Jeffrey Kaser | David Spector, Esq. | Gunter Attmannspacher | E-mail containing attorney's impression and opinions regarding arbitration strategy. | A/C W/P |

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

- 12 -

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | CC | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 344 | E-mail | 4/29/02 | David Kendall (Solicitor) | Antony Burt, Esq. | David Spector, Esq. Ray Lester, Esq. | E-mail among counsel and client for purpose of securing and providing legal advice regarding mediation. | A/C W/P |
| 345 | E-mail | 4/30/02 | David Kendall (Solicitor) | David Spector, Esq. Ray Lester, Esq. | | E-mail from counsel concerning scheduling matters. | A/C |
| 346 | E-mail and attachments | 5/2/02 | David Kendall (Solicitor) | Antony Burt, Esq. David Spector, Esq. Brian Ferguson Michael Hawksworth Ray Lester, Esq. | Steven Pitt (Solicitor) | E-mail among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions regarding a draft mediation submission. | A/C W/P |
| 347 | Series of e-mail memoranda | 5/2/02 | Ray Lester, Esq. | David Kendall (Solicitor) Antony Burt, Esq. David Spector, Esq. Brian Ferguson Michael Hawksworth | Steven Pitt (Solicitor) | E-mails among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions regarding a draft mediation submission. | A/C W/P |
| 348 | Series of e-mail memoranda | 5/3/02 | David Kendall (Solicitor) | Antony Burt, Esq. David Spector, Esq. Brian Ferguson Michael Hawksworth Ray Lester, Esq. | Steven Pitt (Solicitor) | E-mails among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions regarding a draft mediation submission. | A/C W/P |
| 349 | Series of e-mail memoranda | 5/3/02 | Ray Lester, Esq. | David Kendall (Solicitor) Antony Burt, Esq. David Spector, Esq. Michael Hawksworth | Steven Pitt (Solicitor) | E-mails among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions. | A/C W/P |
| 350 | E-mail | 5/3/02 | David Kendall (Solicitor) | Antony Burt, Esq. David Spector, Esq. Michael Hawksworth Ray Lester, Esq. | Steven Pitt (Solicitor) | E-mail from British counsel providing legal advice on a certain matter. | A/C W/P |

A/C  =  Attorney / Client Privilege
W/P  =  Work Product Privilege / Doctrine
C/I  =  Common Interest exception to waiver
J/D  =  Joint Defense Privilege / exception to waiver

- 13 -

# TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | COPIES | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 351 | E-mail and attached document | 5/3/02 | Steven Pitt (Solicitor) | Antony Burt, Esq. David Spector, Esq. Ray Lester, Esq. | | E-mail from British counsel requesting review and comment on a draft mediation submission. | A/C W/P |
| 352 | E-mail | 5/6/02 | Ray Lester, Esq. | David Kendall (Solicitor) | | E-mail from client to counsel for the purpose of seeking legal advice and giving settlement authority. | A/C |
| 353 | Series of e-mail memoranda | 5/15/02 | Brian Ferguson | Michael Hawksworth Ray Lester, Esq. | | E-mail forwarding information to counsel for purpose of securing legal advice and forwarding information among representatives and counsel for purpose of facilitating joint defense / joint claims / common interest against a third party. | A/C W/P C/I J/D |
| 354 | Letter | 6/7/02 | Ray Lester, Esq. | Allan Taylor, Esq. | Brian Ferguson (bcc) Michael Hawksworth (bcc) David Spector, Esq. (bcc) Curt Fuhrman (bcc) | Communication from client to counsel forwarding letter regarding certain business. | A/C |
| 355 | E-mail and attached e-mail from Tim Peckett to Ray Lester, Esq. | 6/18/02 | Ray Lester, Esq. | Curt Fuhrman Brian Ferguson Michael Hawksworth | David Spector, Esq. Steven Pitt (Solicitor) James Pilgrim Morris (Solicitor) David Kendall (Solicitor) | E-mail regarding settlement strategy. | A/C |
| 356 | E-mail | 7/16/02 | Ray Lester, Esq. | David Kendall (Solicitor) | Michael Hawksworth David Spector, Esq. | E-mail from client to counsel for the purpose of seeking legal advice. | A/C |
| 357 | Fax cover sheet | 9/3/02 | Ray Lester, Esq. | David Spector, Esq. Everett Cygal, Esq. | | Fax cover sheet for purpose of securing legal advice forwarding documents regarding certain business. | A/C |

A/C = Attorney / Client Privilege
W/P = Work Product Privilege / Doctrine
C/I = Common Interest exception to waiver
J/D = Joint Defense Privilege / exception to waiver

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE OF DOCUMENT | DATE | AUTHOR(S) | RECIPIENT(S) | | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 358 | Fax cover sheet | 9/19/02 | Ray Lester, Esq. | Michael Hawksworth | | Fax cover sheet forwarding documents for review. | A/C |
| 359 | Letter | 9/20/02 | Deborah Pritchard (legal assistant from Trustmark) | Michael Hawksworth | Antony Burt, Esq. | Letter prepared at the request of counsel, Ray Lester, Esq. and sent to counsel. | A/C W/P |
| 360 | Fax cover sheet | 10/1/02 | Michael Hawksworth | Mark Sioma | Ray Lester, Esq. (bcc) Everett Cygal, Esq. (bcc) | Fax cover sheet for purpose of securing legal advice regarding settlement discussions. | A/C |
| 361 | Letter | 10/1/02 | Michael Hawksworth | Mark Sioma | | Draft letter containing handwritten notes from review with counsel. | A/C W/P |
| 362 | Fax and attached documents | 11/20/02 | Michael Hawksworth | Ray Lester, Esq. | David Spector, Esq. Everett Cygal, Esq. | Fax containing documents prepared at counsels' request for the purpose of securing legal advice regarding certain business. | A/C |
| 363 | Series of e-mail memoranda | 12/2/02 | Everett Cygal, Esq. | Michael Hawksworth Ray Lester, Esq. | David Spector, Esq. Curt Fuhrman Brian Ferguson Antony Burt, Esq. | E-mails among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions. | A/C W/P |
| 364 | Letter and attached documents | 12/13/02 | Mark Sioma | Michael Hawksworth | | Letter containing handwritten notes from discussion with counsel. | A/C W/P |
| 365 | Series of e-mail memoranda | 1/27/03 | David Kendall (Solicitor) | David Spector, Esq. Ray Lester, Esq. Michael Hawksworth | Lee Metcalfe Everett Cygal, Esq. | E-mails among counsel and client for purpose of securing and providing legal advice, and reflecting attorney's impressions and opinions. | A/C W/P |

A/C  =  Attorney / Client Privilege
W/P  =  Work Product Privilege / Doctrine
C/I  =  Common Interest exception to waiver
J/D  =  Joint Defense Privilege / exception to waiver

- 15 -

## TRUSTMARK INSURANCE COMPANY'S SECOND SUPPLEMENTAL PRIVILEGE LOG

| DOC # | TYPE | DATE | AUTHOR(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| 366 | E-mail and attached series of e-mail | 2/7/03 | Ray Lester, Esq. | David McDowell, Esq. | E-mail discussing attached e-mail regarding potential settlement on certain business. | A/C W/P |
| 367 | E-mail and attached series of e-mail | 3/5/03 | Ray Lester, Esq. | David McDowell, Esq. | E-mail discussing attached e-mail regarding potential settlement on certain business. | A/C W/P |

A/C    =    Attorney / Client Privilege
W/P    =    Work Product Privilege / Doctrine
C/I    =    Common Interest exception to waiver
J/D    =    Joint Defense Privilege / exception to waiver

- 16 -