# Exhibit 8

05/25/04  10:44 FAX 860 275 8299       ROBINSON&COLE LLP                    ☑004/017

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the day of May, two thousand and four.

Before:      Hon. James L. Oakes,
             Hon. Rosemary S. Pooler,
             Hon. Richard C. Wesley,
                         *Circuit Judges*

Docket No. 03-7773

SECURITY INS. CO.  v.  TRUSTMARK INS. CO.

IT IS HEREBY ORDERED that the stay previously issued by this Court is VACATED.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney