# Exhibit 9

# Ducao, Ayn B.

| | |
|---|---|
| **From:** | Holton, Mark B. |
| **Sent:** | Tuesday, May 25, 2004 3:30 PM |
| **To:** | 'ecygal@schiffhardin.com'; 'wmeyer@schiffhardin.com'; 'pmorency@schiffhardin.com'; 'arubenstein@schiffhardin.com' |
| **Cc:** | 'dgrais@deweyballantine.com'; 'kellsworth@deweyballantine.com'; Nealon, Kathryn E.; Ducao, Ayn B. |
| **Subject:** | Security v. Trustmark |
| **Importance:** | High |

Counselors:

I hope this email finds you well.

On August 7 of last year, I sent Everett and Bill a letter detailing our objections to certain entries on Trustmark's most recent privilege log. I will send another copy of the letter to you shortly. We have received no response to the letter.

In addition, we previously served document requests and deposition notices seeking discovery of the circumstances of two settlements Trustmark reached with its ceding companies in the Spring and Summer last year. In the parties' August 1, 2003 joint submission to the Court (I will send another copy of that shortly as well), Trustmark reiterated the position that you had relayed to me previously that it would not cooperate in that discovery.

Please advise by 5 pm Central Time on Thursday May 27 whether Trustmark will produce the documents discussed in the August 7 letter and/or agree to the discovery on the settlements. If we do not hear from you by then, we will assume that Trustmark's position is that it will not produce the documents and not agree to the discovery, and we will proceed to file a motion to compel with the Court.

Best regards. Mark Holton

1