# Exhibit 11

## Holton, Mark B.

**From:** Holton, Mark B.
**Sent:** Tuesday, June 08, 2004 6:43 PM
**To:** 'sdoherty@schiffhardin.com'; 'arubenstein@schiffhardin.com'
**Subject:** Security v. Trustmark

**Importance:** High

Amy and Sharon, as we discussed earlier today, it is now Security's position that all documents listed on the second supplemental privilege log that Trustmark claims are subject to the common interest/joint defense privilege in fact are not subject to the privilege because the requisite interest does not exist between Trustmark and WEB or U.S. Life. Following is some of the authority we have found supporting that view.

*Sony Elec., Inc. v. Soundview Tech., Inc.*, 217 F.R.D. 104, 108 (D. Conn. 2002); *Gulf Islands Leasing, Inc. v. Bombardier Capital, Inc.*, 215 F.R.D. 466, 472 (S.D.N.Y. 2003); *Lugosch v. Congel*, 219 F.R.D. 220, 237 (N.D.N.Y. 2003); *For Your Ease Only, Inc. v. Calgon Carbon Corp.*, 2003 WL 21920244, at *3 (N.D. Ill. Aug. 11, 2003); *SR Int'l Bus. Ins. Co. Ltd. v. World Trade Ctr. Prop. LLC*, 2002 WL 1334821, at *3, 4 (S.D.N.Y. June 19, 2002); *Cigna Ins. Co. v. Cooper Tire & Rubber, Inc.*, 2001 WL 640703, at *3 (N.D. Ohio May 24, 2001); *Shamis v. Ambassador Factors Corp.*, 34 F. Supp. 2d 879, 893 (S.D.N.Y. 1999).

As we discussed, let's plan to talk Friday about the privilege issues and the settlement discovery issues. Thanks.

Mark