UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF       :
HARTFORD,                           :
                                    :
            Plaintiff,              :     CIVIL NO. 301CV2198(PCD)
                                    :
    v.                              :
                                    :
TRUSTMARK INSURANCE COMPANY,        :
                                    :
            Defendant.              :
                                    :     JULY 26, 2004
------------------------------------x
TRUSTMARK INSURANCE COMPANY,        :
                                    :
            Third Party Plaintiff,  :
                                    :
    v.                              :
                                    :
TIG INSURANCE COMPANY,              :
                                    :
            Third Party Defendant.  :
                                    :
------------------------------------x

**CERTIFICATE OF DOCUMENTS SERVED AND FILED BY PLAINTIFF
SECURITY INSURANCE COMPANY OF HARTFORD**

Plaintiff Security Insurance Company of Hartford hereby certifies, in accordance with paragraph 3 of the Supplemental Order of Judge Peter Dorsey, that the following is true and correct:

1. On June 22, 2004, Security served the following papers on Defendant-Third-Party Plaintiff Trustmark Insurance Company and Third-Party Defendant TIG Insurance Company: (a) Security Insurance Company of Hartford's Motion to Compel Trustmark Insurance Company to Produce Documents and to Make Other Discovery; (b) Memorandum of Law in Support of

Security's Motion to Compel Trustmark to Produce Documents and Make Other Discovery; and (c) Declaration of Mark Holton, dated June 22, 2004.

2. On July 14, 2004, Security was served with Trustmark's Memorandum of Law in Opposition to Security's Motion to Compel Trustmark to Produce Documents and Make Other Discovery.

3. On July 26, 2004, Security served Trustmark with Security's Reply Memorandum of Law in Support of Security's Motion to Compel Trustmark to Produce Documents and to Make Other Discovery.

4. The parties have not entered into any stipulation resolving this motion.

5. Accordingly, Security hereby submits for filing all of the papers listed above.

Dated:   New York, New York
         July 26, 2004

GIBSON, DUNN & CRUTCHER LLP

By: _____
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York  10166
Tel.: (212) 351-4000
Fax: (212) 351-4035

ROBINSON & COLE LLP
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
280 Trumbull Street
Hartford, Connecticut  06103-5397
Tel.:(860) 275-8200
Fax:(860) 275-8299
fcoulom@rc.com
mmanzo@rc.com

Co-counsel for Plaintiff Security Insurance Company of Hartford

2

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was served this 26th day of July, 2004, by facsimile and express mail, postage prepaid, upon counsel of record for Trustmark Insurance Company and TIG Insurance Company at the following addresses:

Everett J. Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, New York 10038

Kathryn E. Nealon