UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                      Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                      Defendant. | Civil No. 3:01CV2198(PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                Third Party Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>              Third Party Defendant. | August 3, 2004 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Trustmark Insurance Company ("Defendant"), by its attorneys, respectfully requests an extension of time through and including August 11, 2004, in which to file Defendant's opposition to Plaintiff Security Insurance Company of Hartford's ("Plaintiff") Motion for Reconsideration (doc. #287). Plaintiff filed its Motion for Reconsideration on August 4, 2003. On August 8, 2003, before Defendant's opposition to the Motion for Reconsideration was due, the United States Court of Appeals for the Second Circuit ordered a stay of the instant litigation pending resolution of the then-pending appeal. Accordingly, Defendant did not file its opposition to the Motion for

Reconsideration while the stay was in effect. The Second Circuit vacated the stay on May 20, 2004, and the District Court entered the Appellate Court's order on June 16, 2004 (see doc. #318). Since the stay was lifted, the parties have been working to address the outstanding issues in this case. To that end, the parties have agreed that, subject to the Court's approval, Defendant shall file its opposition to Plaintiff's Motion for Reconsideration by August 11, 2004.

This is Defendant's first request for an extension of time with respect to the subject deadline. Counsel for Plaintiff consents to the granting of this motion.

Wherefore, Defendant respectfully requests that its Consented-To Motion for Extension of Time be granted, and that Defendant be permitted until August 11, 2004, in which to file its opposition to Plaintiff's Motion for Reconsideration (doc. #287).

DEFENDANT
TRUSTMARK INSURANCE COMPANY

_____
David R. Schaefer (ct 04334)
Rowena A. Moffett (ct 19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, Connecticut 06511
Telephone: (203)772-2600
Facsimile: (203)562-2098
E-Mail: dschaefer@bswlaw.com
E-Mail: rmoffett@bswlaw.com

David M. Spector (ct21679)
Paula J. Morency (ct24740)
Everett J. Cygal (ct22765)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Trustmark Insurance Company

2

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 3rd day of August, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Alia L. Smith, Esq.
Christine Y. Wong, Esq.
James L. Hallowell, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
Brian C. Fournier, Esq.
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Ivan J. Dominguez, Esq.
Lawrence I. Brandes, Esq.
Michael G. Dolan, Esq.
Seth R. Klein, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

Jeffrey R. Hellman, Esq.
Jeffrey M. Sklarz, Esq.
ZEISLER & ZEISLER, PC
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

David M. Spector, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Everett J. Cygal, Esq.
Dennis G. LaGory, Esq.
Michael Mullins, Esq.
Ronald S. Safer, Esq.
SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Ill 60606-6473

**Co-Counsel for Defendant and Third-Party Plaintiff Trustmark Insurance Company**

_____
Rowena A. Moffett, Esq. (ct19811)

873096.doc

4