UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD, :
: **CIVIL NO. 301CV2198(PCD)**
Plaintiff, :
:
v. :
: **August 13, 2004**
TRUSTMARK INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------x
TRUSTMARK INSURANCE COMPANY, :
:
Third Party Plaintiff, :
:
v. :
:
TIG INSURANCE COMPANY, :
:
Third Party Defendant. :
:
------------------------------------x

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF JULY 21, 2003 DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On August 4, 2003, just before the Second Circuit stayed this case for approximately 10 months, plaintiff Security Insurance Company of Hartford filed a Motion for Reconsideration of the Court's Order of July 21, 2003 Denying Plaintiff's Motion for Partial Summary Judgment. In its July 21 Order, the Court denied Security's motion on the ground that the motion was "procedurally defective." Order at 5.

Although Security continues respectfully to disagree with the Court's decision, Security no longer desires to pursue its pending motion. Rather, Security respectfully reserves the right to

seek leave of Court to present a new motion for summary judgment that cures the procedural defects that the Court perceived in regard to Security's original motion.

WHEREFORE, Security hereby withdraws its Motion for Reconsideration of the Court's Order of July 21, 2003 Denying Plaintiff's Motion for Partial Summary Judgment, reserving the right to seek leave of Court to present a new motion for summary judgment in the future.

PLAINTIFF, SECURITY INSURANCE
COMPANY OF HARTFORD

By: _____
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax; (212) 351-4035

## **CERTIFICATION**

This is to certify that the foregoing was sent via facsimile and United States mail-postage prepaid, on this 13th day of August, 2004 to the following:

David M. Spector, Esq.
Paula Morency, Esq.
William Meyer, Esq.
Everett Cygal, Esq.
Dennis LaGory, Esq.
Michael Mullins, Esq.
Ronald Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Rowena Moffett, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, Connecticut 06511

David A. Slossberg, Esq.
Brian Fournier, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Ivan Dominguez, Esq.
Lawrence Brandes, Esq.
Michael Dolan, Esq.
Seth Klein, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Frank F. Coulom, Jr.