UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
SECURITY INSURANCE COMPANY OF : 
HARTFORD, :
 :
                Plaintiff, :   CIVIL NO. 301CV2198(PCD)
 :
      v. :
 :
TRUSTMARK INSURANCE COMPANY, :
 :
                Defendant. :
 :   August 20, 2004
------------------------------------------------------------ x
TRUSTMARK INSURANCE COMPANY, :
 :
           Third-Party Plaintiffs, :
 :
      v. :
 :
TIG INSURANCE COMPANY, :
 :
           Third-Party Defendant. :
 :
------------------------------------------------------------ x

**SECURITY'S MOTION TO SEAL**

Plaintiff Security Insurance Company of Hartford respectfully moves to seal the documents referred to in this motion, pursuant to Local Rule 7(f) and the Stipulated Protective Order and Agreement Regarding Confidential Information, ordered by the Court on May 9, 2002. The documents are Security's Response in Further Opposition to Trustmark's Motion for Summary Judgment on Security's CUTPA/CUIPA Claims and the Declaration of Kathryn C. Ellsworth dated August 19, 2004, with attached exhibits, which is attached to the Response as Exhibit 1.

Security has attached to the Ellsworth Declaration and discussed in its Response several documents that have been marked Highly Confidential pursuant to the Protective Order. That order requires the parties to file such documents under seal.

WHEREFORE, pursuant to the Stipulated Protective Order, Security respectfully requests that the documents referred to herein be filed under seal.

Dated: August 20, 2004

                              SECURITY INSURANCE COMPANY
                              OF HARTFORD

                              By: _____
                                   Frank F. Coulom, Jr. (ct 05230)
                                   Marion B. Manzo (ct 22068)

                              ROBINSON & COLE LLP
                              280 Trumbull Street
                              Hartford, Connecticut 06103
                              Tel.:  (860) 275-8200
                              Fax:  (860) 275-8299
                              Email: fcoulom@rc.com
                                        mmanzo@rc.com

                              DEWEY BALLANTINE LLP
                              David J. Grais (ct 23352)
                              Kathryn C. Ellsworth (ct 24988)
                              Erick M. Sandler (ct 25029)
                              1301 Avenue of the Americas
                              New York, New York 10019
                              Tel:  (212) 259-8000
                              Fax:  (212) 259-6333

                              GIBSON, DUNN & CRUTCHER LLP
                              Mark B. Holton (ct 21727)
                              Kathryn E. Nealon (ct 22754)
                              200 Park Avenue
                              New York, New York 10166
                              Tel:  (212) 351-4000
                              Fax:  (212) 351-4035

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2004, a true and correct copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to:

Lawrence J. Brandes, Esq.
Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

J. Daniel Sagarin, Esq.
David Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460-0112

Jeffrey Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

Attorneys for TIG Insurance Co.

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Attorneys for Trustmark Insurance Co.

_____
Marion B. Manzo