UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
SECURITY INSURANCE COMPANY OF         :
HARTFORD,                             :
                                      :
              Plaintiff,              :   CIVIL NO. 301CV2198(PCD)
                                      :
       v.                             :
                                      :
TRUSTMARK INSURANCE COMPANY,          :
                                      :
              Defendant.              :
                                      :   **August 20, 2004**
------------------------------------------------------------ x
TRUSTMARK INSURANCE COMPANY,          :
                                      :
              Third-Party Plaintiffs, :
                                      :
       v.                             :
                                      :
TIG INSURANCE COMPANY,                :
                                      :
              Third-Party Defendant.  :
                                      :
------------------------------------------------------------ x

**SECURITY'S MOTION FOR LEAVE TO FILE RESPONSE IN
FURTHER OPPOSITION TO TRUSTMARK'S MOTION FOR
SUMMARY JUDGMENT ON SECURITY'S CUTPA/CUIPA CLAIMS**

Plaintiff Security Insurance Company of Hartford respectfully moves for leave to file its Response in Further Opposition to Trustmark's Motion for Summary Judgment on Security's CUTPA/CUIPA Claims. The Response is filed concurrently under seal, together with the supporting declaration of Kathryn C. Ellsworth dated August 19, 2004. In support of its motion, Security states:

1. On August 9, 2004, the Court granted Trustmark's Motion for Leave to File Instanter Supplemental Memorandum in Support of Its Motion for Summary Judgment in Light of Factual Developments During Stay.

2. On August 13, 2004, Trustmark finally produced to Security the transcripts, exhibits and other relevant documents relating to the arbitration hearings between John Hancock Life Insurance Company and Trustmark that took place while this action was stayed. Those documents prove false Trustmark's characterization of the panel's decision in that arbitration as a "victory" for Trustmark.

3. In fact, the arbitration panel rejected every single one of Trustmark's purported reasons to rescind its four treaties with John Hancock, and instead found those treaties to be valid and binding and ordered Trustmark to pay *all* unpaid claims save for one cession that the panel disallowed.

4. The now fully-developed record in the Hancock arbitration unambiguously shows that, rather than living up to its payment obligations under its reinsurance contracts with Hancock, Trustmark employed its usual, bad-faith practice of seeking to avoid those obligations for groundless and frequently-changing reasons.

5. That record puts the lie to Trustmark's claim in its Supplemental Memorandum that the panel's award was a victory for Trustmark, and instead yields ample additional support for Security's CUTPA/CUIPA claims against Trustmark.

WHEREFORE, Security respectfully requests that the Court grant it leave to file the attached Response in Further Opposition to Trustmark's Motion for Summary Judgment on Security's CUTPA/CUIPA claims.

Dated: August 20, 2004

                                        SECURITY INSURANCE COMPANY
                                        OF HARTFORD

By: _____
      Frank F. Coulom, Jr. (ct 05230)
      Marion B. Manzo (ct 22068)

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel.:  (860) 275-8200
Fax:  (860) 275-8299
Email: fcoulom@rc.com
        mmanzo@rc.com


DEWEY BALLANTINE LLP
David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
Erick M. Sandler (ct 25029)
1301 Avenue of the Americas
New York, New York 10019
Tel:  (212) 259-8000
Fax:  (212) 259-6333


GIBSON, DUNN & CRUTCHER LLP
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2004, a true and correct copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to:

Lawrence J. Brandes, Esq.
Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

J. Daniel Sagarin, Esq.
David Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460-0112

Attorneys for TIG Insurance Co.

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Jeffrey Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 386
Bridgeport, CT 06605

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Attorneys for Trustmark Insurance Co.

_____
Marion B. Manzo