UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>TRUSTMARK INSURANCE COMPANY,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>TRUSTMARK INSURANCE COMPANY,  )<br>)<br>Third Party Plaintiff,  )<br>)<br>v.  )<br>)<br>TIG INSURANCE COMPANY,  )<br>)<br>Third Party Defendant.  ) | Civil No. 301CV2198(PCD)<br><br><br><br><br><br>AUGUST 26, 2004 |

**TRUSTMARK'S MOTION FOR EXTENSION OF TIME TO
COMPLY WITH ORDER GRANTING IN PART TIG'S MOTION TO COMPEL**

Defendant Trustmark Insurance Company ("Trustmark") respectfully requests that the Court grant it two week extension of time in which to comply with the Court's August 4, 2004 order, which granted in part Third Party Defendant TIG Insurance Company's ("TIG") motion to compel production of the WEB hard drive. In support of its motion, Trustmark states as follows:

1.   On August 12, 2004, Trustmark received notice and the clerk's office docketed this Court's Order dated August 4, 2004 (the "Order"). Among other rulings, the Order granted in part TIG's motion to compel production of the hard drive to WEB's computer used by Robin Ekwall. In relevant part, the Court determined that:

> [A]ll relevant files, whether deleted files still stored on the hard drive or active files, shall be placed in a single directory. The properties of the files in this directory shall be displayed in detail and the printed form of such display shall be produced.

(Order at 6.)

2.Pursuant to Local Rule 37(a)5, Trustmark is permitted ten days in which to comply with the Order. Under the Federal Rules, excluding weekends, the time period for compliance therefore expires on August 26, 2004.

3.Compliance with the Order, however, presents Trustmark with some technically complex issues which require the assistance of a computer and e-discovery consultant. Trustmark has been working diligently to obtain such expert assistance. Counsel for Trustmark has met personally with representatives of three expert computer consultant services since receiving the Order, working to develop the appropriate steps for compliance, and has so advised counsel for TIG. Trustmark believes that it is close to resolving the technical issues that have arisen. Despite those efforts, though, Trustmark is not yet able to produce the directory and information required by the Order.

4.Accordingly, Trustmark respectfully requests that it be permitted a short two-week extension to the period provided by Local Rule 37(a)5 in which to complete its technical analysis, prepare the required documentation, and produce the information to the parties. Trustmark requests this extension in good faith without any purpose of delay.

5.Trustmark has conferred with counsel for TIG and TIG has not yet agreed to Trustmark's motion.

WHEREAS, for all of the foregoing reasons, Trustmark respectfully requests that it be permitted a short extension of time, until September 9, 2004, in which to comply with the Court's order granting in part TIG's motion to compel production of the WEB hard drive.

DEFENDANT
TRUSTMARK INSURANCE COMPANY


/s/ Rowena A. Moffett
David R. Schaefer (ct 04334)
Rowena A. Moffett (ct 19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, Connecticut 06511
Telephone: (203)772-2600
Facsimile: (203)562-2098
E-Mail: dschaefer@bswlaw.com
E-Mail: rmoffett@bswlaw.com

David M. Spector (ct21679)
Paula J. Morency (ct24740)
Everett J. Cygal (ct22765)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Trustmark Insurance Company

## CERTIFICATE OF SERVICE

      I, Rowena A. Moffett, certify that on August 26, 2004, I caused a true and correct copy of Motion for Extension of Time to Comply with Order Granting in Part TIG's Motion to Compel to be served by facsimile and overnight courier on:

| | |
|---|---|
| David J. Grais, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, New York  10019-6092 | Mark B. Holton, Esq.<br>Kathryn Nealon, Esq.<br>Gibson Dunn & Crutcher<br>200 Park Avenue, Floor 48<br>New York, New York 10166 |
| Frank F. Coulom Jr., Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT,  06103-3597 | Harry P. Cohen, Esq.<br>Brian O'Sullivan<br>Cadwalader, Wickersham & Taft LLP<br>100 Maiden Lane<br>New York, NY  10038 |
| J. Daniel Sagarin, Esq.<br>Hurwitz, Sagarin & Slossberg, LLC<br>147 North Broad Street<br>Milford, CT 06460 | |

                                                  /s/ Rowena A. Moffett
                                                Rowena A. Moffett