# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | |
| | Plaintiff |
| *vs.* | |
| TRUSTMARK INSURANCE COMPANY, | |
| | Defendant. |
| TRUSTMARK INSURANCE COMPANY, | |
| | Third Party Plaintiff |
| *vs.* | |
| TIG INSURANCE COMPANY, | Third Party Defendant. |

**CASE NUMBER:**

3:01 CV 298 (PCD)

**APPEARANCE**

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

**Third Party Defendant, TIG INSURANCE COMPANY**

I certify that I am admitted to practice in this court

| | |
|---|---|
| **August 27, 2004** | |
| *Date* | *Signature* |
| | Scott T. Penner, Esq. |
| **CT 24772** | HURWITZ, SAGARIN & SLOSSBERG, LLC |
| *Connecticut Federal Bar Number* | *Print Name* |
| (203) 877-8000    (203) 878-9800 | 147 North Broad Street |
| *Telephone         Facsimile* | *Address* |
| SPenner@hss-law.com | Milford        CT        06460 |
| *e-mail* | *City         State      Zip Code* |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

See attached.

Scott T. Penner

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)

## CERTIFICATE OF SERVICE

This is to certify that on August 27, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
PO Box 386
Bridgeport, CT  06605

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Scott T. Penner