UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                          Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                          Defendant. | Civil No. 301CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                          Third-Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>                          Third-Party Defendant. | August 26, 2004 |

**MOTION OF THIRD-PARTY DEFENDANT
TIG INSURANCE COMPANY FOR PARTIAL
RECONSIDERATION OF THE COURT'S AUGUST 4, 2004
<u>RULINGS ON PRIOR PENDING DISCOVERY MOTIONS</u>**

Third Party Defendant TIG Insurance Company ("TIG"), through its counsel, hereby moves this Court for partial reconsideration of the Court's August 4, 2004 rulings on prior pending discovery motions. The grounds for this motion are set forth in the accompanying memorandum of law and declaration in support, to which this Court is respectfully referred.

NYLIB2 237235.1

WHEREFORE, TIG respectfully requests that the Court consider its Motion for Partial Reconsideration of the Court's August 4, 2004 Rulings on Prior Pending Discovery Motions.

THIRD PARTY DEFENDANT,

By: _____
J. Daniel Sagarin, CT 04289
David A. Slossberg, CT 13116
Scott T. Penner, CT24772
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
Milford, CT 06560
Telephone: 203-877-8000
Facsimile: 203-878-9800
  -and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666

## CERTIFICATE OF SERVICE

      This is to certify that on August 27, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
PO Box 386
Bridgeport, CT  06605

Attorneys for Defendant,
Third Party Plaintiff

Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

_____
Scott T. Penner