UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, <br><br> Plaintiff, <br><br> -against- <br><br> TRUSTMARK INSURANCE COMPANY, <br><br> Defendant. | **CIVIL NO. 3:01-CV-02198 (PCD)** |
| TRUSTMARK INSURANCE COMPANY, <br><br> Third Party Plaintiff, <br><br> -against- <br><br> TIG INSURANCE COMPANY, <br><br> Third Party Defendant. | **August 26, 2004** |

**DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF TIG INSURANCE
COMPANY'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S
AUGUST 4, 2004 RULINGS ON PRIOR PENDING DISCOVERY MOTIONS**

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1.      I am an attorney at Cadwalader Wickersham & Taft ("CWT"), counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's Motion For Reconsideration of the Court's August 4, 2004 Rulings On Prior Pending Discovery Motions.

2.      Attached as Exhibit A hereto is a copy of the Court's February 5, 2003 order on various discovery issues.

3.      Attached as Exhibit B hereto is a copy of Trustmark's Memorandum Of Law In Opposition To TIG's Motion To Compel Trustmark's Production Of Documents In Accordance With The Court's February 5 And March 14, 2003 Orders, dated June 27, 2003.

4.      Attached as Exhibit C hereto is a copy of TIG's Memorandum Of Law In Support Of [Its] Motion For Expedited Clarification And/Or To Compel Compliance, dated February 20, 2003.

5.      Attached as Exhibit D hereto is a copy of the Court's March 5, 2003 Ruling On Third Party Defendant TIG Insurance Company's Motion For Clarification And/Or To Compel Compliance.

6.      Attached as Exhibit E hereto is a copy of the Settlement Agreement, dated April 28, 2000, between Trustmark Insurance Company and United States Life Group, on the one hand, and WEB Management LLC, Steven F. Wright, Robin B. Ekwall and Charles J. Bastan III, on the other hand, a copy of which was produced by Trustmark in this litigation.

7.      Attached as Exhibit F hereto is a copy of an August 25, 2004 email from Paula Morency, Esq. to Brian J. O'Sullivan, Esq.

8.      Attached as Exhibit G hereto are excerpts from the transcript of the January 10, 2003 deposition of Michael J. Hawksworth.

NYLIB2 236968.1

9.     Attached as Exhibit H hereto are excerpts from the transcript of the February 6, 2003 deposition of Robin Ekwall.

10.    Attached as Exhibit I hereto is a copy of Trustmark's November 4, 2002 Response and Objections to TIG Insurance Company's Request to Produce.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2004.

By:_____
                              Brian J. O'Sullivan

NYLIB2 236968.1

## CERTIFICATE OF SERVICE

This is to certify that on August 27, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff


Jeffrey Hellman, Esq.
Zeisler & Zeisler, PC
558 Clinton Avenue
PO Box 386
Bridgeport, CT  06605

Attorneys for Defendant,
Third Party Plaintiff

Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff


David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

Scott T. Penner