UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | : : | |
| Plaintiff, | : : | |
| -vs- | : : | Civ. No. 3:01cv2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY, | : | |
| Defendant. | : | |
| -------------------------------------------------- | | |
| TRUSTMARK INSURANCE COMPANY | : | |
| Third-Party Plaintiff, | : : | |
| -vs- | : : | |
| TIG INSURANCE COMPANY | : | |
| Third-Party Defendant. | : | |

## ORDER

The parties' Joint Motion for Expedited Consideration [Doc. No. 286] is **denied** as moot. The Motion requests expedited consideration of the parties' August 1, 2003 Status Report [Doc. No. 306]. That Report was submitted just prior to this case being stayed for the better part of the past year. Thus, the proposed deadlines and scheduling issues discussed are out of date. Should the parties wish to file any subsequent reports appraising the Court of any outstanding issues, they may of course do so.

SO ORDERED.

Dated at New Haven, Connecticut, September  2 , 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court