UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
SEP 7  4 39 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD | : |
| VS. | : CASE NO. 3:01CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY | : |
| TRUSTMARK INSURANCE COMPANY | : |
| VS. | : |
| TIG INSURANCE COMPANY | : |

### ENDORSEMENT ORDER

Security's Motion to Seal, document no. 352, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 3rd day of September, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court