UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | **CIVIL NO. 3:01-CV-02198 (PCD)** |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | September 10, 2004 |

DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF
TIG INSURANCE COMPANY'S MEMORANDUM OF LAW
IN OPPOSITION TO TRUSTMARK'S MOTION FOR CLARIFICATION OF
ORDER GRANTING IN PART TIG'S MOTION FOR PROTECTIVE ORDER

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1.   I am an attorney at Cadwalader Wickersham & Taft LLP ("CWT"), counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's Memorandum of Law in Opposition to the Motion by Trustmark Insurance Company ("Trustmark") for Clarification of that Portion of the Court's August 4, 2004 Rulings on Prior Pending Discovery Motions, which granted in part TIG's

NYLIB2 238074.2

motion for protective order with respect to documents relating to due diligence of TIG conducted by Fairfax Financial Holdings Ltd.

2. Attached as Exhibit A hereto is a copy of the Third-Party Complaint in this action.

3. Attached as Exhibit B hereto is a copy of Trustmark Insurance Company's Second Supplemental Response to Third-Party Defendant TIG Insurance Company's First Set of Interrogatories, dated May 27, 2003.

4. Attached as Exhibit C hereto is a copy of Third Party Plaintiff's First Request for the Production of Documents to Third Party Defendant, dated November 18, 2002.

5. Attached as Exhibits D, E and F are, respectively, the expert reports of George M. Gottheimer, Jr., Richard J. Jessel, and Paul C. Thomson III, submitted by Trustmark on June 10, 2003.

6. Attached as Exhibit G hereto is a copy of Trustmark Insurance Company's Memorandum in Opposition to TIG Insurance Company's Motion for a Protective Order, dated June 30, 2003.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2004.

By: _____
Brian J. O'Sullivan

## CERTIFICATE OF SERVICE

This is to certify that on September 10, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_/s/ David A. Slossberg_
David A. Slossberg