# SCHIFF HARDIN & WAITE

A Partnership Including Professional Corporations

6600 Sears Tower, Chicago, Illinois 60606-6473
Telephone (312) 258-5500   Facsimile (312) 258-5700

Chicago
Washington
New York
Merrillville
Dublin
Lake Forest

William E. Meyer, Jr.
(312) 258-5526
Email: wmeyer@schiffhardin.com

March 28, 2003

**VIA FACSIMILE AND U.S. MAIL**

Harry Cohen
Cadwalader, Wickersham and Taft
100 Maiden Lane
New York, New York 10038

Re:   Security v. Trustmark/Trustmark v. TIG

Dear Mr. Cohen:

This letter is written in response to Brian O'Sullivan's letter of February 28, 2003, which addressed certain materials requested during the deposition of Robin Ekwall. For ease of reference, I will refer to the documents herein by the categories used by Mr. O'Sullivan. We have spoken with Robin Ekwall regarding these materials, and have been advised as follows:

(i)   *Hard drives for WEB computers.* The computers used by Mr. Ekwall and the other WEB principals are no longer in Mr. Ekwall's possession and, as far as Mr. Ekwall is aware, no longer exist. These computers were replaced at the time WEB ceased its operations. Mr. Ekwall is unaware of when or how these computers were disposed. Mr. Ekwall, however, has confirmed that all of the documents electronically stored on those computers were copied and provided to U.S. Life and/or Trustmark.

(ii)  *"Development factors database."* As Mr. Ekwall advised you during his deposition, this "development factors database" was something he believed Stephen Wright had started to build. Mr. Ekwall is unaware of what happened to this database, whether it was ever completed or used, and whether it still exists. Mr. Ekwall does not have a copy of any such database.

(iii) *Wakely's/Mark Crawshaw's work for WEB.* Similarly, Mr. Ekwall has advised us that documents obtained from Wakely's or Mr. Crawshaw's work for WEB, if there were any, would have been provided at the time to Mr. Wright. Mr. Ekwall does not know whether or how those documents were maintained at WEB, and does not possess any such documents.

(iv)  *Documents relating to proposed retrocessional structure.* The documents to which you refer, as discussed in Mr. Ekwall's deposition, were documents that he believed may have been communicated to Trustmark by Collins Associates. Mr. Ekwall does not have a copy of these documents, and had provided any such documents in his WEB files to U.S. Life and Trustmark.

SCHIFF HARDIN & WAITE

Harry Cohen
March 28, 2003
Page 2

    (v)    *"Profitability Analysis."* As Mr. Ekwall noted in his deposition, he believes Mr. Wright may have performed an actuarial analysis relating to the TIG business. Mr. Ekwall does not know whether any such analysis was maintained in written form, or how such analysis was maintained by Mr. Wright at WEB. Mr. Ekwall does not have a copy.

    In addition, we previously discussed these materials with Chuck Bastan, who had no knowledge of and does not possess any of these materials. Please call me if you have any questions or wish to discuss this matter further.

                              Sincerely,

                              William E. Meyer, Jr.