## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 3:01-CV-2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | OCTOBER 1, 2004 |

**MOTION OF THIRD-PARTY DEFENDANT TIG INSURANCE COMPANY FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO TRUSTMARK INSURANCE COMPANY'S MOTION FOR CLARIFICATION OF <u>ORDER GRANTING IN PART TIG'S MOTION FOR PROTECTIVE ORDER</u>**

Third Party Defendant TIG Insurance Company ("TIG"), through its counsel, hereby moves this Court For Leave to File A Surreply Memorandum in Opposition to Third Party Plaintiff's Motion for Clarification of Order Granting in Part TIG's Motion for Protective Order, in order to respond to arguments raised by Trustmark for the first time in its reply brief. TIG's surreply memorandum is attached hereto.

NYLIB2 239382.1

WHEREFORE, TIG respectfully requests that the Court consider and grant its Motion For Leave to File A Surreply Memorandum in Opposition to Third Party Plaintiff's Motion for Clarification of Order Granting in Part TIG's Motion for Protective Order.

>THIRD PARTY DEFENDANT
>TIG INSURANCE COMPANY
>
>
>By:_____
>   J. Daniel Sagarin   CT04289
>   David Slossberg CT 113116
>   Brian C. Fournier CT16272
>   HURWITZ, SAGARIN & SLOSSBERG, LLC
>   147 North Broad Street
>   Milford, Connecticut 06460-0112
>   Tel.: (203) 877-8000
>   Fax: (203) 878-9800
>
>   -and-
>
>   Larry I. Brandes CT 23789
>   Harry P. Cohen CT 20446
>   Brian J. O'Sullivan CT 23790
>   CADWALADER, WICKERSHAM & TAFT, LLP
>   100 Maiden Lane
>   New York, NY 10038
>   Tel: (212) 504-6000
>   Fax: (212) 504-6666
>
>   Attorneys for Third-Party Defendant
>   TIG Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that on October 1, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg