UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>            Plaintiff,<br><br>      -against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>            Defendant.  | Civil No. 301CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>            Third-Party Plaintiff,<br><br>      -against-<br><br>TIG INSURANCE COMPANY,<br><br>            Third-Party Defendant. | **October 8, 2004** |

**NOTICE OF WITHDRAWAL OF TIG INSURANCE COMPANY'S
MOTION TO STAY THIS ACTION PENDING THE DECISION OF THE
SUPREME COURT ON TIG'S PETITION FOR A WRIT OF *CERTIORARI***

On June 7, 2004, third party defendant TIG Insurance Company ("TIG") filed a Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*. On October 4, 2004, the Supreme Court denied TIG's petition for a writ of *certiorari*, thereby rendering TIG's motion to stay moot.

WHEREFORE, TIG hereby withdraws its Motion to Stay This Action Pending the Decision of the Supreme Court on TIG's Petition for a Writ of *Certiorari*.

Dated:   October 8, 2004

        HURWITZ, SAGARIN & SLOSSBERG, LLC

By: _____
    David Slossberg CT 13116
    Daniel Sagarin CT 04289

147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

CADWALADER, WICKERSHAM & TAFT LLP
Harry P. Cohen CT 20446
100 Maiden Lane
New York, NY 10038
Tel: (212) 504-6000
Fax: (212) 504-6666

    Attorneys for Third-Party Defendant
    TIG Insurance Company

## CERTIFICATE OF SERVICE

      This is to certify that on October 8, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

                                                                      _____
                                                                        David A. Slossberg