UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | Civil No. 3:01 CV 2198 (PCD)<br><br>OCTOBER 18, 2004  |

## NOTICE OF FILING OF TIG INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND

Please take notice that, in accordance with Judge Dorsey's Supplemental Order, Third Party Defendant, TIG Insurance Company ("TIG") has filed its Motion for Leave to Amend Answer of Third-Party Defendant TIG Insurance Company to the Third-Party Complaint dated September 24, 2004.

Security of Hartford, as set forth in its response dated October 15, 2004, has no objection provided the amendment would not generate the need for additional discovery time. It will not.

Trustmark has failed to respond within the time provided by the Federal Rules of Civil Procedure and this Court's standing order.

NYLIB2 230901.3

THIRD PARTY DEFENDANT

By: *[signature]*
J. Daniel Sagarin CT 04289
David Slossberg CT 113116
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Brian J. O'Sullivan CT 23790
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666


Attorneys for Third-Party Defendant
TIG Insurance Company

## CERTIFICATE OF SERVICE

    This is to certify that on October 18, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
J. Daniel Sagarin

NYLIB2 230901.3