UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TRUSTMARK INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | Civil No. 301 CV 2198(PCD) |
| TRUSTMARK INSURANCE COMPANY, | ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| TIG INSURANCE COMPANY, | ) ) | October 19, 2004 |
| Third Party Defendant. | ) | |

**NOTICE OF FILING OF TRUSTMARK'S RESPONSE
TO TIG'S MOTION FOR LEAVE TO AMEND ITS ANSWER**

PLEASE TAKE NOTICE that Trustmark has filed today its Response to TIG's Motion for Leave to Amend its Answer, a copy of which was timely served October 18, 2004 upon counsel for TIG and all counsel of record in accordance with Judge Dorsey's Supplemental Order.

Trustmark learned in the late afternoon on October 18, 2004 that TIG had filed with the Court its Motion for Leave to Amend with a "Notice of Filing of TIG's Motion for Leave to Amend." TIG's filing of its motion does not conform with this Court's Supplemental Order as TIG did not file Trustmark's response at the same time. TIG's actions appear based on a miscalculation of the time permitted Trustmark for filing its Response. (See TIG Notice of Filing, at 1 ("Trustmark has failed to respond within the time provided").) Rather, because TIG served its initial Motion on

901891.DOC

-2-

September 24, 2004 by facsimile, Trustmark's response was not due to be served upon counsel for TIG until October 18, 2004, pursuant to Local Rule 7 and Fed. R. Civ. P. 6(e).

                TRUSTMARK INSURANCE COMPANY

                _____
                Counsel for
                Trustmark Insurance Company

                David R. Schaefer (ct 04334)
                Rowena A. Moffett (ct 19811)
                BRENNER, SALTZMAN & WALLMAN LLP
                271 Whitney Avenue
                New Haven, Connecticut 06511
                Telephone: (203)772-2600
                Facsimile: (203)562-2098
                E-Mail: dschaefer@bswlaw.com
                E-Mail: rmoffett@bswlaw.com


                David M. Spector (ct21679)
                Paula J. Morency (ct24740)
                Everett J. Cygal (ct22765)
                SCHIFF HARDIN LLP
                6600 Sears Tower
                Chicago, Illinois 60606-6473
                Telephone: (312) 258-5500
                Facsimile:  (312) 258-5600

## CERTIFICATE OF SERVICE

I, Rowena A. Moffett, an attorney, certify that on October 19, 2004, I caused a true and correct copy of **Trustmark's Notice of Filing of Its Response to TIG's Motion to Amend Its Answer** to be served by facsimile and overnight delivery upon:

>Harry P. Cohen, Esq.
>Brian O'Sullivan, Esq.
>Cadwalader, Wickersham & Taft
>100 Maiden Lane
>New York, NY 10038
>
>Mark B. Holton, Esq.
>Kate Nealon, Esq.
>Gibson Dunn & Crutcher
>200 Park Avenue, Floor 48
>New York, New York 10166
>
>David Grais, Esq.
>Kay Ellsworth, Esq.
>Dewey Ballantine LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092
>
>Frank F. Coulom, Jr., Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>
>David A. Slossberg, Esq.
>Hurwitz & Sagarin
>147 North Broad Street
>Milford, CT 06460-0112

_____
Rowena A. Moffet, Esq.