UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD, :
: **CIVIL NO. 301CV2198(PCD)**
Plaintiff, :
:
v. :
: **October 25, 2004**
TRUSTMARK INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------x
TRUSTMARK INSURANCE COMPANY, :
:
Third Party Plaintiff, :
:
v. :
:
TIG INSURANCE COMPANY, :
:
Third Party Defendant. :
:
------------------------------------x

## THE PARTIES' JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiff Security Insurance Company of Hartford, Defendant and Third Party Plaintiff Trustmark Insurance Company and Third Party Defendant TIG Insurance Company respectfully and jointly move for entry of a scheduling order setting forth deadlines for the completion of all pretrial tasks. Each party's proposed schedule, and the reasons therefor, are contained in the accompanying Joint Report Concerning the Status of Discovery and Dispositive Motions and Separate Statements Concerning Scheduling.

WHEREFORE, the parties respectfully request that the Court enter a scheduling order setting forth deadlines for the completion of all pretrial tasks.

Dated: October 25, 2004

TRUSTMARK INSURANCE COMPANY

By: _____
David R. Schaefer (ct 04334)
Rowena A. Moffett (ct 19811)

BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511

SCHIFF HARDIN LLP
David M. Spector (ct 21679)
Paula J. Morency (ct 24740)
John A. Bannon
6600 Sears Tower
Chicago, IL 60606-6473

2

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY

By: _____
    J. Daniel Sagarin (ct 04289)
    David Slossberg (ct 113116)
    Brian C. Fournier (ct 16272)

HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, CT 06460-0112
Tel:   (203) 877-8000
Fax:  (203) 878-9800

CADWALADER, WICKERSHAM & TAFT, LLP
Larry I Brandes (ct 23789)
Harry P. Cohen (ct 20446)
Brian J. O'Sullivan (ct 23790)
100 Maiden Lane
New York, NY 10038
Tel:   (212) 504-6000
Fax:  (212) 504-6666

SECURITY INSURANCE COMPANY
OF HARTFORD

By: /s/ Marion Manzo
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel:    (860) 275-8200
Fax:    (860) 275-8299
Email: fcoulom@rc.com
       mmanzo@rc.com

DEWEY BALLANTINE LLP
David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 25029)
Erick M. Sandler (ct 25029)
1301 Avenue of the Americas
New York, New York 10019
Tel:    (212) 259-8000
Fax:    (212) 259-6333

GIBSON DUNN & CRUTCHER LLP
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via facsimile and first class mail, postage prepaid, on this 26th day of October, 2004 to the following:

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Brian C. Fournier, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460-0112

Lawrence I. Brandes, Esq.
Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Erick M. Sandler, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Marion B. Manzo