UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- x
SECURITY INSURANCE COMPANY OF : 
HARTFORD, :
 :
                Plaintiff, : **CIVIL NO. 301CV2198(PCD)**
 :
    v. :
 :
TRUSTMARK INSURANCE COMPANY, :
 :
                Defendant. :
 :  **October 15, 2004**
---------------------------------------------------------------- x
TRUSTMARK INSURANCE COMPANY, :
 :
                Third-Party Plaintiffs, :
 :
    v. :
 :
TIG INSURANCE COMPANY, :
 :
                Third-Party Defendant. :
 :
---------------------------------------------------------------- x

## SECURITY'S RESPONSE TO TIG'S MOTION
## FOR LEAVE TO AMEND ITS ANSWER

       Security does not object to TIG's motion but only if the amendment will not delay the completion of discovery and setting of a trial date in this matter. If the proposed amendment will have that effect, then Security does object to the motion.

       Security has proposed to TIG and Trustmark an amended schedule for completing discovery and the pretrial order that it plans to submit to the Court as soon as TIG and Trustmark communicate their agreement or counterproposals. That schedule contemplates that the parties will complete the pretrial order and be trial ready by mid-February 2005.

Should the Court grant TIG's motion, Security reserves the right to assert collateral estoppel against Trustmark based on the award in the arbitration between TIG and United States Life Insurance Company that forms the basis for one of TIG's proposed new defenses against Trustmark.

Dated: October 15, 2004

                                        SECURITY INSURANCE COMPANY
                                        OF HARTFORD

By: _____
    David J. Grais (ct 23352)
    Kathryn C. Ellsworth (ct 24988)
    Erick M. Sandler (ct 25029)

DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

GIBSON, DUNN & CRUTCHER LLP
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

ROBINSON & COLE LLP
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
280 Trumbull Street
Hartford, Connecticut 06103
Tel.:   (860) 275-8200
Fax:   (860) 275-8299
Email: fcoulom@rc.com
        mmanzo@rc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 2004, a true and correct copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to:

Lawrence I. Brandes, Esq.
Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft, LLP
100 Maiden Lane
New York, NY 10038

David M. Spector, Esq.
Everett J. Cygal, Esq.
Paula J. Morency, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

J. Daniel Sagarin, Esq.
David Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, CT 06460-0112

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Attorneys for TIG Insurance Co.

Attorneys for Trustmark Insurance Co.

Erick M. Sandler