**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

2004 OCT 29 A 11: 25

U.S. DISTRICT COURT
NEW HAVEN. CT

SECURITY INSURANCE COMPANY OF :
HARTFORD,                              :
         Plaintiff,              :    Case. No. 3:01cv2198 (PCD)
                        :

         -vs-              :

                        :

TRUSTMARK INSURANCE COMPANY, :
         Defendant.              :

## ORDER

Pursuant to this Court's Rulings [Doc. Nos. 347 & 355] on various discovery disputes, the parties have submitted various documents for in camera review. Having reviewed the submissions, the parties shall produce the following documents:

Security shall produce the "memorandum of counsel memorializing meetings had with Kevin Ryan on May 7 and May 8, 2002" submitted via letter mailed on August 20, 2004.

Trustmark shall produce the documents identified on the privilege log and in the submission to this Court as document numbers 263, 264, 314, 318, 366, and 367.

With respect to those documents the parties have not sustained their burden to establish protection under any privilege. The parties have met their burden as to any document not mentioned.

SO ORDERED.

Dated at New Haven, Connecticut, October 29, 2004.

_____
         Peter C. Dorsey, U.S. District Judge
         United States District Court