UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>        Plaintiff,<br><br>  -against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>        Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>        Third-Party Plaintiff,<br><br>  -against-<br><br>TIG INSURANCE COMPANY,<br><br>        Third-Party Defendant. | Civil No. 3:01CV2198 (PCD)<br><br><br><br><br><br><br><br>October 29, 2004 |

**MOTION BY TIG INSURANCE COMPANY FOR AN EXPEDITED
BRIEFING SCHEDULE FOR ITS MOTION TO COMPEL
<u>DISCOVERY FROM TRUSTMARK INSURANCE COMPANY</u>**

Third Party Defendant TIG Insurance Company ("TIG") respectfully submits this Motion for an Expedited Briefing Schedule for Its Motion to Compel Discovery from Trustmark Insurance Company. There is good cause for expedited consideration of this matter since the parties have recently submitted a Joint Motion for Entry of a Scheduling Order, pursuant to which the deadline in this action could be as early as January 7, 2005.

-2-

WHEREFORE, TIG respectfully requests that the Court consider its Motion on an expedited basis for good cause shown.

THIRD PARTY DEFENDANT

By: /s/ _____
J. Daniel Sagarin CT 04289
David Slossberg CT 13116
Brian C. Fournier CT 16272
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Brian J. O'Sullivan CT 23790
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666

Attorneys for Third-Party Defendant
TIG Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
Brian C. Fournier