**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                                       Plaintiff,<br><br>                -against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                                       Defendant. | Civil No. 3:01CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                                   Third-Party Plaintiff,<br><br>                -against-<br><br>TIG INSURANCE COMPANY,<br><br>                                   Third-Party Defendant. | **October 29, 2004** |

**MOTION FOR LEAVE TO SERVE ADDITIONAL**
**INTERROGATORIES AND TO REQUIRE THIRD PARTY DEFENDANT**
**TRUSTMARK INSURANCE COMPANY**
<u>**TO RESPOND TO THE INTERROGATORIES ON AN EXPEDITED BASIS**</u>

Third Party Defendant TIG Insurance Company ("TIG"), through its counsel, hereby moves this Court for leave to serve additional interrogatories and to require Third Party Defendant Trustmark Insurance Company ("Trustmark") to respond to the interrogatories on an expedited basis. The bases for this motion are set forth in TIG's memorandum of law in support of its motion to compel discovery from Trustmark, which TIG has filed on this same date. The interrogatories which TIG is seeking leave to serve are attached as Exhibit A to this motion.

-2-

WHEREFORE, TIG respectfully requests that the Court grant its motion for leave to serve on Trustmark its Second Set of Interrogatories and require Trustmark to respond to TIG's Second Set of Interrogatories by no later than November 26, 2004.

        THIRD PARTY DEFENDANT

By:_____
    J. Daniel Sagarin CT 04289
    David Slossberg CT 13116
    Brian C. Fournier  CT 16272
    Hurwitz, Sagarin & Slossberg, LLC
    147 North Broad Street
    Milford, Connecticut 06460-0112
    Tel.: (203) 877-8000
    Fax: (203) 878-9800

    -and-

    Lawrence I. Brandes, CT 23789
    Harry P. Cohen, CT 20446
    Brian J. O'Sullivan CT 23790
    Cadwalader, Wickersham & Taft
    100 Maiden Lane
    New York, NY  10038
    Telephone:  212-504-6000
    Facsimile:  212-504-6666


    Attorneys for Third-Party Defendant
    TIG Insurance Company

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 29, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

      _____
      Brian C. Fournier