

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                  Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                  Defendant. | **CIVIL NO. 3:01-CV-02198 (PCD)** |
| TRUSTMARK INSURANCE COMPANY,<br><br>                  Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>                  Third Party Defendant. | **September 22, 2004** |

**DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF THIRD-PARTY DEFENDANT TIG INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL TRUSTMARK AND WEB TO PRODUCE DOCUMENTS AND OTHER DATA FROM THE WEB LOCAL ACCESS NETWORK SERVER**

       BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

       1.    I am an attorney at Cadwalader Wickersham & Taft LLP ("CWT"), counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's to compel Trustmark Insurance Company ("Trustmark") and WEB Management LLC ("WEB") to produce documents and other data located on WEB's local access network server.

NYLIB2 238929.1

2. Attached as Exhibit A hereto is a copy of the April 28, 2000 settlement agreement between Trustmark and United States Life Insurance Company ("US Life"), on the one hand, and WEB, on the other hand.

3. Attached as Exhibit B hereto is a copy of TIG's First Requests for Production of Documents served on Trustmark on September 30, 2002.

4. Attached as Exhibit C hereto is a copy of of TIG's Document Subpoena served on WEB on October 7, 2002.

5. Attached as Exhibit D is a copy of Trustmark's Response to TIG's First Request for the Production of Documents, which is dated November 4, 2002.

6. Attached as Exhibit E is a copy of WEB's Response to TIG's Document Subpoena, which is dated October 30, 2002.

7. Attached as Exhibit F is a copy of excerpts of the testimony that David Stone provided on April 26, 2004 during the arbitration between TIG and US Life.

8. Attached as Exhibit G hereto is a copy of my August 20, 2004 email to, among others, Everett Cygal and Paula Morency, who represent Trustmark in this action.

9. Attached as Exhibit H hereto is a copy of Paula Morency's August 25, 2004 email to me.

10. Attached as Exhibit I hereto is a copy of my August 26, 2004 email to Paula Morency.

11. Attached as Exhibit J hereto is a copy of excerpts of the testimony that Robin Ekwall provided on April 14, 2004 during the arbitration between TIG and US Life.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 22, 2004.

By: /s/ Brian J. O'Sullivan
Brian J. O'Sullivan

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_/s/ David A. Slossberg_
David A. Slossberg