

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>　　　　　　　　　　Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>　　　　　　　　　　Third Party Defendant. | Civil No. 3:01 CV 2198 (PCD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Third Party Defendant has manually filed the following documents:

　　　1)　　Exhibits A, B, C, D, E, F, G, H, I, and J to the Declaration of Brian J. O'Sullivan in Support of Third Party Defendant TIG Insurance Company's Memorandum of Law in Support of Its Motion to Compel Trustmark and WEB to Produce Documents and Other Data from the WEB Local Access Network Server; and

　　　2)　　Exhibit K to the Reply Declaration of Brian J. O'Sullivan in Support of Third-Party Defendant TIG Insurance Company's Memorandum of Law in Support of Its Motion to Compel Trustmark and WEB to Produce Documents and Other Data from the WEB Local Access Network Server.

　　　These documents have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

　　　These documents have been manually served on all parties.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY

By: _____
J. Daniel Sagarin   CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
100 Maiden Lane
New York, NY 10038
Tel: (212) 504-6000
Fax: (212) 504-6666

Attorneys for Third-Party Defendant
TIG Insurance Company

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Brian C. Fournier