UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 3:01-CV-02198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | October 29, 2004 |

**REPLY DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF THIRD-PARTY DEFENDANT TIG INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL TRUSTMARK AND WEB TO PRODUCE DOCUMENTS AND OTHER DATA FROM THE WEB LOCAL ACCESS NETWORK SERVER**

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader Wickersham & Taft LLP ("CWT"), counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in further support of TIG's motion to compel Trustmark Insurance Company ("Trustmark") and WEB Management LLC ("WEB") to produce documents and other data located on WEB's local access network server.

2. Attached as Exhibit K hereto is a copy of excerpts of the testimony that

NYLIB2 242014.1

Robin Ekwall provided on April 14, 2004 during the arbitration between TIG and US Life.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: October 29, 2004.

By: _____
Brian J. O'Sullivan

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Brian C. Fournier