# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>    *vs.*    Plaintiff<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>    Defendant. | |
| TRUSTMARK INSURANCE COMPANY,<br><br>    Third Party Plaintiff<br><br>    *vs.*<br><br>TIG INSURANCE COMPANY,<br><br>    Third Party Defendant. | |

**CASE NUMBER:**

3:01 CV 2198 (PCD)

**APPEARANCE**

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

**Third Party Defendant, TIG INSURANCE COMPANY**

I certify that I am admitted to practice in this court.

**November    , 2004**
*Date*

*Signature*

**CT 04289**
*Connecticut Federal Bar Number*

J. Daniel Sagarin
HURWITZ & SAGARIN, LLC
*Print Name*

(203) 877-8000    (203) 878-9800
*Telephone*    *Facsimile*

147 North Broad Street
*Address*

DSagarin@hss-law.com
*e-mail*

Milford    CT    06460
*City*    *State*    *Zip Code*

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

See attached.

J. Daniel Sagarin

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)

## CERTIFICATE OF SERVICE

This is to certify that on November ____, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
J. Daniel Sagarin