## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br>    Plaintiff, | :<br>:<br>: |
| -vs- | :    Civ. No. 3:01cv2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br>    Defendant. | :<br>: |
| TRUSTMARK INSURANCE COMPANY<br>    Third-Party Plaintiff, | :<br>: |
| -vs- | : |
| TIG INSURANCE COMPANY<br>    Third-Party Defendant. | : |

### ORDER

TIG's Motion for an Expedited Briefing Schedule [Doc. No. 386] is **denied**. There is no indication in its Motion that the parties attempted to resolve the matter without recourse to Court order and were unable to do so. Absent such an assertion, the Court leaves it to the parties to attempt an amicable resolution before Court interference. As they are all dealing with the same deadlines, such agreement should be possible and, at the very least, sought before engaging in motion practice. Although TIG attempted to file the underlying Motion to Compel outside the Supplemental Order [Doc. No. 21], the procedure outlined in that Order does not prohibit the parties from briefing the matter in an expedited fashion if they so choose and without first seeking Court intervention.

SO ORDERED.

Dated at New Haven, Connecticut, November 3, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court