# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br>    Plaintiff, | : <br> : <br> : <br> : |
| -vs- | :     Civ. No. 3:01cv2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br>    Defendant. | : <br> : |
| TRUSTMARK INSURANCE COMPANY<br>    Third-Party Plaintiff, | : <br> : |
| -vs- | : |
| TIG INSURANCE COMPANY<br>    Third-Party Defendant. | : <br> : |

## ORDER

The parties' Joint Motion for Entry of a Scheduling Order [Doc. No. 381] is **granted**.

The following deadlines are set:

1. Service of TIG and Security Expert Reports by November 19, 2004.
2. Conclude discovery of TIG and Security Experts by December 15, 2004.
3. Service of Trustmark's Rebuttal Expert Reports by January 14, 2005.
4. Close of all discovery (subject to Canadian proceedings) by February 11, 2005.
5. Service of Part A of the Trial Preparation Order (by Security and Trustmark) by February 28, 2005.
6. Service of Part B of the Trial Preparation Order (by Trustmark and TIG) by March 18, 2005.
7. Completion of Part C of the Trial Preparation Order and the case ready for trial by April 4, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, November 3, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court