UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                                         Plaintiff,<br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br>                                         Defendant. | CIVIL ACTION NO.<br><br>3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                         Third-Party Plaintiff,<br>v.<br><br>TIG INSURANCE COMPANY,<br><br>                         Third-Party Defendant. | November 3, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Scott T. Penner as counsel of record for third party defendant, TIG Insurance Company, as he has separated from the law firm of Hurwitz & Sagarin, LLC. J. Daniel Sagarin and David A. Slossberg continue to represent the third party defendant and no hardship will be caused by this withdrawal.

                    THIRD PARTY DEFENDANT,


          By:     _____
                    J. Daniel Sagarin, CT 04289
                    David A. Slossberg, CT 13116
                    Hurwitz & Sagarin, LLC
                    147 N. Broad Street
                    Milford, CT  06560
                    Telephone:  203-877-8000
                    Facsimile:  203-878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
David A. Slossberg