UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>               Plaintiff,<br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br>               Defendant. | CIVIL ACTION NO.<br><br>3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>           Third-Party Plaintiff,<br>v.<br><br>TIG INSURANCE COMPANY,<br><br>          Third-Party Defendant. | November 10, 2004 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

  Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Seth Klein as counsel of record for third party defendant, TIG Insurance Company, as he has separated from the law firm of Cadwalader, Wickersham & Taft, LLP. The other counsel of record from Cadwalader, Wickersham & Taft will continue to represent the third party defendant and, therefore, no hardship will be caused by this withdrawal.

              THIRD PARTY DEFENDANT,

    By: _____
        J. Daniel Sagarin, CT 04289
        David A. Slossberg, CT 13116
        Hurwitz & Sagarin, LLC
        147 N. Broad Street
        Milford, CT 06560
        Telephone: 203-877-8000
        Facsimile: 203-878-9800

        -and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen  20446
Brian J. O'Sullivan  CT  23790
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Telephone:  212-504-6000
Facsimile:  212-504-6666

**CERTIFICATE OF SERVICE**

      This is to certify that on November 10, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Alia L. Smith<br>Christine Y. Wong, Esq.<br>Mark B. Holton, Esq.<br>James L. Hallowell, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Erick M. Sandler, Esq.<br>Robert J. Morrow, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg