UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

      Plaintiff,

  v.

TRUSTMARK INSURANCE COMPANY,

      Defendant.

---------------------------------x
TRUSTMARK INSURANCE COMPANY,

      Third Party Plaintiff,

  v.

TIG INSURANCE COMPANY,

      Third Party Defendant.

---------------------------------x

**CIVIL NO. 301CV2198(PCD)**

**November 12, 2004**

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Alia L. Smith, Christine Y. Wong, and James L. Hallowell as counsel of record for plaintiff Security Insurance Company of Hartford. Ms. Smith and Ms. Wong have separated from the law firm of Gibson, Dunn & Crutcher LLP and Mr. Hallowell is no longer assigned to this matter. Mark B. Holton and Kathryn E. Nealon of Gibson Dunn, as well as attorneys from Dewey Ballantine LLP and Robinson & Cole LLP, continue to represent

the plaintiff, and no hardship will be caused by this withdrawal.

Oral Argument Not Requested
No Testimony Required

Dated: November 12, 2004

                                              PLAINTIFF, SECURITY INSURANCE
                                              COMPANY OF HARTFORD

By: _____
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000

## CERTIFICATION

This is to certify that the foregoing was sent via facsimile and United States mail-postage prepaid, on this 12th day of November, 2004 to the following:

Paula Morency, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Mark B. Holton

80312153_1.DOC

3