UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,                              :      CIVIL NO. 301CV2198(PCD)

       Plaintiff,                      :

   v.                                    :      November 16, 2004

TRUSTMARK INSURANCE COMPANY,           :

       Defendant.                      :
---------------------------------x
TRUSTMARK INSURANCE COMPANY,           :

       Third Party Plaintiff,          :

   v.                                    :

TIG INSURANCE COMPANY,                 :

       Third Party Defendant.          :
---------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Erick Sandler and Robert Morrow as counsel of record for plaintiff Security Insurance Company of Hartford. Mr. Sandler has separated from the law firm of Dewey Ballantine LLP and Mr. Morrow is no longer assigned to this matter. David Grais and Kathryn Ellsworth of Dewey Ballantine, as well as attorneys from Gibson, Dunn & Crutcher LLP and Robinson & Cole LLP, continue to represent the plaintiff, and no hardship will be

caused by this withdrawal.

Oral Argument Not Requested
No Testimony Required

Dated: November 16, 2004

                          PLAINTIFF, SECURITY INSURANCE
                          COMPANY OF HARTFORD

By: _____
Kathryn C. Ellsworth (ct 24988)
David J. Grais (ct 23352)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

2

## CERTIFICATION

This is to certify that the foregoing was sent via facsimile and United States mail-postage prepaid, on this 16th day of November, 2004 to the following:

Paula Morency, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Kathryn Ellsworth