UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                        Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                        Defendant. | Civil No. 301CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                        Third-Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>                        Third-Party Defendant. | June 27, 2003 |

FILED
2004 NOV 15 P 12: 13
U.S. DISTRICT COURT
NEW HAVEN, CT

### TIG INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE THIRD PARTY COMPLAINT

Third Party Defendant TIG Insurance Company ("TIG") respectfully moves this Court for summary judgment in its favor and against Third Party Plaintiff Trustmark Insurance Company ("Trustmark") on the claims alleged in the Third Party Complaint. In support of its motion, TIG submits a memorandum of law, its Local Rule 56(a)(1) Statement, and the Declaration of Brian O'Sullivan, with supporting exhibits and testimony.

NYLIB2 202556.1

Dated:   June 27, 2003

                    HURWITZ & SAGARIN, LLC

              By: _/s/ David Slossberg_
                    David Slossberg CT 13116

Daniel Sagarin CT 04289
147 North Broad Street
Milford, Connecticut 06460-0112
Telephone: (203) 877-8000

CADWALADER, WICKERSHAM & TAFT LLP
Lawrence I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
100 Maiden Lane
New York, New York 10038
(212) 504-6000

Attorneys for Third Party Defendant
TIG Insurance Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent by facsimile and federal express, this 27th day of June, 2003, to counsel of record for plaintiff Security Insurance Company of Hartford and defendant / third-party plaintiff Trustmark Insurance Company, addressed to:

Frank F. Coulom, Jr. CT 05230
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff
Security Insurance Co. of Hartford

David J. Grais CT 23352
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Attorneys for Plaintiff
Security Insurance Co. of Hartford

Jeffrey Hellman CT 04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

Attorneys for Defendant and
Third Party Plaintiff
Trustmark Insurance Co.

Mark B. Holton CT 21727
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff
Security Insurance Co. of Hartford

Everett J. Cygal CT 22765
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant and
Third Party Plaintiff
Trustmark Insurance Co.

_____
Brian J. O'Sullivan

NYLIB2 202556.1