UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 3:01-CV-02198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | June 27, 2003 |

FILED
2004 NOV 15 P 12: 13
U.S. DISTRICT COURT
NEW HAVEN, CT

## DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF TIG INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader Wickersham & Taft ("CWT"), counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's motion for summary judgment dismissing the third party complaint of Third Party Plaintiff Trustmark Insurance Company.

2. TIG refers to the following deposition testimony in its Memorandum of Law in Support of its Motion for Summary Judgment and/or its Local Rule 56(a)(1) Statement: Chuck Bastan, Bob Bima, Sheila Bohuslav, Jay Chase, Robin Ekwall, Michael Hawksworth, Mary

NYLIB2 202496.1

Hennessy, Steve McElhiney, Kevin Ryan, Michael Westover, Gary Wood, and Steven Wright. All of these depositions other than Mr. Wood's are from this litigation. Mr. Wood's deposition is from *Security Insurance Company of Hartford v. Trustmark Insurance Company*, 300CV1247(PCD), to which TIG was not a party. True and correct copies of the relevant excerpts from these deposition transcripts are attached hereto following the tab with the witness' name.

3. TIG refers to the following exhibits in its Memorandum of Law in Support of its Motion for Summary Judgment and/or its Local Rule 56(a)(1) Statement: 1, 6, 54, 68, 69, 70, 71, 72, 73, 76, 78, 79, 86, 88, 90, 102, 105, 106, 108, 114, 123, 137, 188, 203, 224, 227, 240, 243, 247, 262, 269, 270, 271, 274, 469, 474, 488, 491, 551, 702, 795, 860, 872, 876, 877. These documents were all marked as exhibits during the depositions in this proceeding. True and correct copies of these exhibits are attached hereto following the tab with that exhibit's number.

4. TIG also refers to Exhibits 907 to 918 in its Memorandum of Law in Support of its Motion for Summary Judgment and/or its Local Rule 56(a)(1) Statement. These exhibits were not marked during any of the depositions in this proceeding. True and correct copies of those documents are attached as follows:

    a. Exhibit 907 is Trustmark Insurance Company's Second Supplemental Response to Third-Party Defendant TIG Insurance Company's First Set of Interrogatories, dated May 27, 2003.

    b. Exhibit 908 is TIG Insurance Company Workers Compensation First ($400,000 xs $100,000) and Second ($500,000 xs $500,000) Excess of Loss Underlying Carve Out Reinsurance Agreement AR 11404, Effective April 1, 1998, executed by TIG Insurance

Company and WEB Management, LLC on behalf of United States Life Insurance Company on October 6, 1998 and November 12, 1998, respectively, bearing Bates number TIG106330-59.

    c.    Exhibit 909 is a Facsimile from Sheila C. Bohuslav and Rowena B. Bautista to Dave Scholl, dated December 18, 1998, bearing Bates number AON10757-59.

    d.    Exhibit 910 is an Email from Dave Scholl to Jay Chase, Bill Keros, Steven Math, Graham Monroe re: 900k x 100k – Revised WEB Quote, dated December 23, 1998, bearing Bates number TIG116721.

    e.    Exhibit 911 is Best's Insurance News Article entitled "TIG Considers Sale; Posts $48.6 Million Loss", dated October 27, 1998.

    f.    Exhibit 912 is an Email from Jack Powell to Jay Chase, cc: Jack Anderson re: Flash Report – Muirfield Underwriters, dated September 4, 1998, bearing Bates number TIG116094-95.

    g.    Exhibit 913 is an Email from Jack Powell to Jay Chase re: VSC Flash – November Flash Report, dated November 9, 1998, bearing Bates number TIG116421-22.

    h.    Exhibit 914 is a Letter from Jack Powell to Kathy Servi re: Muirfield Underwriters File Review – Des Moines Office – Review Date: February 18, 1997, dated March 24, 1997, bearing Bates number TIG/T021144-45.

    i.    Exhibit 915 is a Letter from Jack Powell to Kathy Servi re: Muirfield Underwriters File Review – Chicago Office – Review Date: April 28 & 29, 1997, Follow-up Discussion: May 20, 1997, dated June 9, 1997, bearing Bates number TIG/T020838-40.

    j.    Exhibit 916 is a Memorandum from Tony Tio to Jack Anderson re: Virginia Surety Experience As Of 3/31/97, dated June 11, 1997, bearing Bates number TIG109115-26.

  k. Exhibit 917 is a Memorandum from Tony Tio to Jack Anderson re: Virginia Surety Experience As Of 3/31/98, dated June 21, 1998, bearing Bates number TIG108791-813.

  l. Exhibit 918 is Trustmark Insurance Company's Rule 26(a)(1) Disclosures, dated November 22, 2002.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2003.

By: _____
    Brian J. O'Sullivan

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent by facsimile and federal express, this 27th day of June, 2003, to counsel of record for plaintiff Security Insurance Company of Hartford and defendant / third-party plaintiff Trustmark Insurance Company, addressed to:

Frank F. Coulom, Jr. CT 05230
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff
Security Insurance Co. of Hartford

David J. Grais CT 23352
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Attorneys for Plaintiff
Security Insurance Co. of Hartford

Jeffrey Hellman CT 04102
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

Attorneys for Defendant and
Third Party Plaintiff
Trustmark Insurance Co.

Mark B. Holton CT 21727
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff
Security Insurance Co. of Hartford

Everett J. Cygal CT 22765
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant and
Third Party Plaintiff
Trustmark Insurance Co.

_____
Brian J. O'Sullivan

NYLIB2 202496.1