

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | December 7, 2004 |

## NOTICE OF FILING OF THIRD PARTY DEFENDANT TIG INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY FROM TRUSTMARK INSURANCE COMPANY

Please take notice that, in accordance with Judge Dorsey's Supplemental Order, Third Party Defendant, TIG Insurance Company ("TIG") has filed the following documents:

1. Motion of Third Party Defendant TIG Insurance Company to Compel Discovery from Trustmark Insurance Company dated October 29, 2004;

2. Memorandum of Law in Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company dated October 29, 2004;

3. Declaration of Brian J. O'Sullivan in Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company dated October 29, 2004;

NYLIB2 230901.3

4.  Notice of Manual Filing of Exhibits A, B, C and D of the Declaration of Brian J. O'Sullvan in Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company dated October 29, 2004;

5.  Copy of Trustmark's Memorandum of Law in Response to TIG's Motions to Compel Discovery and for Leave to Serve Additional Interrogatories. Trustmark Insurance Company had filed its memorandum of law in response to TIG's motions to compel and for leave to serve additional interrogatories on November 22, 2004, and that response was entered by the Court onto the docket as Docket Entry No. 412. Therefore, TIG is attaching a copy of the response, since the original has already been filed and docketed.

6.  Reply Memorandum of Law in Further Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company dated December 7, 2004;

7.  Declaration of Brian J. O'Sullivan in Further Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company dated December 6, 2004; and

8.  Notice of Manual Filing of Exhibits E, F, G, H, I and J to the Declaration of Brian J. O'Sullvan in Further Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY

By: _____
J. Daniel Sagarin   CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

NYLIB2 230901.3

-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
100 Maiden Lane
New York, NY 10038
Tel: (212) 504-6000
Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq. | Mark B. Holton, Esq. | David J. Grais, Esq. |
| Marion B. Manzo, Esq. | Kathryn E. Nealon, Esq. | Kathryn C. Ellsworth, Esq. |
| Robinson & Cole LLP | Gibson, Dunn & Crutcher LLP | Dewey Ballantine LLP |
| 280 Trumbull Street | 200 Park Avenue, 47th Floor | 1301 Ave of the Americas |
| Hartford, CT 06103-3597 | New York, NY 10166-0193 | New York, NY 10019-6092 |
| | | |
| Attorneys for Plaintiff | Attorneys for Plaintiff | Attorneys for Plaintiff |

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
David A. Slossberg

NYLIB2 230901.3