**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

SECURITY INSURANCE COMPANY OF HARTFORD,

                    Plaintiff,

        -against-

TRUSTMARK INSURANCE COMPANY,

                    Defendant.

Civil No. 3:01CV2198 (PCD)

TRUSTMARK INSURANCE COMPANY,

                    Third-Party Plaintiff,

        -against-

TIG INSURANCE COMPANY,

                    Third-Party Defendant.

**October 29, 2004**

**MOTION OF THIRD-PARTY DEFENDANT
TIG INSURANCE COMPANY TO COMPEL DISCOVERY
<u>FROM TRUSTMARK INSURANCE COMPANY</u>**

        Third Party Defendant TIG Insurance Company ("TIG"), through its counsel, hereby moves this Court to compel discovery from Trustmark Insurance Company ("Trustmark").  The grounds for this motion are set forth in the accompanying memorandum of law and declaration in support, to which this Court is respectfully referred.

WHEREFORE, TIG respectfully requests that the Court consider and grant its

Motion to Compel Discovery From Trustmark.


THIRD PARTY DEFENDANT


By:_____

J. Daniel Sagarin CT 04289
David Slossberg CT 13116
Brian C. Fournier  CT 16272
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Lawrence I. Brandes, CT 23789
Harry P. Cohen, CT 20446
Brian J. O'Sullivan CT 23790
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038
Telephone:  212-504-6000
Facsimile:  212-504-6666


Attorneys for Third-Party Defendant
TIG Insurance Company

-2-

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff


Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff


David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff


David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff


David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Brian C. Fournier