

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | **CIVIL NO. 3:01-CV-02198 (PCD)** |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | **October 29, 2004** |

### DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF TIG INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY FROM TRUSTMARK INSURANCE COMPANY

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader Wickersham & Taft LLP, counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's Motion To Compel Discovery From Trustmark Insurance Company ("Trustmark").

NYLIB2 241838.2

2.      Attached as Exhibit A hereto is a copy of the First Amended Complaint, dated August 27, 2004, filed in an action in the District of Connecticut captioned *United States Life Insurance Co. of the City of New York v. Trustmark Insurance Co.*, No. 3:03CV2114(PCD).

3.      Attached as Exhibit B is a copy of the Complaint, dated September 1, 2004, filed in an action in the Northern District of Illinois captioned *Trustmark Insurance Co. v. United States Life Insurance Co. of the City of New York*, No. 04C 5761. On September 28, 2004, the District Court of the Northern District of Illinois transferred this action to this Court pursuant to 28 U.S.C. § 1404(a). *Trustmark Insurance Co. v. United States Life Insurance Co. of the City of New York*, 3:04-CV-1659(PCD).

4.      Attached as Exhibit C is a copy of the Complaint, dated September 1, 2004, filed in an action in the Northern District of Illinois captioned *Trustmark Insurance Co. v. All American Life Insurance Co.*, No. 04C 5760. All American moved pursuant to 28 U.S.C. § 1404(a) to have this case transferred to the District of Connecticut. Trustmark opposed the motion and it is currently pending before the District Court of the Northern District of Illinois.

5.      Attached as Exhibit D is a copy of a letter dated October 11, 2001 from Crown Syndicate Management Limited to Stirling Cooke Brown Insurance Brokers Limited, which was faxed to Trustmark Insurance Company on October 18, 2001.

Executed on: October 28, 2004.

By: _____
Brian J. O'Sullivan

NYLIB2 241838.2

## CERTIFICATE OF SERVICE

      This is to certify that on October 29, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

Alia L. Smith
Christine Y. Wong, Esq.
Mark B. Holton, Esq.
James L. Hallowell, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Erick M. Sandler, Esq.
Robert J. Morrow, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Brian C. Fournier