UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 3:01-CV-02198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | December 6, 2004 |

**DECLARATION OF BRIAN J. O'SULLIVAN IN FURTHER
SUPPORT OF TIG INSURANCE COMPANY'S MOTION TO
COMPEL DISCOVERY FROM TRUSTMARK INSURANCE COMPANY**

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader, Wickersham & Taft LLP, counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in further support of TIG's Motion To Compel Discovery From Trustmark Insurance Company ("Trustmark").

2. Attached hereto as Exhibit E is a copy of Trustmark's May 27, 2003 Second Supplemental Response to TIG's Interrogatories.

3. Attached hereto as Exhibit F is a copy of Trustmark's November 3, 2004 Response to Security's Second Set of Interrogatories.

4. Attached as Exhibit G hereto is a copy of Ernst & Young's February 29, 2000 letter to Trustmark setting forth its findings and conclusions regarding its review of the WEB business, which indicates that the four largest workers compensation reinsurance contracts written by WEB were the Superior National/Pac Rim Treaty, the 1999 Treaty, the 1998 Treaty, and the Unicare contract. It does not appear that the Superior National/BIG quota share treaty, which the WEB principals have testified was the largest reinsurance contract written by WEB, was included as part of Ernst & Young's analysis.

5. Attached as Exhibit H hereto is a copy of a November 2, 2001 letter from David Spector (counsel for Trustmark) to David Grais (counsel for FCIC) setting forth Trustmark's allegations concerning the placement of the Unicare contract.

6. Attached as Exhibit I hereto is a copy of a February 4, 2000 fax from Mike Hawksworth (of Trustmark) to Leonard Koloms (also of Trustmark) attaching "an updated version of the WEB report." Page TM/R006837 of this document indicates that Trustmark and All American were having trouble with its retrocessionaire on the Superior National/Pac Rim Treaty; page TM/R006838 of this document indicates that Trustmark and All American were having a problem with Odyssey Re Ltd. (*i.e.*, Sphere Drake), which was a 25% participant on the International Treaty covering the 1998 Treaty; and page TM/R006840 indicates that Trustmark and All American were having a problem with Odyssey/Sphere Drake, which was also their retrocessionaire on the Unicare contract.

7. Attached as Exhibit J hereto is a copy of Trustmark's answer in *United States Life Insurance Company v. Trustmark Insurance Company*, Civ. No. 3:03CV2114(PCD).

8. On Monday, November 1, 2004, I called Paula Morency, Esq., and advised her that (i) we had inadvertently failed to confer with counsel for Trustmark prior to serving and filing TIG's motion to compel on the previous Friday, and (ii) TIG would be willing to withdraw its motion (in whole or in part) if Trustmark would agree to voluntarily produce the discovery subject to TIG's motion. Ms. Morency advised me at that time that she would discuss the issues raised by TIG's motion with her colleagues at Schiff Hardin and the client and get back to us. As of this date, counsel for Trustmark has still not gotten back to us on this issue.

Executed on: December 6, 2004.

By: _____
Brian J. O'Sullivan

4

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Ronald S. Safer, Esq.
Amy M. Rubenstein, Esq.
Michael Mullins, Esq.
Paula J. Morency, Esq.
William E. Meyer, Jr., Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
David A. Slossberg