UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | Civil No. 3:01 CV 2198 (PCD)<br><br><br><br><br><br><br><br><br>December 7, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the Third Party Defendant has manually filed the following documents:

1) Exhibits E, F, G, H, I, and J to the Declaration of Brian J. O'Sullivan in Further Support of TIG Insurance Company's Motion to Compel Discovery from Trustmark Insurance Company.

These documents have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

These documents have been manually served on all parties.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY


By: _____
    J. Daniel Sagarin   CT04289
    David Slossberg CT 13116
    Brian C. Fournier CT16272
    HURWITZ, SAGARIN & SLOSSBERG, LLC
    147 North Broad Street
    Milford, Connecticut 06460-0112
    Tel.: (203) 877-8000
    Fax: (203) 878-9800

    -and-

    Larry I. Brandes CT 23789
    Harry P. Cohen CT 20446
    Brian J. O'Sullivan CT 23790
    CADWALADER, WICKERSHAM & TAFT, LLP
    100 Maiden Lane
    New York, NY 10038
    Tel: (212) 504-6000
    Fax: (212) 504-6666

 

## **CERTIFICATE OF SERVICE**

This is to certify that on December 7, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>Kathryn E. Nealon, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Ronald S. Safer, Esq.<br>Amy M. Rubenstein, Esq.<br>Michael Mullins, Esq.<br>Paula J. Morency, Esq.<br>William E. Meyer, Jr., Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg