IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>      Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>      Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>      Third Party Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>      Third Party Defendant. | Civil No. 3:01CV2198(PCD)<br><br><br><br><br><br>DECEMBER 8, 2004 |

**MOTION FOR ADMISSION
OF ROGER PASCAL AND JOHN A. BANNON PRO HAC VICE**

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Attorneys Roger Pascal and John A. Bannon be permitted by this Court to appear pro hac vice in the above-captioned case on behalf of Defendant/Third Party Plaintiff, Trustmark Insurance Company ("Trustmark").

In support of this motion, the undersigned represents as follows:

1.    The undersigned, a member of the firm of Brenner, Saltzman & Wallman LLP, and of the Connecticut Bar, has filed an appearance on behalf of Trustmark.

2. As set forth in the attached affidavits, Attorneys Pascal and Bannon, partners of the law firm of Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois, 60606 are members in good standing of the Illinois Bar, and have not been denied admission or disciplined by this or any other Court.

3. The undersigned will continue her representation of Trustmark for the purpose of receiving service of papers and notices given or required to be given in connection with the above-captioned case, as required by Local Rule 83.1(c)(1).

4. The undersigned supports this Motion with the Affidavits of Attorneys Roger Pascal, marked as Exhibit A, and John A. Bannon, marked as Exhibit B, attached hereto and incorporated herein.

WHEREFORE, the undersigned requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite twenty-five dollar ($25.00) fee for admission for each attorney, which is submitted herewith, this Court enter an order permitting Attorneys Pascal and Bannon to appear pro hac vice on behalf of Trustmark.

DEFENDANT/THIRD PARTY PLAINTIFF
TRUSTMARK INSURANCE COMPANY

By: _____
Rowena A. Moffett, Esq. (ct 19811)
BRENNER, SALTZMAN & WALLMAN LLP
Its Attorney
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this ____ day of December 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

_____
Rowena A. Moffett, Esq. (ct19811)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | Civil No. 3:01CV2198(PCD)<br><br><br><br>December 8, 2004 |

**AFFIDAVIT OF ATTORNEY JOHN A. BANNON
IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

I, John A. Bannon, being duly sworn, depose and say:

1. I am a partner in the law firm of Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, (312) 258-5500, (312) 258-5600 (fax), electronic mail: jbannon@schiffhardin.com. I am a member in good standing of the Illinois Bar and I have never been denied admission or disciplined by this or any other Court.

2. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I verify under the pains and penalties of perjury this 8th day of December, 2004, under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____
John A. Bannon, Esq.
Schiff Hardin, LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

As subscribed and sworn to before me this 8th day of December, 2004.

_____
Notary Public
My Commission Expires 1-9-2007

OFFICIAL SEAL
MARY J. BECKHAM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-9-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant.<br>_____<br>TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | Civil No. 3:01CV2198(PCD)<br><br><br><br>December 8, 2004 |

**AFFIDAVIT OF ATTORNEY ROGER PASCAL
IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE**

I, Roger Pascal, being duly sworn, depose and say:

1.   I am a partner in the law firm of Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, (312) 258-5500, (312) 258-5600 (fax), electronic mail: rpascal@schiffhardin.com. I am a member in good standing of the Illinois Bar and I have never been denied admission or disciplined by this or any other Court.

2.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I verify under the pains and penalties of perjury this 8th day of December, 2004, under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____
Roger Pascal, Esq.
Schiff Hardin, LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600

As subscribed and sworn to before me this 8th day of December, 2004.

_____
Notary Public
My Commission Expires 1-4-2007

OFFICIAL SEAL
MARY J. BECKHAM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-9-2007