UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUSTMARK INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ )<br>)<br>TRUSTMARK INSURANCE COMPANY, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>TIG INSURANCE COMPANY, )<br>)<br>Third Party Defendant. ) | Civil No. 301CV2198(PCD)<br><br><br><br><br>December 10, 2004 |

**TRUSTMARK'S CITATION OF ADDITIONAL AUTHORITY
IN CONNECTION WITH TIG'S MOTION FOR SUMMARY JUDGMENT**

Trustmark respectfully submits this Citation Of Additional Authority in connection with TIG's Motion for Summary Judgment. In accordance with this Court's standing order, motions are not filed until all the briefing is complete and all the briefs are filed at the same time. Trustmark was served with TIG's Motion on June 27, 2003 and served its Response on July 18, 2003. TIG's Reply was delayed until it could conclude the deposition of Trustmark's expert, Mr. Richard Jessel. Due to the intervening stay by the Second Circuit, the deposition was concluded on November 5, 2004. Accordingly, Trustmark received TIG's Reply on November 18, 2004 – over fifteen months after Trustmark served its Response.

In its Reply, TIG asserts that Connecticut law would still apply the principle of *lex loci delecti* in tort cases in order to determine the appropriate choice of law. In connection with that

-2-

assertion, Trustmark wishes to bring to the Court's attention the following case decided by the Connecticut Supreme Court after Trustmark filed its Response:

- <u>Dugan v. Mobile Medical Testing Services Inc.</u>, 265 Conn. 791, 830 A.2d 752 (Sept. 23, 2003) (reaffirming that the Court had "expressly abandoned categorical allegiance to the doctrine of *lex loci delecti*" and applying the substantial relationship test set forth in 1 Restatement (Second), Conflict of Laws §§ 6 and 145(1) (1971) (citing <u>Williams v. State Farm Mutual Automobile Ins. Co.</u>, 229 Conn. 359, 641 A.2d 783 (1986)).

Trustmark notes that TIG failed to cite this precedent in its Reply.

          Respectfully submitted,

          DEFENDANT/THIRD PARTY PLAINTIFF
          TRUSTMARK INSURANCE COMPANY


By:      /s/ Rowena A. Moffett
      Rowena A. Moffett, Esq. (ct 19811)
      BRENNER, SALTZMAN & WALLMAN LLP
      Its Attorney
      271 Whitney Avenue
      New Haven, CT  06511
      Tel.: (203) 772-2600
      Fax: (203) 562-2098
      Email: rmoffett@bswlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 10th day of December, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
Daniel J. Sagarin, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rowena A. Moffett
　　　　　　　　　　　　　　　　　　　　　　Rowena A. Moffett, Esq. (ct19811)