UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF        :
HARTFORD,                            :
                                     :      CIVIL NO.  3:01CV2198(PCD)
          Plaintiff,                 :
                                     :
     v.                              :
                                     :      DECEMBER 14, 2004
TRUSTMARK INSURANCE COMPANY,         :
                                     :
          Defendant.                 :
------------------------------------x
TRUSTMARK INSURANCE COMPANY,         :
                                     :
          Third Party Plaintiff,     :
                                     :
     v.                              :
                                     :
TIG INSURANCE COMPANY,               :
                                     :
          Third Party Defendant.     :
------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 2(d) of the Local Rules of the United States District Court for the

District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* of

Ayn B. Ducao as counsel for the defendant in this case.  In support thereof, the

undersigned represents as follows:

1 .      Ms. Ducao is an attorney with Gibson Dunn & Crutcher LLP, 200 Park

Avenue, New York, NY 10166.

2 .      Ms. Ducao is a member in good standing of the bars of the State of New York, the

State of California and the Southern and Eastern Districts of New York.

HART1-1224070-1

3.    Ms. Ducao has not been denied admission or disciplined by these courts or any other courts.

4.    An affidavit by Ms. Ducao is attached hereto.

WHEREFORE, the undersigned moves for the admission of Ayn B. Ducao *pro hac vice* and for such other and further relief as the court deems just and proper.

Respectfully Submitted,

SECURITY INSURANCE COMPANY
OF HARTFORD

By_____
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:  fcoulom@rc.com
         mmanzo@rc.com

## CERTIFICATION

This is to certify that the foregoing was sent via first-class mail, postage prepaid, on this

14th day of December, 2004, to the following:

Everett J. Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, New York 10038


Marion B. Manzo

3