UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD, :
: CIVIL NO. 3:01CV2198(PCD)
Plaintiff, :
:
v. :
:
TRUSTMARK INSURANCE COMPANY, :
:
Defendant. :
------------------------------------x
TRUSTMARK INSURANCE COMPANY, :
:
Third Party Plaintiff, :
:
v. :
:
TIG INSURANCE COMPANY, :
:
Third Party Defendant. :
------------------------------------x

### AFFIDAVIT OF AYN B. DUCAO

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

AYN B. DUCAO, having been duly sworn, hereby deposes and says:

1.  I am an attorney at Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166. Pursuant to Local Civil Rule of Procedure 83.1(d)(1), I submit this affidavit in support of the motion for my admission *pro hac vice* in this action.

2.  My office contact information is as follows:

  (a) telephone number (212) 351-4000;

  (b) fax number: (212) 351-4035; and

  (c) e-mail address: aducao@gibsondunn.com.

3. I am a member, in good standing, of the bars of the courts of the State of New York, the State of California and the Southern and Eastern Districts of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Ayn B. Ducao

Sworn to before me this
15th day of November, 2004.

_____
Notary Public

KATHIE SIRKIN
Notary Public, State of New York
No. 01SI4969346
Qualified in New York County
Commission Expires July 16, 2006

2