UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTMARK INSURANCE COMPANY, <br><br> Defendant. <br><br> TRUSTMARK INSURANCE COMPANY, <br><br> Third Party Plaintiff, <br><br> v. <br><br> TIG INSURANCE COMPANY, <br><br> Third Party Defendant. | Civil No. 301CV2198(PCD) |

## APPEARANCE

To the Clerk of this Court and All Parties of Record:

    Enter my appearance as counsel in this case on behalf of Defendant and Third Party Plaintiff Trustmark Insurance Company.

Date: December 16, 2004

                                                   John A. Bannon, ct26489
                                                 SCHIFF HARDIN LLP
                                                 6600 Sears Tower
                                                 Chicago, IL 60606
                                                 Phone: 312-258-5597
                                                 Fax: 312-258-5600
                                                 jbannon@schiffhardin.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 17th day of December, 2004 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

David A. Slossberg. Esq.
Daniel J. Sagarin, Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

Rowena A. Moffett, Esq. (ct19811)