FILED
2004 DEC 23 A 10: 26
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
SECURITY INSURANCE COMPANY OF            :
HARTFORD,                                :
                                         :
            Plaintiff,             :   CIVIL NO. 301CV2198(PCD)
                                         :
    v.                                 :
                                         :
TRUSTMARK INSURANCE COMPANY,             :
                                         :
            Defendant.             :
                                         :   December 20, 2004
---------------------------------------x
TRUSTMARK INSURANCE COMPANY,             :
                                         :
            Third Party Plaintiff, :
                                         :
    v.                                 :
                                         :
TIG INSURANCE COMPANY,                   :
                                         :
            Third Party Defendant. :
                                         :
---------------------------------------x

**FIFTH SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES OF PLAINTIFF SECURITY INSURANCE COMPANY OF HARTFORD**

Plaintiff Security Insurance Company of Hartford submits the following supplemental disclosures to defendant Trustmark Insurance Company and third-party defendant TIG Insurance Company pursuant to Federal Rule of Civil Procedure 26(a)(1).

Security believes that, in addition to all persons listed in its prior disclosures, the following individual is likely to have discoverable information that Security may use to support its claims or defenses.

      a.    Kathleen Russo
            Artis
            100 Northfield Drive
            Windsor, CT 06095

Ms. Russo may have information concerning financial and accounting issues related to the reinsurance and retrocession agreements, including the payment of premium and claims under those agreements.

Dated:    New York, New York
           December 20, 2004

GIBSON, DUNN & CRUTCHER LLP

By: _____

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel. (212) 351-4000
Fax (212) 351-4035

ROBINSON & COLE LLP
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8200
Fax (860) 275-8299

Attorneys for Security Insurance
Company of Hartford

## CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the foregoing was served by fax and United States mail this 21st day of December, 2004, upon counsel for Trustmark Insurance Company and counsel for TIG Insurance Company, addressed to:

Everett J. Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT  06460

Harry Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY  10038

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Kathryn E. Nealon