## Methven, Christopher

**From:** Morency, Paula J.
**Sent:** Tuesday, November 16, 2004 3:33 PM
**To:** 'Harry Cohen'
**Cc:** kellsworth@deweyballantine.com; mholton@gibsondunn.com; Brian OSullivan
**Subject:** RE: TIG/SICH/TM - Expert Depositions

Dear Harry,

We are unable to assign examiners or to check the schedules of the appropriate Trustmark client and expert personnel without knowing who your experts are and what they plan to address. As soon as you release that information, we will work with you as expeditiously as possible to arrange the depositions. With respect to the expert reports due this Friday, we ask that you PDF or fax them to my attention.

As for the place of depositions, we will need to take them at our office, so we have access to the documents we need in the course of questioning. (We note that we produced our experts at your offices for that reason as well.) Security is in agreement with that approach.

Finally, this e-mail will confirm the agreement of the parties, as relayed to the Court, that Security and TIG will be providing us by November 29, 2004 with the so-called "Brian subpoena" materials (the same kinds of documents and electronic materials that TIG sought from our experts), including without limitation all drafts and all communications and other documents received, reviewed or generated by the witness. We ask that you overnight those materials to us, marked for my attention. Thanks and best regards -- Paula

-----Original Message-----
From: Harry Cohen [mailto:Harry.Cohen@cwt.com]
Sent: Friday, November 12, 2004 9:46 AM
To: Morency, Paula J.
Cc: kellsworth@deweyballantine.com; mholton@gibsondunn.com; Brian OSullivan
Subject: TIG/SICH/TM - Expert Depositions

Paula:

For the sake of efficiency and due to existing scheduling conflicts, we thought it made sense to schedule expert depositions now even though our expert reports are not due until 11/19. One of TIG's experts is available on 12/7, 14 or 15, and the other is available on 12/9 or 10. Both of SICH's experts are available on 12/3 or 10. Please advise which dates you prefer.

The depositions of TIG's experts will be at our midtown conference center and the depositions of SICH's experts will be split - one at Dewey Ballantine and one at Gibson Dunn.

Thanks,

1

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
212-504-6262 (direct line)
212-504-6000 (main line)
212-504-6666 (fax)
914-450-3700 (mobile)
harry.cohen@cwt.com (e-mail)

==========================================================================

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

==========================================================================