

**SCHIFFHARDIN**LLP
A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS  60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

EVERETT J. CYGAL
(312) 258-5783
ecygal@schiffhardin.com

December 2, 2004

VIA TELECOPIER

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Re: *Security Insurance Company of Hartford v. Trustmark Insurance Company*, Civil No. 301CV2198(PCD)

Dear Harry:

    We write in connection with TIG's recent expert witness document productions. Mr. Toothman performed several analyses with respect to Virginia Surety referenced in summary charts in Toothman Exhibits IV and V. We note that contrary to Rule 26, the source information for these summary charts has not been produced. For example, Toothman Exhibit IV sheet 1 and 2 purports to be based upon, in part, information contained in TIG 158839. This document, however, appears to be another document created by or for Mr. Toothman and does not reference the source documents relied upon for its creation.

    As a result, neither we nor our consultants can verify or test his conclusions nor can we prepare for his upcoming deposition. Accordingly, please produce the following:

    i) All loss reporting in Excel, either on a monthly or quarterly basis, for the 1994-2000 underwriting years for the entire book of business at issue in this case;

    ii) The source documents for the Toothman triangulations referenced in Exhibit IV Sheets 6 and 7 and similar triangulations and source material for the other segments of business at issue in this case; and

    iii) To the extent not otherwise requested, all source documents for the summary charts identified as TIG 158838-41.

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | DUBLIN



Harry P. Cohen, Esq.
December 2, 2004
Page 2

      It is absolutely critical that we receive this material by the close of business on December 6th. Otherwise we will not have enough time to fairly prepare for Mr. Toothman's deposition, which will require us to leave his deposition open until we have had a sufficient time to analyze this data.

      Please call me if you have any questions.

                              Sincerely,

                              Everett J. Cygal

cc: Mark Holton, Esq.

EJC:nt
CH2\ 1167718.1