

**SCHIFFHARDIN**LLP
A Limited Liability Partnership Including Professional Corporations

6600 SEARS TOWER
CHICAGO, ILLINOIS  60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

EVERETT J. CYGAL
(312) 258-5783
ecygal@schiffhardin.com

December 3, 2004

VIA TELECOPIER

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Re:   *Security Insurance Company of Hartford v. Trustmark Insurance Company*, Civil No. 301CV2198 (PCD)

Dear Harry:

As you know, the parties had previously agreed to produce with respect to their expert witnesses material responsive to the so-called "Brian Subpoena." Indeed, TIG had agreed to produce this material by November 29, 2004. (See Paula Morency's November 16th e-mail to Harry Cohen.)

It appears, however, that TIG has not complied with this agreement. In addition to the material identified in my letter of yesterday, please produce electronically all Excel or other program files that Mr. Toothman created/utilized in connection with his report. Additionally, to the extent that your client, firm or anyone else acting on behalf of your firm, client or Mr. Toothman provided him information electronically, please produce those electronic files by December 6th.

Sincerely,

Everett J. Cygal

cc: Mark Holton, Esq.

EJC:nt

CH2\ 1167827.1

CHICAGO  I  WASHINGTON  I  NEW YORK  I  LAKE FOREST  I  ATLANTA  I  DUBLIN