

**SCHIFF HARDIN**LLP
A Limited Liability Partnership Including Professional Corporations

Everett J. Cygal
(312) 258-5783
ecygal@schiffhardin.com

6600 SEARS TOWER
CHICAGO, ILLINOIS  60606
*t* 312.258.5500
*f* 312.258.5600
www.schiffhardin.com

December 3, 2004

VIA TELECOPIER

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

Mark B. Holton, Esq.
Gibson Dunn & Crutcher
200 Park Avenue, Floor 48
New York, New York 10166

Re:  *Security Insurance Company of Hartford v. Trustmark Insurance Company, Civil No. 301CV2198 (PCD)*

Gentlemen:

It is our understanding that TIG has from time-to-time reported losses to Security via bordereaux. It is also our understanding that this information was sent by TIG electronically in native file format. These bordereaux are responsive to Trustmark's discovery requests. Please supplement your respective document productions by forwarding to me via e-mail the original e-mails sent by TIG to Security along with all attachments. Please produce this material by December 8th.

Sincerely,

Everett J. Cygal

EJC:nt
CH2\ 1167873.1

CHICAGO I WASHINGTON I NEW YORK I LAKE FOREST I ATLANTA I DUBLIN