**Methven, Christopher**

| | |
|---|---|
| **From:** | Harry Cohen [Harry.Cohen@cwt.com] |
| **Sent:** | Monday, December 06, 2004 9:53 AM |
| **To:** | Cygal, Everett |
| **Cc:** | mholton@gibsondunn.com; kellsworth@deweyballantine.com; Brian OSullivan |
| **Subject:** | TIG/Trustmark/SOH - Cygal 12/2/04 and 12/3/04 Letters |

Everett:

This is in response to your letters dated December 2 and 3, 2004, regarding the documents produced in connection with Mr. Toothman's expert report.

We do not agree with your contention that TIG's production is in any way inadequate. All "data or other information considered by" Mr. Toothman has been produced. That being said, upon confirmation that Trustmark has produced to us electronically all files and documents created, utilized or considered by Mr. Jessell, we will do the same for Mr. Toothman.

With respect to TIG 158838-41, those pages are summaries of data queries as of a particular date on which Mr. Toothman relied, in part, to base his opinions. Accordingly, the summary sheets were all that needed to be produced. That being said, we will agree to produce the summaries in electronic form. The underlying source of TIG 158841 (consisting of the underlying data queries) will be included. TIG 158839 are themselves reports of data queries and, thus, there is no underlying data attached. TIG 158838 is also a report of a data query, but we are having trouble locating the original report to determine whether it includes any underlying source data.

Finally, your request for "[a]ll loss reporting in Excel, . . . " is objectionable for a variety of reasons, not the least of which is that it lacks any specificity and, therefore, is unintelligible. If you provide more detailed requests, we will respond as appropriate.

Under the circumstances, TIG's production is complete and, accordingly, we will not agree to "leave [Mr. Toothman's] deposition open" beyond the conclusion of his deposition on December 15th.

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
212-504-6262 (direct line)
212-504-6000 (main line)
212-504-6666 (fax)
914-450-3700 (mobile)
harry.cohen@cwt.com (e-mail)

1

================================================================

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

================================================================