**Methven, Christopher**

| | |
|---|---|
| From: | Harry Cohen [Harry.Cohen@cwt.com] |
| Sent: | Tuesday, December 07, 2004 4:33 PM |
| To: | Cygal, Everett |
| Cc: | mholton@gibsondunn.com; kellsworth@deweyballantine.com; Brian OSullivan |
| Subject: | TIG/Trustmark/Security - Cygal 12/6/04 Letter |

Everett:

This is in response to your December 6, 2004 letter.

As a threshold matter, your rhetoric and posturing are unnecessary and counter productive. As we indicated in our December 6th email, many of your requests are premised upon incorrect assumptions, but that TIG is in any event willing to work with you to fully respond to all reasonable and appropriately-tailored requests. Our cooperation is premised on the parties engaging in good faith dialogue and we suggest that you conduct yourself accordingly. In any event, TIG responds to your letter as follows:

1. As we previously advised you, TIG has already produced all of the information that Mr. Toothman considered in formulating his opinions (and, more specifically, Opinion IV in his report). Accordingly, TIG has complied fully with both its obligations under the Federal Rules of Civil Procedure, as well as Trustmark's document requests. Be that as it may, however, we will send you by overnight courier a CD which contains documents TIG158838-41 in electronic form as well as the source data for TIG158840-41. The data contained in TIG158839 is merely a summary of the quarterly Virginia Surety earned premium entries in TIG's general ledger. We have thus far been unable to locate source data for TIG158838, but will provide it to you if and when we identify it.

2. Opinion IV in Mr. Toothman's report is intended to rebut Trustmark's allegation that, at the time of the placement of the 1999 Treaty, the Virginia Surety business was under-reserved. As a result, Mr. Toothman was asked to test the adequacy of TIG's reserves for the 1994-97 Virginia Surety accident years as of 6/30/98, which, as you know, was the same loss information provided to WEB in connection with the placement of the 1999 Treaty (see Ex. 79 at WEB000217-35). Accordingly, loss information relating to the 1998-2000 Virginia Surety accident years, as well as for the non-Virginia Surety business segments, is irrelevant to Opinion IV in Mr. Toothman's report. Similarly, Mr. Toothman utilized loss information as of 12/31/02 because the bulk of his work on this issue was done in mid-2003, prior to the stay. Accordingly, the updated information requested by Trustmark is not relevant to understanding or rebutting Mr. Toothman's opinion.

3. We asked for confirmation concerning the completeness of Trustmark's

1

production of "Jessel documents" because Mr. Jessel testified again at his November 5, 2004 deposition that he is unable to explain much of his analysis, and because, in August 2003, Trustmark produced a considerable amount of information that should have produced much earlier in response to our initial document request. Under these circumstances, we thought it was prudent to ask you to re-confirm that Trustmark's production of Jessel documents was complete. In any event, we thank you for that confirmation and will be sending you by overnight courier a CD containing electronic copies of the materials that we have already produced in hard copy.

4. Thank you for correcting the confusion in your request for "the [loss reporting] emails sent by TIG to Security along with all attachments." TIG does not have such documents in its possession, custody and control (which Trustmark effectively conceded by serving Aon with a subpoena long ago). However, on the assumption that you are looking for the information in native file format, we will send you shortly copies of the emails and attachments that TIG sent to AON in connection with the reporting of losses under the 1999 Treaty. We trust this satisfies your request. In that regard, we understand that the same data was routinely provided to Trustmark electronically by Security. Please produce to us immediately all such electronic documents.

If you have any further questions, please let us know.

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
212-504-6262 (direct line)
212-504-6000 (main line)
212-504-6666 (fax)
914-450-3700 (mobile)
harry.cohen@cwt.com (e-mail)

==================================================================
=====
NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.