

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

EVERETT J. CYGAL
(312) 258-5783
ecygal@schiffhardin.com

December 17, 2004

VIA TELECOPIER

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

> Re: *Security Insurance Company of Hartford v. Trustmark Insurance Company*, Civil No. 301CV2198 (PCD)

Dear Harry:

We write in connection with several open expert discovery issues.

## TOOTHMAN DOCUMENTS

***Lo/Thirkill Files*** Mr. Toothman testified under oath that he "subcontracted" various tasks, including evaluation of certain data and drafting of portions of his report to a gentlemen named Richard Lo. Mr. Toothman also indicated that he believed that Mr. Lo has in his possession information, in both electronic and paper form, relating to the Mr. Toothman's engagement by TIG. Mr. Toothman also testified, and is corroborated by the document production so far, that Mr. Thirkill assisted him and Mr. Lo in their work in this case. Indeed, it appears that portions of Mr. Thirkill's work have been incorporated into Mr. Toothman's final report. Based upon our review of the current document production, we do not believe that Mr. Lo's and Thirkill's files have been produced. Therefore, we request the complete production of this material.

***E-Mail Communications*** We also understand from Mr. Toothman's testimony and documents that a number of e-mails were sent between counsel and Mr. Toothman and/or Mr. Lo. We cannot determine from Mr. Toothman's production whether counsel has produced the e-mails in their possession. (Of course, if Mr. Toothman produced counsel's copies of those messages, we would expect a production of his copies, and those of other recipients, or a certificate of deletion.) Accordingly, to the extent that they still exist, we request that counsel produce a copy of all e-mail communications with Mr. Lo and Mr. Toothman. If counsel no longer has these e-mails, we request a certification that they have been deleted.



Harry P. Cohen, Esq.
December 17, 2004
Page 2

***Deleted Opinions/Analyses*** Mr. Toothman also testified that, prior to being instructed to stop, he or Mr. Lo performed a loss and ALAE reserve analysis for all segments of the TIG business, not just VSC. Please produce that analysis, the source information and any other documents related to the analysis. In prior letters, we also asked for updated source information so that Trustmark could test Mr. Toothman's opinions with current data. Moreover, Mr. Toothman testified that, at one point during his engagement, he compared Mr. Ekwall's underwriting to the actual development on this business. Please produce that deleted analysis with source information and any other documents related to the analysis. We also request that you produce updated information for this analysis as well. Finally, Mr. Toothman's report was based on the opinion that he rendered in an arbitration regarding Centaur's underwriting of certain Unicover risks. Accordingly, please produce Mr. Toothman's report rendered in the Unicover arbitration.

**OTHER MISSING DOCUMENTS**

In our correspondence prior to Mr. Toothman's deposition, we asked for the final version of Mr. Toothman's work in Excel or other native file formats as the case may be. We have been unable to locate this material in the production to date. Please produce this material as is it should have been produced already pursuant to the agreement regarding the so-called "Brian subpoena." If you believe that it has been produced, we ask as a courtesy that you identify where it is in the production.

**ADDITIONAL DEPOSITIONS**

***Lo/Thirkill*** As stated on the record yesterday, Mr. Toothman's deposition remains open pending the production of the above material. We will be able to depose Mr. Toothman at a mutually agreeable time starting 14 days after the above is produced. Given the involvement of Mr. Thirkill and Mr. Lo, we also request the depositions of Mr. Thirkill and Mr. Lo. Please consider the "Brian subpoena" applicable to Mr. Thirkill and Mr. Lo. We will endeavor to depose them as promptly as possible after the completion of Mr. Toothman's deposition.

Sincerely,

Everett J. Cygal

cc: Kathryn Ellsworth, Esq.
EJC:nt