MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------
SECURITY INSURANCE COMPANY OF
HARTFORD,
                    Plaintiff,

    - against -

TRUSTMARK INSURANCE COMPANY,
                    Defendant.
------------------------------------------
TRUSTMARK INSURANCE COMPANY,

                    Third Party Plaintiff,
    - against -
TIG INSURANCE COMPANY,

                    Third Party Defendant.
------------------------------------------

                    9:30 a.m.
                    December 15, 2004

                    623 Fifth Avenue
                    New York, New York

    VIDEOTAPED DEPOSITION of MICHAEL L.
TOOTHMAN, an Expert Witness in the above
entitled matter in the above entitled matter,
taken pursuant to Notice, before Stephen J.
Moore, a Registered Professional Reporter,
Certified Realtime Reporter, and Notary Public
of the State of New York.

Job No: 168176

ORIGINAL

|            |    |                                                          |
|------------|----|----------------------------------------------------------|
|            | 1  | MICHAEL L. TOOTHMAN                                      |
| 10:00:34   | 2  | A    Mr. Murphy works for Mr. Betoni,                    |
| 10:00:38   | 3  | and I believe has at all points at which --              |
| 10:00:40   | 4  | since I have met him.                                    |
| 10:00:45   | 5  | Q    Can you tell me who Richard Lo                      |
| 10:00:45   | 6  | is? I believe his last name is spelled L-o, is           |
| 10:00:48   | 7  | that correct?                                            |
| 10:00:48   | 8  | A    That's correct.                                     |
| 10:00:49   | 9  | Q    Can you tell me who he is?                          |
| 10:00:50   | 10 | A    He is a property/casualty                           |
| 10:00:53   | 11 | actuary.                                                 |
| 10:00:56   | 12 | Q    What involvement, if any, does he                   |
| 10:01:00   | 13 | have in connection with your report and the              |
| 10:01:02   | 14 | opinions contained in it?                                |
| 10:01:04   | 15 | A    He has worked for me as a                           |
| 10:01:05   | 16 | subcontractor on this assignment.                        |
| 10:01:12   | 17 | Q    What has his work been as a                         |
| 10:01:14   | 18 | subcontractor, what has he done?                         |
| 10:01:16   | 19 | A    To assist me in any aspects of                      |
| 10:01:22   | 20 | the assignment in which I asked his assistance,          |
| 10:01:25   | 21 | and to serve as peer reviewer.                           |
| 10:01:29   | 22 | Q    Can you recall as you sit here                      |
| 10:01:31   | 23 | today the -- any of the aspects that you asked           |
| 10:01:35   | 24 | for assistance on from him?                              |
| 10:01:37   | 25 | A    Certainly some of them, yes.                        |

| | | |
|---|---|---|
| | 1 | MICHAEL L. TOOTHMAN |
| 10:01:39 | 2 | Q    What can you recall? |
| 10:01:42 | 3 | A    Well, he worked with me pretty |
| 10:01:43 | 4 | closely on the report. |
| 10:01:45 | 5 | He did, under my direction, he |
| 10:01:50 | 6 | performed certain analyses, many of which later |
| 10:01:55 | 7 | became part of the report. |
| 10:01:59 | 8 | There were even a couple of |
| 10:02:01 | 9 | sections of the report where he and I talked |
| 10:02:03 | 10 | about what I wanted to say and I asked him to |
| 10:02:08 | 11 | first draft those sections. |
| 10:02:11 | 12 | So, he's -- he used to work for |
| 10:02:15 | 13 | me at Arthur Andersen, and I have used him on |
| 10:02:18 | 14 | this account the same way I would have used a |
| 10:02:21 | 15 | staff member, another professional on my team at |
| 10:02:25 | 16 | Arthur Andersen. |
| 10:02:27 | 17 | Q    In connection with this |
| 10:02:28 | 18 | deposition, did the attorneys ask you to gather |
| 10:02:31 | 19 | all of your documents relating to this |
| 10:02:34 | 20 | engagement so that they could be produced? |
| 10:02:35 | 21 | A    They did. |
| 10:02:36 | 22 | Q    As part of that, did you ask |
| 10:02:38 | 23 | Mr. Lo to give you all of his files relating to |
| 10:02:42 | 24 | this engagement so that they could be produced? |
| 10:02:45 | 25 | A    I did not. |

|  |  |  |
|---|---|---|
| | 1 | MICHAEL L. TOOTHMAN |
| 11:31:50 | 2 | And Mr. Thirkill also reaches his |
| 11:31:56 | 3 | conclusion that Mr. Ekwall's, "his own |
| 11:32:00 | 4 | handwriting confirms this, see example TRE |
| 11:32:04 | 5 | 26677." |
| 11:32:05 | 6 | Do you see that in Mr. Thirkill's |
| 11:32:08 | 7 | opinion? |
| 11:32:09 | 8 | A    Yes, I do. |
| 11:32:09 | 9 | Q    And then in your opinion you |
| 11:32:11 | 10 | state, "Mr. Ekwall's own handwriting confirmed |
| 11:32:13 | 11 | this, see TRE, 26677," do you see that? |
| 11:32:17 | 12 | A    I see that. |
| 11:32:18 | 13 | Q    Is it still your position that |
| 11:32:18 | 14 | you did not rely on Mr. Thirkill's opinion for |
| 11:32:23 | 15 | this paragraph 34 in your report? |
| 11:32:25 | 16 | A    It is, I relied on TRE 026677. |
| 11:32:29 | 17 | Q    So, to the extent that your |
| 11:32:32 | 18 | language is virtually identical, it's just a |
| 11:32:34 | 19 | coincidence? |
| 11:32:36 | 20 | MR. COHEN:   I object to form. |
| 11:32:37 | 21 | A    Yes. |
| 11:32:41 | 22 | Mr. Thirkill was involved in some |
| 11:32:46 | 23 | discussions on some of these points, but, you |
| 11:32:52 | 24 | know, none of the opinions I developed are my |
| 11:32:56 | 25 | opinion and they are developed by looking at the |

|  |  |
|---|---|
| | 1   MICHAEL L. TOOTHMAN |
| 1:32:58 | 2   documents cited here. |
| 1:32:59 | 3       Q    Okay, so if I understand this |
| 1:33:01 | 4   correctly, Mr. Thirkill provides you his |
| 1:33:04 | 5   opinions in an electronic form and you produce |
| 1:33:08 | 6   your report without any reliance on what |
| 1:33:10 | 7   Mr. Thirkill has given you? |
| 1:33:16 | 8       A    As I say, Mr. Thirkill and I |
| 1:33:17 | 9   had -- Mr. Thirkill had been involved in |
| 1:33:19 | 10  discussions which I was also involved on some of |
| 1:33:23 | 11  these points, including this point. |
| 1:33:26 | 12      Q    So, there is no chance that you |
| 1:33:27 | 13  open up Mr. Thirkill's opinion and copied what |
| 1:33:30 | 14  he had and pasted it into your report? |
| 1:33:32 | 15      A    I'm almost positive that that's |
| 1:33:33 | 16  not true. |
| 1:33:34 | 17      Q    You can't say it's 100 percent |
| 1:33:36 | 18  certainty? |
| 1:33:37 | 19      A    I can -- I am -- I hate to say |
| 1:33:41 | 20  anything to 100 percent certainty, but I'm |
| 1:33:44 | 21  virtually positive that no, I did not cut and |
| 1:33:47 | 22  paste anything from Mr. Thirkill's commentary. |
| 1:33:50 | 23           In fact, I know that I have |
| 1:33:51 | 24  looked, I looked at that specific document and I |
| 1:33:57 | 25  mean I remember discussions where we are talking |