MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

|  |  |
|---|---|
|  | 1 |
| 11:33:59 | 2 |
| 11:34:02 | 3 |
| 11:34:04 | 4 |
| 11:34:08 | 5 |
| 11:34:10 | 6 |
| 11:34:12 | 7 |
| 11:34:19 | 8 |
| 11:34:21 | 9 |
| .1:34:25 | 10 |
| .1:34:27 | 11 |
| .1:34:29 | 12 |
| 1:34:33 | 13 |
| .1:34:36 | 14 |
| .1:34:39 | 15 |
| .1:34:42 | 16 |
| .1:34:47 | 17 |
| .1:34:50 | 18 |
| .1:34:52 | 19 |
| .1:34:53 | 20 |
| 1:34:56 | 21 |
| 1:34:58 | 22 |
| 1:35:01 | 23 |
| 1:35:01 | 24 |
| 1:35:04 | 25 |

1    MICHAEL L. TOOTHMAN
2  about we have got Mr. Ekwall's own writing on
3  this.
4         That was -- that commentary isn't
5  based on the fact that Mr. Thirkill wrote it.
6         Q    What about Mr. Lo, do you know if
7  he in his work on your report cut and pasted
8  portions of Mr. Thirkill's opinion into your
9  report?
10        A    Well, first, there is -- I don't
11 believe there is any place where the wording is
12 just a cut and paste.
13        But there were sections of the
14 report that Mr. Lo and I discussed, I said here
15 are the points we need to make, this is how we
16 need to support this, and Mr. Lo first drafted
17 some of the text and then I reviewed and
18 reworked it.
19        Without looking back at some of
20 the documents we produced for you and probably
21 without looking back at the electronic stuff,
22 I'm not sure I can recall which paragraphs those
23 were.
24        So, there is the possibility that
25 if this, indeed, was one of the paragraphs that

99

MICHAEL L. TOOTHMAN

11:35:07  2    Mr. Lo drafted, he may have indeed drafted it by

11:35:09  3    relying on some of that, I do not know.

11:35:14  4            In any case, when I reviewed it I

11:35:17  5    didn't look at document 1157, what I was looking

11:35:19  6    at was the source documents and determining that

11:35:24  7    I was -- that indeed was my opinion.

11:35:28  8        Q    And at least part of the report,

11:35:29  9    and we can't say for sure right now, portions of

11:35:34  10   this report were drafted in the first instance

11:35:36  11   by Mr. Lo for your review?

11:35:39  12       A    There were certain paragraphs

11:35:41  13   based on detailed discussion Mr. Lo and I had

11:35:46  14   that he first drafted, yes.

11:35:49  15       Q    How much did Mr. Lo charge you

11:35:53  16   for his work?

11:35:55  17       A    I would have to look at invoices

11:35:57  18   and see.

1:35:57   19       Q    Did you pass on that cost to TIG?

1:36:02   20       A    Yes.

1:36:04   21       Q    Did you markup at all Mr. Lo's

1:36:06   22   rates?

1:36:07   23       A    Yes.

1:36:07   24       Q    How much did you mark it up?

1:36:10   25       A    I don't recall without looking

```
1              MICHAEL L. TOOTHMAN
2          I may have been working on this
3  version for several days.
4          Q     Who told you to delete this
5  paragraph?
6          A     I don't recall.  I'm not sure if
7  anyone did, but -- my drafts were being peer
8  reviewed by Mr. Lo and also certain drafts were
9  sent to counsel, and I was getting input from
10 counsel as well as Mr. Lo and myself, so --
11         Q     So, I take it by the fact that
12 you deleted this out of your report, you are no
13 longer of the opinion that if Mr. Ekwall had
14 rated these segments separately he would have
15 discovered that he did not have all the missing
16 data supplied to him on November 24, 1998?
17             MR. COHEN:  I object to form,
18         mischaracterizes his testimony?
19         A     No, I don't think your statement
20 is true.
21         Q     Is that still your opinion?
22         A     It was taken out -- the fact that
23 I took it out does not necessarily mean that
24 I -- that I would no longer have that opinion.
25         Q     So you still may have this
```

MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

```
         1              MICHAEL L. TOOTHMAN
2:52:09  2         foundation calls for speculation.
2:52:11  3         A      They wouldn't as a matter of
2:52:13  4    course send it to me, nor did I ask for it.
2:52:16  5         Q      I understand.
2:52:17  6              Now, one other question, the
2:52:52  7    reserve analysis that you did, you did that from
2:52:54  8    a ground up basis, right?
2:52:59  9         A      Yes.
2:53:02  10        Q      And the reinsurance that -- the
2:53:08  11   reinsurance that Security provides Trustmark is
2:53:14  12   for claims in excess of either $50,000 or
2:53:18  13   $100,000, depending on the segment?
2:53:21  14             MS. ELLSWORTH:  Objection to the
2:53:22  15        form.
2:53:32  16        A      Under the 1999 contracts, that's
2:53:34  17   my understanding.
2:53:36  18             MR. CYGAL:  I am going to ask the
2:53:36  19        court reporter to mark another exhibit,
2:53:42  20        it will be, I guess, as Exhibit 1161, a
2:53:46  21        document bearing TIG 159132 through 150.
2:53:53  22             (The above described document was
2:53:53  23        marked Exhibit 1161 for identification as
2:53:55  24        of this date.)
2:55:10  25        Q      Mr. Toothman, do you recognize
```

MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

|   |   |
|---|---|
| | 1 |             MICHAEL L. TOOTHMAN |
| 2:55:11 | 2 | this as one of your draft reports? |
| 2:55:15 | 3 |         A      Yes, very early. |
| 2:55:16 | 4 |         Q      Is the handwriting that's on this |
| 2:55:18 | 5 | document your handwriting? |
| 2:55:19 | 6 |         A      It is. |
| 2:55:22 | 7 |         Q      Can you turn to paragraph 7? |
| 2:55:26 | 8 |         A      Out of fairness, I think I ought |
| 2:55:28 | 9 | to -- I hate to even characterize this as a |
| 2:55:30 | 10 | draft of my report in this case, this is |
| 2:55:39 | 11 | something in the normal course of events I would |
| 2:55:40 | 12 | have deleted and I didn't get around to |
| 2:55:43 | 13 | deleting, but as I was originally drafting the |
| 2:55:45 | 14 | report, this was a very early version where I |
| 2:55:49 | 15 | had done some cutting and pasting. |
| 2:55:52 | 16 |         Q      I think you are -- |
| 2:55:53 | 17 |         A      It wasn't necessarily opinion. |
| 2:55:54 | 18 |         Q      I think you are probably |
| 2:55:55 | 19 | referring to the portions of this report that |
| 2:55:57 | 20 | deal with your work in the Unicover matter? |
| 2:56:00 | 21 |         A      Right. |
| 2:56:00 | 22 |         Q      And that was your work for Mr. |
| 2:56:03 | 23 | Cohen which he instructed you not to answer, |
| 2:56:05 | 24 | right, earlier today? |
| 2:56:07 | 25 |         A      Yes. |

ESQUIRE DEPOSITION SERVICES, LLC - CHICAGO
312.782.8087  800.708.8087  FAX: 312.704.4950

MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

| | | |
|---|---|---|
| | 1 | MICHAEL L. TOOTHMAN |
| 12:56:09 | 2 | Q        I am not interested right now, |
| 12:56:11 | 3 | although we will go back to that later, I want |
| 12:56:13 | 4 | to talk about paragraph 17. |
| 12:56:23 | 5 | First off, in the left hand |
| 12:56:26 | 6 | margin, I think it says "okay, delete." |
| 12:56:30 | 7 | Do you see that? |
| 12:56:31 | 8 | A      Yes. |
| 12:56:32 | 9 | Q      Is that your handwriting? |
| 12:56:33 | 10 | A      Yes. |
| 12:56:33 | 11 | Q      That's what it says? |
| 12:56:35 | 12 | A      Yes. |
| 12:56:36 | 13 | Q      And the paragraph says this, all |
| 12:56:39 | 14 | caps, "BE CAREFUL.  We have assumed in our own |
| 12:56:43 | 15 | reserve projections that alternative markets and |
| 12:56:46 | 16 | MCI segments would have the same development |
| 12:56:48 | 17 | pattern as TIG agency.  We have assumed that VSI |
| 12:56:52 | 18 | would follow an industry development pattern." |
| 12:56:55 | 19 | Do you see that? |
| 12:56:55 | 20 | A      Yes. |
| 12:56:56 | 21 | Q      Does this refresh your |
| 12:56:56 | 22 | recollection that you did do a reserve |
| 12:56:58 | 23 | projection analysis for the other segments in |
| 12:57:02 | 24 | addition to VSI? |
| 12:57:05 | 25 | A      I don't remember the evaluation |