```
                    1              MICHAEL L. TOOTHMAN
12:57:07            2    date or whether it was done earlier, so I may
12:57:09            3    have.
12:57:10            4         Q    So --
12:57:10            5         A    But if so, it was back in 2003.
12:57:14            6         Q    So, in 2003 in addition to
12:57:16            7    reserving or reviewing the reserve adequacy for
12:57:19            8    the Virginia Surety segment, you also looked at
12:57:22            9    the other segments that were reinsured by
12:57:26           10    Security?
12:57:27           11              MR. COHEN:  Objection that
12:57:27           12         mischaracterizes his testimony.
12:57:32           13         A    I don't -- repeat the question
12:57:33           14    again, please?
12:57:36           15         Q    In 2003, in addition to doing the
12:57:40           16    reserve analysis for Virginia Surety which is
12:57:42           17    opinion 4 in your report, you also did the same
12:57:45           18    analysis for the other segments that Security
12:57:47           19    reinsured?
12:57:49           20              MR. COHEN:  Objection,
12:57:49           21         mischaracterizes his testimony.
12:57:50           22         A    I'm not sure that that's true.
12:57:55           23              We evidently did an analysis of
12:57:56           24    the alternative markets and the MCI segments, I
12:58:00           25    don't recall whether it was also basically the
```

|  |  |  |
|---|---|---|
|  | 1 | MICHAEL L. TOOTHMAN |
| 12:58:03 | 2 | same analysis or not. I would have to go back |
| 12:58:05 | 3 | and look, and it's probably in what's been |
| 12:58:09 | 4 | provided to you. |
| 12:58:09 | 5 | Q    You think so? |
| 12:58:09 | 6 | A    I suspect, but I don't -- I don't |
| 12:58:13 | 7 | recall, if it were still on my computer it is, |
| 12:58:15 | 8 | unless I erased it. |
| 12:58:17 | 9 | Q    What was your document retention |
| 12:58:20 | 10 | policy? |
| 12:58:20 | 11 | A    By the way, just so it doesn't -- |
| 12:58:22 | 12 | good, I wanted to expand. |
| 12:58:25 | 13 | My normal retention policy is to |
| 12:58:29 | 14 | delete things when I have replaced them with |
| 12:58:32 | 15 | more current. |
| 12:58:33 | 16 | Unless when I send something to |
| 12:58:35 | 17 | the attorneys, 1 normally keep that. |
| 12:58:39 | 18 | In this case, because the case |
| 12:58:40 | 19 | was on hold for quite sometime and then I came |
| 12:58:42 | 20 | back from being out of the country for three |
| 12:58:46 | 21 | weeks and we had a report due in two weeks, I |
| 12:58:48 | 22 | had not gone through that process of deleting |
| 12:58:54 | 23 | unnecessary information. |
| 12:58:58 | 24 | So the document production |
| 12:59:00 | 25 | includes a lot of things that normally I would |

```
                1          MICHAEL L. TOOTHMAN
16:55:11        2   Mr. Cohen, right?
16:55:13        3       A     Apparently so, yes.
16:55:15        4       Q     Do you recall receiving this?
16:55:20        5       A     Yes, I believe I do.
16:55:22        6       Q     It states in here, "Am continuing
16:55:25        7   to work through Toothman's report, but have come
16:55:29        8   across a significant problem at item 15."
16:55:31        9             Do you see that?
16:55:32       10       A     Yes.
16:55:32       11       Q     Do you recall Mr. Thirkill
16:55:33       12   raising a significant problem in your report?
16:55:40       13       A     I recall this correspondence from
16:55:43       14   Mr. Thirkill, yes.
16:55:44       15       Q     What do you recall specifically
16:55:45       16   about this correspondence?
16:55:48       17       A     I believe now to answer that
16:55:49       18   question I think I am going to have to read a
16:55:51       19   little more of it.
16:55:52       20       Q     Okay, you can read the entire
16:55:53       21   thing.
16:55:55       22       A     Okay.  Okay, what was your
16:56:53       23   question again?
16:56:53       24       Q     Do you recall Mr. Thirkill
16:56:54       25   reviewing your report and raising this
```

|  |  |
|---|---|
| 16:56:57 | 1    MICHAEL L. TOOTHMAN |
| 16:56:57 | 2  significant problem? |
| 16:56:59 | 3        A    Yes. |
| 16:57:00 | 4        Q    What specifically was the problem |
| 16:57:01 | 5  that you recall was being raised? |
| 16:57:05 | 6        A    I believe it was the fact that we |
| 16:57:06 | 7  indicated that -- in fact, in this draft of the |
| 16:57:14 | 8  text I said I understand that Mr. Ekwall relied |
| 16:57:19 | 9  upon data from -- I understand that from |
| 16:57:30 | 10 accident years 1990 through 1996 and in fact I |
| 16:57:37 | 11 think that was a misstatement, we don't know |
| 16:57:41 | 12 just what he ended up relying upon, which years |
| 16:57:44 | 13 he relied upon, so we needed to correct that. |
| 16:57:47 | 14       Q    And Mr. Thirkill proposed two |
| 16:57:50 | 15 solutions to this problem, one was actually |
| 16:57:53 | 16 figuring out what Mr. Eckwell did and the other |
| 16:57:58 | 17 was reworking your report, is that right? |
| 16:58:07 | 18       A    Yes. |
| 16:58:08 | 19            I'm not sure that we knew what he |
| 16:58:10 | 20 actually did, we know what rates he ended up |
| 16:58:15 | 21 using.  I don't recall that we knew just how he |
| 16:58:17 | 22 arrived at those rates. |
| 16:58:22 | 23       Q    Well, under any set of |
| 16:58:23 | 24 circumstances, I think we have already discussed |
| 16:58:24 | 25 this earlier, you did not try and figure out |

```
                    1              MICHAEL L. TOOTHMAN
16:58:29    2   exactly what Mr. Ekwall did?
16:58:31    3              MR. COHEN:  Objection, form, that
16:58:32    4        completely mischaracterizes his
16:58:34    5        testimony.
16:58:34    6        A     I don't believe that's what I
16:58:35    7   said.
16:58:36    8        Q     Did you try and determine what he
16:58:37    9   did?
16:58:37   10        A     I think we tried and we were not
16:58:39   11   able to determine precisely what he did.
16:58:40   12        Q     So you adopted the latter
16:58:41   13   approach, which was reworking the report, is
16:58:43   14   that right?
16:58:44   15        A     Well, identifying the
16:58:47   16   assumptions, but making sure not to characterize
16:58:48   17   it as something that he actually did when we
16:58:51   18   can't tell what he actually did.
16:58:54   19        Q     And Mr. Thirkill was kind enough
16:58:55   20   to draft part of your report and send it off to
16:58:59   21   you for inclusion in it, isn't that right?
16:59:02   22        A     No, he suggested some rewording
16:59:06   23   for the report.  I don't think he set it off for
16:59:08   24   inclusion in the report, or at least I didn't
16:59:10   25   accept it in that fashion.
```