|  |  |
|---|---|
| 16:59:11 | 1    MICHAEL L. TOOTHMAN |
| 16:59:11 | 2    Q    Okay. Well, Mr. Thirkill says, |
| 16:59:14 | 3    in discussing the solutions, "another would be |
| 16:59:18 | 4    to rework Toothman's report, here is a stab at |
| 16:59:19 | 5    the latter," and then there is opinion 1 and a |
| 16:59:22 | 6    bunch of text below that, is that right? |
| 16:59:24 | 7    A    That's correct, that's what it |
| 16:59:25 | 8    says. |
| 16:59:25 | 9    Q    You didn't think that |
| 16:59:27 | 10   Mr. Thirkill when he sent it to Mr. Lo that he |
| 16:59:31 | 11   was sending it for reasons other than inclusion |
| 16:59:34 | 12   in your report? |
| 16:59:35 | 13        MR. COHEN: I object to the form. |
| 16:59:37 | 14   A    It was some -- |
| 16:59:38 | 15        MR. COHEN: Calls for |
| 16:59:39 | 16        speculation. |
| 16:59:40 | 17   A    It was some rewording. Again, |
| 16:59:47 | 18   this is earlier drafts, you can look at my |
| 16:59:48 | 19   report and see what my report actually says and |
| 16:59:51 | 20   what's actually in the report; and I don't |
| 16:59:53 | 21   believe that this wording is actually in that |
| 16:59:57 | 22   report, my final report. |
| 16:59:58 | 23   Q    So you would be shocked to find |
| 17:00:00 | 24   these words in your report, is that correct? |
| 17:00:02 | 25   A    You keep trying to put words in |

```
                    1         MICHAEL L. TOOTHMAN
17:00:04            2   my mouth and say things that I have not said.
17:00:06            3   That's not what I said.
17:00:08            4              I said to the extent that they
17:00:10            5   are in my report, it's because I accepted them
17:00:12            6   and decided that was a more accurate way of
17:00:14            7   saying it.
17:00:14            8              We can look and see what's in my
17:00:16            9   report, and to what extent those words ar
17:00:22           10   actually there.
17:00:24           11              What I have said all along today
17:00:26           12   when you have tried to indicate that other
17:00:28           13   people -- I have used other people's opinions
17:00:31           14   rather than my own, is that that's not the case.
17:00:32           15   In every case I have -- whatever is in my report
17:00:36           16   is what I have arrived at as my opinion after
17:00:39           17   reviewing --
17:00:41           18         Q     So --
17:00:41           19         A     (Continuing) -- Documents and
17:00:41           20   doing the analysis.
17:00:44           21         Q     Your testimony is that you would
17:00:44           22   be content with Mr. Thirkill drafting your
17:00:48           23   report, or sections of it, at least, as long as
17:00:50           24   you ultimately agreed with it?
17:00:53           25         A     Sir, why don't you read back the
```

MICHAEL L. TOOTHMAN    DECEMBER 15, 2004

|  |  |  |
|---|---|---|
|  | 1 | MICHAEL L. TOOTHMAN |
| 17:00:55 | 2 | answer to my last question, to the last |
| 17:00:57 | 3 | question. |
| 17:00:59 | 4 | Q    Mr. Toothman, can you answer that |
| 17:01:00 | 5 | question? |
| 17:01:01 | 6 | A    I can, but I think I already |
| 17:01:02 | 7 | have. |
| 17:01:03 | 8 | Q    I don't think you have. |
| 17:01:06 | 9 | Is it your testimony that you |
| 17:01:07 | 10 | would be content accepting something that |
| 17:01:08 | 11 | Mr. Thirkill gave you, as long as you |
| 17:01:11 | 12 | independently verified it? |
| 17:01:12 | 13 | MR. COHEN:  I object to form. |
| 17:01:15 | 14 | Asked and answered. |
| 17:01:17 | 15 | A    My report represents my opinions. |
| 17:01:20 | 16 | Okay?  I have had -- there has been comment on |
| 17:01:24 | 17 | some of the drafts from Mr. Thirkill and Mr. |
| 17:01:26 | 18 | Cohen and Mr. Lo, and to the extent that I have |
| 17:01:31 | 19 | agreed with those comments, they may have ended |
| 17:01:34 | 20 | up in the final report. |
| 17:01:37 | 21 | The report represents my |
| 17:01:38 | 22 | opinions. |
| 17:01:39 | 23 | Q    Would the comments, if they |
| 17:01:42 | 24 | included a paragraph or a section, would that -- |
| 17:01:45 | 25 | MR. CYGAL:  Strike that. |

|  |  |  |
|---|---|---|
|  | 1 | MICHAEL L. TOOTHMAN |
| 17:04:13 | 2 | Q    You also cc'd Mr. Lo? |
| 17:04:15 | 3 | A    That's correct. |
| 17:04:19 | 4 | Q    Let's go back to 1166 and look at |
| 17:04:24 | 5 | some language on the Thirkill e-mail. |
| 17:04:29 | 6 | If you look on the first page, |
| 17:04:35 | 7 | third line from the bottom, sort of in the |
| 17:04:36 | 8 | middle it states, "I understand that Mr. Ekwall |
| 17:04:42 | 9 | relied upon, have utilized data from accident |
| 17:04:45 | 10 | years 1990 through 1996, only to demonstrate |
| 17:04:53 | 11 | what calculated his burn rates using more recent |
| 17:04:56 | 12 | years might have been." |
| 17:04:58 | 13 | Do you see that? |
| 17:04:59 | 14 | A    Yes. |
| 17:05:01 | 15 | Q    I am going to focus on this, I |
| 17:05:03 | 16 | understand that Mr. Ekwall relied upon 90 |
| 17:05:07 | 17 | through 96. |
| 17:05:09 | 18 | If you turn to Page TIG 160036 |
| 17:05:14 | 19 | and Exhibit 1167, and look in the very right |
| 17:05:25 | 20 | hand column, I think you will see nearly |
| 17:05:27 | 21 | identical language in one of the boxes dated |
| 17:05:32 | 22 | deleted do you see that? |
| 17:05:34 | 23 | A    Yes. |
| 17:05:35 | 24 | Q    So this language that was in |
| 17:05:36 | 25 | Mr. Thirkill's report or Mr. Thirkill's stab at |

|  |  |
|---|---|
| | 1    MICHAEL L. TOOTHMAN |
| 17:05:42 | 2  your report was actually contained in your |
| 17:05:44 | 3  report up until the day before your report went |
| 17:05:48 | 4  final, is that right? |
| 17:05:49 | 5         MR. COHEN: I object to form. |
| 17:05:50 | 6    A    First, and I would probably have |
| 17:05:52 | 7  to go back and look at things more carefully, |
| 17:05:56 | 8  but I think you've interpreted everything at the |
| 17:06:01 | 9  bottom of TIG160559 as being Mr. Thirkill's |
| 17:06:07 | 10 language, I don't believe that is the case. |
| 17:06:09 | 11        I think the correction that he's |
| 17:06:11 | 12 trying to point out back in '03 was -- was that |
| 17:06:23 | 13 I -- I don't know why we have got '03 here, |
| 17:06:30 | 14 evidently we still had it in a draft, this |
| 17:06:35 | 15 report was -- this case was on stay for quite |
| 17:06:37 | 16 some time, so we came back to this. |
| 17:06:41 | 17        But Mr. Thirkill was suggesting |
| 17:06:42 | 18 that that's language that was incorrect and not |
| 17:06:47 | 19 to be in the report, and I've taken it out, but |
| 17:06:50 | 20 it's not that that was language that he |
| 17:06:51 | 21 suggested. |
| 17:06:52 | 22    Q    But it's your testimony that |
| 17:06:54 | 23 what's been identified as 1166 is actually a |
| 17:06:57 | 24 suggestion by Mr. Thirkill to delete this |
| 17:07:00 | 25 information? |

1  MICHAEL L. TOOTHMAN
2  MR. COHEN: Objection, that's not
3  what he said.
4  A  As I -- I think it's clear if you
5  look back on 160561, and this is a document
6  dated in '03, so to some extent you are testing
7  my memory, but as I look at it now, I believe
8  what Mr. Thirkill was suggesting was that I --
9  that we take out in particular the phrase "I
10 understand that Mr. Ekwall relied upon data
11 from" to say that instead I have utilized the
12 data from '90 through '96, because we couldn't
13 tell precisely what Mr. Ekwall relied upon in
14 terms of which accident years.
15      Q   So --
16      A   I believe that was the point of
17 Mr. Thirkill's suggestion.
18      Q   So Mr. Thirkill caught that
19 error, not you?
20      MR. COHEN: I object to form.
21      A   Mr. Thirkill made that
22 suggestion, yes.
23      Q   And you left it in your report
24 until the day before the report came final?
25      A   I don't know just what the