**Methven, Christopher**

| | |
|---|---|
| **From:** | Rubenstein, Amy M. |
| **Sent:** | Monday, January 03, 2005 12:15 PM |
| **To:** | Methven, Christopher |
| **Subject:** | FW: TIG/Trustmark/SOH - Your 12/17/04 and 12/30/04 Letters |

-----Original Message-----
From: Cygal, Everett
Sent: Monday, January 03, 2005 9:07 AM
To: Raymond Lester (E-mail); Pascal, Roger; Bannon, John A.
Cc: Spector, David; Doherty, Sharon; Rubenstein, Amy M.
Subject: FW: TIG/Trustmark/SOH - Your 12/17/04 and 12/30/04 Letters


Harry's response to our most recent letter.

Ev



-----Original Message-----
From: Harry Cohen [mailto:Harry.Cohen@cwt.com]
Sent: Friday, December 31, 2004 2:36 PM
To: Cygal, Everett
Cc: Brian OSullivan
Subject: TIG/Trustmark/SOH - Your 12/17/04 and 12/30/04 Letters


Everett:

This is in response to your letter dated December 17, 2004.

1. As we have previously advised you, TIG has produced (on two separate occasions in two separate media) all documents that Mr. Toothman considered and/or relied on in formulating the opinions in his report, including any documents or analysis initially prepared by Messrs. Lo or Thirkill, as well as all other documents in Mr. Toothman's possession relating to work he did in connection with this litigation. TIG has no obligation under the applicable rules to produce other documents from Mr. Lo's and/or Mr. Thirkill's files that were not considered or relied on by Mr. Toothman in formulating the opinions in his report. If you have any authority to the contrary, we would be happy to consider it.

2. We are aware of no authority that would require us to produce counsel's

1

copies of the e-mails Mr. Toothman produced and/or a certificate of deletion and note in that regard that we received no such production/certification from Schiff Hardin with respect to its correspondence with Messrs. Jessel, Gottheimer and Thomson. Again, if you have any authority establishing such an obligation and will confirm that Schiff Hardin will likewise comply with any such obligation, we would be prepared to discuss.

3. As discussed generally above, TIG has produced any reserve analysis performed by Mr. Toothman and retained by him, as well as any reserve analysis performed by Mr. Lo that was considered or relied upon by Mr. Toothman in formulating the opinions in his report. TIG has no obligation to produce any reserve analysis performed by Mr. Lo that was not considered or relied on by Mr. Toothman. Also, all documents retained by Mr. Toothman relating to a comparison of Mr. Ekwall's underwriting to the actual development has been produced.

4. Your assertion that "Mr. Toothman's report was based on the opinion he rendered in an arbitration regarding Centaur's underwriting of certain Unicover risks" is erroneous. As you know, Mr. Toothman testified only that he used the format of that report as a model for his report in this action and, thus, the opinions Mr. Toothman rendered in the unrelated arbitration are irrelevant to the opinions expressed in this proceeding. In any event, the Unicover arbitration is governed by a confidentiality agreement which prevents Mr. Toothman from disclosing the report (or the substance of the report), a position Trustmark's experts took as well. See Gottheimer Dep. Tr. 17:18-22, 19:12-20:8; Thomson Dep. Tr. 264:10-265:11.

5. With respect to your request for "updated" Virginia Surety reserve information, we agree to produce this data shortly since we may ask Mr. Toothman to supplement his report based upon that data.

6. In the interests of expediency, we will send you early next week by e-mail the exhibits to Mr. Toothman's final report in their native file format.

7. Mr. Toothman's deposition (which you terminated prior to the completion of seven hours) has been concluded, and TIG will not produce either Mr. Thirkill or Mr. Lo for deposition.

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
212-504-6262 (direct line)
212-504-6000 (main line)
212-504-6666 (fax)
914-450-3700 (mobile)

harry.cohen@cwt.com (e-mail)

==========================================================================

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

==========================================================================