**Unknown**

**From:** Brian OSullivan [Brian.OSullivan@cwt.com]
**Sent:** Tuesday, July 06, 2004 8:09 AM
**To:** Richard Lo
**Cc:** toothman
**Subject:** Re: TIG/Trustmark - Scheduling Issues

Mike and Richard:

7/12 and 7/13 are confirmed, although we have not worked out all of the details yet. We are proposing that we meet with you and the larger group Monday afternoon and perhaps part of Tuesday morning and that you then work with David Thirkill the rest of Tuesday. We will hopefully nail down some of the specifics later today.

Richard, I think last time you stayed at the Ash Street Cottage (or something like that). We are going to try to make reservations at the Bedford Village Inn, which is a nicer (although less convenient) place.

Brian J. O'Sullivan
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
Tel: (212) 504-6315
Fax: (212) 504-6666


"Richard Lo" <RichardLo@allianceactuarial.com>

To: "Brian OSullivan" <Brian.OSullivan@cwt.com>
cc: toothman <toothmanmr@email.msn.com>
Subject: Re: TIG/Trustmark - Scheduling Issues

Office:

07/06/2004 08:59 AM


Brian, are the 7/12 and 7/13 dates confirmed for the Manchester trip? Pls advise asap so that we may make timely travel plans. Thanks.

Richard

> Mike:
>
> As I indicated in the voicemail I left for you last week, the stay of
> the TIG/Trustmark litigation has been vacated. Although we do not
> know exactly when your expert report will be due, it is likely to be
> pretty soon.
> Please let us know what your availability is over the next 6 weeks
> In addition to finalizing the report, we will need to schedule a
> meeting in Manchester NH with the client and trial counsel.
>
> Brian J. O'Sullivan
> Cadwalader, Wickersham & Taft LLP
> 100 Maiden Lane
> New York, NY 10038
> Tel: (212) 504-6315

1

TIG 160426

> Fax: (212) 504-6666
>
>
>
>
==============================================================
> NOTE: The information in this email is confidential and may be legally
> privileged. If you are not the intended recipient, you must not read,
use
> or disseminate the information; please advise the sender immediately
> by reply email and delete this message and any attachments without
> retaining a copy. Although this email and any attachments are
> believed to be free of any virus or other defect that may affect any
> computer system into which it is received and opened, it is the
> responsibility of the
recipient
> to ensure that it is virus free and no responsibility is accepted by
> Cadwalader, Wickersham & Taft LLP for any loss or damage arising in
> any way from its use.
>
>
==============================================================

>
>

==============================================================
NOTE: The information in this email is confidential and may be legally privileged. If you
are not the intended recipient, you must not read, use or disseminate the information;
please advise the sender immediately by reply email and delete this message and any
attachments without retaining a copy. Although this email and any attachments are
believed to be free of any virus or other defect that may affect any computer system into
which it is received and opened, it is the responsibility of the recipient to ensure that
it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP
for any loss or damage arising in any way from its use.

==============================================================

**TIG 160427**