# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454          Phone: 215-631-1140          Fax: 215-631-1141

August 2, 2003

Mr. Michael L. Toothman
Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Dear Mike:

Enclosed is our first interim bill as of July 31, 2003 for our work in the Cadwalader TIG engagement. The bill reflects 145 hours at our agreed-upon hourly rate of $300. The out-of-pocket expenses are for the New York trips (mileage, tolls, parking, train and subway), purchase of the 2003 NCCI Statistical Bulletin, and some copying expenses. I have also enclosed a self-addressed envelope for your use when remitting payment. For proper reporting of our fees on IRS Form #1099, our identification number is 45-0476308.

If you have any questions regarding this billing, please do not hesitate to contact me.

Very truly yours,

**ALLIANCE ACTUARIAL SERVICES, INC.**


By: _____
    Richard W. Lo, FCAS, MAAA, FCA
    Principal and Consulting Actuary

Enclosures

TIG 160782

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454          Phone: 215-631-1140          Fax: 215-631-1141

August 2, 2003

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

Actuarial services provided through 7/31/03 relating to the Cadwalader TIG engagement.

**Interim Billing**

| | |
|---|---|
| **Professional Fees:** | **$43,500** |
| **Out-of-pocket Expenses:** | **$1,199** |
| **Total:** | **$44,699** |

REFERENCE INVOICE #AAS200320

**Due and Payable Upon Receipt**

***PAYMENT DUE UPON RECEIPT OF INVOICE***

**Remit Payments To:**

**For Checks** *
Alliance Actuarial Services, Inc.
203 Joshua Court
North Wales, PA 19454-1468
Tax I.D.#45-0476308

**For Wire Transfers**
Alliance Actuarial Services, Inc.
PNC Bank
Routing No. 031000053
Account No. 8606993824
Payment Detail Line:Reference No. AAS200320

* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

TIG 160783

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454          Phone: 215-631-1140          Fax: 215-631-1141

### REMITTANCE COPY

August 2, 2003

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

Actuarial services provided through 7/31/03 relating to the Cadwalader TIG engagement.

**Interim Billing**

| | |
|---|---|
| **Professional Fees:** | **$43,500** |
| **Out-of-pocket Expenses:** | **$1,199** |
| **Total:** | **$44,699** |

REFERENCE INVOICE #AAS200320

### ***PAYMENT DUE UPON RECEIPT OF INVOICE***

#### Remit Payments To:

**For Checks \***
Alliance Actuarial Services, Inc.
203 Joshua Court
North Wales, PA 19454-1468
Tax I.D.#45-0476308

**For Wire Transfers**
Alliance Actuarial Services, Inc.
PNC Bank
Routing No. 031000053
Account No. 8606993824
Payment Detail Line: Reference No. AAS200320

\* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

**TIG 160784**