# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454   Phone: 215-631-1140   Fax: 215-631-1141

October 7, 2003

Mr. Michael L. Toothman
Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Dear Mike:

Enclosed is our second interim bill for the two-month period of August 1, 2003 through September 30, 2003 for our work in the Cadwalader TIG engagement. The bill reflects 49.5 hours of professional time at our agreed-upon hourly rate of $300. For proper reporting of our fees on IRS Form #1099, our identification number is 45-0476308.

If you have any questions regarding this billing, please do not hesitate to contact me.

Very truly yours,

**ALLIANCE ACTUARIAL SERVICES, INC.**


By: _____
    Richard W. Lo, FCAS, MAAA, FCA
    Principal and Consulting Actuary

Enclosures

TIG 160474

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454          Phone: 215-631-1140          Fax: 215-631-1141

October 7, 2003

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

> Actuarial services provided from 8/1/03 through 9/30/03 relating to the Cadwalader TIG engagement.

**Second Interim Billing**

| | |
|---|---|
| **Professional Fees:** | $14,850 |
| **Total:** | **$14,850** |

REFERENCE INVOICE #AAS200331

**Due and Payable Upon Receipt**

### ***PAYMENT DUE UPON RECEIPT OF INVOICE***

**Remit Payments To:**

| For Checks * | For Wire Transfers |
|---|---|
| Alliance Actuarial Services, Inc. | Alliance Actuarial Services, Inc. |
| 203 Joshua Court | PNC Bank |
| North Wales, PA 19454-1468 | Routing No. 031000053 |
| Tax I.D.#45-0476308 | Account No. 8606993824 |
| | Payment Detail Line:Reference No. AAS200331 |

\* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

TIG 160475

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454　　　Phone: 215-631-1140　　　Fax: 215-631-1141

### REMITTANCE COPY

October 7, 2003

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

> Actuarial services provided from 8/1/03 through 9/30/03 relating to the Cadwalader TIG engagement.

**Second Interim Billing**

| | |
|---|---:|
| **Professional Fees:** | $14,850 |
| **Total:** | $14,850 |

REFERENCE INVOICE #AAS200331

### ***PAYMENT DUE UPON RECEIPT OF INVOICE***

**Remit Payments To:**

| **For Checks *** | **For Wire Transfers** |
|---|---|
| Alliance Actuarial Services, Inc. | Alliance Actuarial Services, Inc. |
| 203 Joshua Court | PNC Bank |
| North Wales, PA 19454-1468 | Routing No. 031000053 |
| Tax I.D.#45-0476308 | Account No. 8606993824 |
| | Payment Detail Line: Reference No. AAS200331 |

* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

TIG 160476