# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454        Phone: 215-631-1140        Fax: 215-631-1141

November 19, 2004

Mr. Michael L. Toothman
Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Dear Mike:

Enclosed is our **third interim bill** for the period of **October 1, 2003** through **November 19, 2004** for our work in the Cadwalader TIG engagement. The bill reflects 96 hours of professional time at our agreed upon hourly rate of $300. I have netted out the amount billed on October 7, 2003 although payment for that has not been received to date. Your assistance in getting that invoice processed promptly will be much appreciated.

For proper reporting of our fees on IRS Form #1099, our identification number is 45-0476308.

If you have any questions regarding this billing, please do not hesitate to contact me.

Very truly yours,

**ALLIANCE ACTUARIAL SERVICES, INC.**


By: _____
    Richard W. Lo, FCAS, MAAA, FCA
    Principal and Consulting Actuary

Enclosures

TIG 159693

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454      Phone: 215-631-1140      Fax: 215-631-1141

November 19, 2004

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

> Actuarial services provided from **10/1/03** through **11/19/04** relating to the Cadwalader TIG engagement.

### Third Interim Billing

| | |
|---|---|
| **Professional Fees:** | $28,800 |
| Out of Pocket Expenses (10/7/03 & 11/11/04 NYC Meetings, 10/20-21/03 & 7/12-13/04 Manchester, NH meetings, Postage, Copying & Misc.) | **$ 1,749** |
| **Total:** | **$30,549** |

REFERENCE INVOICE #AAS200445

**Due and Payable Upon Receipt**

***PAYMENT DUE UPON RECEIPT OF INVOICE***

Remit Payments To:

| **For Checks** * | **For Wire Transfers** |
|---|---|
| Alliance Actuarial Services, Inc. | Alliance Actuarial Services, Inc. |
| 203 Joshua Court | PNC Bank |
| North Wales, PA 19454-1468 | Routing No. 031000053 |
| Tax I.D.#45-0476308 | Account No. 8606993824 |
| | Payment Detail Line:Reference No. AAS200445 |

* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

TIG 159694

# ALLIANCE ACTUARIAL SERVICES, INC.

203 Joshua Court, North Wales, PA 19454     Phone: 215-631-1140     Fax: 215-631-1141

### REMITTANCE COPY

November 19, 2004

Actuarial & Risk Consulting Services
230 East Golf View Road
Ardmore, PA 19003

Attention: Mr. Michael L. Toothman

For professional services rendered in connection with the following:

    Actuarial services provided from 10/1/03 through 11/19/04 relating to the Cadwalader TIG engagement.

**Third Interim Billing**

| | |
|---|---|
| **Professional Fees:** | $28,800 |
| Out of Pocket Expenses (10/7/03 & 11/11/04 NYC Meetings, 10/20-21/03 & 7/12-13/04 Manchester, NH meetings, Postage, Copying & Misc.) | $ 1,749 |
| Total: | $30,549 |

REFERENCE INVOICE #AAS200445

***PAYMENT DUE UPON RECEIPT OF INVOICE***

Remit Payments To:

**For Checks ***            **For Wire Transfers**
Alliance Actuarial Services, Inc.      Alliance Actuarial Services, Inc.
203 Joshua Court                                         PNC Bank
North Wales, PA 19454-1468             Routing No. 031000053
Tax I.D.#45-0476308                       Account No. 8606993824
                                       Payment Detail Line:Reference No. AAS200445

\* To ensure proper credit to your account,
please return the enclosed remittance copy with your check

TIG 159695