# Michael L. Toothman
### FCAS, MAAA, FCA, FCIA

230 East Golf View Road, Ardmore, PA 19003          Phone: (610) 896-3676
e-mail: toothman@msn.com                             Fax: (610) 896-3976
                                                     Cell: (610) 563-7066

---

October 1, 2003

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

# INVOICE

For Professional Services rendered in the matter of Security Insurance Company of Hartford v. Trustmark Insurance Company and Trustmark Insurance Company v. TIG Insurance Company, 301CV2198 (PCD) through July 31, 2003

| | | |
|---|---|---|
| Professional Charges: | | |
| Toothman: 74.67 hours @ $660/hr. | $49,280 | |
| Lo: 145.0 hours @ $400/hr. | 58,000 | |
| | | $107,280.00 |
| Out-of-pocket expenses: | | |
| Toothman: | 560.28 | |
| Lo: (includes purchase of 2003 NCCI statistical Bulletin) | 1,199.00 | |
| | | 1,759.28 |
| Total due upon receipt: | | $109,039.28 |

Tax ID number: 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

**TIG 159426**