## Unknown

**From:** Richard Lo [RichardLo@allianceactuarial.com]
**Sent:** Tuesday, June 24, 2003 12:41 PM
**To:** toothmanmr@email.msn.com
**Subject:** David Thirkill Files


SOH2
MARK_SUMMARY.zi

Mike,

Attached are the files that I have received from David and which I have been working on w/ him. I am going to send you multiple email since the size of some of these files are quite large. Pls call me to discuss when you are ready.

Regards,

Richard

TIG 162262