## Unknown

**From:** Richard Lo [RichardLo@allianceactuarial.com]
**Sent:** Tuesday, June 24, 2003 12:47 PM
**To:** toothmanmr@email.msn.com
**Subject:** Thirkill Files-2


SOH reconcile to
Ekwall Exh 86...

Mike, more Thirkill files.

1

TIG 162248

LOADED BURN RATES GROSS OF COMMISSION

| Notes | | 50,000 Xs 50,000 | 400,000 XS 100,000 | 500,000 XS 500,000 |
|---|---|---|---|---|
| 1 | WEB Rates | 13.6364% | 12.5152% | 2.0303% |
| 2 | What Ekwall Could Have Done | 15.09019% | 13.98789% | 2.31018% |
| 3 | Actual "Effect of Missing Data" | **1.45%** | **1.47%** | **0.28%** |
| 4/5 and 6 | Jessel Calculated Effect | **5.92%** | **4.89%** | **0.58%** |

TIG 162249

| | LOADED BURN RATES NET OF COMMISSION | 50,000 Xs 50,000 | 400,000 XS 100,000 | 500,000 XS 500,000 |
|---|---|---|---|---|
| | Actual Net Rate | | | |
| 9 | Discounted | 10.162% | 9.074% | 1.340% |
| | What Ekwall Could Have Done | 11.24580% | 10.14226% | 1.52472% |
| | Actual "Effect of Missing Data" | 1.08% | 1.07% | 0.18% |
| 4/5/6 and 7 | Jessel Inferred Net Rate | 3.91% | 2.41% | Not Known |

TIG 162250

$900,000 XS $100,000

Layer Applies to Innovus & VSI Only

### WHAT EKWALL DID FIRST: WUW031378

Does not include either MCI or VSI

| Year | Claims in 900 x 100 Band | Trend Factor | Development Factor | Result | Discount | Discounted Claims | Premium | Burn Rate | Loaded Rate | Charged | Grossed Up Per Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Includes VSI and MCI post 1994 | | VSI & All Other | | |
| 1988 | 34,926,184 | 1.22 | 1.37 | 58,375,624 | 52.5% | 30,647,203 | 344,172,000 | | | | |
| 1989 | 36,623,890 | 1.2 | 1.4 | 61,528,135 | 52.5% | 32,302,271 | 398,447,000 | | | | |
| 1990 | 41,792,374 | 1.18 | 1.45 | 71,506,752 | 52.5% | 37,541,045 | 460,560,455 | | | | |
| 1991 | 47,885,891 | 1.16 | 1.51 | 83,876,927 | 52.5% | 44,035,387 | 444,914,322 | | | 5.00% Brokerage | |
| 1992 | 33,696,080 | 1.14 | 1.55 | 59,540,973 | 52.5% | 31,259,011 | 434,266,488 | | | 10.00% Profit | |
| 1993 | 32,743,676 | 1.12 | 1.62 | 59,410,126 | 52.5% | 31,190,316 | 388,005,103 | | | 5.00% Orion | |
| 1994 | 26,338,245 | 1.1 | 1.62 | 46,934,753 | 52.5% | 24,640,745 | 272,258,425 | | | 1.00% Blanch | |
| 1995 | 16,100,219 | 1.08 | 1.7 | 29,560,001 | 52.5% | 15,519,001 | 247,929,910 | | | 2.50% WEB | |
| 1996 | 11,831,134 | 1.06 | 1.89 | 23,702,494 | 52.5% | 12,443,809 | 253,018,221 | | | 23.50% | |
| 1997 | 8,461,548 | 1.04 | 2.43 | 23,961,768 | 52.5% | 12,579,928 | 312,412,018 | | 10.0046% | 9.60% | 14.5455% |
| | 291,419,241 | | | 518,397,553 | | 272,159,716 | 3,535,903,942 | 7.6535% Discount | 93.995% | 8.260% | 12.5157% 34% |
| | | | | | | | | | =500 x 500 =400 x 100 | 1.34% | 2.0303% |

Actual "EFFECT" Of Missing Data

### WHAT EKWALL COULD HAVE DONE WITH VSI/MCI DATA

Includes VSI and MCI post 1994

| Year | | | | | | | Premium | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Includes VSI and MCI post 1994 and corrects 1997 Year premium | | | | |
| 1988 | 34,926,184 | 1.22 | 1.37 | 58,375,624 | 52.5% | 30,647,203 | 344,172,000 | | | | |
| 1989 | 36,623,890 | 1.2 | 1.4 | 61,528,135 | 52.5% | 32,302,271 | 398,447,000 | | | | |
| 1990 | 41,792,374 | 1.18 | 1.45 | 71,506,752 | 52.5% | 37,541,045 | 460,560,455 | | | | |
| 1991 | 47,885,891 | 1.16 | 1.51 | 83,876,927 | 52.5% | 44,035,387 | 444,914,322 | | | 5.00% | |
| 1992 | 33,696,080 | 1.14 | 1.55 | 59,540,973 | 52.5% | 31,259,011 | 434,266,488 | | | 10.00% | |
| 1993 | 32,743,676 | 1.12 | 1.62 | 59,410,126 | 52.5% | 31,190,316 | 388,005,103 | | | 5.00% | |
| 1994 | 30,805,812 | 1.1 | 1.62 | 54,895,957 | 52.5% | 28,820,378 | 272,258,425 | | | 1.00% | |
| 1995 | 24,580,239 | 1.08 | 1.7 | 45,129,319 | 52.5% | 23,692,892 | 247,929,910 | | | 2.50% | |
| 1996 | 20,735,386 | 1.06 | 1.89 | 41,541,273 | 52.5% | 21,809,168 | 253,018,221 | | | 23.50% | |
| 1997 | 17,052,954 | 1.04 | 2.43 | 43,096,226 | 52.5% | 22,625,519 | 300,418,074 | | 11.2101% | 10.76% | 16.2981% |
| | 320,842,487 | | | 578,901,312 | | 303,923,109 | 3,543,990,998 | 8.5757% | At same discount = 500 x 500 / =400 x 100 | 95.955% 9.232% 1.52% | 34% 13.987% 2.3102% |
| | | | | | | | | | | 0.97% | 1.47% |

### WHAT EKWALL ACTUALLY DID - TRE026674

Includes VSI only post 1994

| Year | | | | | | | | Utilizes Same Premium As Original | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | 34,926,184 | 1.22 | 1.04 | 44,314,342 | 52.5% | 23,265,030 | 344,172,000 | | | | |
| 1989 | 36,623,890 | 1.2 | 1.06 | 46,585,588 | 52.5% | 24,457,434 | 398,447,000 | | | | |
| 1990 | 41,792,374 | 1.18 | 1.08 | 53,260,201 | 52.5% | 27,961,606 | 460,560,455 | | | | |
| 1991 | 47,885,891 | 1.16 | 1.1 | 61,102,397 | 52.5% | 32,078,758 | 444,914,322 | | | 5.00% | |
| 1992 | 33,696,080 | 1.14 | 1.12 | 43,023,158 | 52.5% | 22,587,158 | 434,266,488 | | | 10.00% | |
| 1993 | 32,743,676 | 1.12 | 1.13 | 41,440,396 | 52.5% | 21,766,208 | 388,005,103 | | | 5.00% | |
| 1994 | 30,764,461 | 1.1 | 1.14 | 38,578,659 | 52.5% | 20,253,796 | 272,258,425 | | | 1.00% | |
| 1995 | 23,662,787 | 1.08 | 1.33 | 33,989,227 | 52.5% | 17,844,344 | 247,929,910 | | | 2.50% | |
| 1996 | 17,370,706 | 1.06 | 1.79 | 32,959,178 | 52.5% | 17,303,568 | 253,018,221 | | | 23.50% | |
| 1997 | 14,095,671 | 1.04 | 2.54 | 37,235,128 | 52.5% | 19,548,441 | 312,412,018 | | 6.3552% | 6.948% | Concluded no action needed |
| | 313,561,741 | | | 432,488,270 | | 227,056,342 | 3,555,983,942 | | | | |

TIG 162251



TIG 162252

$50,000 XS $50,000

Layer Applies to Innovus & VSI Only

| Claims in 50 x 50 Band | Trend Factor | Development Factor | Result | Discount | Discounted Claims | Premium | Burn Rate | Loaded Rate | Charged | Grossed Up Per Commission |
|---|---|---|---|---|---|---|---|---|---|---|

WHAT EKWALL DID FIRST - WUW020681

Does not include either MCI or VSI

Includes VSI and MCI post 1994 (in incorrect for 1997)

| Year | Factors per Ekwall Exhibit #4 | Trend | Dev | Result | Discount | Discounted Claims | Premium | | Loaded Rate | Charged | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $36,639,449 | 1.22 | 1 | $44,700,128 | 67.00% | $29,949,086 | $344,172,000 | | | | |
| 1989 | $44,830,446 | 1.20 | 1 | $53,796,535 | 67.00% | $36,043,679 | $398,447,000 | | | | |
| 1990 | $52,232,345 | 1.18 | 1.07 | $65,948,559 | 67.00% | $44,185,534 | $460,560,455 | | | | |
| 1991 | $52,949,371 | 1.16 | 1.1 | $67,563,307 | 67.00% | $45,267,476 | $444,914,322 | | | | |
| 1992 | $38,528,282 | 1.14 | 1.12 | $49,192,910 | 67.00% | $32,959,250 | $434,266,488 | | 5.00% | | |
| 1993 | $31,266,047 | 1.12 | 1.12 | $39,221,258 | 67.00% | $26,278,243 | $388,005,103 | | 10.00% | | |
| 1994 | $22,959,550 | 1.10 | 1.16 | $29,296,386 | 67.00% | $19,628,578 | $272,258,425 | | 5.00% | | |
| 1995 | $18,323,459 | 1.08 | 1.2 | $23,747,851 | 67.00% | $15,911,060 | $247,929,910 | | 1.00% | | |
| 1996 | $15,637,013 | 1.06 | 1.31 | $21,713,556 | 67.00% | $14,548,083 | $253,018,221 | | 2.50% | | |
| 1997 | $10,015,734 | 1.04 | 1.67 | $17,439,063 | 67.00% | $11,678,142 | $312,412,018 | | 23.50% | | |
| | $223,403,096 | | | | | $276,449,131 | $3,555,983,942 | 7.774% | 10.1623% Discount | 9.00% 88.582% | 13.6364% 34% |

WHAT EKWALL COULD HAVE DONE WITH VSI / MCI DATA

Includes VSI and MCI post 1994

Includes VSI and MCI post 1994 and corrects 1997 Year premium

Result

| Year | Factors per Ekwall Exhibit #4 | Trend | Dev | Result | Discount | Discounted Claims | Premium | | Loaded Rate | Charged | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $36,639,449 | 1.22 | 1 | $44,700,128 | 67.00% | $29,949,086 | $344,172,000 | | | | |
| 1989 | $44,830,446 | 1.20 | 1 | $53,796,535 | 67.00% | $36,043,679 | $398,447,000 | | | | |
| 1990 | $52,232,345 | 1.18 | 1.07 | $65,948,559 | 67.00% | $44,185,534 | $460,560,455 | | | | |
| 1991 | $52,949,371 | 1.16 | 1.1 | $67,563,397 | 67.00% | $45,267,476 | $444,914,322 | | | | |
| 1992 | $38,528,282 | 1.14 | 1.12 | $49,192,910 | 67.00% | $32,959,250 | $434,266,488 | | 5.00% | | |
| 1993 | $31,266,947 | 1.12 | 1.12 | $39,221,258 | 67.00% | $26,278,243 | $388,005,103 | | 10.00% | | |
| 1994 | $25,995,574 | 1.10 | 1.16 | $33,171,628 | 67.00% | $22,224,991 | $272,258,425 | | 5.00% | | |
| 1995 | $25,378,182 | 1.08 | 1.2 | $32,887,532 | 67.00% | $22,034,846 | $247,929,910 | | 1.00% | | |
| 1996 | $24,901,020 | 1.05 | 1.31 | $34,577,557 | 67.00% | $23,166,963 | $253,018,221 | | 2.50% | | |
| 1997 | $19,577,010 | 1.04 | 1.67 | $34,001,352 | 67.00% | $22,780,906 | $300,419,074 | | 23.50% | | |
| | $352,297,627 | | | | | $304,890,774 | $3,543,990,998 | 8.603% | 11.245% | 9.95% 0.05% | 15.0802% 5.92% |

Actual EFFECT of Missing Data
EFFECT per Jesse

$150,000 XS $50,000    3.9072%    1.45%

WHAT EKWALL ACTUALLY DID DO - TRE026677

Unknown Source

Utilizes Same Premium As Original

| Year | Factors per Ekwall Exhibit #69 | Trend | Dev | Result | Discount | Discounted Claims | Premium | | Loaded Rate | Charged | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $36,639,449 | 1.22 | 1 | $44,700,128 | 67.00% | $29,949,086 | $344,172,000 | | | | |
| 1989 | $44,830,446 | 1.20 | 1 | $53,796,535 | 67.00% | $36,043,679 | $398,447,000 | | | | |
| 1990 | $52,232,345 | 1.18 | 1 | $61,634,167 | 67.00% | $41,294,892 | $460,560,455 | | | | |
| 1991 | $52,949,371 | 1.16 | 1.01 | $62,035,483 | 67.00% | $41,563,774 | $444,914,322 | | | | |
| 1992 | $38,528,282 | 1.14 | 1.01 | $44,361,464 | 67.00% | $29,722,181 | $434,266,488 | | 5.00% | | |
| 1993 | $31,266,947 | 1.12 | 1.02 | $35,719,360 | 67.00% | $23,931,971 | $388,005,103 | | 10.00% | | |
| 1994 | $26,011,273 | 1.10 | 1.045 | $29,899,956 | 67.00% | $20,032,972 | $272,258,425 | | 5.00% | | |
| 1995 | $25,601,661 | 1.08 | 1.05 | $29,032,510 | 67.00% | $19,451,782 | $247,929,910 | | 1.00% | | |
| 1996 | $25,711,400 | 1.06 | 1.13 | $30,797,115 | 67.00% | $20,634,067 | $253,018,221 | | 2.50% | | |
| 1997 | $20,576,696 | 1.04 | 1.52 | $32,527,641 | 67.00% | $21,793,519 | $312,412,018 | | 23.50% | | |
| | $354,348,070 | | | | | $284,417,922 | $3,555,983,942 | 7.998% | 10.4353% | 0.05% | Concluded no action needed |

TIG 162253

## OBSERVATIONS ON EKWALL's ACTIONS AT 1998 PLACEMENT

|      | Known Premium Including TIG Agency / VSI and MCI but excluding Comm Speciality | Premium Used By Ekwall (believed includes TIG Agency, VSI and MCI but excludes Comm Spec) | Claims Ex VSI & MCI | Claims Inc VSI & MCI |
|------|---:|---:|---:|---:|
| 1990 | $ 456,871,629 | $ 456,871,629 | $ 39,360,142 | $ 39,360,142 |
| 1991 | $ 437,465,136 | $ 437,465,136 | $ 43,825,557 | $ 43,825,557 |
| 1992 | $ 424,277,661 | $ 424,277,661 | $ 32,700,842 | $ 32,700,842 |
| 1993 | $ 382,660,617 | $ 382,661,000 | $ 29,899,867 | $ 29,899,867 |
| 1994 | $ 267,005,861 | $ 266,678,000 | $ 23,596,517 | $ 28,555,517 |
| 1995 | $ 240,439,489 | $ 240,438,000 | $ 15,630,149 | $ 26,480,810 |
| 1996 | $ 242,822,153 | $ 242,383,000 | $ 14,753,335 | $ 29,847,204 |
|      | $ 2,451,542,546 | $ 2,450,774,426 | $ 199,766,409 | $ 230,669,939 |
|      |   | Burn Rate = | 8.151% | 9.412% |
|      |   | Load 15% = | 9.590% | 11.073% |
|      |   | Rate Charged | 10.6% |   |

| From AONIT002392 Unzipped |   | At 9/30/98 |
|---|---:|---:|
|   | VSI | MCI |
| 1994 | $ 4,426,236 | $ 41,331 |
| 1995 | $ 7,559,627 | $ 917,452 |
| 1996 | $ 5,514,066 | $ 3,364,680 |

TIG 162254

|      | Known Premium Including TIG Agenct / VSI and MCI AND Comm Speciality | Claims Ex VSI & MCI | Claims Inc VSI & MCI |
|------|---:|---:|---:|
| 1990 | $ 460,560,455 | $ 39,360,142 | $ 39,360,142 |
| 1991 | $ 444,914,322 | $ 43,825,557 | $ 43,825,557 |
| 1992 | $ 434,266,488 | $ 32,700,842 | $ 32,700,842 |
| 1993 | $ 388,005,103 | $ 29,899,867 | $ 29,899,867 |
| 1994 | $ 272,258,425 | $ 23,596,517 | $ 28,555,517 |
| 1995 | $ 247,929,910 | $ 15,630,149 | $ 26,480,810 |
| 1996 | $ 253,018,221 | $ 14,753,335 | $ 29,847,204 |
|      | $ 2,500,952,924 | $ 199,766,409 | $ 230,669,939 |
|      |  | 7.988% | 9.223% |
|      | Rate would have been | 9.397% | 10.851% |

Not Materially Different
From Rate Charged

|  | Use Earlier Year Ekwall Development | Developed VSI / MCI Claims |
|---|---:|---:|
| Total |  |  |
| $ 4,467,567 | 1.11 | $ 4,959,000 |
| $ 8,477,079 | 1.28 | $ 10,850,661 |
| $ 8,878,746 | 1.70 | $ 15,093,869 |

TIG 162255

| 1999 Charges | | Innovus | MCI | Virginia Surety + Alt Programs | Other |
|---|---|---|---|---|---|
| $50,000 Xs $50,000 | Gross Rate | 13.63640% | ... | 13.63640% | ... |
| | Commission | 34% | | 34% | |
| | Net Rate | 9.00% | | 9.00% | |
| $400,000 Xs $100,000 | Gross Rate | 12.3636% | 12.3636% | 12.5152% | 12.5152% |
| | Commission | 45% | 45% | 34% | 34% |
| | Net Rate | 6.80% | 6.80% | 8.26% | 8.26% |
| $500,000 Xs $500,000 | Gross Rate | ... | ... | 2.0303% | 2.0303% |
| | Commission | | | 34% | 34% |
| | Net Rate | | | 1.3400% | 1.3400% |
| Rate for $900,000 Xs $100,000 | Gross Rate | | | 14.5455% | 14.5455% |
| | Commission | | | 34% | 34% |
| | Net Rate | | | 9.60% | 9.60% |

ATTEMPTED RECONCILIATION OF PRICING NUMBERS USED BY EKWALL

## Incurred 900 XS 100

### CLAIMS

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 Note - 9 months |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | From Exh198XS25K | | | | | | | | | | |
| 0 Not Identified by Division | | | | | | | | | | 316,196 | 239,442 |
| 1 Managed Comp | | | | | | | | | 165,544 | 84,744 | 27,320 |
| | | | | | | | | | 122,812 | | |
| | | | | | | | | 82,637 | 116,162 | | |
| 2 Alternate Programs | | | | 36,799 | 252,640 | 34,112 | 280,118 | 15,169,675 | 10,019,919 | 8,339,170 | 1,342,017 |
| 3 TIG Agency | 34,926,184 | 35,952,035 | 41,214,221 | 46,223,366 | 32,348,447 | 31,602,643 | 23,868,479 | 847,907 | 606,697 | 741,435 | 438,549 |
| 4 Commercial Specialty | | 671,855 | 578,153 | 1,625,726 | 1,094,993 | 1,106,921 | 2,181,648 | | | | 2,047,328 |
| Total (and per Ekwall Exh 864) | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 26,338,245 | 16,100,219 | 11,831,134 | 9,481,548 | |
| | From AdmT002391 | | | | | | | | | | |
| MCI | | | | | | | 41,331 | 917,452 | 3,364,680 | 2,957,283 | 587,279 |
| VSI | | | | | | | 4,426,236 | 7,562,568 | 5,539,572 | 4,614,123 | 839,633 |
| Total | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 30,805,812 | 24,580,239 | 20,735,386 | 17,052,954 | 3,474,240 |
| Total Ekwall Exhibit 866 | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 30,764,481 | 23,662,786 | 17,370,706 | 14,095,672 | 3,195,851 |
| Total EXCLUDING MCI | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 30,764,481 | 23,662,787 | 17,370,706 | 14,095,671 | 2,886,961 |

### PREMIUM (from WUW 021395)

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Managed Comp | | | | | | | | | 130,976,533 | 116,963,516 | 106,991,721 |
| All Programs | | | | | | | 230,286,139 | 162,477,146 | 10,198,068 | 15,139,817 | 37,472,498 |
| TIG Agency | | | | 437,465,136 | 424,277,661 | 382,660,617 | 5,252,564 | 7,490,421 | 54,066,550 | 94,308,433 | 99,893,580 |
| Commercial Specialty | | | 3,698,826 | 7,449,186 | 9,988,827 | 5,344,486 | 1,297,565 | 17,889,403 | 57,779,061 | 74,008,106 | 69,064,211 |
| MCI (alone, or from 1966, MCI + Innovus) | | | | | | | 35,423,157 | 60,072,940 | | | 312,412,018 |
| VSI (alone, or from 1996, VSI+All Progs) | | | | | | | 272,258,425 | 247,929,910 | 253,018,221 | 300,419,074 | |
| Total Ekwall Exhibits 864 & 866 | 344,172,000 | 398,447,000 | 460,560,455 | 444,914,322 | 434,266,488 | 388,005,103 | 272,258,425 | 247,929,910 | 253,018,221 | 312,412,018 | |

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ex VSI and MCI** | | | | | | | | | | | |
| Total (and per Ekwall Exh 864) | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 26,338,245 | 18,100,219 | 11,831,134 | 9,481,548 | 2,047,328 |
| Total Ekwall Sheet | 31,074,202 | 33,749,273 | 39,585,667 | 44,303,472 | 31,901,802 | 28,987,158 | 23,118,031 | 15,219,947 | 10,222,612 | 8,981,548 | 1,711,229 |
| To 500 x600 | 3,851,982 | 2,874,617 | 2,206,707 | 3,582,419 | 1,794,278 | 3,756,518 | 3,220,214 | 880,272 | 1,608,522 | 2,500,000 | 336,099 |
| **With VSI/ MCI** | | | | | | | | | | | |
| Total 900 x 100 | 34,926,184 | 36,623,890 | 41,792,374 | 47,885,891 | 33,696,080 | 32,743,676 | 30,805,812 | 24,580,239 | 20,735,386 | 17,052,954 | 3,474,240 |
| Total Ekwall Sheet (correct Version) | 31,074,202 | 33,749,273 | 39,585,667 | 44,303,472 | 31,901,802 | 28,987,158 | 27,353,398 | 23,469,809 | 18,139,180 | 12,918,674 | 3,137,841 |
| To 500 x500 | 3,851,982 | 2,874,617 | 2,206,707 | 3,582,419 | 1,794,278 | 3,756,518 | 3,452,414 | 1,110,329 | 2,596,206 | 4,134,281 | 336,399 |

Note (1997/1998 column): The $3,195,851 is incorrect. Although I can not verify it either, there is an identical amount on the $400 x $100. I can only assume that Ekwall incorrectly transcribed the $2/1 into both. In any event, was not

Note (1997): Ekwall used $312,412,018, not $300,419,074 for the 1997 premium. It must be assumed this was a transcribing error.

TIG 162257

ATTEMPTED RECONCILIATION OF PRICING NUMBERS USED BY EKWALL

Incurred 50 XS 50

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 Not Identified by Division | - | - | - | - | - | - | - | - | 220,903 | 420,662 | 6,292 |
| 1 Managed Comp | - | - | - | - | - | - | - | - | 100,000 | 571,141 | 727,586 |
| 2 Alternate Programs | - | - | - | 175,211 | 245,965 | 162,154 | 309,098 | 209,187 | 252,432 | 12,110 | 58,173 |
| 3 TIG Agency | 36,522,777 | 43,980,973 | 51,683,206 | 51,917,818 | 37,286,485 | 30,093,747 | 21,539,151 | 17,365,476 | 14,070,100 | 8,228,337 | 2,675,176 |
| 4 Commercial Specialty | 116,672 | 849,473 | 549,139 | 856,342 | 995,832 | 1,011,046 | 1,111,301 | 749,296 | 993,578 | 803,484 | 269,795 |
| | 36,639,449 | 44,830,446 | 52,232,345 | 52,949,371 | 38,528,282 | 31,266,947 | 22,959,550 | 18,323,959 | 15,637,013 | 10,035,734 | 3,737,022 |
| MCI | - | - | - | - | - | - | 64,739 | 1,385,732 | 4,181,420 | 4,318,859 | 1,141,737 |
| VSI | - | - | - | - | - | - | 2,972,285 | 5,666,491 | 5,082,587 | 5,222,417 | 1,102,361 |
| Total | 36,639,449 | 44,830,446 | 52,232,345 | 52,949,371 | 38,528,282 | 31,266,947 | 25,996,574 | 25,376,182 | 24,901,020 | 19,577,010 | 5,981,120 |
| Total Ekwall Sheet TIG only | 36,639,449 | 44,830,446 | 52,232,345 | 52,949,371 | 38,528,282 | 31,266,947 | 22,959,550 | 18,323,050 | 15,637,013 | 10,035,734 | 3,737,022 |
| Total Ekwall Sheet - ALL | 36,639,449 | 44,830,446 | 52,232,345 | 52,949,371 | 38,528,282 | 31,266,947 | 26,011,273 | 25,601,861 | 25,711,400 | 20,576,696 | 6,248,415 |

TIG 162258

## ATTEMPTED RECONCILIATION OF PRICING NUMBERS USED BY EKWALL

### Incurred 400 XS 100

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 Not Identified by Division | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 165,544 | $ 316,196 | $ - |
| 1 Managed Comp | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 122,812 | $ 84,744 | $ 239,442 |
| 2 Alternate Programs | $ - | $ - | $ - | $ 36,799 | $ 252,640 | $ 34,112 | $ 288,118 | $ 82,637 | $ 116,162 | $ - | $ 27,320 |
| 3 TIG Agency | $ 31,074,202 | $ 33,077,418 | $ 39,007,514 | $ 42,743,974 | $ 30,554,169 | $ 27,846,125 | $ 21,148,265 | $ 14,559,613 | $ 9,211,397 | $ 5,839,173 | $ 1,005,918 |
| 4 Commercial Specialty | $ - | $ 671,855 | $ 578,153 | $ 1,522,699 | $ 1,094,993 | $ 1,106,921 | $ 1,681,648 | $ 577,697 | $ 606,697 | $ 741,435 | $ 438,549 |
| Total | $ 31,074,202 | $ 33,749,273 | $ 39,585,667 | $ 44,303,472 | $ 31,901,802 | $ 28,987,158 | $ 23,118,031 | $ 15,219,947 | $ 10,222,612 | $ 6,981,548 | $ 1,711,229 |
| MCI | $ - | $ - | $ - | $ - | $ - | $ - | $ 41,331 | $ 917,452 | $ 2,736,541 | $ 2,230,083 | $ 586,979 |
| VSI | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,194,036 | $ 7,332,510 | $ 5,180,027 | $ 3,707,043 | $ 839,633 |
| Total | $ 31,074,202 | $ 33,749,273 | $ 39,585,667 | $ 44,303,472 | $ 31,901,802 | $ 28,987,158 | $ 27,353,398 | $ 23,469,909 | $ 18,139,180 | $ 12,918,674 | $ 3,137,841 |
| Total Ekwall Sheet TIG only | $ 31,074,202 | $ 33,749,273 | $ 39,585,667 | $ 44,303,472 | $ 31,901,802 | $ 28,987,158 | $ 23,118,031 | $ 15,219,947 | $ 10,222,612 | $ 6,981,548 | $ 1,711,229 |
| Total Ekwall Sheet | $ 31,074,202 | $ 33,749,273 | $ 39,585,667 | $ 44,303,472 | $ 31,901,802 | $ 28,987,158 | $ 27,359,483 | $ 23,673,583 | $ 18,656,566 | $ 13,137,782 | $ 3,195,851 |

TIG 162259

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Load | | | | 12.32% | | | |
| Per Jessel Sheet | | | | 15.04% | | | |
| Factor | | | | 122.08% | | | |
| Loaded | | | | 1.34 | | | |
| | | $50,000 XS $50,000 | | | | $400,000 XS $ | |
| | Premium Per Jessel | Claims Per Jessel | Burn Rate | Loaded Rate | Claims Per Jessel | | |
| | | Excluding VSI / MCI | | | Excluding VSI / MCI | | |
| 1988 | $ 365,339,000 | $ 33,601,374 | 9.20% | 15.05% | $ 27,610,925 | | |
| 1989 | $ 399,018,000 | $ 40,712,317 | 10.20% | 16.69% | $ 30,271,461 | | |
| 1990 | $ 463,712,000 | $ 47,573,130 | 10.26% | 16.78% | $ 34,389,851 | | |
| 1991 | $ 467,985,000 | $ 48,037,299 | 10.26% | 16.79% | $ 39,329,714 | | |
| 1992 | $ 448,965,000 | $ 34,916,194 | 7.78% | 12.72% | $ 28,626,926 | | |
| 1993 | $ 427,951,000 | $ 28,731,838 | 6.71% | 10.98% | $ 26,305,628 | | |
| 1994 | $ 317,354,000 | $ 21,029,836 | 6.63% | 10.84% | $ 21,218,198 | | |
| 1995 | $ 254,901,000 | $ 16,664,575 | 6.54% | 10.69% | $ 13,724,114 | | |
| | | Average = | 8.45% | 13.82% | Average = | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Load | | | | 12.32% | | | |
| Per Jessel Sheet | | | | 15.04% | | | |
| Factor | | | | 122.08% | | | |
| Loaded | | | | 1.34 | | | |
| | | $50,000 XS $50,000 | | | | $400,000 XS $ | |
| | Premium Per Jessel | Claims Per Jessel | Burn Rate | Loaded Rate | Claims Per Jessel | | |
| | | Including VSI / MCI | | | Including VSI / MCI | | |
| 1988 | $ 365,339,000 | $ 33,601,374 | 9.20% | 15.05% | $ 27,610,925 | | |
| 1989 | $ 399,018,000 | $ 40,712,317 | 10.20% | 16.69% | $ 30,271,461 | | |
| 1990 | $ 463,712,000 | $ 47,573,130 | 10.26% | 16.78% | $ 34,389,851 | | |
| 1991 | $ 467,985,000 | $ 48,037,299 | 10.26% | 16.79% | $ 39,329,714 | | |
| 1992 | $ 448,965,000 | $ 34,916,194 | 7.78% | 12.72% | $ 28,626,926 | | |
| 1993 | $ 427,951,000 | $ 28,731,838 | 6.71% | 10.98% | $ 26,305,628 | | |
| 1994 | $ 317,354,000 | $ 24,081,559 | 7.59% | 12.41% | $ 25,459,650 | | |
| 1995 | $ 254,901,000 | $ 23,942,477 | 9.39% | 15.37% | $ 22,177,750 | | |
| | | Average = | 8.92% | 14.60% | Average = | | |

TIG 162260

|         | 10.96%      |                  |           | 0.9800%     |
|         | 13.37%      |                  |           | 1.42%       |
|         | 121.99%     |                  |           | 144.90%     |
|         | 1.45        |                  |           | 1.45        |
| 100,000 |             | $500,000 XS $500,000 |       |             |
| Burn Rate | Loaded Rate | Claims Per Jessel | Burn Rate | Loaded Rate |
|         |             | Excluding VSI / MCI |         |             |
| 7.56%   | 12.36%      | $ 3,587,298      | 0.98%     | 1.61%       |
| 7.59%   | 12.41%      | $ 2,486,040      | 0.62%     | 1.02%       |
| 7.42%   | 12.13%      | $ 2,038,610      | 0.44%     | 0.72%       |
| 8.40%   | 13.75%      | $ 3,401,035      | 0.73%     | 1.19%       |
| 6.38%   | 10.43%      | $ 1,699,009      | 0.38%     | 0.62%       |
| 6.15%   | 10.06%      | $ 3,358,057      | 0.78%     | 1.28%       |
| 6.69%   | 10.94%      | $ 3,055,188      | 0.96%     | 1.57%       |
| 5.38%   | 8.81%       | $ 832,499        | 0.33%     | 0.53%       |
| 6.94%   | 11.36%      | Average =        | 0.65%     | 1.07%       |

|         | 10.96%      |                  |           | 0.9800%     |
|         | 13.37%      |                  |           | 1.42%       |
|         | 121.99%     |                  |           | 144.90%     |
|         | 1.45        |                  |           | 1.45        |
| 100,000 |             | $500,000 XS $500,000 |       |             |
| Burn Rate | Loaded Rate | Claims Per Jessel | Burn Rate | Loaded Rate |
|         |             | Including VSI / MCI |         |             |
| 7.56%   | 12.36%      | $ 3,587,298      | 0.98%     | 1.61%       |
| 7.59%   | 12.41%      | $ 2,486,040      | 0.62%     | 1.02%       |
| 7.42%   | 12.13%      | $ 2,038,610      | 0.44%     | 0.72%       |
| 8.40%   | 13.75%      | $ 3,401,035      | 0.73%     | 1.19%       |
| 6.38%   | 10.43%      | $ 1,699,009      | 0.38%     | 0.62%       |
| 6.15%   | 10.06%      | $ 3,358,057      | 0.78%     | 1.28%       |
| 8.02%   | 13.12%      | $ 3,287,388      | 1.04%     | 1.69%       |
| 8.70%   | 14.23%      | $ 1,062,556      | 0.42%     | 0.68%       |
| 7.53%   | 12.31%      | Average =        | 0.67%     | 1.10%       |

TIG 162261