## Unknown

| | |
|---|---|
| From: | Richard Lo [RichardLo@allianceactuarial.com] |
| Sent: | Tuesday, June 24, 2003 12:53 PM |
| To: | toothmanmr@email.msn.com |
| Subject: | Thirkill-3 |

 

SOH_AON_T00239  SOH_AON_T00239
1_MCI.xls (200 K...  1_VSI.xls (325 K...

Mike, still more files.

1

TIG 162245

MCI_Data_093098

## INFO FROM AON T002391 (MCI)

| ACCIDENT_YY_DT | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 |
|---|---|---|---|
| 1994 MCI | $ 64,739 | $ 41,331 | $ 41,331 |
| 1995 MCI | $1,385,732 | $ 917,452 | $ 917,452 |
| 1996 MCI | $4,181,420 | $2,736,541 | $3,364,680 |
| 1997 MCI | $4,318,859 | $2,230,083 | $2,957,283 |
| 1998 MCI | $1,141,737 | $ 586,979 | $ 587,279 |

Page 1

TIG 162246

Reinsurance_Table

INFO FROM AON T002391 (VSI)

| ACCIDENT_DT | Incurred | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 |
|---|---|---|---|---|
| 1994 VSI | | $ 2,972,285 | $ 4,194,036 | $ 4,426,236 |
| 1995 VSI | | $ 5,666,491 | $ 7,332,510 | $ 7,562,568 |
| 1996 VSI | | $ 5,082,587 | $ 5,180,027 | $ 5,539,572 |
| 1997 VSI | | $ 5,222,417 | $ 3,707,043 | $ 4,614,123 |
| 1998 VSI | | $ 1,102,361 | $ 839,633 | $ 839,633 |

Page 1

TIG 162247