## Unknown

**From:** Richard Lo [RichardLo@allianceactuarial.com]
**Sent:** Tuesday, June 24, 2003 12:59 PM
**To:** toothmanmr@email.msn.com
**Subject:** Thirkill-4

Jessel_Work.xls (33 KB)

SFX1F2.pdf (132 KB)

SFX1FA.pdf (316 KB)

Mike, still more files.

FIRST DRAFT OF MODELLING JESSEL's WORK (and comparing with Ekwalls')

| | $50,000 XS $50,000 | $400,000 XS $100,000 |
|---|---|---|
| Load | 12.32% | 10.96% |
| Per Jessel Sheet | 15.04% | 13.38% |
| Factor | 122.08% | 122.08% |
| Loaded | 1.34 | 1.45 |

| Year | Premium per Ekwall | Premium Per Jessel (Source Unknown) | Claims Per Eval98Xs25K in 50 x 50 layer Ex VSI and MCI (as reconciled by DT and LK) | $50,000 XS $50,000 Claims Per Jessel Excluding VSI / MCI | Burn Rate | Loaded Rate | Claims Per Eval98Xs25K in 400 x 100 layer Ex VSI and MCI (as reconciled by DT and LK) | $400,000 XS $100,000 Claims Per Jessel Excluding VSI / MCI | Burn Rate | Loaded Rate | $500,000 XS $500,000 Claims Per Jessel Excluding VSI / MCI | Burn Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 | $ 33,601,374 | 9.20% | 15.05% | $ 31,074,202 | $ 27,610,925 | 7.56% | 13.38% | $ 3,587,298 | 0.98% |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,448 | $ 40,712,317 | 10.20% | 16.69% | $ 33,749,273 | $ 30,271,461 | 7.59% | 13.43% | $ 2,486,040 | 0.62% |
| 1990 | $ 460,580,455 | $ 463,712,000 | $ 52,232,345 | $ 47,573,130 | 10.26% | 16.78% | $ 39,585,667 | $ 34,389,851 | 7.42% | 13.13% | $ 2,038,610 | 0.44% |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 | $ 48,037,299 | 10.26% | 16.79% | $ 44,303,472 | $ 39,329,714 | 8.40% | 14.88% | $ 3,401,035 | 0.73% |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 36,528,282 | $ 34,916,194 | 7.78% | 12.72% | $ 31,901,602 | $ 28,626,926 | 6.38% | 11.29% | $ 1,699,009 | 0.38% |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,286,947 | $ 28,731,838 | 6.71% | 10.90% | $ 28,987,158 | $ 26,305,628 | 6.15% | 10.88% | $ 3,358,057 | 0.78% |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 22,959,550 | $ 21,029,836 | 6.63% | 10.84% | $ 23,118,031 | $ 21,218,198 | 6.69% | 11.84% | $ 3,055,188 | 0.96% |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 16,323,959 | $ 16,664,575 | 6.54% | 10.69% | $ 15,219,947 | $ 13,724,114 | 5.38% | 9.53% | $ 832,499 | 0.33% |
| | | | | Average = | 8.45% | 13.82% | | Average = | 6.94% | 12.29% | Average = | 0.65% |

| Year | Premium per Ekwall | Premium Per Jessel | Claims Per Eval98Xs25K in 50 x 50 layer Ex VSI and MCI | Claims Per Jessel | Claims Per Eval98Xs25K in 400 x 100 layer Ex VSI and MCI | Claims Per Jessel | Claims Per Eval90Xs25K in 400 x 100 layer | Claims Per Eval98Xs25K in 500 x 500 layer Ex VSI and MCI | Claims Per Jessel |
|---|---|---|---|---|---|---|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 | $ 33,601,374 | $ 31,074,202 | $ 27,610,925 | Ekwall did not pull claims for this layer specifically | $ 3,851,982 | $ 3,587,298 |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,448 | $ 40,712,317 | $ 33,749,273 | $ 30,271,461 | | $ 2,874,617 | $ 2,486,040 |
| 1990 | $ 460,580,455 | $ 463,712,000 | $ 52,232,345 | $ 47,573,130 | $ 39,585,667 | $ 34,389,851 | | $ 2,206,707 | $ 2,038,610 |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 | $ 48,037,299 | $ 44,303,472 | $ 39,329,714 | | $ 3,582,419 | $ 3,401,035 |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 36,528,282 | $ 34,916,194 | $ 31,901,602 | $ 28,626,926 | | $ 1,794,278 | $ 1,699,009 |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,286,947 | $ 28,731,838 | $ 28,987,158 | $ 26,305,628 | | $ 3,756,518 | $ 3,358,057 |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 22,959,550 | $ 21,029,836 | $ 23,118,031 | $ 21,218,198 | | $ 3,220,214 | $ 3,055,188 |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 18,323,959 | $ 16,664,575 | $ 15,219,947 | $ 13,724,114 | | $ 880,272 | $ 832,499 |
| 1996 | $ 253,018,221 | $ 141,384,000 | $ 15,637,013 | $ 13,194,417 | $ 10,222,612 | $ 9,349,470 | | $ 1,608,522 | $ 1,569,562 |
| 1997 | $ 312,412,018 | $ 140,000,000 | $ 10,035,704 | $ 8,976,170 | $ 6,981,540 | $ 6,520,568 | | $ 2,500,000 | $ 2,500,000 |
| 1998 | $ | $ - | $ 3,737,022 | $ 3,293,701 | $ 1,711,229 | $ 1,607,075 | | $ 336,099 | $ 329,000 |
| | $ 3,566,083,042 | $ 3,426,608,000 | $ 327,140,118 | $ 296,730,951 | $ 266,864,041 | $ 238,953,930 | | $ 26,611,626 | $ 24,856,318 |

| What's Point? | EXcluding VSI / MCI | Including VSI / MCI | Difference = VSI / MCI | Add To Jessel | EXcluding VSI / MCI | Including VSI / MCI | Difference = VSI / MCI | Add To Jessel | EXcluding VSI / MCI | Including VSI / MCI | Difference = VSI / MCI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $ 36,639,449 | $ 36,639,449 | $ - | $ 33,601,374 | $ 31,074,202 | $ 31,074,202 | $ - | $ 27,610,925 | $ 3,851,982 | $ 3,851,982 | $ - |
| 1989 | $ 44,830,448 | $ 44,830,448 | $ - | $ 40,712,317 | $ 33,749,273 | $ 33,749,273 | $ - | $ 30,271,461 | $ 2,874,617 | $ 2,874,617 | $ - |
| 1990 | $ 52,232,345 | $ 52,232,345 | $ - | $ 47,573,130 | $ 39,585,667 | $ 39,585,667 | $ - | $ 34,389,851 | $ 2,206,707 | $ 2,206,707 | $ - |
| 1991 | $ 52,949,371 | $ 52,949,371 | $ - | $ 48,037,299 | $ 44,303,472 | $ 44,303,472 | $ - | $ 39,329,714 | $ 3,582,419 | $ 3,582,419 | $ - |
| 1992 | $ 36,528,282 | $ 36,528,282 | $ - | $ 34,916,194 | $ 31,901,602 | $ 31,901,602 | $ - | $ 28,626,926 | $ 1,794,278 | $ 1,794,278 | $ - |
| 1993 | $ 31,286,947 | $ 31,266,947 | $ - | $ 28,731,838 | $ 28,987,158 | $ 28,987,158 | $ - | $ 26,305,628 | $ 3,756,518 | $ 3,756,518 | $ - |
| 1994 | $ 22,959,550 | $ 26,011,273 | $ 3,061,723 | $ 24,081,559 | $ 23,118,031 | $ 27,359,483 | $ 4,241,452 | $ 25,459,650 | $ 3,220,214 | $ 3,452,414 | $ 232,200 |
| 1995 | $ 18,323,959 | $ 25,601,881 | $ 7,277,902 | $ 23,942,477 | $ 15,219,947 | $ 23,673,583 | $ 8,453,636 | $ 22,177,750 | $ 880,272 | $ 1,110,329 | $ 230,057 |
| 1996 | $ 15,637,013 | $ 26,711,400 | $ 10,074,387 | $ 23,268,804 | $ 10,222,612 | $ 18,656,866 | $ 8,433,854 | $ 17,783,424 | $ 1,608,522 | $ 2,596,206 | $ 987,684 |
| 1997 | $ 10,035,734 | $ 20,576,696 | $ 10,540,962 | $ 19,517,132 | $ 6,981,548 | $ 13,137,782 | $ 6,156,234 | $ 12,676,802 | $ 2,500,000 | $ 4,334,281 | $ 1,834,281 |
| 1998 | $ 3,737,022 | $ 6,248,415 | $ 2,511,393 | $ 5,805,094 | $ 1,711,229 | $ 3,195,851 | $ 1,484,622 | $ 3,091,697 | $ 336,099 | $ 336,399 | $ 300 |
| | $ 327,140,118 | $ 360,596,485 | $ 33,456,367 | $ 330,187,216 | $ 266,864,041 | $ 295,624,839 | $ 28,760,698 | $ 267,723,626 | $ 26,611,626 | $ 29,696,150 | $ 3,084,522 |

| | $50,000 XS $50,000 | $400,000 XS $100,000 |
|---|---|---|
| Load | 12.32% | 10.96% |
| Per Jessel Sheet | 15.04% | 13.37% |
| Factor | 122.08% | 121.98% |
| Loaded | 1.34 | 1.45 |

| Year | Premium per Ekwall | Premium Per Jessel | Per Ekwall Including VSI / MCI | $50,000 XS $50,000 Claims Per Jessel Including VSI / MCI | Burn Rate | Loaded Rate | Per Ekwall Including VSI / MCI | $400,000 XS $100,000 Claims Per Jessel Including VSI / MCI | Burn Rate | Loaded Rate | Per Ekwall Including VSI / MCI | $500,000 XS $500,000 Claims Per Jessel Including VSI / MCI | Burn Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 | $ 33,601,374 | 9.20% | 15.05% | $ 31,074,202 | $ 27,610,925 | 7.56% | 13.38% | $ 3,851,982 | $ 3,587,298 | 0.98% |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,448 | $ 40,712,317 | 10.20% | 16.69% | $ 33,749,273 | $ 30,271,461 | 7.59% | 13.43% | $ 2,874,617 | $ 2,486,040 | 0.62% |
| 1990 | $ 460,580,455 | $ 463,712,000 | $ 52,232,345 | $ 47,573,130 | 10.26% | 16.78% | $ 39,585,667 | $ 34,389,851 | 7.42% | 13.13% | $ 2,206,707 | $ 2,038,610 | 0.44% |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 | $ 48,037,299 | 10.26% | 16.79% | $ 44,303,472 | $ 39,329,714 | 8.40% | 14.88% | $ 3,582,419 | $ 3,401,035 | 0.73% |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 38,528,282 | $ 34,916,194 | 7.78% | 12.72% | $ 31,901,602 | $ 28,626,926 | 6.38% | 11.29% | $ 1,794,278 | $ 1,699,009 | 0.38% |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,266,947 | $ 28,731,838 | 6.71% | 10.98% | $ 28,987,158 | $ 26,305,628 | 6.15% | 10.88% | $ 3,756,518 | $ 3,358,057 | 0.78% |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 26,011,273 | $ 24,081,559 | 7.59% | 12.41% | $ 27,359,483 | $ 25,459,650 | 8.02% | 14.20% | $ 3,452,414 | $ 3,287,388 | 1.04% |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 25,601,881 | $ 23,942,477 | 9.39% | 15.37% | $ 23,673,583 | $ 22,177,750 | 8.70% | 15.40% | $ 1,110,329 | $ 1,042,536 | 0.42% |
| | | | | Average = | 8.92% | 14.60% | | Average = | 7.53% | 13.32% | | Average = | 0.67% |

Difference in Jessel Rate adding MCI / VSI losses per AON T 002392: 0.78% ($50,000 XS $50,000); 1.03% ($400,000 XS $100,000)

| |
|---|
| 0.9800% |
| 1.42% |
| 144.90% |
| 1.46 |

Loaded Rate

2.05%
1.31%
0.92%
1.53%
0.80%
1.65%
2.02%
0.69%
1.37%

**Add To Jessel**

| |
|---|
| $ 3,587,298 |
| $ 2,486,040 |
| $ 2,038,810 |
| $ 3,401,035 |
| $ 1,899,009 |
| $ 3,358,057 |
| $ 3,287,368 |
| $ 1,082,550 |
| $ 2,557,266 |
| $ 4,134,281 |
| $ 329,300 |
| $ 27,940,840 |

| |
|---|
| 0.9800% |
| 1.42% |
| 144.90% |
| 1.46 |

Loaded Rate

2.06%
1.31%
0.92%
1.53%
0.80%
1.65%
2.18%
0.88%
1.41%

0.04%

TIG 162231