toothman

*see also a second email at same time w/ 15 page large less listing*

| | |
|---|---|
| From: | David_Thirkill@trg.com |
| Sent: | Friday, July 11, 2003 8:35 AM |
| To: | RichardLo@allianceactuarial.com; toothmanmr@email.msn.com |
| Cc: | Brian.OSullivan@cwt.com; Harry.Cohen@cwt.com; Clive_Becker-Jones@trg.com; Frank_DeMaria@trg.com |
| Subject: | web350-53 |


SOH AON T002391 VSI.xls


web350-5.pdf

Richard and Mike

You will recall our discussion where we established that the VSI claims supplied are actually at 6/30/98 i.e not at either 9/30/98 (as had been assumed) nor at 6/30/99 as suggested by Trustmark's experts.

I did recall however that the hard copy information supplied in the Placement Material contained VSI data at 9/30/98. Accordingly, I got copies of the relevant pages (attached to this and the immediately following email) and made manual adjustments (irritating but doable) to the VSI data which is also attached hereto.
What I plan to do, in addition to any other task) is to add to the Ekwall and Jessel comparisons a sheet showing the effects if either had had the VSI claims at 9/30/98 electronically and will forward that shortly.

David
(See attached file: SOH AON T002391 VSI.xls)

----- Forwarded by David Thirkill/TRG on 07/11/2003 08:21 AM -----

"Lori Dillon"
<Lori.Dillon@cwt.com>       To: david_thirkill@trg.com
                            cc:
                            Subject: web350-53
07/10/2003 11:48
AM

(See attached file: web350-5.pdf)

Lori Dillon
Litigation Legal Assistant Coordinator
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane, New York, NY 10038
tel. (212) 504-6480
fax (212) 504-6666
lori.dillon@cwt.com

================================================================

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the

1

TIG 159015



TIG 159016

Exhibit II

Excess Loss & ALAE Factors and Excess Loss & ALAE Pure Premium Factors

### Hazard Group II

| Limits (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 0.458 | 0.246 | 0.366 | 0.274 | | 0.114 | 0.354 | 0.541 | 0.448 | 0.286 | 0.417 | 0.201 | 0.467 | 0.198 | 0.227 | 0.278 | 0.312 | 0.364 | 0.414 | 0.253 | 0.361 | 0.374 | 0.458 | 0.369 | 0.389 | 0.333 | 0.397 | 0.335 | 0.349 | 0.312 | 0.319 | 0.311 | 0.323 | 0.346 | 0.363 | 0.338 | 0.200 |
| 100 | 0.316 | 0.171 | 0.280 | 0.183 | | 0.297 | 0.252 | 0.306 | 0.361 | 0.197 | 0.307 | 0.144 | 0.239 | 0.089 | 0.164 | 0.183 | 0.208 | 0.250 | 0.318 | 0.171 | 0.250 | 0.187 | 0.318 | 0.265 | 0.274 | 0.215 | 0.292 | 0.216 | 0.243 | 0.208 | 0.208 | 0.081 | 0.200 | 0.251 | 0.262 | 0.283 | 0.147 |
| 500 | 0.141 | 0.069 | 0.114 | 0.070 | | 0.117 | 0.098 | 0.142 | 0.155 | 0.110 | 0.121 | 0.117 | 0.092 | 0.035 | 0.065 | 0.143 | 0.098 | 0.075 | 0.130 | 0.091 | 0.072 | 0.065 | 0.122 | 0.103 | 0.105 | 0.081 | 0.116 | 0.081 | 0.093 | 0.066 | 0.078 | 0.081 | 0.079 | 0.098 | 0.102 | 0.112 | 0.061 |
| 1,000 | 0.093 | 0.046 | 0.076 | 0.047 | | 0.078 | 0.066 | 0.088 | 0.078 | 0.072 | 0.080 | 0.018 | 0.062 | 0.024 | 0.044 | 0.076 | 0.049 | 0.063 | 0.086 | 0.044 | 0.046 | 0.044 | 0.080 | 0.068 | 0.070 | 0.054 | 0.077 | 0.054 | 0.062 | 0.041 | 0.052 | 0.014 | 0.053 | 0.062 | 0.067 | 0.073 | 0.040 |
| ELR | 0.680 | 0.680 | 0.680 | | | | | | 0.680 | | | | | | 0.680 | | | | | | | | | | | | | | | | | | | | | | 0.673 |

### Hazard Group III

| Limits (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 0.584 | 0.318 | 0.417 | 0.350 | | 0.553 | 0.468 | 0.645 | 0.561 | 0.513 | 0.513 | 0.298 | 0.467 | 0.219 | 0.326 | 0.324 | 0.437 | 0.482 | 0.539 | 0.374 | 0.476 | 0.374 | 0.567 | 0.512 | 0.488 | 0.455 | 0.511 | 0.443 | 0.489 | 0.381 | 0.434 | 0.442 | 0.432 | 0.491 | 0.441 | 0.506 | 0.229 |
| 100 | 0.062 | 0.265 | 0.259 | 0.274 | | 0.437 | 0.361 | 0.501 | 0.361 | 0.384 | 0.344 | 0.225 | 0.344 | 0.153 | 0.213 | 0.213 | 0.302 | 0.342 | 0.424 | 0.267 | 0.319 | 0.267 | 0.413 | 0.392 | 0.354 | 0.323 | 0.404 | 0.302 | 0.353 | 0.238 | 0.300 | 0.318 | 0.301 | 0.372 | 0.362 | 0.398 | 0.094 |
| 500 | 0.194 | 0.107 | 0.150 | 0.105 | | 0.175 | 0.141 | 0.136 | 0.155 | 0.147 | 0.147 | 0.094 | 0.136 | 0.058 | 0.101 | 0.078 | 0.110 | 0.130 | 0.174 | 0.102 | 0.099 | 0.102 | 0.164 | 0.167 | 0.136 | 0.125 | 0.165 | 0.113 | 0.137 | 0.106 | 0.111 | 0.123 | 0.113 | 0.153 | 0.144 | 0.157 | 0.094 |
| 1,000 | 0.127 | 0.069 | 0.099 | 0.069 | | 0.113 | 0.091 | 0.132 | 0.102 | 0.097 | 0.102 | 0.061 | 0.088 | 0.039 | 0.066 | 0.057 | 0.070 | 0.060 | 0.117 | 0.067 | 0.060 | 0.067 | 0.106 | 0.104 | 0.089 | 0.082 | 0.109 | 0.075 | 0.089 | 0.055 | 0.073 | 0.080 | 0.075 | 0.093 | 0.094 | 0.103 | 0.092 |
| ELR | 0.680 | | | | | | | | 0.680 | | | | | | 0.680 | | | | | | | | | | | | | | | | | | | | | | 0.673 |

Based on industry data published by NCCI
For states with ELR, factors are ELRs
ELPPF=ELF/ELR

Percent of Loss & ALAE in excess of Limits

### Hazard Group II

| Limits (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 41.8% | 36.2% | 53.8% | 27.4% | 72.6% | 41.4% | 33.4% | 54.1% | 46.0% | 41.3% | 41.7% | 29.9% | 34.9% | 29.3% | 33.4% | 22.8% | 31.2% | 36.4% | 41.4% | 37.4% | 36.1% | 25.3% | 45.8% | 16.9% | 18.9% | 13.3% | 19.7% | 13.5% | 34.9% | 47.3% | 31.9% | 31.1% | 32.3% | 34.6% | 36.1% | 18.8% | 29.7% |
| 100 | 24.6% | 25.4% | 41.3% | 18.3% | 59.9% | 29.7% | 25.2% | 39.6% | 41.1% | 20.8% | 30.7% | 21.2% | 23.9% | 20.3% | 24.1% | 14.3% | 20.8% | 23.0% | 31.8% | 17.1% | 23.0% | 17.1% | 31.8% | 26.2% | 27.4% | 21.8% | 29.2% | 21.6% | 24.3% | 30.3% | 20.8% | 21.2% | 20.6% | 25.1% | 26.2% | 28.3% | 21.8% |
| 500 | 14.1% | 10.1% | 16.8% | 7.0% | 25.4% | 11.7% | 9.8% | 14.2% | 17.2% | 11.0% | 12.1% | 8.4% | 9.2% | 5.1% | 9.6% | 5.3% | 7.5% | 9.5% | 13.0% | 6.5% | 7.2% | 6.5% | 12.2% | 10.5% | 10.5% | 8.1% | 11.6% | 8.1% | 9.3% | 10.0% | 7.8% | 8.1% | 7.9% | 9.8% | 10.2% | 11.2% | 9.1% |
| 1,000 | 9.3% | 6.8% | 11.2% | 4.7% | 19.0% | 7.8% | 6.6% | 8.8% | 11.5% | 7.2% | 8.0% | 5.6% | 6.2% | 3.5% | 6.5% | 3.6% | 4.9% | 6.3% | 8.6% | 4.4% | 4.4% | 4.4% | 8.0% | 6.8% | 7.0% | 5.4% | 7.7% | 5.4% | 6.2% | 6.2% | 5.2% | 5.4% | 5.3% | 6.2% | 6.7% | 7.5% | 5.9% |

### Hazard Group III

| Limits (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 58.4% | 51.2% | 67.2% | 39.9% | | 55.3% | 46.3% | 64.5% | 55.9% | 53.3% | 51.3% | 43.8% | 46.7% | 32.2% | 47.9% | 33.4% | 43.7% | 48.2% | 53.2% | 55.0% | 47.6% | 55.0% | 56.7% | 51.2% | 48.8% | 41.5% | 52.2% | 44.3% | 48.9% | 57.8% | 43.4% | 44.2% | 43.2% | 40.1% | 48.1% | 50.6% | 43.3% |
| 100 | 46.2% | 38.7% | 52.8% | 27.4% | | 42.7% | 34.3% | 50.1% | 51.3% | 38.4% | 38.4% | 33.1% | 34.4% | 22.5% | 36.8% | 21.3% | 30.1% | 34.2% | 42.4% | 26.7% | 31.9% | 26.7% | 41.3% | 39.2% | 35.4% | 32.3% | 40.4% | 30.2% | 35.3% | 39.2% | 30.0% | 31.8% | 30.1% | 37.2% | 36.2% | 38.8% | 33.7% |
| 500 | 19.4% | 15.7% | 22.1% | 10.5% | | 17.5% | 13.6% | 19.4% | 22.8% | 14.7% | 15.4% | 13.6% | 13.6% | 8.5% | 14.9% | 7.8% | 11.0% | 13.0% | 17.8% | 10.2% | 9.8% | 10.2% | 16.3% | 16.7% | 13.6% | 12.5% | 16.5% | 11.3% | 13.7% | 13.1% | 11.1% | 12.2% | 11.3% | 15.3% | 14.4% | 13.7% | 14.0% |
| 1,000 | 13.7% | 10.1% | 14.6% | 6.9% | | 11.5% | 9.1% | 12.8% | 15.0% | 9.7% | 10.2% | 9.0% | 8.8% | 5.7% | 9.7% | 5.2% | 7.0% | 8.6% | 11.7% | 6.7% | 6.0% | 6.7% | 10.5% | 10.4% | 8.9% | 8.2% | 10.9% | 7.5% | 8.9% | 8.0% | 7.1% | 8.0% | 7.5% | 9.5% | 9.4% | 10.3% | 9.2% |

States with the HIGHEST ELPPFs are in ORANGE. States with the LOWEST ELPPFs are in YELLOW

Percent of Loss & ALAE in Layer of Limits

### Hazard Group II

| Layers (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 50 | 54.2% | 63.8% | 46.2% | 72.6% | | 51.6% | 53.2% | 45.9% | 54.0% | 58.7% | 58.3% | 70.1% | 65.1% | 70.7% | 66.6% | 77.2% | 68.8% | 63.6% | 49.8% | 74.7% | 63.9% | 74.7% | 54.2% | 63.1% | 61.1% | 66.7% | 60.3% | 66.5% | 65.1% | 52.7% | 68.1% | 68.9% | 67.7% | 65.4% | 63.7% | 61.2% | 70.3% |
| 50 - 100 | 11.2% | 10.7% | 12.6% | 9.1% | | 11.7% | 10.2% | 14.9% | 12.6% | 11.0% | 11.0% | 8.7% | 11.0% | 7.2% | 9.3% | 8.5% | 10.4% | 11.4% | 9.6% | 8.2% | 13.1% | 8.2% | 14.0% | 10.4% | 11.3% | 11.8% | 10.5% | 11.9% | 10.6% | 16.8% | 11.1% | 9.0% | 11.4% | 9.5% | 10.1% | 10.5% | 7.9% |
| 100 - 500 | 20.5% | 15.3% | 24.4% | 11.3% | | 18.0% | 15.3% | 25.4% | 24.1% | 17.6% | 18.6% | 13.6% | 14.7% | 7.9% | 14.6% | 9.3% | 13.1% | 13.4% | 18.8% | 8.2% | 15.7% | 8.2% | 19.6% | 16.0% | 16.9% | 13.0% | 17.6% | 13.0% | 15.0% | 16.1% | 13.0% | 13.1% | 13.0% | 13.3% | 16.0% | 16.7% | 12.8% |
| 500 - 1,000 | 4.8% | 3.4% | 5.0% | 2.4% | | 3.9% | 3.2% | 5.2% | 6.0% | 4.1% | 4.2% | 2.8% | 3.0% | 1.6% | 3.1% | 1.7% | 2.6% | 3.2% | 4.4% | 2.1% | 2.8% | 2.1% | 4.2% | 3.7% | 3.5% | 2.7% | 3.9% | 2.7% | 3.1% | 3.8% | 2.6% | 2.7% | 2.6% | 3.6% | 3.5% | 3.7% | 3.1% |
| Over 1,000 | 9.2% | 6.8% | 11.2% | 4.7% | | 7.8% | 6.6% | 8.8% | 11.5% | 7.2% | 8.0% | 5.6% | 6.2% | 3.5% | 6.5% | 3.6% | 4.9% | 6.3% | 8.6% | 4.4% | 4.4% | 4.4% | 8.0% | 6.8% | 7.0% | 5.4% | 7.7% | 5.4% | 6.2% | 6.2% | 5.2% | 5.4% | 5.3% | 6.2% | 6.7% | 7.5% | 5.7% |
| All Layers | 100% | 100% | 100% | 100% | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

### Hazard Group III

| Limits (000) | AL | AK | AZ | AR | CA | CO | CT | DC | FL | GA | HI | ID | IL | IN | IA | KS | KY | LA | ME | MD | MS | MO | MT | NE | NH | NM | NC | OK | OR | RI | SC | SD | TN | UT | VT | VA | WT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - 50 | 41.6% | 48.8% | 32.8% | 60.1% | | 44.7% | 53.2% | 35.5% | 44.1% | 46.7% | 48.7% | 56.2% | 53.3% | 67.8% | 52.1% | 66.6% | 56.3% | 51.8% | 46.1% | 62.6% | 52.1% | 62.6% | 43.3% | 51.2% | 48.8% | 54.5% | 47.7% | 55.7% | 51.1% | 42.2% | 56.6% | 55.8% | 56.8% | 59.9% | 51.9% | 49.4% | 56.5% |
| 50 - 100 | 12.2% | 12.5% | 14.4% | 12.5% | | 12.5% | 12.5% | 14.4% | 13.8% | 15.0% | 13.9% | 10.7% | 12.3% | 9.7% | 11.1% | 11.1% | 13.5% | 14.0% | 11.5% | 10.7% | 15.7% | 10.7% | 13.4% | 12.0% | 13.4% | 13.2% | 11.9% | 14.1% | 13.6% | 18.7% | 13.4% | 12.4% | 13.1% | 11.9% | 11.9% | 11.8% | 9.8% |
| 100 - 500 | 26.8% | 22.9% | 30.7% | 16.9% | | 25.2% | 20.7% | 30.3% | 30.3% | 23.6% | 23.0% | 19.7% | 20.8% | 14.0% | 21.2% | 13.5% | 19.2% | 21.2% | 24.6% | 16.5% | 22.0% | 16.5% | 25.0% | 22.5% | 21.7% | 19.8% | 23.9% | 18.9% | 21.8% | 26.1% | 18.9% | 19.6% | 18.8% | 21.9% | 21.8% | 18.4% | 19.8% |
| 500 - 1,000 | 6.7% | 5.6% | 7.5% | 3.6% | | 6.1% | 5.0% | 7.8% | 7.8% | 5.0% | 5.2% | 4.4% | 4.8% | 2.8% | 5.1% | 2.6% | 4.0% | 4.4% | 6.1% | 3.5% | 3.9% | 3.5% | 5.7% | 6.3% | 4.7% | 4.3% | 5.6% | 3.8% | 4.8% | 5.0% | 3.7% | 4.2% | 3.8% | 3.8% | 5.0% | 4.6% | 4.8% |
| Over 1,000 | 12.7% | 10.1% | 14.6% | 6.9% | | 11.5% | 9.1% | 12.8% | 15.0% | 9.7% | 10.2% | 9.0% | 8.8% | 5.7% | 9.7% | 5.2% | 7.0% | 8.6% | 11.7% | 6.7% | 6.0% | 6.7% | 10.5% | 10.4% | 9.4% | 8.2% | 10.9% | 7.5% | 8.9% | 8.0% | 7.1% | 8.0% | 7.5% | 9.5% | 9.4% | 10.3% | 9.2% |
| All Layers | 100% | 100% | 100% | 100% | | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

7/9/03

Loss_By_Layer.xls

Development PAID Comparisons 6/30/03
NCCI vs. TIG

Exhibit 1

**TIG**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Summary of Reported Loss Development Patterns**

### Reported Ultimate Loss Development Factors

| Segment | 12 to Ult | 24 to Ult | 36 to Ult | 48 to Ult | 60 to Ult | 72 to Ult | 84 to Ult | 96 to Ult | 108 to Ult | 120 to Ult | 132 to Ult | 144 to Ult | 156 to Ult | 168 to Ult | 180 to Ult | 192 to Ult | 204 to Ult | 216 to Ult | 228 to Ult | 240 to Ult | 252 to Ult | 264 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Agency | 2.014 | 1.345 | 1.171 | 1.104 | 1.090 | 1.058 | 1.045 | 1.038 | 1.032 | 1.026 | 1.022 | 1.018 | 1.015 | 1.013 | 1.011 | 1.009 | 1.008 | 1.007 | 1.006 | 1.005 | 1.005 | 1.005 |
| VSI | 2.271 | 1.224 | 1.144 | 1.079 | 1.054 | 1.038 | 1.035 | 1.033 | 1.032 | | | | | | | | | | | | | |
| MCI | 2.260 | 1.462 | 1.190 | 1.103 | 1.070 | 1.058 | | | | | | | | | | | | | | | | |
| Alternative Markets | 4.032 | 1.622 | 1.181 | 1.098 | 1.065 | 1.042 | 1.020 | 1.022 | 1.018 | 1.018 | 1.018 | 1.018 | | | | | | | | | | |
| TIG Total | 2.493 | 1.534 | 1.297 | (1.070) | 1.079 | 1.053 | 1.045 | 1.038 | 1.032 | 1.026 | 1.022 | 1.018 | 1.015 | 1.013 | 1.011 | 1.009 | 1.008 | 1.007 | 1.006 | 1.005 | 1.005 | 1.005 |
| NCCI | 1.806 | 1.310 | 1.197 | 1.134 | 1.134 | 1.121 | 1.112 | 1.105 | | | | | | | | | | | | | | |

### Percent Reported Factors

| Segment | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | 156 | 168 | 180 | 192 | 204 | 216 | 228 | 240 | 252 | 264 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Agency | 49.6% | 74.3% | 85.4% | 90.6% | 92.6% | 94.6% | 95.7% | 96.4% | 96.9% | 97.4% | 97.9% | 98.2% | 98.5% | 98.7% | 98.9% | 99.1% | 99.2% | 99.3% | 99.4% | 99.5% | 99.5% | 99.5% |
| VSI | 45.1% | 81.7% | 87.4% | 92.7% | 94.9% | 96.3% | 95.6% | 96.8% | 96.9% | | | | | | | | | | | | | |
| MCI | 44.2% | 68.4% | 84.8% | 90.7% | 93.4% | 94.6% | | | | | | | | | | | | | | | | |
| Alternative Markets | 24.8% | 62.4% | 84.7% | 91.1% | 93.9% | 96.0% | 97.0% | 97.7% | 98.2% | 98.2% | 98.2% | 98.2% | | | | | | | | | | |
| TIG Total | 40.1% | 65.2% | 77.1% | 90.3% | 92.7% | 94.9% | 95.7% | 96.4% | 96.9% | 97.4% | 97.9% | 98.2% | 98.5% | 98.7% | 98.9% | 99.1% | 99.2% | 99.3% | 99.4% | 99.5% | 99.5% | 99.5% |
| NCCI | 55.4% | 76.4% | 83.5% | 86.6% | 88.2% | 89.1% | 90.0% | 90.5% | | | | | | | | | | | | | | |

### Paid Ultimate Loss Development Factors

| Segment | 12 to Ult | 24 to Ult | 36 to Ult | 48 to Ult | 60 to Ult | 72 to Ult | 84 to Ult | 96 to Ult | 108 to Ult | 120 to Ult | 132 to Ult | 144 to Ult | 156 to Ult | 168 to Ult | 180 to Ult | 192 to Ult | 204 to Ult | 216 to Ult | 228 to Ult | 240 to Ult | 252 to Ult | 264 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Agency | 5.111 | 2.050 | 1.518 | 1.294 | 1.197 | 1.145 | 1.104 | 1.083 | 1.065 | 1.054 | 1.048 | 1.044 | 1.040 | 1.037 | 1.033 | 1.028 | 1.024 | 1.021 | 1.018 | 1.015 | 1.013 | 1.012 |
| VSI | 5.014 | 1.764 | 1.424 | 1.249 | 1.163 | 1.115 | 1.093 | 1.075 | 1.065 | | | | | | | | | | | | | |
| MCI | 5.267 | 2.166 | 1.459 | 1.270 | 1.184 | 1.145 | | | | | | | | | | | | | | | | |
| Alternative Markets | 6.072 | 2.151 | 1.422 | 1.235 | 1.201 | 1.126 | 1.061 | 1.051 | 1.047 | 1.046 | 1.045 | 1.044 | | | | | | | | | | |
| TIG Total | 5.320 | 2.121 | 1.554 | 1.285 | 1.192 | 1.137 | 1.102 | 1.082 | 1.064 | 1.054 | 1.047 | 1.042 | 1.038 | 1.033 | 1.029 | 1.025 | 1.023 | 1.020 | 1.017 | 1.015 | 1.013 | 1.012 |
| NCCI | 4.206 | 1.924 | 1.528 | 1.377 | 1.301 | 1.258 | 1.228 | 1.206 | | | | | | | | | | | | | | |

### Percent Paid Factors

| Segment | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | 156 | 168 | 180 | 192 | 204 | 216 | 228 | 240 | 252 | 264 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Agency | 19.6% | 48.8% | 65.9% | 77.3% | 83.5% | 87.3% | 90.6% | 92.3% | 93.9% | 94.8% | 95.4% | 95.8% | 96.1% | 96.4% | 96.8% | 97.3% | 97.7% | 97.9% | 98.2% | 98.5% | 98.7% | 98.8% |
| VSI | 19.9% | 56.7% | 70.2% | 80.1% | 86.0% | 89.7% | 91.5% | 93.0% | 93.9% | | | | | | | | | | | | | |
| MCI | 19.0% | 46.2% | 68.5% | 78.7% | 84.5% | 87.3% | | | | | | | | | | | | | | | | |
| Alternative Markets | 16.5% | 46.4% | 67.6% | 77.8% | 83.2% | 88.8% | 94.3% | 95.1% | 95.5% | 95.6% | 95.7% | 96.0% | | | | | | | | | | |
| TIG Total | 18.8% | 47.1% | 64.3% | 77.8% | 83.9% | 87.9% | 90.8% | 92.4% | 94.0% | 94.9% | 95.5% | 96.0% | 96.4% | 96.8% | 97.1% | 97.4% | 97.7% | 97.9% | 98.3% | 98.5% | 98.7% | 98.8% |
| NCCI | 23.8% | 51.9% | 65.4% | 72.6% | 76.9% | 79.5% | 81.5% | 82.9% | | | | | | | | | | | | | | |

7/3/03

LDFs_AgencyvsVSIvsMCI.xls

**TIG 159018**





TIG 159020



TIG 159021


TIG 159022

Exhibit VI

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Cumulative Reported Loss Triangle

| Period Ending | Earned | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 22,305 | 22,102 | 21,661 | 21,804 | 21,873 |
| 12/31/95 | 52,971 | | | | 38,567 | 38,949 | 38,715 | 38,430 | 38,291 | |
| 12/31/96 | 65,668 | | | 38,434 | 39,243 | 39,427 | 39,656 | 39,145 | | |
| 12/31/97 | 66,085 | | 48,289 | 54,268 | 57,912 | 59,477 | 62,823 | | | |
| 12/31/98 | 94,617 | 46,090 | 88,370 | 82,864 | 87,327 | 90,538 | | | | |
| 12/31/99 | 108,478 | 50,444 | 86,093 | 98,847 | 105,060 | | | | | |
| 12/31/00 | 20,301 | 7,251 | 9,689 | 11,652 | | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 0.991 | 0.980 | 1.007 | 1.003 | |
| 12/31/95 | | | | 1.010 | 0.994 | 0.993 | 0.996 | | |
| 12/31/96 | | | 1.021 | 1.005 | 1.006 | 0.987 | | | |
| 12/31/97 | | 1.124 | 1.067 | 1.027 | 1.056 | | | | |
| 12/31/98 | 1.917 | 0.938 | 1.054 | 1.037 | | | | | |
| 12/31/99 | 1.707 | 1.148 | 1.063 | | | | | | |
| 12/31/00 | 1.336 | 1.203 | | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Vol Wtd [5] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Vol Wtd [3] | 1.774 | 1.050 | 1.061 | 1.027 | 1.024 | 0.988 | 1.000 | 1.003 | |
| Simple [5] | 1.653 | 1.103 | 1.051 | 1.020 | 1.012 | 0.987 | 1.001 | 1.003 | |
| Ex H/L [5] | 1.707 | 1.136 | 1.058 | 1.018 | 1.000 | 0.987 | 1.006 | | |
| Industry | 1.379 | 1.094 | 1.037 | 1.018 | 1.012 | 1.008 | | | |
| | | | | | | | | | |
| *Selected* | *1.774* | *1.070* | *1.060* | *1.024* | *1.015* | *1.003* | *1.002* | *1.001* | *1.032* |
| Age-to-Ult | 2.171 | 1.224 | 1.144 | 1.079 | 1.054 | 1.038 | 1.035 | 1.033 | 1.032 |

7/3/03

LDFs_AgencyvsVSIvsMCI.xls

Exhibit VII

**Virginia Surety**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Cumulative Paid Loss Triangle**

| Period Ending | Earned | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | | 20,589 | 20,667 | 21,177 | 21,527 |
| 12/31/95 | 52,971 | | | | | 20,332 | 36,529 | 37,394 | 37,426 | |
| 12/31/96 | 65,668 | | | | 33,088 | 35,273 | 36,888 | 37,338 | | |
| 12/31/97 | 66,085 | | | 28,961 | 32,193 | 34,701 | 54,492 | | | |
| 12/31/98 | 94,617 | 19,579 | 31,149 | 41,249 | 48,741 | 52,171 | | | | |
| 12/31/99 | 108,478 | 19,258 | 56,597 | 65,280 | 74,289 | 80,098 | | | | |
| 12/31/00 | 20,301 | 3,936 | 58,041 | 76,523 | 86,477 | | | | | |

**Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 1.018 | 0.999 | 1.025 | 1.017 | |
| 12/31/95 | | | | 1.066 | 1.036 | 1.024 | 1.001 | | |
| 12/31/96 | | | 1.112 | 1.078 | 1.063 | 1.012 | | | |
| 12/31/97 | | | 1.182 | 1.070 | 1.044 | | | | |
| 12/31/98 | 2.891 | 1.324 | 1.138 | 1.078 | | | | | |
| 12/31/99 | 3.014 | 1.153 | 1.130 | | | | | | |
| 12/31/00 | 1.765 | 1.318 | | | | | | | |
| 12/31/02 | | 1.273 | | | | | | | |

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | 1.017 | |
| Vol Wtd [5] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | 1.017 | |
| Vol Wtd [3] | 2.843 | 1.239 | 1.145 | 1.076 | 1.047 | 1.014 | 1.009 | 1.017 | |
| Simple [5] | 2.557 | 1.267 | 1.140 | 1.073 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Ex H/L [5] | 2.891 | 1.296 | 1.134 | 1.074 | 1.040 | 1.012 | 1.018 | | |
| Industry | 2.186 | 1.259 | 1.110 | 1.058 | 1.034 | 1.025 | | | |

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| *Selected* | *2.843* | *1.239* | *1.140* | *1.074* | *1.043* | *1.020* | *1.017* | *1.009* | *1.065* |
| Age-to-Ult | 5.014 | 1.764 | 1.424 | 1.249 | 1.163 | 1.115 | 1.093 | 1.075 | 1.065 |

**Average Age-to-Ult Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 5.053 | 1.778 | 1.415 | 1.241 | 1.156 | 1.108 | 1.093 | 1.083 | 1.065 |
| Vol Wtd [5] | 5.053 | 1.778 | 1.415 | 1.241 | 1.156 | 1.108 | 1.093 | 1.083 | 1.065 |
| Vol Wtd [3] | 5.031 | 1.770 | 1.429 | 1.248 | 1.160 | 1.108 | 1.093 | 1.083 | 1.065 |
| Simple [5] | 4.575 | 1.790 | 1.412 | 1.238 | 1.154 | 1.109 | 1.097 | 1.083 | 1.065 |
| Ex H/L [5] | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.065 |
| Industry | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.065 |

7/3/03

LDFs_AgencyvsVSIvsMCI.xls

TIG 159024

Exhibit VIII

MCI
Workers Compensation
Valuation Date: 12/31/2002
Cumulative Reported Loss Triangle

| Period Ending | Earned | 12 | 24 | 36 | 48 | 60 | 72 |
|---|---|---|---|---|---|---|---|
| 12/31/97 | 48,838 | 0 | 136 | 226 | 36,624 | 38,057 | 40,174 |
| 12/31/98 | 114,226 | 20,800 | 38,110 | 68,258 | 72,073 | 73,938 | |
| 12/31/99 | 147,492 | 61,554 | 99,299 | 107,326 | 116,324 | | |
| 12/31/00 | 141,507 | 57,441 | 83,558 | 98,219 | | | |
| 12/31/01 | 112,820 | 35,500 | 56,024 | | | | |
| 12/31/02 | 45,598 | 11,739 | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| 12/31/97 | 1.832 | 1.661 | 162.331 | 1.039 | 1.056 | |
| 12/31/98 | 1.613 | 1.791 | 1.056 | 1.026 | | |
| 12/31/99 | 1.455 | 1.081 | 1.084 | | | |
| 12/31/00 | 1.578 | 1.175 | | | | |
| 12/31/01 | | | | | | |
| 12/31/02 | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| Vol Wtd [All] | 1.580 | 1.239 | 1.280 | 1.030 | 1.056 | 1.058 |
| Vol Wtd [5] | 1.580 | 1.239 | 1.280 | 1.030 | 1.056 | 1.058 |
| Vol Wtd [3] | 1.546 | 1.239 | 1.280 | 1.030 | 1.056 | 1.058 |
| Simple [5] | 1.620 | 1.427 | 54.824 | 1.033 | 1.056 | 1.058 |
| Ex H/L [5] | 1.596 | 1.418 | 1.084 | 1.018 | 1.012 | 1.058 |
| Industry | 1.379 | 1.094 | 1.037 | | | |
| Selected Age-to-Ult | 1.546 | 1.239 | 1.070 | 1.030 | 1.012 | 1.058 |
| | 2.260 | 1.462 | 1.180 | 1.103 | 1.070 | |

Average Age-to-Ult Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.883 | 1.825 | 1.472 | 1.150 | 1.116 | 1.058 |
| Vol Wtd [5] | 2.883 | 1.825 | 1.472 | 1.150 | 1.116 | 1.058 |
| Vol Wtd [3] | 2.821 | 1.824 | 1.472 | 1.150 | 1.116 | 1.058 |
| Simple [5] | 146.063 | 90.187 | 63.199 | 1.153 | 1.116 | 1.058 |
| Ex H/L [5] | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.058 |
| Industry | 1.705 | 1.236 | 1.130 | 1.090 | 1.070 | 1.058 |

LDFs_AgencyvsVSIvsMCI.xls

7/3/03

TIG 159025

Exhibit IX

## MCI
### Workers Compensation
### Valuation Date: 12/31/2002
### Cumulative Paid Loss Triangle

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 |
|---|---|---|---|---|---|---|---|
| 12/31/97 | 48,838 | 0 | 90 | 186 | 32,536 | 35,084 | 37,602 |
| 12/31/98 | 114,226 | 7,093 | 23,428 | 55,963 | 64,021 | 68,499 | |
| 12/31/99 | 147,492 | 25,413 | 68,065 | 89,495 | 103,205 | | |
| 12/31/00 | 141,507 | 27,411 | 62,676 | 83,500 | | | |
| 12/31/01 | 112,820 | 17,546 | 40,343 | | | | |
| 12/31/02 | 45,598 | 6,072 | | | | | |

#### Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| 12/31/97 | | 2.067 | 175.230 | 1.078 | 1.072 | |
| 12/31/98 | 3.303 | 2.389 | 1.144 | 1.070 | | |
| 12/31/99 | 2.678 | 1.315 | 1.153 | | | |
| 12/31/00 | 2.286 | 1.332 | | | | |
| 12/31/01 | 2.299 | | | | | |
| 12/31/02 | | | | | | |

#### Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| ol Wtd [All] | 2.511 | 1.485 | 1.372 | 1.073 | 1.072 | |
| Vol Wtd [5] | 2.511 | 1.485 | 1.372 | 1.073 | 1.072 | |
| Vol Wtd [3] | 2.431 | 1.485 | 1.372 | 1.073 | 1.072 | |
| Simple [5] | 2.642 | 1.776 | 59.176 | 1.074 | 1.072 | |
| Ex H/L [5] | 2.489 | 1.700 | 1.153 | | | |
| Industry | 2.186 | 1.259 | 1.110 | 1.058 | 1.034 | |
| *Selected* | *2.431* | *1.485* | *1.149* | *1.073* | *1.034* | *1.145* |
| Age-to-Ult | 5.267 | 2.166 | 1.459 | 1.270 | 1.184 | 1.145 |

#### Average Age-to-Ult Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to Ult |
|---|---|---|---|---|---|---|
| ol Wtd [All] | 6.735 | 2.682 | 1.806 | 1.316 | 1.227 | 1.145 |
| Vol Wtd [5] | 6.735 | 2.682 | 1.806 | 1.316 | 1.227 | 1.145 |
| Vol Wtd [3] | 6.519 | 2.682 | 1.806 | 1.316 | 1.227 | 1.145 |
| Simple [5] | 365.896 | 138.503 | 78.000 | 1.318 | 1.227 | 1.145 |
| Ex H/L [5] | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.145 |
| Industry | 3.826 | 1.750 | 1.390 | 1.253 | 1.184 | 1.145 |

LDFs_AgencyvsVSIvsMCI.xls

7/3/03

TIG 159026

Exhibit X

**Alternative Markets**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Cumulative Reported Loss Triangle**

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/91 |        | 201   | 539    | 652    | 628    | 700    | 688   | 657   | 645   | 646   | 645   | 650   | 650 |
| 12/31/92 |        | 1,089 | 2,273  | 2,506  | 2,339  | 1,834  | 1,843 | 1,793 | 2,017 | 2,091 | 2,000 | 1,882 |     |
| 12/31/93 |        | 1,172 | 1,083  | 1,109  | 1,153  | 1,152  | 1,128 | 1,180 | 1,171 | 1,145 | 1,144 |       |     |
| 12/31/94 | 3,081  | 986   | 1,668  | 1,617  | 1,783  | 1,748  | 1,729 | 1,962 | 1,806 | 1,812 |       |       |     |
| 12/31/95 | 3,052  | 445   | 1,150  | 1,293  | 1,338  | 1,470  | 1,539 | 1,485 | 1,618 |       |       |       |     |
| 12/31/96 | 4,026  | 879   | 1,746  | 1,986  | 2,099  | 2,441  | 2,114 | 2,344 |       |       |       |       |     |
| 12/31/97 | 3,339  | 853   | 1,226  | 1,499  | 1,607  | 1,577  | 1,805 |       |       |       |       |       |     |
| 12/31/98 | 13,356 | 3,044 | 11,559 | 18,646 | 18,373 | 18,605 |       |       |       |       |       |       |     |
| 12/31/99 | 4,288  | 762   | 1,918  | 2,067  | 2,278  |        |       |       |       |       |       |       |     |
| 12/31/00 | 1,051  | 129   | 222    | 333    |        |        |       |       |       |       |       |       |     |
| 12/31/01 | 732    | 291   | 835    |        |        |        |       |       |       |       |       |       |     |

**Age-to-Age Factors**

|          | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to 144 | 144 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/91 | 2.682 | 1.209 | 0.964 | 1.114 | 0.983 | 0.954 | 0.983 | 1.002 | 0.998 | 1.009 | 1.000 |  |
| 12/31/92 | 2.088 | 1.103 | 0.933 | 0.784 | 1.005 | 0.973 | 1.125 | 1.037 | 0.956 | 0.941 |       |  |
| 12/31/93 | 0.924 | 1.025 | 1.039 | 1.000 | 0.979 | 1.046 | 0.993 | 0.978 | 0.999 |       |       |  |
| 12/31/94 | 1.692 | 0.969 | 1.103 | 0.980 | 0.989 | 1.135 | 0.921 | 1.003 |       |       |       |  |
| 12/31/95 | 2.584 | 1.124 | 1.035 | 1.099 | 1.046 | 0.965 | 1.090 |       |       |       |       |  |
| 12/31/96 | 1.985 | 1.138 | 1.057 | 1.163 | 0.866 | 1.109 |       |       |       |       |       |  |
| 12/31/97 | 1.438 | 1.222 | 1.072 | 0.982 | 1.144 |       |       |       |       |       |       |  |
| 12/31/98 | 3.797 | 1.613 | 0.985 | 1.013 |       |       |       |       |       |       |       |  |
| 12/31/99 | 2.517 | 1.077 | 1.102 |       |       |       |       |       |       |       |       |  |
| 12/31/00 | 1.716 | 1.502 |       |       |       |       |       |       |       |       |       |  |
| 12/31/01 | 2.875 |       |       |       |       |       |       |       |       |       |       |  |

**Average Age-to-Age Factors**

|                  | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to 144 | 144 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ol Wtd [All]    | 2.459 | 1.356 | 1.007 | 1.007 | 0.993 | 1.042 | 1.026 | 1.010 | 0.976 | 0.957 | 1.000 |  |
| Vol Wtd [5]     | 3.103 | 1.471 | 1.008 | 1.025 | 0.991 | 1.049 | 1.026 | 1.010 | 0.976 | 0.957 | 1.000 |  |
| Vol Wtd [3]     | 2.518 | 1.536 | 1.002 | 1.025 | 0.994 | 1.076 | 0.993 | 1.011 | 0.976 | 0.957 | 1.000 |  |
| Simple [5]      | 2.469 | 1.310 | 1.050 | 1.047 | 1.005 | 1.046 | 1.022 | 1.005 | 0.984 | 0.975 | 1.000 |  |
| Ex H/L [5]      | 2.369 | 1.287 | 1.055 | 1.031 | 1.005 | 1.042 | 1.022 | 1.002 | 0.998 |       |       |  |
| Industry        | 1.379 | 1.094 | 1.037 | 1.018 | 1.012 | 1.008 | 1.006 |       |       |       |       |  |
| Selected        | 2.518 | 1.356 | 1.076 | 1.031 | 1.022 | 1.011 | 1.007 | 1.005 | 1.000 | 1.000 | 1.000 | 1.018 |
| Age-to-Ult      | 4.032 | 1.602 | 1.181 | 1.098 | 1.065 | 1.042 | 1.030 | 1.023 | 1.018 | 1.018 | 1.018 | 1.018 |

7/3/03

LDFs_AgencyvsSIvsMCI.xls

TIG 159027

Exhibit XI

**Alternative Markets**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Cumulative Paid Loss Triangle**

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/91 | | 46 | 234 | 349 | 497 | 588 | 631 | 645 | 645 | 645 | 645 | 645 | 645 |
| 12/31/92 | | 520 | 953 | 1,310 | 1,419 | 1,541 | 1,649 | 1,675 | 1,844 | 1,878 | 1,881 | 1,882 | |
| 12/31/93 | | 321 | 635 | 808 | 979 | 1,081 | 1,122 | 1,131 | 1,132 | 1,133 | 1,134 | | |
| 12/31/94 | 3,081 | 391 | 955 | 1,243 | 1,545 | 1,589 | 1,648 | 1,784 | 1,784 | 1,792 | | | |
| 12/31/95 | 3,052 | 184 | 727 | 944 | 1,118 | 1,254 | 1,395 | 1,412 | 1,430 | | | | |
| 12/31/96 | 4,026 | 345 | 1,076 | 1,468 | 1,658 | 1,947 | 1,958 | 2,114 | | | | | |
| 12/31/97 | 3,339 | 364 | 808 | 1,170 | 1,357 | 1,459 | 1,693 | | | | | | |
| 12/31/98 | 13,356 | 1,276 | 8,885 | 13,676 | 15,745 | 16,673 | | | | | | | |
| 12/31/99 | 4,288 | 452 | 1,329 | 1,781 | 2,026 | | | | | | | | |
| 12/31/00 | 1,051 | 96 | 215 | 284 | | | | | | | | | |
| 12/31/01 | 732 | 178 | 504 | | | | | | | | | | |

**Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to 144 | 144 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/91 | 5.075 | 1.494 | 1.423 | 1.183 | 1.073 | 1.022 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | |
| 12/31/92 | 1.831 | 1.374 | 1.084 | 1.086 | 1.070 | 1.015 | 1.101 | 1.018 | 1.002 | 1.000 | | |
| 12/31/93 | 1.974 | 1.273 | 1.212 | 1.104 | 1.038 | 1.008 | 1.001 | 1.001 | 1.000 | | | |
| 12/31/94 | 2.446 | 1.301 | 1.243 | 1.028 | 1.037 | 1.083 | 1.000 | 1.004 | | | | |
| 12/31/95 | 3.958 | 1.300 | 1.183 | 1.123 | 1.112 | 1.012 | 1.013 | | | | | |
| 12/31/96 | 3.122 | 1.364 | 1.129 | 1.175 | 1.005 | 1.080 | | | | | | |
| 12/31/97 | 2.218 | 1.449 | 1.159 | 1.076 | 1.160 | | | | | | | |
| 12/31/98 | 6.961 | 1.539 | 1.151 | 1.059 | | | | | | | | |
| 12/31/99 | 2.939 | 1.340 | 1.137 | | | | | | | | | |
| 12/31/00 | 2.237 | 1.325 | | | | | | | | | | |
| 12/31/01 | 2.831 | | | | | | | | | | | |

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to 144 | 144 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 3.910 | 1.456 | 1.158 | 1.075 | 1.067 | 1.043 | 1.028 | 1.008 | 1.001 | 1.000 | 1.000 | |
| Vol Wtd [5] | 4.960 | 1.493 | 1.150 | 1.070 | 1.066 | 1.044 | 1.028 | 1.008 | 1.001 | 1.000 | 1.000 | |
| Vol Wtd [3] | 2.820 | 1.509 | 1.152 | 1.070 | 1.083 | 1.062 | 1.004 | 1.009 | 1.001 | 1.000 | 1.000 | |
| Simple [5] | 3.437 | 1.403 | 1.152 | 1.092 | 1.071 | 1.040 | 1.023 | 1.006 | 1.001 | 1.000 | 1.000 | |
| Ex H/L [5] | 2.669 | 1.384 | 1.149 | 1.086 | 1.062 | 1.036 | 1.004 | 1.003 | 1.000 | | | |
| Industry | 2.186 | 1.259 | 1.110 | 1.058 | 1.034 | 1.025 | 1.018 | | | | | |
| Selected | 2.820 | 1.456 | 1.150 | 1.070 | 1.066 | 1.062 | 1.009 | 1.004 | 1.001 | 1.001 | 1.001 | 1.044 |
| Age-to-Ult | 6.072 | 2.153 | 1.479 | 1.285 | 1.201 | 1.126 | 1.061 | 1.051 | 1.047 | 1.046 | 1.045 | 1.044 |

Handwritten annotations on Selected row: 1.940, 1.013, 1.008, 1.005, 1.003
Handwritten on Age-to-Ult row: 1.073, 6.128, 4.094, 4.075, 4.003, 4.002, 2.547

7/3/03

LDFs_AgencyvsVSIvsMCI.xls

TIG 159028

Exhibit 1

**TIG Workers' Compensation**
**$900,000 Excess of $100,000**
**Valuation Date: 3/31/98**
**Cumulative Reported Loss and ALAE Triangle**

| Accident Period Ending | Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 123 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | 344,172,000 | | | | | | | 30,040,702 | 30,434,133 | 31,337,873 | 32,346,887 | 32,346,375 |
| 12/31/1989 | 398,447,000 | | | | | | 30,633,469 | 30,646,558 | 31,773,517 | 32,481,010 | 32,682,983 | |
| 12/31/1990 | 460,560,455 | | | | | 34,710,213 | 36,881,385 | 31,903,528 | 38,383,201 | 38,683,181 | | |
| 12/31/1991 | 444,914,322 | | | | 32,703,032 | 37,824,557 | 41,474,341 | 42,748,996 | 42,930,788 | | | |
| 12/31/1992 | 434,266,488 | | | 18,253,186 | 23,397,861 | 27,924,332 | 29,518,110 | 29,918,110 | | | | |
| 12/31/1993 | 388,005,103 | | 14,225,421 | 18,797,317 | 22,617,209 | 25,646,514 | 26,506,445 | | | | | |
| 12/31/1994 | 272,258,425 | 5,212,680 | 8,802,110 | 14,221,512 | 17,440,737 | 17,943,618 | | | | | | |
| 12/31/1995 | 247,929,910 | 3,618,548 | 6,297,973 | 8,326,259 | 8,872,926 | | | | | | | |
| 12/31/1996 | 233,018,221 | 2,765,587 | 4,795,222 | 5,716,269 | | | | | | | | |
| 12/31/1997 | 312,412,018 | 3,704,357 | 5,936,722 | | | | | | | | | |
| 12/31/1998 | | | | | | | | | | | | |

Numbers in RED are as of 3/31/98

**Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 123 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | | | | | | | 0131 | .0297 | .0322 | .0000 |
| 12/31/1989 | | | | | 1.0626 | 1.0004 | 1.0368 | 1.0223 | 1.0062 | |
| 12/31/1990 | | | | 1.1566 | 1.0965 | 1.0242 | 1.0161 | 1.0078 | | |
| 12/31/1991 | | | 1.2819 | 1.1935 | 1.0571 | 1.0307 | 1.0043 | | | |
| 12/31/1992 | | 1.3151 | 1.2090 | 1.1139 | 1.0315 | 1.0000 | | | | |
| 12/31/1993 | 1.6886 | 1.6159 | 1.2262 | 1.0288 | | | | | | |
| 12/31/1994 | 1.7405 | 1.3221 | 1.0657 | | | | | | | |
| 12/31/1995 | 1.7339 | 1.1921 | | | | | | | | |
| 12/31/1996 | 1.6026 | | | | | | | | | |

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 123 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 1.6882 | 1.3767 | 1.2154 | 1.1371 | 1.0656 | 1.0157 | 1.0164 | 1.0190 | 1.0190 | 1.0000 |
| Wtd x @3/98 | 1.7156 | 1.4069 | 1.2398 | 1.1610 | 1.0738 | 1.0200 | 1.0216 | 1.0259 | 1.0322 | |
| Simple [All] | 1.6934 | 1.3613 | 1.1997 | 1.1282 | 1.0624 | 1.0138 | 1.0176 | 1.0199 | 1.0192 | |
| Simple x @3/98 | 1.7210 | 1.4177 | 1.2390 | 1.1613 | 1.0720 | 1.0185 | 1.0220 | 1.0260 | 1.0322 | |
| Industry - RAA | | | | | | | | | | |

| | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ekwall Selected | 1.6882 | 1.3767 | 1.2154 | 1.1371 | 1.0638 | 1.0201 | 1.0216 | 1.0190 | 1.0190 | 1.0000 | |
| Ekwall Age-to-Ult Factor | 3.6627 | 2.1696 | 1.5759 | 1.2966 | 1.1403 | 1.0620 | 1.0410 | 1.0190 | 1.0000 | 1.0000 | |

**Age-to-Ult Factor based on Averages**

| | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 3.6690 | 2.1733 | 1.5786 | 1.2989 | 1.1423 | 1.0719 | 1.0553 | 1.0383 | 1.0190 | |
| Wtd x @3/98 | 4.1166 | 2.3996 | 1.7056 | 1.3758 | 1.1849 | 1.1035 | 1.0818 | 1.0589 | 1.0322 | |
| Simple [All] | 3.5388 | 2.0922 | 1.5369 | 1.2854 | 1.1393 | 1.0724 | 1.0578 | 1.0395 | 1.0192 | |
| Simple x @3/98 | 4.1485 | 2.4106 | 1.7004 | 1.3723 | 1.1817 | 1.1023 | 1.0823 | 1.0590 | 1.0322 | |

**Interpolated Age-to-Ult Factor**

| | 21 | 33 | 45 | 57 | 69 | 81 | 93 | 105 | 117 | 129 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ekwall Selected | 2.42 | 1.69 | 1.36 | 1.18 | 1.08 | 1.05 | 1.02 | 1.00 | 1.00 | 1.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 2.42 | 1.69 | 1.36 | 1.18 | 1.09 | 1.06 | 1.04 | 1.02 | 1.00 | |
| Wtd x @3/98 | 2.68 | 1.84 | 1.45 | 1.23 | 1.12 | 1.09 | 1.06 | 1.04 | 1.02 | |
| Simple [All] | 2.33 | 1.65 | 1.34 | 1.17 | 1.09 | 1.06 | 1.04 | 1.02 | 1.04 | |
| Simple x @3/98 | 2.69 | 1.84 | 1.44 | 1.22 | 1.12 | 1.09 | 1.06 | 1.04 | 1.04 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ekwall Initial Age-to-Ult Factor | 2.43 | 1.89 | 1.70 | 1.62 | 1.55 | 1.51 | 1.45 | 1.40 | 1.37 | |
| Ekwall Final Age-to-Ult Factor | 2.54 | 1.79 | 1.33 | 1.17 | 1.13 | | | | | |

6/28/03

LDFs_TIGvsEkwall.xls