**toothman**

| | |
|---|---|
| **From:** | David_Thirkill@trg.com |
| **Sent:** | Thursday, June 26, 2003 2:30 PM |
| **To:** | RichardLo@allianceactuarial.com |
| **Cc:** | toothmanmr@email.msn.com |
| **Subject:** | Hard Copy Ultimates at 12/31/02 + VSA comparison |



SOH Projected v
Actual Loss Ra...     Richard / Mike.  Following my 2.30 pm phone call with Richard, I realized I
actually had triangles and will forward them by seperate email.  Meanwhile,
this file contains TIG's ultimate result at 12/31/02 and I have them done
some work vis VSA which you may find useful

(See attached file: SOH Projected v Actual Loss Ratios.xls)

1

TIG 159035

T r i a l  e x h i b i t - 3   A t t a c h m e n t s

MCI_Data_093098

# INFO FROM AON T002391 (MCI)

| ACCIDENT_Y Y_DT | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 |
|---|---|---|---|
| 1994 MCI | $    64,739 | $    41,331 | $    41,331 |
| 1995 MCI | $1,385,732 | $  917,452 | $  917,452 |
| 1996 MCI | $4,181,420 | $2,736,541 | $3,364,680 |
| 1997 MCI | $4,318,859 | $2,230,083 | $2,957,283 |
| 1998 MCI | $1,141,737 | $  586,979 | $  587,279 |

Page 1

TIG 159036

Reinsurance_Table

INFO FROM AON T002391 (VSI)

ACCIDENT_DT

| Incurred | | Incurred 50 XS 50 | | Incurred 400 XS 100 | | Incurred 900 XS 100 |
|---|---|---|---|---|---|---|
| 1994 VSI | | $ 2,972,285 | $ 4,194,036 | | $ 4,426,236 | |
| 1995 VSI | | $ 5,666,491 | $ 7,332,510 | | $ 7,562,568 | |
| 1996 VSI | | $ 5,082,587 | $ 5,180,027 | | $ 5,539,572 | |
| 1997 VSI | | $ 5,222,417 | $ 3,707,043 | | $ 4,614,123 | |
| 1998 VSI | | $ 1,102,361 | $ 839,633 | | $ 839,633 | |

Page 1

TIG 159037

Exhibit I

**Virginia Surety**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Summary of Methods and Selection of Ultimate Loss & ALAE**

| Accident Period Ending | [1] Calendar Year Earned Premium | Selected Ultimates | | | | [6] Selected Ultimate Loss & ALAE | [7] Implied Loss & ALAE Ratio |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | [2] Paid Loss & ALAE Devel | [3] Paid Loss & ALAE BF | [4] Reported Loss & ALAE Devel | [5] Reported Loss & ALAE BF | | |
| 12/31/94 | 27,403 | 21,895 | 21,880 | 21,895 | 21,894 | 21,891 | 79.9% |
| 12/31/95 | 52,971 | 38,552 | 38,612 | 38,368 | 38,372 | 38,476 | 72.6% |
| 12/31/96 | 65,668 | 39,145 | 39,602 | 39,302 | 39,346 | 39,349 | 59.9% |
| 12/31/97 | 66,085 | 62,823 | 57,720 | 63,274 | 63,184 | 63,229 | 95.7% |
| All Periods | 212,127 | 162,414 | 157,814 | 162,838 | 162,796 | 162,945 | 76.8% |

[1]  Provided by TIG
[2]  Selected on Exhibit V
[3]  Selected on Exhibit IV
[4]  Selected on Exhibit III
[5]  Selected on Exhibit II
[6]  Selected by actuarial judgment
[7]  Equal to [6] / [1]

VSI_Ult_Loss@12312002.xls

6/28/03

**TIG 159038**

Exhibit II

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss & ALAE Bornhuetter-Ferguson Method

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Initial Estimated Loss & ALAE Ratio | Initial Estimated Loss & ALAE | Reported Age-to-Ult Factor | Percent Reported | Percent Unreported | Expected Reported Loss & ALAE @12/31/2002 | Actual Reported Loss & ALAE @12/31/2002 | Expected Unreported Loss & ALAE @12/31/2002 | Indicated Ultimate Loss & ALAE | Indicated Ultimate Loss & ALAE Ratio |
| 12/31/94 | 27,403 | 76.7% | 21,008 | 1.001 | 99.9% | 0.1% | 20,987 | 21,873 | 21 | 21,894 | 79.9% |
| 12/31/95 | 52,971 | 76.7% | 40,610 | 1.002 | 99.8% | 0.2% | 40,529 | 38,291 | 81 | 38,372 | 72.4% |
| 12/31/96 | 65,668 | 76.7% | 50,344 | 1.004 | 99.6% | 0.4% | 50,143 | 39,145 | 201 | 39,346 | 59.9% |
| 12/31/97 | 66,085 | 76.7% | 50,664 | 1.007 | 99.3% | 0.7% | 50,303 | 62,823 | 161 | 63,184 | 95.6% |
| All Periods | 212,127 | | 162,626 | | | | 161,962 | 162,132 | 664 | 162,796 | 76.7% |

[1]  Provided by TIG
[2]  Selected by actuarial judgment
[3]  Equal to [1] x [2]
[4]  Selected on Exhibit VI
[5]  Equal to reciprocal of [4]
[6]  Equal to 1 - [5]
[7]  Equal to [3] x [5]
[8]  Provided by TIG
[9]  Equal to [3] x [6]
[10]  Equal to [8] + [9]
[11]  Equal to [10] / [1]

6/28/03

VSI_Ult_Loss@12312002.xls

TIG 159039

Exhibit III

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss & ALAE Development Method

| | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Reported Loss & ALAE @12/31/2002 | Reported Age-to-Ult Factor | Projected Ultimate Loss & ALAE | Selected Ultimate Loss & ALAE | Indicated Ultimate Loss Ratio |
| 12/31/94 | 27,403 | 21,875 | 1.001 | 21,895 | 21,895 | 79.9% |
| 12/31/95 | 52,971 | 38,291 | 1.002 | 38,368 | 38,368 | 72.4% |
| 12/31/96 | 65,668 | 39,145 | 1.004 | 39,302 | 39,302 | 59.8% |
| 12/31/97 | 66,085 | 62,823 | 1.007 | 63,274 | 63,274 | 95.7% |
| All Periods | 212,127 | 162,132 | | 162,838 | 162,838 | 76.8% |

[1]    Provided by TIG
[2]    Provided by TIG
[3]    Selected on Exhibit VI
[4]    Equal to [2] x [3]
[5]    Selected from [4] and actuarial judgment
[6]    Equal to [5] / [1]

VSI_Ult_Loss@12312002.xls

6/28/03

**TIG 159040**

Exhibit IV

## Virginia Surety
### Workers Compensation
### Valuation Date: 12/31/2002
### Paid Loss & ALAE Bornhuetter-Ferguson Method

| Accident Period Ending | [1] Calendar Year Earned Premium | [2] Initial Estimated Loss & ALAE Ratio | [3] Initial Estimated Loss & ALAE | [4] Paid Age-to-Ult Factor | [5] Percent Paid | [6] Percent Unpaid | [7] Expected Paid Loss & ALAE @12/31/2002 | [8] Actual Paid Loss & ALAE @12/31/2002 | [9] Expected Unpaid Loss & ALAE @12/31/2002 | [10] Indicated Ultimate Loss & ALAE | [11] Indicated Ultimate Loss & ALAE Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | 76.7% | 21,008 | 1.017 | 98.3% | 1.7% | 20,655 | 21,527 | 353 | 21,880 | 79.8% |
| 12/31/95 | 52,971 | 76.7% | 40,610 | 1.030 | 97.1% | 2.9% | 39,424 | 37,426 | 1,186 | 38,612 | 72.9% |
| 12/31/96 | 65,668 | 76.7% | 50,344 | 1.047 | 95.5% | 4.5% | 48,080 | 37,338 | 2,264 | 39,602 | 60.3% |
| 12/31/97 | 66,085 | 76.7% | 50,664 | 1.068 | 93.6% | 6.4% | 47,436 | 54,492 | 3,228 | 57,720 | 87.3% |
| All Periods | 212,127 | | 162,626 | | | | 155,596 | 150,783 | 7,031 | 157,814 | 74.4% |

[1]    Provided by TIG
[2]    Selected by actuarial judgment
[3]    Equal to [1] x [2]
[4]    Selected on Exhibit VII
[5]    Equal to 1 - [5]
[6]    Equal to 1 - [5]
[7]    Equal to [3] x [5]
[8]    Provided by TIG
[9]    Equal to [3] x [6]
[10]   Equal to maximum of {[8] + [9], Reported @12/31/2002}
[11]   Equal to [10] / [1]

6/28/03

VSI_Ult_Loss@12312002.xls

**TIG 159041**

Exhibit V

VSI_Ult_Loss@12312002.xls

**Virginia Surety**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Paid Loss & ALAE Development Method**

| | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Paid Loss & ALAE @12/31/2002 | Paid Age-to-Ult Factor | Projected Ultimate Loss & ALAE | Selected Ultimate Loss & ALAE | Indicated Ultimate Loss Ratio |
| 12/31/94 | 27,403 | 21,527 | 1.017 | 21,895 | 21,895 | 79.9% |
| 12/31/95 | 52,971 | 37,426 | 1.030 | 38,552 | 38,552 | 72.8% |
| 12/31/96 | 65,668 | 37,338 | 1.047 | 39,097 | 39,145 | 59.6% |
| 12/31/97 | 66,085 | 54,492 | 1.068 | 58,200 | 62,823 | 95.1% |
| | | | | | | |
| All Periods | 212,127 | 150,783 | | 157,743 | 162,414 | 76.6% |

[1]   Provided by TIG
[2]   Provided by TIG
[3]   Selected on Exhibit VII
[4]   Equal to [2] x [3]
[5]   Selected from [4] and actuarial judgment
[6]   Equal to [5] / [1]

6/28/03

**TIG 159042**

Exhibit VI

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Cumulative Reported Loss & ALAE Triangle

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 22,305 | 22,102 | 21,661 | 21,804 | 21,873 |
| 12/31/95 | 52,971 | | | | 38,567 | 38,949 | 38,715 | 38,430 | 38,291 | |
| 12/31/96 | 65,668 | | | 38,434 | 39,243 | 39,427 | 39,656 | 39,145 | | |
| 12/31/97 | 66,085 | | 48,289 | 54,268 | 57,912 | 59,477 | 62,823 | | | |
| 12/31/98 | 94,617 | 46,090 | 88,370 | 82,864 | 87,327 | 90,538 | | | | |
| 12/31/99 | 108,478 | 50,444 | 86,093 | 98,847 | 105,060 | | | | | |
| 12/31/00 | 20,301 | 7,251 | 9,689 | 11,652 | | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 0.991 | 0.980 | 1.007 | 1.003 | |
| 12/31/95 | | | | 1.010 | 0.994 | 0.993 | 0.996 | | |
| 12/31/96 | | | 1.021 | 1.005 | 1.006 | 0.987 | | | |
| 12/31/97 | | 1.124 | 1.067 | 1.027 | 1.056 | | | | |
| 12/31/98 | 1.917 | 0.938 | 1.054 | 1.037 | | | | | |
| 12/31/99 | 1.707 | 1.148 | 1.063 | | | | | | |
| 12/31/00 | 1.336 | 1.203 | | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol. Wtd [All] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Simple [All] | 1.653 | 1.103 | 1.051 | 1.020 | 1.012 | 0.987 | 1.001 | 1.003 | |
| Ex H/L [All] | 1.707 | 1.136 | 1.058 | 1.018 | 1.000 | 0.987 | 1.001 | 1.003 | |
| | | | | | | | | | |
| Industry | | | | | | | | | |
| | | | | | | | | | |
| *Selected* | | | *1.060* | *1.024* | *1.015* | *1.003* | *1.002* | *1.001* | *1.001* |
| *Age-to-Ult* | | | *1.110* | *1.047* | *1.022* | *1.007* | *1.004* | *1.002* | *1.001* |

VSI_Ult_Loss@12312002.xls

6/28/03

**TIG 159043**

Exhibit VII

**Virginia Surety**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Cumulative Paid Loss & ALAE Triangle**

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 20,332 | 20,689 | 20,667 | 21,177 | 21,527 |
| 12/31/95 | 52,971 | | | | 33,088 | 35,273 | 36,529 | 37,394 | 37,426 | |
| 12/31/96 | 65,668 | | | 28,961 | 32,193 | 34,701 | 36,888 | 37,338 | | |
| 12/31/97 | 66,085 | | 31,149 | 41,249 | 48,741 | 52,171 | 54,492 | | | |
| 12/31/98 | 94,617 | 19,579 | 56,597 | 65,523 | 74,289 | 80,098 | | | | |
| 12/31/99 | 108,478 | 19,258 | 58,041 | 76,523 | 86,477 | | | | | |
| 12/31/00 | 20,301 | 3,936 | 6,947 | 8,843 | | | | | | |

**Age-to-Age Factors**

| Accident Period Ending | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 1.018 | 0.999 | 1.025 | 1.017 | |
| 12/31/95 | | | | 1.066 | 1.036 | 1.024 | 1.001 | | |
| 12/31/96 | | | 1.112 | 1.078 | 1.063 | 1.012 | | | |
| 12/31/97 | | 1.324 | 1.182 | 1.070 | 1.044 | | | | |
| 12/31/98 | 2.891 | 1.153 | 1.138 | 1.078 | | | | | |
| 12/31/99 | 3.014 | 1.318 | 1.130 | | | | | | |
| 12/31/00 | 1.765 | 1.273 | | | | | | | |

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | | |
| Simple [All] | 2.557 | 1.267 | 1.140 | 1.073 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Ex H/L [All] | 2.891 | 1.296 | 1.134 | 1.074 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Industry | | | | | | | | | |
| *Selected* | | | *1.140* | *1.074* | *1.043* | *1.020* | *1.017* | *1.013* | *1.017* |
| *Age-to-Ult* | | | *1.364* | *1.196* | *1.114* | *1.068* | *1.047* | *1.030* | *1.017* |

6/28/03

VSI_Ult_Loss@12312002.xls

TIG 159044

Exhibit VIII

**Valuation Date: 12/31/2002**
**Parameters of Data Structure**

| | |
|---|---|
| Data organized by: | Accident |
| First month of first experience period: | 1 |
| Year of first experience period: | 1994 |
| Last month of last experience period: | 12 |
| Year of last experience period: | 2002 |
| Month of latest evaluation of data: | 12 |
| Year of latest evaluation of data: | 2002 |
| Length of experience periods (months): | 12 |
| Length of evaluation intervals (months): | 12 |
| Exposure Base: | r Year Earned Premium |

TIG 159045

Exhibit
Page 1

0
0

**Valuation Date: 12/31/2002**

| Index | Sheet Name | Title of Exhibit | |
|-------|-----------|------------------|---|
| 1 | _Loss_ALAE_Sum | Summary of Methods and Selection of Ultimate Loss & ALAE | |
| 2 | Reported_Loss_ALAE_BF | Reported Loss & ALAE Bornhuetter-Ferguson Method | |
| 3 | Reported_Loss_ALAE_Devel | Reported Loss & ALAE Development Method | |
| 4 | Paid_Loss_ALAE_BF | Paid Loss & ALAE Bornhuetter-Ferguson Method | |
| 5 | Paid_Loss_ALAE_Devel | Paid Loss & ALAE Development Method | |
| 6 | Reported_Loss_ALAE_Tri | Cumulative Reported Loss & ALAE Triangle | |
| 7 | Paid_Loss_ALAE_Tri | Cumulative Paid Loss & ALAE Triangle | |
| 8 | Parameters | Parameters of Data Structure | |
| 9 | Sheet1 | | 0 |
| 10 | Sheet2 | | 0 |
| 11 | Sheet3 | | 0 |

TIG 159046

| Exhibit Number | |
|---|---|
| I | Important! |
| II | Do not hard code any information in columns B and C. |
| III | If you want to change the assigned exhibit numbers, |
| IV | modify the entries in column D and then click on button. |
| V | |
| VI | Note: |
| VII | If you add additional exhibits, copy the formulas down in columns B & C, |
| VIII | link column C to title of exhibit and assign an exhibit number in column D |
| IX | |
| X | |
| XI | |

TIG 159047

Exhibit I

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Summary of Methods and Selection of Ultimate Loss & ALAE

| Accident Period Ending | Calendar Year Earned Premium [1] | Paid Loss & ALAE Devel [2] | Paid Loss & ALAE BF [3] | Reported Loss & ALAE Devel [4] | Reported Loss & ALAE BF [5] | Selected Ultimate Loss & ALAE [6] | Implied Loss & ALAE Ratio [7] | Paid Loss & ALAE @12/31/2002 [8] | Case Reserve [9] | Reported Loss & ALAE @12/31/2002 [10] | Implied Loss & ALAE IBNR [11] | Implied Loss & ALAE Reserve [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | 21,873 | 21,899 | 21,873 | 21,873 | 21,873 | 79.8% | 21,527 | 346 | 21,873 | 0 | 346 |
| 12/31/95 | 52,971 | 38,513 | 38,710 | 38,291 | 38,291 | 38,291 | 72.3% | 37,426 | 865 | 38,291 | 0 | 865 |
| 12/31/96 | 65,668 | 39,145 | 39,821 | 39,203 | 39,229 | 39,216 | 59.7% | 37,338 | 1,807 | 39,145 | 71 | 1,878 |
| 12/31/97 | 66,085 | 52,823 | 57,727 | 63,116 | 63,086 | 63,101 | 95.5% | 54,492 | 8,331 | 62,823 | 278 | 8,609 |
| 12/31/98 | 94,617 | 90,538 | 87,886 | 92,742 | 92,470 | 92,606 | 97.9% | 80,098 | 10,440 | 90,538 | 2,068 | 12,508 |
| 12/31/99 | 108,478 | 103,060 | 101,211 | 110,195 | 105,403 | 109,799 | 101.2% | 86,477 | 18,583 | 105,060 | 4,739 | 23,322 |
| 12/31/00 | 20,301 | 11,975 | 13,404 | 12,895 | 13,333 | 13,114 | 64.6% | 8,843 | 2,809 | 11,652 | 1,462 | 4,271 |
| All Periods | 435,523 | 369,927 | 360,658 | 378,316 | 377,685 | 378,001 | 86.8% | 326,201 | 43,181 | 369,382 | 8,619 | 51,800 |

[1]   Provided by TIG
[2]   Selected on Exhibit V
[3]   Selected on Exhibit IV
[4]   Selected on Exhibit III
[5]   Selected on Exhibit II
[6]   Selected by actuarial judgment
[7]   Equal to [6]/[1]
[8]   Provided by TIG
[9]   Equal to [10] - [8]
[10]  Provided by TIG
[11]  Equal to [6] - [10]
[12]  Equal to [6] - [8]

6/26/2003

Alliance Actuarial Services, Inc.

VSI_Ult_Loss@12312002

TIG 159048

Exhibit II

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss & ALAE Bornhuetter-Ferguson Method

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Initial Estimated Loss & ALAE Ratio | Initial Estimated Loss & ALAE | Reported Age-to-Ult Factor | Percent Reported | Percent Unreported | Expected Reported Loss & ALAE @12/31/2002 | Actual Reported Loss & ALAE @12/31/2002 | Expected Unreported Loss & ALAE @12/31/2002 | Indicated Ultimate Loss & ALAE | Indicated Ultimate Loss & ALAE Ratio |
| 12/31/94 | 27,403 | 85.9% | 23,540 | 1.000 | 100.0% | 0.0% | 23,540 | 21,873 | 0 | 21,873 | 79.8% |
| 12/31/95 | 52,971 | 85.9% | 45,503 | 1.000 | 100.0% | 0.0% | 45,503 | 38,291 | 0 | 38,291 | 72.3% |
| 12/31/96 | 65,668 | 85.9% | 56,410 | 1.001 | 99.9% | 0.1% | 56,326 | 39,145 | 84 | 39,229 | 59.7% |
| 12/31/97 | 66,085 | 85.9% | 56,768 | 1.005 | 99.5% | 0.5% | 56,505 | 62,823 | 263 | 63,086 | 95.5% |
| 12/31/98 | 94,617 | 85.9% | 81,278 | 1.024 | 97.6% | 2.4% | 79,346 | 90,538 | 1,932 | 92,470 | 97.7% |
| 12/31/99 | 108,478 | 85.9% | 93,184 | 1.049 | 95.3% | 4.7% | 88,842 | 105,060 | 4,343 | 109,403 | 100.9% |
| 12/31/00 | 20,301 | 85.9% | 17,439 | 1.107 | 90.4% | 9.6% | 15,257 | 11,652 | 1,681 | 13,333 | 65.7% |
| All Periods | 435,523 | | 374,121 | | | | 365,818 | 369,382 | 8,303 | 377,685 | 86.7% |

[1]  Provided by TIG
[2]  Selected by actuarial judgment
[3]  Equal to [1] x [2]
[4]  Selected on Exhibit VI
[5]  Equal to reciprocal of [4]
[6]  Equal to 1 - [5]
[7]  Equal to [3] x [5]
[8]  Provided by TIG
[9]  Equal to [3] x [6]
[10]  Equal to [8] + [9]
[11]  Equal to [10] / [1]

**TIG 159049**

Exhibit III

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss & ALAE Development Method

| | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Reported Loss & ALAE @12/31/2002 | Reported Age-to-Ult Factor | Projected Ultimate Loss & ALAE | Selected Ultimate Loss & ALAE | Indicated Ultimate Loss Ratio |
| 12/31/94 | 27,403 | 21,873 | 1.000 | 21,873 | 21,873 | 79.8% |
| 12/31/95 | 52,971 | 38,291 | 1.000 | 38,291 | 38,291 | 72.3% |
| 12/31/96 | 65,668 | 39,145 | 1.001 | 39,203 | 39,203 | 59.7% |
| 12/31/97 | 66,085 | 62,823 | 1.005 | 63,116 | 63,116 | 95.5% |
| 12/31/98 | 94,617 | 90,538 | 1.024 | 92,742 | 92,742 | 98.0% |
| 12/31/99 | 108,478 | 105,060 | 1.049 | 110,195 | 110,195 | 101.6% |
| 12/31/00 | 20,301 | 11,652 | 1.107 | 12,895 | 12,895 | 63.5% |
| All Periods | 435,523 | 369,382 | | 378,316 | 378,316 | 86.9% |

| | |
|---|---|
| [1] | Provided by TIG |
| [2] | Provided by TIG |
| [3] | Selected on Exhibit VI |
| [4] | Equal to [2] x [3] |
| [5] | Selected from [4] and actuarial judgment |
| [6] | Equal to [5] / [1] |

6/26/2003                                    Alliance Actuarial Services, Inc.

VSI_Ult_Loss@12312002

TIG 159050

Exhibit IV

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Paid Loss & ALAE Bornhuetter-Ferguson Method

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Initial Estimated Loss & ALAE Ratio | Initial Estimated Loss & ALAE | Paid Age-to-Ult Factor | Percent Paid | Percent Unpaid | Expected Paid Loss & ALAE @12/31/2002 | Actual Paid Loss & ALAE @12/31/2002 | Expected Unpaid Loss & ALAE @12/31/2002 | Indicated Ultimate Loss & ALAE | Indicated Ultimate Loss & ALAE Ratio |
| 12/31/94 | 27,403 | 85.9% | 23,540 | 1.016 | 98.4% | 1.6% | 23,167 | 21,527 | 372 | 21,899 | 79.9% |
| 12/31/95 | 52,971 | 85.9% | 45,503 | 1.029 | 97.2% | 2.8% | 44,219 | 37,426 | 1,284 | 38,710 | 73.1% |
| 12/31/96 | 65,668 | 85.9% | 56,410 | 1.046 | 95.6% | 4.4% | 53,926 | 37,338 | 2,483 | 39,821 | 60.6% |
| 12/31/97 | 66,085 | 85.9% | 56,768 | 1.060 | 94.3% | 5.7% | 53,533 | 54,492 | 3,235 | 57,727 | 87.4% |
| 12/31/98 | 94,617 | 85.9% | 81,278 | 1.106 | 90.4% | 9.6% | 73,489 | 80,098 | 7,788 | 87,886 | 92.9% |
| 12/31/99 | 108,478 | 85.9% | 93,184 | 1.188 | 84.2% | 15.8% | 78,451 | 86,477 | 14,734 | 101,211 | 93.3% |
| 12/31/00 | 20,301 | 85.9% | 17,439 | 1.354 | 73.8% | 26.2% | 12,878 | 8,843 | 4,561 | 13,404 | 66.0% |
| All Periods | 435,523 | | 374,121 | | | | 339,664 | 326,201 | 34,457 | 360,658 | 82.8% |

[1]   Provided by TIG
[2]   Selected by actuarial judgment
[3]   Equal to [1] x [2]
[4]   Selected on Exhibit VII
[5]   Equal to reciprocal of [4]
[6]   Equal to 1 - [5]
[7]   Equal to [3] x [5]
[8]   Provided by TIG
[9]   Equal to [3] x [6]
[10]  Equal to maximum of {[8] + [9], Reported @12/31/2002}
[11]  Equal to [10] / [1]

6/26/2003

Alliance Actuarial Services, Inc.

VSI_Ult_Loss@12312002

TIG 159051

Exhibit V

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Paid Loss & ALAE Development Method

| | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| Accident Period Ending | Calendar Year Earned Premium | Paid Loss & ALAE @12/31/2002 | Paid Age-to-Ult Factor | Projected Ultimate Loss & ALAE | Selected Ultimate Loss & ALAE | Indicated Ultimate Loss Ratio |
| 12/31/94 | 27,403 | 21,527 | 1.016 | 21,873 | 21,873 | 79.8% |
| 12/31/95 | 52,971 | 37,426 | 1.029 | 38,513 | 38,513 | 72.7% |
| 12/31/96 | 65,668 | 37,338 | 1.046 | 39,057 | 39,145 | 59.6% |
| 12/31/97 | 66,085 | 54,492 | 1.060 | 57,785 | 62,823 | 95.1% |
| 12/31/98 | 94,617 | 80,098 | 1.106 | 88,587 | 90,538 | 95.7% |
| 12/31/99 | 108,478 | 86,477 | 1.188 | 102,718 | 105,060 | 96.8% |
| 12/31/00 | 20,301 | 8,843 | 1.354 | 11,975 | 11,975 | 59.0% |
| All Periods | 435,523 | 326,201 | | 360,508 | 369,927 | 84.9% |

[1]    Provided by TIG
[2]    Provided by TIG
[3]    Selected on Exhibit VII
[4]    Equal to [2] x [3]
[5]    Selected from [4] and actuarial judgment
[6]    Equal to [5] / [1]

Alliance Actuarial Services, Inc.

VSI_Ult_Loss@12312002

6/26/2003

**TIG 159052**

Exhibit VI

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Cumulative Reported Loss & ALAE Triangle

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 22,305 | 22,102 | 21,661 | 21,804 | 21,873 |
| 12/31/95 | 52,971 | | | | 38,567 | 38,949 | 38,715 | 38,430 | 38,291 | |
| 12/31/96 | 65,668 | | | 38,434 | 39,243 | 39,427 | 39,656 | 39,145 | | |
| 12/31/97 | 66,085 | | 48,289 | 54,268 | 57,912 | 59,477 | 62,823 | | | |
| 12/31/98 | 94,617 | 46,090 | 88,370 | 82,864 | 87,327 | 90,538 | | | | |
| 12/31/99 | 108,478 | 50,444 | 86,093 | 98,847 | 105,060 | | | | | |
| 12/31/00 | 20,301 | 7,251 | 9,689 | 11,652 | | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 0.991 | 0.980 | 1.007 | 1.003 | |
| 12/31/95 | | | | 1.010 | 0.994 | 0.993 | 0.996 | | |
| 12/31/96 | | | 1.021 | 1.005 | 1.006 | 0.987 | | | |
| 12/31/97 | | 1.124 | 1.067 | 1.027 | 1.056 | | | | |
| 12/31/98 | 1.917 | 0.938 | 1.054 | 1.037 | | | | | |
| 12/31/99 | 1.707 | 1.148 | 1.063 | | | | | | |
| 12/31/00 | 1.336 | 1.203 | | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Simple [All] | 1.653 | 1.103 | 1.051 | 1.020 | 1.012 | 0.993 | 1.001 | 1.003 | |
| Ex H/L [All] | 1.707 | 1.136 | 1.058 | 1.018 | 1.000 | 0.987 | 1.001 | 1.003 | |
| | | | | | | | | | |
| *Industry* | | | *.?%* | | *1.0?5* | *1.0?3* | *1.0?1* | *1.0?1* | *1.0?5* |
| *Selected* | | | *1.055* | *1.024* | *1.020* | *1.003* | *1.001* | *1.000* | *1.000* |
| Age-to-Ult | | 1.107 | 1.049 | 1.024 | 1.005 | 1.001 | 1.000 | 1.000 | |

Alliance Actuarial Services, Inc.

VSl_Ult_Loss@12312002

6/26/2003

**TIG 159053**

Exhibit VII

## Virginia Surety
## Workers Compensation
### Valuation Date: 12/31/2002
### Cumulative Paid Loss & ALAE Triangle

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 20,332 | 20,689 | 20,667 | 21,177 | 21,527 |
| 12/31/95 | 52,971 | | | | 33,088 | 35,273 | 36,529 | 37,394 | 37,426 | |
| 12/31/96 | 65,668 | | | 28,961 | 32,193 | 34,701 | 36,888 | 37,338 | | |
| 12/31/97 | 66,085 | | 31,149 | 41,249 | 48,741 | 52,171 | 54,492 | | | |
| 12/31/98 | 94,617 | 19,579 | 56,597 | 65,280 | 74,289 | 80,098 | | | | |
| 12/31/99 | 108,478 | 19,258 | 58,041 | 76,523 | 86,477 | | | | | |
| 12/31/00 | 20,301 | 3,936 | 6,947 | 8,843 | | | | | | |

### Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 1.018 | 0.999 | 1.025 | 1.017 | |
| 12/31/95 | | | | 1.066 | 1.036 | 1.024 | 1.001 | | |
| 12/31/96 | | | 1.112 | 1.078 | 1.063 | 1.012 | | | |
| 12/31/97 | | 1.324 | 1.182 | 1.070 | 1.044 | | | | |
| 12/31/98 | 2.891 | 1.153 | 1.138 | 1.078 | | | | | |
| 12/31/99 | 3.014 | 1.318 | 1.130 | | | | | | |
| 12/31/00 | 1.765 | 1.273 | | | | | | | |

### Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | 1.017 | |
| Simple [All] | 2.557 | 1.267 | 1.140 | 1.073 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Ex H/L [All] | 2.891 | 1.296 | 1.134 | 1.074 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Industry | | | | | | | | | |
| *Selected* | | | *1.140* | *1.074* | *1.043* | *1.014* | *1.017* | *1.013* | *1.016* |
| *Age-to-Ult* | | | *1.354* | *1.188* | *1.106* | *1.060* | *1.046* | *1.029* | *1.016* |

**TIG 159054**

## MODELLING JESSEL's WORK

**FIRST TAKE DATA AS USED BY JESSEL - WITH LOADS TESTIFIED TO BY HIM**

| | Excluding VSI / MCI | 50 x 50 | | | |
|---|---|---|---|---|---|
| | Premium | Claims | Burn Rate | Expense Load **1.34** | Comm Load **22.00%** |
| 1988 | $ 365,339,000 | $ 33,601,374 | 9.20% | 12.32% | 15.04% |
| 1989 | $ 399,018,000 | $ 40,712,317 | 10.20% | 13.67% | 16.68% |
| 1990 | $ 463,712,000 | $ 47,573,130 | 10.26% | 13.75% | 16.77% |
| 1991 | $ 467,985,000 | $ 48,037,299 | 10.26% | 13.75% | 16.78% |
| 1992 | $ 448,965,000 | $ 34,916,194 | 7.78% | 10.42% | 12.71% |
| 1993 | $ 427,951,000 | $ 28,731,838 | 6.71% | 9.00% | 10.98% |
| 1994 | $ 317,354,000 | $ 21,029,836 | 6.63% | 8.88% | 10.83% |
| 1995 | $ 254,901,000 | $ 16,664,575 | 6.54% | 8.76% | 10.69% |
| 1996 | $ 141,384,000 | $ 13,194,417 | 9.33% | 12.51% | 15.26% |
| 1997 | $ 140,000,000 | $ 8,976,170 | 6.41% | 8.59% | 10.48% |
| 1998 | $ 132,000,000 | $ 3,293,701 | 2.50% | 3.34% | 4.08% |
| | | | | Average 1988 to 1995 | 13.81% |

**NOW REPLICATE DATA - BUT ADD IN MCI AND VSI DATA AS TESTIFIED**

| | | | | | |
|---|---|---|---|---|---|
| 1988 | $ 365,339,000 | $ 33,601,374 | 9.20% | 12.32% | 15.04% |
| 1989 | $ 399,018,000 | $ 40,712,317 | 10.20% | 13.67% | 16.68% |
| 1990 | $ 463,712,000 | $ 47,573,130 | 10.26% | 13.75% | 16.77% |
| 1991 | $ 467,985,000 | $ 48,037,299 | 10.26% | 13.75% | 16.78% |
| 1992 | $ 448,965,000 | $ 34,916,194 | 7.78% | 10.42% | 12.71% |
| 1993 | $ 427,951,000 | $ 28,731,838 | 6.71% | 9.00% | 10.98% |
| 1994 | $ 317,354,000 | $ 24,081,559 | 7.59% | 10.17% | 12.41% |
| 1995 | $ 254,901,000 | $ 23,942,477 | 9.39% | 12.59% | 15.36% |
| 1996 | $ 141,384,000 | $ 23,268,804 | 16.46% | 22.05% | 26.91% |
| 1997 | $ 140,000,000 | $ 19,899,817 | 14.21% | 19.05% | 23.24% |
| 1998 | $ 132,000,000 | $ 5,949,378 | 4.51% | 6.04% | 7.37% |
| | | | | Average 1988 to 1995 | 14.59% |
| | | | | Difference = | 0.78% |

TIG 159055

| 400 x 100 | | | |
|---|---|---|---|
| Claims | Burn Rate | Expense Load 1.45 | Comm Load 22.00% |
| $ 27,610,925 | 7.56% | 10.96% | 13.37% |
| $ 30,271,461 | 7.59% | 11.00% | 13.42% |
| $ 34,389,851 | 7.42% | 10.75% | 13.12% |
| $ 39,329,714 | 8.40% | 12.19% | 14.87% |
| $ 28,626,926 | 6.38% | 9.25% | 11.28% |
| $ 26,305,628 | 6.15% | 8.91% | 10.87% |
| $ 21,218,198 | 6.69% | 9.69% | 11.83% |
| $ 13,724,114 | 5.38% | 7.81% | 9.52% |
| $ 9,349,470 | 6.61% | 9.59% | 11.70% |
| $ 6,520,568 | 4.66% | 6.75% | 8.24% |
| $ 1,607,075 | 1.22% | 1.77% | 2.15% |
| | | | 12.29% |
| | | | |
| $ 27,610,925 | 7.56% | 10.96% | 13.37% |
| $ 30,271,461 | 7.59% | 11.00% | 13.42% |
| $ 34,389,851 | 7.42% | 10.75% | 13.12% |
| $ 39,329,714 | 8.40% | 12.19% | 14.87% |
| $ 28,626,926 | 6.38% | 9.25% | 11.28% |
| $ 26,305,628 | 6.15% | 8.91% | 10.87% |
| $ 25,459,650 | 8.02% | 11.63% | 14.19% |
| $ 22,177,750 | 8.70% | 12.62% | 15.39% |
| $ 17,783,424 | 12.58% | 18.24% | 22.25% |
| $ 13,130,123 | 9.38% | 13.60% | 16.59% |
| $ 3,192,461 | 2.42% | 3.51% | 4.28% |
| | | | 13.31% |
| | | | 1.03% |

| 500 x 500 | | |
|---|---|---|
| Claims | Burn Rate | Expense Load 1.45 |
| $ 3,587,298 | 0.98% | 1.42% |
| $ 2,486,040 | 0.62% | 0.83% |
| $ 2,038,610 | 0.44% | 0.59% |
| $ 3,401,035 | 0.73% | 0.97% |
| $ 1,699,009 | 0.38% | 0.51% |
| $ 3,358,057 | 0.78% | 1.05% |
| $ 3,055,188 | 0.96% | 1.29% |
| $ 832,499 | 0.33% | 0.44% |
| $ 1,569,582 | 1.11% | 1.49% |
| $ 2,500,000 | 1.79% | 2.39% |
| $ 329,000 | 0.25% | 0.33% |

Note: Jessel loaded 1988 year by 1.45
but all other years by 1.34 - assumedly a mistake

| Claims | Burn Rate | Expense Load 1.45 |
|---|---|---|
| $ 3,587,298 | 0.98% | 1.42% |
| $ 2,486,040 | 0.62% | 0.83% |
| $ 2,038,610 | 0.44% | 0.59% |
| $ 3,401,035 | 0.73% | 0.97% |
| $ 1,699,009 | 0.38% | 0.51% |
| $ 3,358,057 | 0.78% | 1.05% |
| $ 3,287,388 | 1.04% | 1.39% |
| $ 1,062,556 | 0.42% | 0.56% |
| $ 2,558,366 | 1.81% | 2.42% |
| $ 4,412,245 | 3.15% | 4.22% |
| $ 344,325 | 0.26% | 0.35% |

TIG 159056

| Comm Load |
|---|
| **22.00%** |
| |
| 1.74% |
| 1.02% |
| 0.72% |
| **1.19%** |
| 0.62% |
| 1.28% |
| 1.57% |
| 0.53% |
| 1.81% |
| 2.92% |
| 0.41% |
| **1.08%** |
| |
| |
| 1.74% |
| 1.02% |
| 0.72% |
| 1.19% |
| 0.62% |
| 1.28% |
| 1.69% |
| 0.68% |
| 2.96% |
| 5.15% |
| 0.43% |
| **1.12%** |
| |
| **0.03%** |

TIG 159057

| | | Premium per Ekwall | | Premium Per Jessel |
|---|---|---|---|---|
| 1988 | $ | 344,172,000 | $ | 365,339,000 |
| 1989 | $ | 398,447,000 | $ | 399,018,000 |
| 1990 | $ | 460,560,456 | $ | 463,712,000 |
| 1991 | $ | 444,914,322 | $ | 467,985,000 |
| 1992 | $ | 434,266,488 | $ | 448,965,000 |
| 1993 | $ | 388,005,103 | $ | 427,951,000 |
| 1994 | $ | 272,258,425 | $ | 317,354,000 |
| 1995 | $ | 247,929,910 | $ | 254,901,000 |
| 1996 | $ | 253,018,221 | $ | 141,384,000 |
| 1997 | $ | 312,412,018 | $ | 140,000,000 |
| 1998 | $ | - | $ | - |
| | $ | 3,555,983,942 | $ | 3,426,609,000 |

| | | Claims Per Eval98Xs25K in 50 x 50 layer Per Ekwall and Ex VSI and MCI | | Claims Per Jessel | | Add MCI and VSI Data | | Total for Recalculation |
|---|---|---|---|---|---|---|---|---|
| 1988 | $ | 36,639,449 | $ | 33,601,374 | $ | - | $ | 33,601,374 |
| 1989 | $ | 44,830,446 | $ | 40,712,317 | $ | - | $ | 40,712,317 |
| 1990 | $ | 52,232,345 | $ | 47,573,130 | $ | - | $ | 47,573,130 |
| 1991 | $ | 52,949,371 | $ | 48,037,299 | $ | - | $ | 48,037,299 |
| 1992 | $ | 38,528,282 | $ | 34,916,194 | $ | - | $ | 34,916,194 |
| 1993 | $ | 31,266,947 | $ | 28,731,838 | $ | - | $ | 28,731,838 |
| 1994 | $ | 22,959,550 | $ | 21,029,836 | $ | 3,051,723.5 | $ | 24,081,559 |
| 1995 | $ | 18,323,959 | $ | 16,664,575 | $ | 7,277,902.1 | $ | 23,942,477 |
| 1996 | $ | 15,637,013 | $ | 13,194,417 | $ | 10,074,387.2 | $ | 23,268,804 |
| 1997 | $ | 10,035,734 | $ | 8,976,170 | $ | 10,923,647.4 | $ | 19,899,817 |
| 1998 | $ | 3,737,022 | $ | 3,293,701 | $ | 2,655,677.0 | $ | 5,949,378 |
| | $ | 327,140,118 | $ | 296,730,851 | $ | 33,983,337.2 | $ | 330,714,188 |

| | | Claims Per Eval98Xs25K in 400 x 100 layer Per Ekwall and Ex VSI and MCI | | Claims Per Jessel | | Add MCI and VSI Data | | Total for Recalculation |
|---|---|---|---|---|---|---|---|---|
| 1988 | $ | 31,074,202 | $ | 27,610,925 | $ | - | $ | 27,610,925 |
| 1989 | $ | 33,749,273 | $ | 30,271,461 | $ | - | $ | 30,271,461 |
| 1990 | $ | 39,585,667 | $ | 34,389,851 | $ | - | $ | 34,389,851 |
| 1991 | $ | 44,303,472 | $ | 39,329,714 | $ | - | $ | 39,329,714 |
| 1992 | $ | 31,901,802 | $ | 28,626,926 | $ | - | $ | 28,626,926 |
| 1993 | $ | 28,967,158 | $ | 26,305,628 | $ | - | $ | 26,305,628 |
| 1994 | $ | 23,118,031 | $ | 21,218,198 | $ | 4,241,452 | $ | 25,459,650 |
| 1995 | $ | 15,219,947 | $ | 13,724,114 | $ | 8,453,636 | $ | 22,177,750 |
| 1996 | $ | 10,222,612 | $ | 9,349,470 | $ | 8,433,954 | $ | 17,783,424 |
| 1997 | $ | 6,991,548 | $ | 6,520,568 | $ | 6,609,555 | $ | 13,130,123 |
| 1998 | $ | 1,711,229 | $ | 1,607,075 | $ | 1,585,386 | $ | 3,192,461 |
| | $ | 266,854,941 | $ | 238,953,930 | $ | 29,323,984 | $ | 268,277,914 |

| | | Claims Per Eval98Xs25K in 500 x 500 layer Derived - Ex VSI and MCI | | Claims Per Jessel | | Add MCI and VSI Data | | Total for Recalculation |
|---|---|---|---|---|---|---|---|---|
| 1988 | $ | 3,851,982 | $ | 3,587,298 | $ | - | $ | 3,587,298 |
| 1989 | $ | 2,874,617 | $ | 2,486,040 | $ | - | $ | 2,486,040 |
| 1990 | $ | 2,206,707 | $ | 2,038,610 | $ | - | $ | 2,038,610 |
| 1991 | $ | 3,582,419 | $ | 3,401,035 | $ | - | $ | 3,401,035 |
| 1992 | $ | 1,794,278 | $ | 1,699,009 | $ | - | $ | 1,699,009 |
| 1993 | $ | 3,756,516 | $ | 3,358,057 | $ | - | $ | 3,358,057 |
| 1994 | $ | 3,220,214 | $ | 3,055,188 | $ | 232,200 | $ | 3,287,388 |
| 1995 | $ | 883,272 | $ | 832,499 | $ | 230,057 | $ | 1,062,556 |
| 1996 | $ | 1,608,522 | $ | 1,569,562 | $ | 988,784 | $ | 2,558,366 |
| 1997 | $ | 2,500,000 | $ | 2,500,000 | $ | 1,912,245 | $ | 4,412,245 |
| 1998 | $ | 336,099 | $ | 329,000 | $ | 15,325 | $ | 344,325 |
| | $ | 26,611,628 | $ | 24,856,318 | $ | 3,378,611 | $ | 28,234,929 |

| | | 50 x 50 | | 400 x 100 | | 500 x 500 |
|---|---|---|---|---|---|---|
| 1994 | $ | 3,051,723 | $ | 4,241,452 | $ | 232,200 |
| 1995 | $ | 7,277,902 | $ | 8,453,636 | $ | 230,057 |
| 1996 | $ | 10,074,387 | $ | 8,433,954 | $ | 988,784 |
| 1997 | $ | 10,923,647 | $ | 6,609,555 | $ | 1,912,245 |
| 1998 | $ | 2,655,677 | $ | 1,585,386 | $ | 15,325 |
| | $ | 33,983,337 | | | | |

TIG 159058

Exhibit 1

(w) MLT Select (NJS)

## RAA
### Workers Compensation - Attachment Range 1
### Valuation Date: 12/31/2000
### Cumulative Reported Loss Triangle

| Accident Period Ending | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | 156 | 168 | 180 | 192 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/85 | | | | | | | | | | | | | | | | 2,107 |
| 12/31/86 | | | | | | | | | | | | | | | 1,949 | 2,148 |
| 12/31/87 | 279 | 619 | 959 | 1,243 | 2,780 | 2,828 | 2,296 | 1,941 | 1,369 | 1,554 | 1,508 | 1,720 | 1,721 | 1,683 | 2,188 | 751 |
| 12/31/88 | 12 | 257 | 257 | 369 | 435 | 1,216 | 1,470 | 1,686 | 1,799 | 1,861 | 2,169 | 2,172 | 2,179 | 743 | | |
| 12/31/89 | 91 | 67 | 80 | 577 | 574 | 435 | 597 | 603 | 612 | 638 | 708 | 714 | 743 | 545 | | |
| 12/31/90 | 126 | 203 | 572 | 574 | 681 | 423 | 516 | 517 | 525 | 525 | 579 | 545 | | | | |
| 12/31/91 | 391 | 835 | 1,450 | 1,572 | 1,602 | 681 | 754 | 770 | 774 | 935 | 975 | | | | | |
| 12/31/92 | 34 | 552 | 1,023 | 2,041 | 1,929 | 2,328 | 1,938 | 2,160 | 2,243 | 2,221 | 2,385 | | | | | |
| 12/31/93 | 452 | 1,343 | 2,105 | 2,272 | 2,365 | 2,539 | 2,617 | 2,617 | 2,782 | 2,424 | | | | | | |
| 12/31/94 | 714 | 1,593 | 1,912 | 2,033 | 2,565 | 2,539 | 2,816 | 3,302 | 3,595 | | | | | | | |
| 12/31/95 | 1,089 | 2,141 | 2,450 | 2,619 | 3,176 | 3,354 | 3,354 | 2,935 | | | | | | | | |
| 12/31/96 | 851 | 1,447 | 2,619 | 2,660 | 3,372 | 3,080 | 3,465 | | | | | | | | | |
| 12/31/97 | 1,064 | 1,887 | 2,937 | 2,345 | 3,116 | 3,008 | | | | | | | | | | |
| 12/31/98 | 874 | 2,078 | 1,871 | 4,495 | 2,424 | | | | | | | | | | | |
| 12/31/99 | 2,209 | 1,697 | 3,558 | | | | | | | | | | | | | |
| 12/31/00 | 9,316 | 8,450 | | | | | | | | | | | | | | |

#### Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to 144 | 144 to 156 | 156 to 168 | 168 to 180 | 180 to 192 | 192 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/87 | 2.216 | 0.998 | 1.131 | 1.017 | 0.781 | 1.039 | 0.845 | 0.705 | 1.115 | 0.970 | 1.141 | 1.000 | 0.978 | 1.158 | 1.081 | |
| 12/31/88 | 1.549 | 0.990 | 1.297 | 0.978 | 1.055 | 1.147 | 1.067 | 1.015 | 1.004 | 1.165 | 0.983 | 1.022 | 1.004 | 0.982 | | |
| 12/31/89 | 20.746 | 0.999 | 1.434 | 1.315 | 1.117 | 1.103 | 1.010 | 1.017 | 1.041 | 1.110 | 1.009 | 1.040 | 1.010 | | | |
| 12/31/90 | 0.755 | 1.204 | 7.200 | 0.732 | 1.146 | 1.066 | 1.001 | 1.017 | 1.017 | 0.924 | 1.019 | 1.000 | | | | |
| 12/31/91 | 1.611 | 2.810 | 1.005 | 1.185 | 1.090 | 1.016 | 1.020 | 1.006 | 1.208 | 1.043 | 1.045 | | | | | |
| 12/31/92 | 2.108 | 1.758 | 1.084 | 1.010 | 1.205 | 1.004 | 1.114 | 1.039 | 0.990 | 1.029 | | | | | | |
| 12/31/93 | 10.249 | 1.835 | 0.995 | 1.113 | 1.112 | 1.036 | 1.063 | 0.940 | 0.926 | | | | | | | |
| 12/31/94 | 2.569 | 1.517 | 1.144 | 0.982 | 1.112 | 1.074 | 1.172 | 1.089 | | | | | | | | |
| 12/31/95 | 2.105 | 1.272 | 1.063 | 1.562 | 1.056 | 0.993 | 0.953 | | | | | | | | | |
| 12/31/96 | 1.965 | 1.144 | 1.233 | 1.110 | 0.989 | 1.109 | | | | | | | | | | |
| 12/31/97 | 1.700 | 1.810 | 1.015 | 1.172 | 0.966 | | | | | | | | | | | |
| 12/31/98 | 1.932 | 0.992 | 1.253 | 1.014 | | | | | | | | | | | | |
| 12/31/99 | 1.941 | 1.434 | 1.510 | | | | | | | | | | | | | |
| 12/31/00 | 3.824 | 2.103 | | | | | | | | | | | | | | |

#### Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 110 | 120 to 132 | 133 to 144 | 144 to 156 | 156 to 168 | 168 to 180 | 180 to 192 | 192 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.486 | 1.420 | 1.262 | 1.107 | 1.019 | 1.033 | 0.984 | 1.027 | 1.050 | 1.040 | 1.015 | 0.995 | 1.058 | 1.061 | | |
| Vol Wtd [5] | 2.564 | 1.454 | 1.234 | 1.158 | 1.031 | 1.048 | 1.066 | 1.004 | 1.070 | 1.040 | 1.015 | 0.995 | 1.058 | 1.081 | | |
| Vol Wtd [3] | 2.947 | 1.479 | 1.279 | 1.108 | 1.004 | 1.017 | 1.059 | 1.026 | 0.990 | 1.016 | 1.009 | 0.995 | 1.058 | 1.081 | | |
| Sample [5] | 2.237 | 1.492 | 1.219 | 1.172 | 1.039 | 1.023 | 1.065 | 1.018 | 1.033 | 1.054 | 1.039 | 1.016 | 0.997 | 1.070 | | |
| Ex WtL [5] | 1.886 | 1.456 | 1.183 | 1.105 | 1.040 | 1.028 | 1.066 | 1.021 | 1.064 | 1.061 | 1.024 | 1.011 | 1.004 | | | |
| Selected | 2.486 | 1.420 | 1.250 | 1.107 | 1.055 | 1.045 | 1.038 | 1.092 | 1.07* | 1.023 | 1.020 | 1.01* | 1.014 | 1.012 | 1.010 | 1.07* |
| Age-to-Ult | 7.147 | 2.875 | 1.982 | 1.586 | 1.452 | 1.358 | 1.299 | 1.252 | 1.213 | 1.181 | 1.154 | 1.132 | 1.115 | 1.097 | 1.084 | 1.074 |

7/8/03

RAA_Range1ver2.xls

**TIG 159059**

Exhibit III

RAA_Range1ver2.xls

## RAA
### Workers Compensation - Attachment Range 1
### Reported Losses
### Valuation Date: 12/31/2000
General Equation: Age-to-Age LDF = 1 + a(t+c)^-b

**Properties of Data Provided**

| | |
|---|---|
| Length of Interval: | 12.000 |
| No. of Observations: | 15.000 |
| No. of Leading Blank Factors: | 0.000 |

**Summary of Regression Statistics**

| | | |
|---|---|---|
| Coefficient/Constant: | 2.290 | 7.346 |
| Standard Error: | 0.090 | 0.413 |
| R - Square: | 0.980 | 0.210 |
| F-Stat / Degrees of Freedom: | 642.287 | 13.000 |
| Sum of Squares: | 28.428 | 0.575 |

**Regression Coefficients**

| | | |
|---|---|---|
| a = | 1550.134 |
| b = | 2.290 |
| c = | 12.000 |



### Regression Comparison

Legend:
- Initial Selected Age-to-Age LDFs
- Fitted Age-to-Age LDFs

Maturity (in Months)

LDF

7/8/03

TIG 159060