**toothman**

| | |
|---|---|
| From: | David_Thirkill@trg.com |
| Sent: | Monday, June 30, 2003 2:02 PM |
| To: | RichardLo@allianceactuarial.com; toothmanmr@email.msn.com; Brian.OSullivan@cwt.com; Harry.Cohen@cwt.com; Clive_Becker-Jones@trg.com |
| Subject: | Data Update - and SOH 25x100.xls |

Sorry, the revised file will be Evla98xs25K - as below, not "reconcile to Ekwall"

----- Forwarded by David Thirkill/TRG on 06/30/2003 02:00 PM -----

> David Thirkill
> 06/30/2003 01:51 PM
>
> To: RichardLo@allianceactuarial.com, toothmanmr@email.msn.com, Brian.OSullivan@cwt.com, Harry.Clhen@cwt.com, Clive Becker-Jones
> cc:
> Subject: Data Update - and SOH 25x100.xls

Am going to send several files. Please note:

1. These have been updated to show the effects (in SOH4 Trustmark Summary) of taking average burn costs over a variety of terms.

2. I have annotated (in red) to show sources - with the Bates numbers I have per the copies of docs in my possession. I could not find the source for the 1998 estimated premium - Brian ??

The files will be as follows:

New File:
- SOH 25 x100 (attached hereto and sent because revised "SOH EVAL98xs25K" may be too big to email and this is only change)
- SOH4 TRUSTMARK SUMMARY

Revised Files:
- SOH Aon T002391 MCI
- SOH Aon T002391 VSI
- SOH Eval98XS25K

1

TIG 159092

| Year | TIG Losses 25 x 100 From EVAL98XS25K | MCI Losses 25 x 100 From AON T002391 | VSI Losses 25 x 100 From AON T002391 |
|---|---|---|---|
| 1988 | $ 7,621,553 | $ - | $ - |
| 1989 | $ 9,409,553 | $ - | $ - |
| 1990 | $ 11,036,219 | $ - | $ - |
| 1991 | $ 11,908,143 | $ - | $ - |
| 1992 | $ 8,448,280 | $ - | $ - |
| 1993 | $ 7,490,847 | $ - | $ - |
| 1994 | $ 5,920,544 | $ 25,000 | $ 866,080 |
| 1995 | $ 4,171,242 | $ 367,042 | $ 1,539,684 |
| 1996 | $ 3,197,598 | $ 814,719 | $ 1,240,256 |
| 1997 | $ 1,666,062 | $ 521,437 | $ 879,192 |
| 1998 | $ 463,753 | $ 148,960 | $ 261,646 |

| Year | Claims in 25 x 100 Band | Trend Factor | Development Factor | Result | Undiscounted Burn Rate |
|---|---|---|---|---|---|
| 1988 | $ 7,621,553 | 1.22 | 1.37 | $ 12,738,664 | 344,172,000 | 3.701% |
| 1989 | $ 9,409,553 | 1.2 | 1.4 | $ 15,808,049 | 398,447,000 | 3.967% |
| 1990 | $ 11,036,219 | 1.18 | 1.45 | $ 18,882,971 | 460,560,455 | 4.100% |
| 1991 | $ 11,908,143 | 1.16 | 1.51 | $ 20,858,303 | 444,914,322 | 4.688% |
| 1992 | $ 8,448,280 | 1.14 | 1.55 | $ 14,926,111 | 434,266,488 | 3.438% |
| 1993 | $ 7,490,847 | 1.12 | 1.62 | $ 13,591,393 | 388,005,103 | 3.503% |
| 1994 | $ 5,920,544 | 1.1 | 1.62 | $ 10,550,409 | 272,258,425 | 3.875% |
| 1995 | $ 4,171,242 | 1.08 | 1.7 | $ 7,658,400 | 247,929,910 | 3.089% |
| 1996 | $ 3,197,598 | 1.06 | 1.89 | $ 6,406,058 | 253,018,221 | 2.532% |
| 1997 | $ 1,666,062 | 1.04 | 2.43 | $ 4,210,472 | 312,412,018 | 1.348% |
|  | $ 70,870,041 |  |  | $ 125,632,840 | 3,555,983,942 | 3.533% |

OR

| Year | Claims in 25 x 100 Band | Trend Factor | Development Factor | Result | Undiscounted Burn Rate |
|---|---|---|---|---|---|
| 1988 | $ 7,621,553 | 1.22 | 1 | $ 9,298,295 | 344,172,000 | 2.702% |
| 1989 | $ 9,409,553 | 1.2 | 1 | $ 11,291,464 | 398,447,000 | 2.834% |
| 1990 | $ 11,036,219 | 1.18 | 1.07 | $ 13,934,330 | 460,560,455 | 3.026% |
| 1991 | $ 11,908,143 | 1.16 | 1.1 | $ 15,194,790 | 444,914,322 | 3.415% |
| 1992 | $ 8,448,280 | 1.14 | 1.12 | $ 10,786,764 | 434,266,488 | 2.484% |
| 1993 | $ 7,490,847 | 1.12 | 1.12 | $ 9,396,518 | 388,005,103 | 2.422% |
| 1994 | $ 5,920,544 | 1.1 | 1.16 | $ 7,554,614 | 272,258,425 | 2.775% |
| 1995 | $ 4,171,242 | 1.08 | 1.2 | $ 5,405,930 | 247,929,910 | 2.180% |
| 1996 | $ 3,197,598 | 1.06 | 1.31 | $ 4,440,185 | 253,018,221 | 1.755% |
| 1997 | $ 1,666,062 | 1.04 | 1.67 | $ 2,893,616 | 312,412,018 | 0.926% |
|  | $ 70,870,041 |  |  | $ 90,196,506 | 3,555,983,942 | 2.536% |

TIG 159093

Reinsurance_Table

INFO FROM AON T002391 (VSI)

| ACCIDENT_DT | Incurred | Incurred 50 XS 50 | Incurred 400 XS 100 |
|---|---|---|---|
| 1994 VSI | | $ 2,972,285 | $ 4,194,036 |
| 1995 VSI | | $ 5,666,491 | $ 7,332,510 |
| 1996 VSI | | $ 5,082,587 | $ 5,180,027 |
| 1997 VSI | | $ 5,222,417 | $ 3,707,043 |
| 1998 VSI | | $ 1,102,361 | $ 839,633 |

TIG 159094

Reinsurance_Table

| Incurred 900 XS 100 | Incurred 25 XS 100 |
|---|---|
| $ 4,426,236 | $ 866,080 |
| $ 7,562,568 | $ 1,539,684 |
| $ 5,539,572 | $ 1,240,256 |
| $ 4,614,123 | $ 879,192 |
| $ 839,633 | $ 261,646 |

| | | |
|---|---|---|
| 1994 | ####### | ####### |
| 1995 | ####### | ####### |
| 1996 | ####### | ####### |
| 1997 | ####### | ####### |
| 1998 | ####### | ####### |

MCI_Data_093098

# INFO FROM AON T002391 (MCI)

| ACCIDENT_Y Y_DT | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 |
|---|---|---|---|
| 1994 MCI | $ 64,739 | $ 41,331 | $ 41,331 |
| 1995 MCI | $1,385,732 | $ 917,452 | $ 917,452 |
| 1996 MCI | $4,181,420 | $2,736,541 | $ 3,364,680 |
| 1997 MCI | $4,318,859 | $2,230,083 | $ 2,957,283 |
| 1998 MCI | $1,141,737 | $ 586,979 | $ 587,279 |

|  |  |  |
|---|---|---|
| 1994 | $ 25,000 | $ 25,000 |
| 1995 | $ 367,042 | $ 367,042 |
| 1996 | $ 814,719 | $ 814,719 |
| 1997 | $ 521,437 | $ 521,437 |
| 1998 | $ 148,960 | $ 148,960 |

Page 1

**TIG 159096**