toothman

From: Richard Lo [RichardLo@allianceactuarial.com]
Sent: Tuesday, June 24, 2003 2:04 PM
To: toothmanmr@email.msn.com
Subject: [Fwd: Tipper Meet and Jessel Work]


Jessel Work.xls    Mike, fyi, re: Jessel's exhibit.

-------------------- Original Message --------------------
Subject: Tipper Meet and Jessel Work
From: David_Thirkill@trg.com
Date: Mon, June 23, 2003 5:36 am
To: RichardLo@AllianceActuarial.com

----- Forwarded by David Thirkill/TRG on 06/23/2003 08:36 AM -----

David Thirkill              To: Brian.OSullivan@cwt.com
06/23/2003 08:35 AM         cc: Harry.Cohen@cwt.com, Jeff Rubin/TRG@TRG, Clive Becker-Jones
                            Subject: Jessel Work(Document link: David Thirkill)

I have got as far as I can go with evaluating what Jessel did and attached is a model built to graphically represent his work did. My comments on the actual work are:

A. First Table on Page 6 and Attachment (see Rows 2 to 17 of Spread Sheet attached):
  I have had to use the hard copy information supplied with his report and have - with reasonable accuracy - replicated what he did. Since we don't have his work electronically and thus do not know the actual factors he used, I cannot exactly replicate the result but am close enough (and actually "spot on" for the $400x$100 layer - at 12.29%).
  Don't know where he gets the premium from. I show (in grey) that used by Ekwall - which is pretty darned close to WUW021395. You will note that Jessel's numbers for the later years are much lower than Ekwall. This would suggest he was given 1997 estimates. One wonders why.
  Jessel asserts (page 5 - Rating Analysis - para 2) that he got his claims numbers from Eval98XS25K). If that is true, he obtains an incorrect result unless, that is, Ekwall, myself and Kramer are all wrong because we all got the same number. I suggest Jessel just made a mistake (not difficult to do) when he sorted. Its very strange, however, and (as per the discrepancy over premium) suggests he was not given Ekwall's work (only the result) to reconcile.
  As previously pointed out, he uses a 45% commission load to compare his $400x$100 rate of 12.29% with Ekwall's 12.5152% rate - which was arrived at after a 34% commission load. Sloppy work.

1

TIG 159182

B. Second Table on Page 6 (see Rows 54 to 72 of Spread Sheet attached): I had no hard or electronic to work with, only the purported result in the second table. Jessel infers (page 6) that the missing data consisted of "three missing files". He infers that he added data from these files and concluded that a significant rate increase was justified. As far as I know, the only data that was "missing" was MCI and VSI claims information, which we have and I have previously sorted. Pending detail on what Jessel had, I have taken the MCI and VIS losses and simply added them to Jessel's claims for the 3 layers and indicated what the result would be. Obviously a large difference in arrived at differentials. We need to work on either getting Jessel's electronic data or closely questioning him at deposition.

(See attached file: Jessel Work.xls)

TIG 159183

USL/SIC-A        0161

Erwitt
11/19/98 Analysis

Chris's PSI Run (11/12/98) (just premium + exposure)

TIG                                              Losses exclude NCI data
                                                 (Losses also excl.) (in excess of VSI data)

Sheet5

| | EP | 900 xs 100 | Burn | DEV | Losses | 400 xs 100 | Burn |
|---|---|---|---|---|---|---|---|
| 1990 | 456,871,629 | $38,970,438 | 8.530% | 1.01 | $39,360,142 | $36,852,436 | 8.066% |
| 1991 | 437,465,136 | $43,391,641 | 9.919% | 1.01 | $43,825,557 | $40,662,1117 | 9.295% |
| 1992 | 424,277,661 | $30,278,557 | 7.136% | 1.08 | $32,700,842 | $29,217,016 | 6.886% |
| 1993 | 382,661,000 | $26,936,817 | 7.039% | 1.11 | $29,899,867 | $24,292,601 | 6.348% |
| 1994 | 266,678,000 | $18,434,779 | 6.913% | 1.28 | $23,596,517 | $18,067,824 | 6.713% |
| 1995 | 240,438,000 | $9,194,205 | 3.824% | 1.70 | $15,630,149 | $9,194,205 | 3.824% |
| 1996 | 242,383,000 | $5,901,334 | 2.435% | 2.50 | $14,753,335 | $4,901,334 | 2.022% |
| | 2,450,774,426 | 173,107,771 | 7.063% | | 199,766,409 | 163,187,533 | 6.659% |

Load 15% =    8.151%    9.590%

7.834

Page 1

991

Sheet18

| Sum of SumOfCP_LOSS_INC | | |
|---|---|---|
| CLAIM_NUMBER | CSP_SUBLINE_CD | Total |
| 00A91024484 | 523 | 2582.21 |
| 00A91078630 | 523 | 27104.56 |
| 00A91116774 | 523 | 10 |
| 00A91137771 | 513 | 850 |
| 00A91190803 | 523 | 13457.55 |
| 00A91201464 | 523 | 17826.94 |
| 00A91215534 | 513 | 1052 |
| 00A92005425 | 523 | 3100 |
| 00A92017160 | 523 | 115000 |
| 00A92062462 | 523 | 247500 |
| 00A92066316 | 523 | 57418.5 |
| 00A92111572 | 523 | 96289.02 |
| 00A92188801 | 523 | 126988.3 |
| 00A92200006 | 523 | 76022.05 |
| 00A93025274 | 513 | 22884.74 |
| 00A93095145 | 523 | 29713.13 |
| 00A93099548 | 523 | 600000 |
| 00A93128957 | 523 | 15000 |
| 00A93206059 | 523 | 15000 |
| Grand Total | | 1467799 |

199.—    Sheet18

| Sum of SumOfCP_LOSS_INC | | |
|---|---|---|
| CLAIM_NUMBER | CSP_SUBLINE_CD | Total |
| 00A92036527 | 523 | 8209 |
| 00A92036527 Sum | | 8209 |
| 00A92105751 | 513 | 15000 |
| 00A92105751 Sum | | 15000 |
| 00A92108267 | 523 | 375000 |
| 00A92108267 Sum | | 375000 |
| 00A92111574 | 523 | 200000 |
| 00A92111574 Sum | | 200000 |
| 00A92115120 | 523 | 21907.5 |
| 00A92115120 Sum | | 21907.5 |
| 00A92181820 | 523 | 200000 |
| 00A92181820 Sum | | 200000 |
| 00A92188832 | 523 | 27536.48 |
| 00A92188832 Sum | | 27536.48 |
| 00A92189199 | 513 | 4075.53 |
| 00A92189199 Sum | | 4075.53 |
| 00A93036323 | 513 | 164328.15 |
| 00A93036323 Sum | | 164328.15 |
| 00A93085139 | 523 | 17975.71 |
| 00A93085139 Sum | | 17975.71 |
| 00A93095381 | 513 | 25142.48 |
| 00A93095381 Sum | | 25142.48 |
| 00A93104075 | 523 | 34616.37 |
| 00A93104075 Sum | | 34616.37 |
| 00A93128115 | 523 | 29698.81 |
| 00A93128115 Sum | | 29698.81 |
| 00A93131977 | 523 | 15000 |
| 00A93131977 Sum | | 15000 |
| 00A95127637 | 523 | 20000 |
| 00A95127637 Sum | | 20000 |
| Grand Total | | 1158490.03 |

USL/SIC-A    0163

TIG 159186



EL 1990

Sheet17

| Sum of SumOfCP_LOSS_INC | | | |
|---|---|---|---|
| CLAIM_NUMBER | CSP_SUBLINE_CD | RISK_ST_CD | Total |
| 00A90140375 | 523 | CA | 750 |
| | 523 Total | | 750 |
| 00A90140375 Total | | | 750 |
| 00A90170791 | 523 | CA | 36222.56 |
| | 523 Total | | 36222.56 |
| 00A90170791 Total | | | 36222.56 |
| 00A90173934 | 513 | CA | 29580.29 |
| | 513 Total | | 29580.29 |
| 00A90173934 Total | | | 29580.29 |
| 00A90175255 | 523 | CA | 3056.6 |
| | 523 Total | | 3056.6 |
| 00A90175255 Total | | | 3056.6 |
| 00A91075087 | 513 | AL | 46762.74 |
| | 513 Total | | 46762.74 |
| 00A91075087 Total | | | 46762.74 |
| 00A92023874 | 523 | NY | 90403.34 |
| | 523 Total | | 90403.34 |
| 00A92023874 Total | | | 90403.34 |
| 00A92071859 | 523 | IL | 100174.38 |
| | 523 Total | | 100174.38 |
| 00A92071859 Total | | | 100174.38 |
| 00A92100472 | 523 | CA | 82480.47 |
| | 523 Total | | 82480.47 |
| 00A92100472 Total | | | 82480.47 |
| 00A93036172 | 513 | AL | 145000 |
| | 513 Total | | 145000 |
| 00A93036172 Total | | | 145000 |
| 00A93089260 | 513 | IL | 100000 |
| | 513 Total | | 100000 |
| 00A93089260 Total | | | 100000 |
| Grand Total | | | 634430.38 |

USL/SIC-A    0165

TIG 159187