## toothman

**From:** David_Thirkill@TRG.com
**Sent:** Monday, June 07, 2004 4:17 PM
**To:** Richard Lo
**Cc:** Brian OSullivan; toothman
**Subject:** Re: TIG/Trustmark - Additional Projects

Here's the latest claims

----- Forwarded by David Thirkill/TRG on 06/07/2004 04:12 PM -----

**David Thirkill**

06/07/2004 04:03 PM

To: "Richard Lo" <RichardLo@allianceactuarial.com>
cc: "Brian OSullivan" <Brian.OSullivan@cwt.com>
Subject: Re: TIG/Trustmark- Additional Projects

Dear Richard,

Per our conversation, please see the note below as a re-start point now we are gearing up again. I will send you be separate email the latest actual claims. Look forwrd to seeing you and Mike soonest.

Don't hesitate to call/

David


----- Forwarded by David Thirkill/TRG on 06/07/2004 03:55 PM -----

**David Thirkill**

06/04/2004 02:30 PM

To: "Harry Cohen" <Harry.Cohen@cwt.com>
cc: "Brian OSullivan" <Brian.OSullivan@cwt.com>, Frank DeMaria/TRG@TRG
Subject: Re: TIG/Trustmark- Additional ProjectsLink

Here are the duplicates / new Exhibits copied, as closely as possible, from those used per USL. No doubt there will be questions.

I would like to draw your attention to Duplicated 168. As I told Brian yesterday, on compiling these exhibits, i noticed an error in the perviously drafted SOH exhibits, which was that I had taken accross the board, retention at $50K XS $100K, whereas, of course, it should be XS $50K for VSI etc. I corrected this. (need to get to Lo by the way).

A consequential result is most interesting. Although you asked for (and have got) a duplicate of 168 which shows the results if Ekwall had had VSI data, I also show (in yellow and not in print area) what the result is utilizing Ekwall's factors when he got the VSI data and concluded it was not "material". The derived loss ratios are exactly the same - at 64%

To me (and I would think, Toothman) this is highly suggestive of the probability that Ekwall simply revised his factors so as to produce an identical loss ratio.

7/11/04

**TIG 159241**

"Harry Cohen" <Harry.Cohen@cwt.com>

06/02/2004 01:58 PM

To: david_thirkill@trg.com
cc: 'Brian OSullivan' <Brian.OSullivan@cwt.com>
Subject: TIG/Trustmark Additional Projects

David:

As discussed, would you please prepare the equivalent of the attached (exhibits from the US Life arbitration) for the 1999 Treaty? (x 182 was the subject of our earlier e-mail.) We also need "Ekwall Pricing with VSI" for the $50 x $50 layer.

Thanks,

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038
212-504-6262 (direct line)
212-504-6000 (main line)
212-504-6666 (fax)
914-450-3700 (mobile)
harry.cohen@cwt.com (e-mail)

(See attached file: Exhs.pdf)

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

7/11/04

**TIG 159242**