**Unknown**

From: David_Thirkill@trg.com
Sent: Thursday, June 26, 2003 1:32 PM
To: RichardLo@allianceactuarial.com; toothmanmr@email.msn.com
Subject: TRIANGLES

    
Gross WC Roll Forward to 1202....  WC Alt Markets (Gross) 1202.xl...  Workers npensation (Gross)...  Virginia Surety (Gross) 1202.x...  MCI WC (Gross) 1202.xls (251 K...

```
----- Forwarded by David Thirkill/TRG on 06/26/2003 02:27 PM -----

                Richard
                Newell@TIG          To:      David Thirkill/TRG@TRG
                                    cc:      Michael Westover/Irving/TIG@TIG
                06/19/2003 02:31    Subject: Re: Workers Comp Gross Data as of
December 2002
                PM
```

David:

As you requested, I updated the Gross WC Roll Forward to 1202 file to include the Workers Comp Alternative Market Prograams reserve review grouping. I've also included the gross datafile for that review grouping, as I had for the other three:

(See attached file: Gross WC Roll Forward to 1202.xls)    (See attached file: WC Alt Markets (Gross) 1202.xls)

Rick

---------------------- Forwarded by Richard Newell/Irving/TIG on 06/19/2003 01:25 PM ---------------------------

Richard Newell
06/18/2003 09:19 AM

To:   Michael Westover/Irving/TIG@TIG
cc:

Subject:    Re: Workers Comp Gross Data as of December 2002

Mike:

The attached file has the estimated gross ultimates and IBNR levels as of December 2002 that go with the data I sent you earlier. These estimates are roll-forwards from our review as of September 2002:

Rick

---------------------- Forwarded by Richard Newell/Irving/TIG on 06/18/2003 09:14 AM ---------------------------

Richard Newell

1

TIG 161767

06/16/2003 03:27 PM

To:     Michael Westover/Irving/TIG@TIG
cc:

Subject:    Workers Comp Gross Data as of December 2002

Mike:

Here are our gross datafiles for the 3 reserve review groupings we discussed on the phone:

1) MCI
2) Virginia Surety
3) Workers Compensation*

(See attached file: Workers Compensation (Gross) 1202.xls)(See attached file: Virginia Surety (Gross) 1202.xls)(See attached file: MCI WC (Gross) 1202.xls)

*Note:  The Workers Compensation review grouping excludes business from programs with stand-alone review groupings (e.g., MCI, Virginia Surety, CPG Assumed, WC Alternative Markets, RMS and YMCA).

Each datafile has 3 worksheets:
1) Earned premium data
2) Accident year triangles at quarterly evaluation points
3) Accident quarter triangles at quarterly evaluation points

As noted in the MCI file, the loss and ALAE from MCI Assumed business did not get into the triangles until the September 2000 evaluation point.

Rick

**TIG 161768**