Unknown

From: David_Thirkill@trg.com
Sent: Thursday, June 26, 2003 1:30 PM
To: RichardLo@allianceactuarial.com
Cc: toothmanmr@email.msn.com
Subject: Hard Copy Ultimates at 12/31/02 + VSA comparison


SOH Projected v
Actual Loss Ra...

Richard / Mike. Following my 2.30 pm phone call with Richard, I realized I actually had triangles and will forward them by seperate email. Meanwhile, this file contains TIG's ultimate result at 12/31/02 and I have them done some work vis VSA which you may find useful

(See attached file: SOH Projected v Actual Loss Ratios.xls)

# TIG - Workers Compensation Results

Privileged and Confidential, Prepared at the Request of Counsel 6/25/03

## Virginia Surety

| Accident Year | Actual Ultimate Projected Losses at 12/31/02 - TIG Actuarial | Projected Selected Losses per TRE 026455 | Projected Ultimate using Paid Basis Ratios per TRE 026457 |
|---|---|---|---|
| 1994 | $ 22,000,000 | $ 23,962,741 | $ 25,788,058 |
| 1995 | $ 38,750,000 | $ 42,185,855 | $ 45,475,216 |
| 1996 | $ 40,000,000 | $ 41,310,581 | $ 48,012,505 |
| 1997 | $ 64,500,000 | $ 58,720,992 | $ 71,681,507 |

TIG 162040

TIG 162041