Unknown

From: Richard Lo [RichardLo@allianceactuarial.com]
Sent: Wednesday, June 25, 2003 1:38 PM
To: toothmanmr@email.msn.com
Subject: Revised Thirkill Files

Jessel_Work.xls (37 KB)   SOH2 MARK_SUMMARY.zip

Mike,

Pls replace the earlier versions of these files with the attached.

Richard

1

TIG 162217

## FIRST DRAFT OF MODELLING JESSEL's WORK (and comparing with Ekwal

| | Premium per Ekwall | Load Per Jessel Sheet Factor Loaded Premium Per Jessel Source Unknown | Claims Per Eval98Xs25K in 50 x 50 layer Ex VSI and MCI (as reconciled by DT and LK) |
|---|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,446 |
| 1990 | $ 460,560,455 | $ 463,712,000 | $ 52,232,345 |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 38,528,282 |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,266,947 |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 22,959,550 |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 18,323,959 |

| | Premium per Ekwall | Premium Per Jessel | Claims Per Eval98Xs25K in 50 x 50 layer Ex VSI and MCI |
|---|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,446 |
| 1990 | $ 460,560,455 | $ 463,712,000 | $ 52,232,345 |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 38,528,282 |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,266,947 |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 22,959,550 |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 18,323,959 |
| 1996 | $ 253,018,221 | $ 141,384,000 | $ 15,637,013 |
| 1997 | $ 312,412,018 | $ 140,000,000 | $ 10,035,734 |
| 1998 | $ | $ | $ 3,737,022 |
| | $ 3,555,983,942 | $ 3,426,609,000 | $ 327,140,118 |

| Claims | EXcluding VSI / MCI | Including VSI / MCI |
|---|---|---|
| 1988 | $ 36,639,449 | $ 36,639,449 |
| 1989 | $ 44,830,446 | $ 44,830,446 |
| 1990 | $ 52,232,345 | $ 52,232,345 |
| 1991 | $ 52,949,371 | $ 52,949,371 |
| 1992 | $ 38,528,282 | $ 38,528,282 |
| 1993 | $ 31,266,947 | $ 31,266,947 |

TIG 162218

| Year | | | | |
|------|---|---|---|---|
| 1994 | $ | 22,959,550 | $ | 26,011,273 |
| 1995 | $ | 18,323,959 | $ | 25,601,861 |
| 1996 | $ | 15,637,013 | $ | 25,711,400 |
| 1997 | $ | 10,035,734 | $ | 20,576,696 |
| 1998 | $ | 3,737,022 | $ | 6,248,415 |
|      | $ | 327,140,118 | $ | 360,596,485 |

| Load |
|---|
| Per Jessel Sheet |
| Factor |
| Loaded |

| Year | Premium per Ekwall | Premium Per Jessel | Per Ekwall Including VSI / MCI |
|------|---|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | $ 36,639,449 |
| 1989 | $ 398,447,000 | $ 399,018,000 | $ 44,830,446 |
| 1990 | $ 460,560,455 | $ 463,712,000 | $ 52,232,345 |
| 1991 | $ 444,914,322 | $ 467,985,000 | $ 52,949,371 |
| 1992 | $ 434,266,488 | $ 448,965,000 | $ 38,528,282 |
| 1993 | $ 388,005,103 | $ 427,951,000 | $ 31,266,947 |
| 1994 | $ 272,258,425 | $ 317,354,000 | $ 26,011,273 |
| 1995 | $ 247,929,910 | $ 254,901,000 | $ 25,601,861 |

Difference in Jessel Rate adding MCI / VSI losses per

TIG 162219

lls')

|  | 12.32% |
|  | 15.04% |
|  | **122.08%** |
|  | 1.34 |

| $50,000 XS $50,000 | | | Claims Per Eval98Xs25K in 400 x 100 layer | $400,000 XS $ |
| --- | --- | --- | --- | --- |
| Claims Per Jessel | Burn Rate | Loaded Rate | Ex VSI and MCI (as reconciled by DT and LK) | Claims Per Jessel |
| **Excluding VSI / MCI** | | | | **Excluding VSI / MCI** |
| $ 33,601,374 | 9.20% | 15.05% | $ 31,074,202 | $ 27,610,925 |
| $ 40,712,317 | 10.20% | 16.69% | $ 33,749,273 | $ 30,271,461 |
| $ 47,573,130 | 10.26% | 16.78% | $ 39,585,667 | $ 34,389,851 |
| $ 48,037,299 | 10.26% | 16.79% | $ 44,303,472 | $ 39,329,714 |
| $ 34,916,194 | 7.78% | 12.72% | $ 31,901,802 | $ 28,626,926 |
| $ 28,731,838 | 6.71% | 10.98% | $ 28,987,158 | $ 26,305,628 |
| $ 21,029,836 | 6.63% | 10.84% | $ 23,118,031 | $ 21,218,198 |
| $ 16,664,575 | 6.54% | 10.69% | $ 15,219,947 | $ 13,724,114 |
| Average = | 8.45% | 13.82% | | Average = |

| Claims Per Jessel | Claims Per Eval98Xs25K in 400 x 100 layer Ex VSI and MCI | Claims Per Jessel |
| --- | --- | --- |
| $ 33,601,374 | $ 31,074,202 | $ 27,610,925 |
| $ 40,712,317 | $ 33,749,273 | $ 30,271,461 |
| $ 47,573,130 | $ 39,585,667 | $ 34,389,851 |
| $ 48,037,299 | $ 44,303,472 | $ 39,329,714 |
| $ 34,916,194 | $ 31,901,802 | $ 28,626,926 |
| $ 28,731,838 | $ 28,987,158 | $ 26,305,628 |
| $ 21,029,836 | $ 23,118,031 | $ 21,218,198 |
| $ 16,664,575 | $ 15,219,947 | $ 13,724,114 |
| $ 13,194,417 | $ 10,222,612 | $ 9,349,470 |
| $ 8,976,170 | $ 6,981,548 | $ 6,520,568 |
| $ 3,293,701 | $ 1,711,229 | $ 1,607,075 |
| $ 296,730,851 | $ 266,854,941 | $ 238,953,930 |

| Difference = VSI / MCI | Add To Jessel | Excluding VSI / MCI | Including VSI / MCI |
| --- | --- | --- | --- |
| $ - | $ 33,601,374 | $ 31,074,202 | $ 31,074,202 |
| $ - | $ 40,712,317 | $ 33,749,273 | $ 33,749,273 |
| $ - | $ 47,573,130 | $ 39,585,667 | $ 39,585,667 |
| $ - | $ 48,037,299 | $ 44,303,472 | $ 44,303,472 |
| $ - | $ 34,916,194 | $ 31,901,802 | $ 31,901,802 |
| $ - | $ 28,731,838 | $ 28,987,158 | $ 28,987,158 |

TIG 162220

| | | | | | | |
|---|---|---|---|---|---|---|
| $ | 3,051,723 | $ 24,081,559 | | $ | 23,118,031 | $ 27,359,483 |
| $ | 7,277,902 | $ 23,942,477 | | $ | 15,219,947 | $ 23,673,583 |
| $ | 10,074,387 | $ 23,268,804 | | $ | 10,222,612 | $ 18,656,566 |
| $ | 10,540,962 | $ 19,517,132 | | $ | 6,981,548 | $ 13,137,782 |
| $ | 2,511,393 | $ 5,805,094 | | $ | 1,711,229 | $ 3,195,851 |
| $ | 33,456,367 | $ 330,187,218 | | $ | 266,854,941 | $ 295,624,839 |

|  |  |  |
|---|---|---|
|  | 12.32% |  |
|  | 15.04% |  |
|  | 122.08% |  |
|  | 1.34 |  |

| $50,000 XS $50,000 | | | | | $400,000 XS $ |
|---|---|---|---|---|---|
| Claims Per Jessel Including VSI / MCI | Burn Rate | Loaded Rate | Per Ekwall Including VSI / MCI | | Claims Per Jessel Including VSI / MCI |
| $ 33,601,374 | 9.20% | 15.05% | $ 31,074,202 | $ | 27,610,925 |
| $ 40,712,317 | 10.20% | 16.69% | $ 33,749,273 | $ | 30,271,461 |
| $ 47,573,130 | 10.26% | 16.78% | $ 39,585,667 | $ | 34,389,851 |
| $ 48,037,299 | 10.26% | 16.79% | $ 44,303,472 | $ | 39,329,714 |
| $ 34,916,194 | 7.78% | 12.72% | $ 31,901,802 | $ | 28,626,926 |
| $ 28,731,838 | 6.71% | 10.98% | $ 28,987,158 | $ | 26,305,628 |
| $ 24,081,559 | 7.59% | 12.41% | $ 27,359,483 | $ | 25,459,650 |
| $ 23,942,477 | 9.39% | 15.37% | $ 23,673,583 | $ | 22,177,750 |
| Average = | 8.92% | 14.60% | | Average = | |

AON T 002392              0.78%

TIG 162221

|  | |
|---|---|
| | 10.96% |
| | 13.38% |
| | 122.08% |
| | 1.45 |

| 100,000 | | $500,000 XS $500,000 | |
|---|---|---|---|
| Burn Rate | Loaded Rate | Claims Per Jessel | Burn Rate |
| | | Excluding VSI / MCI | |
| 7.56% | 13.38% | $ 3,587,298 | 0.98% |
| 7.59% | 13.43% | $ 2,486,040 | 0.62% |
| 7.42% | 13.13% | $ 2,038,610 | 0.44% |
| 8.40% | 14.88% | $ 3,401,035 | 0.73% |
| 6.38% | 11.29% | $ 1,699,009 | 0.38% |
| 6.15% | 10.88% | $ 3,358,057 | 0.78% |
| 6.69% | 11.84% | $ 3,055,188 | 0.96% |
| 5.38% | 9.53% | $ 832,499 | 0.33% |
| 6.94% | 12.29% | Average = | 0.65% |

| | Claims Per Eval98Xs25K in 400 x 100 layer | Claims Per Eval98Xs25K in 500 x 500 layer Ex VSI and MCI | Claims Per Jessel |
|---|---|---|---|
| | Ekwall did not pull claims for this layer specifically | $ 3,851,982 | $ 3,587,298 |
| | | $ 2,874,617 | $ 2,486,040 |
| | | $ 2,206,707 | $ 2,038,610 |
| | | $ 3,582,419 | $ 3,401,035 |
| | | $ 1,794,278 | $ 1,699,009 |
| | | $ 3,756,518 | $ 3,358,057 |
| | | $ 3,220,214 | $ 3,055,188 |
| | | $ 880,272 | $ 832,499 |
| | | $ 1,608,522 | $ 1,569,582 |
| | | $ 2,500,000 | $ 2,500,000 |
| | | $ 336,099 | $ 329,000 |
| | | $ 26,611,628 | $ 24,856,318 |

| Difference = VSI / MCI | Add To Jessel | EXcluding VSI / MCI | Including VSI / MCI | Difference = VSI / MCI |
|---|---|---|---|---|
| $ - | $ 27,610,925 | $ 3,851,982 | $ 3,851,982 | $ - |
| $ - | $ 30,271,461 | $ 2,874,617 | $ 2,874,617 | $ - |
| $ - | $ 34,389,851 | $ 2,206,707 | $ 2,206,707 | $ - |
| $ - | $ 39,329,714 | $ 3,582,419 | $ 3,582,419 | $ - |
| $ - | $ 28,626,926 | $ 1,794,278 | $ 1,794,278 | $ - |
| $ - | $ 26,305,628 | $ 3,756,518 | $ 3,756,518 | $ - |

**TIG 162222**

| | | | | | |
|---|---|---|---|---|---|
| $ 4,241,452 | $ 25,459,650 | $ 3,220,214 | $ 3,452,414 | $ 232,200 | |
| $ 8,453,636 | $ 22,177,750 | $ 880,272 | $ 1,110,329 | $ 230,057 | |
| $ 8,433,954 | $ 17,783,424 | $ 1,608,522 | $ 2,596,206 | $ 987,684 | |
| $ 6,156,234 | $ 12,676,802 | $ 2,500,000 | $ 4,134,281 | $ 1,634,281 | |
| $ 1,484,622 | $ 3,091,697 | $ 336,099 | $ 336,399 | $ 300 | |
| $ 28,769,898 | $ 267,723,828 | $ 26,611,628 | $ 29,696,150 | $ 3,084,522 | |

|  | |
|---|---|
|  | 10.96% |
|  | 13.37% |
|  | 121.99% |
|  | 1.45 |

|  |  |  |  | $500,000 XS $500,000 |  |
|---|---|---|---|---|---|
| 100,000 | | | | | |
| Burn Rate | Loaded Rate | | Claims Per Jessel | Burn Rate | |
| | | Per Ekwall Including VSI / MCI | Including VSI / MCI | | |
| 7.56% | 13.38% | $ 3,851,982 | $ 3,587,298 | 0.98% | |
| 7.59% | 13.43% | $ 2,874,617 | $ 2,486,040 | 0.62% | |
| 7.42% | 13.13% | $ 2,206,707 | $ 2,038,610 | 0.44% | |
| 8.40% | 14.88% | $ 3,582,419 | $ 3,401,035 | 0.73% | |
| 6.38% | 11.29% | $ 1,794,278 | $ 1,699,009 | 0.38% | |
| 6.15% | 10.88% | $ 3,756,518 | $ 3,358,057 | 0.78% | |
| 8.02% | 14.20% | $ 3,452,414 | $ 3,287,388 | 1.04% | |
| 8.70% | 15.40% | $ 1,110,329 | $ 1,062,556 | 0.42% | |
| 7.53% | **13.32%** | | Average = | 0.67% | |
| | 1.03% | | | | |

TIG 162223

| |
|---|
| 1.42% |
| 1.74% |
| 122.54% |
| 1.45 |

**Loaded Rate**

1.74%
1.11%
0.78%
1.29%
0.67%
1.39%
1.71%
0.58%
**1.16%**

**Add To Jessel**
$ 3,587,298
$ 2,486,040
$ 2,038,610
$ 3,401,035
$ 1,699,009
$ 3,358,057

TIG 162224

| | |
|---|---:|
| $ | 3,287,388 |
| $ | 1,062,556 |
| $ | 2,557,266 |
| $ | 4,134,281 |
| $ | 329,300 |
| $ | 27,940,840 |

| |
|---:|
| 1.42% |
| 1.74% |
| 122.54% |
| 1.45 |

**Loaded Rate**

1.74%
1.11%
0.78%
1.29%
0.67%
1.39%
1.84%
0.74%
**1.20%**

**0.04%**

TIG 162225