Unknown
_____

From:     David_Thirkill@trg.com
Sent:     Monday, July 14, 2003 2:01 PM
To:       RichardLo@allianceactuarial.com; toothmanmr@email.msn.com
Subject:  Back up to Summaries 1 of 3

a - Corrected VSI
data - 7.14....    (See attached file: a - Corrected VSI data - 7.14.zip)

1

TIG 161348

# VSI DATA

VSI CLAIMS DATA

## INFO FROM AON T002391
### INCURRED "At 6/30/98"

| Year | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 | Incurred 25 XS 100 |
|---|---|---|---|---|
| 1994 | $ 2,972,285 | $ 4,194,036 | $ 4,426,236 | $ 866,080 |
| 1995 | $ 5,666,491 | $ 7,332,510 | $ 7,562,568 | $ 1,539,684 |
| 1996 | $ 5,082,587 | $ 5,180,027 | $ 5,539,572 | $ 1,240,256 |
| 1997 | $ 5,222,417 | $ 3,707,043 | $ 4,614,123 | $ 879,192 |
| 1998 | $ 1,113,425 | $ 839,633 | $ 839,633 | $ 261,646 |

## INFO FROM AON T002391 SUPPLEMENTED WITH HARD COPY INFORMATION
### INCURRED "At 9/30/98"

| Year | Incurred 50 XS 50 | Incurred 400 XS 100 | Incurred 900 XS 100 | Incurred 25 XS 100 |
|---|---|---|---|---|
| 1994 | $ 3,024,617 | $ 4,346,536 | $ 4,578,736 | $ 848,609 |
| 1995 | $ 5,663,134 | $ 7,393,462 | $ 7,636,380 | $ 1,547,578 |
| 1996 | $ 5,196,521 | $ 5,683,405 | $ 6,048,953 | $ 1,351,966 |
| 1997 | $ 6,193,333 | $ 4,844,401 | $ 5,465,110 | $ 1,149,146 |
| 1998 | $ 2,204,590 | $ 2,459,408 | $ 2,622,843 | $ 501,710 |

Page 1

TIG 161349