## Unknown

**From:** Richard Lo [RichardLo@allianceactuarial.com]
**Sent:** Monday, July 14, 2003 12:05 PM
**To:** richard_newell@tiginsurance.com
**Cc:** toothmanmr@email.msn.com
**Subject:** TIG WC Industry L/R Comparison


SOH_2000_Cal-Acc
_Year_Underwri...

Rick,

Attached is the xls file that we got from David Thirkill. We understand he got it from TIG. Pls call me at 757-331-4390 to discuss as we have some questions on backup data and method used for the analysis.

Regards,

Richard

1

TIG 161350

11/26/2004

Exhibit 1

## Workers' Compensation
### Industry Accident Year Loss & ALAE Ratios

| State (1) | 1996 (3) | 1997 (4) | 1998 (5) | 1999 (6) | 2000 (7) | 1996-2000 (8) | 1998-2000 (9) | 1999-2000 (10) | 2001 State Grade (11) | Comments (12) |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 85.6% | 92.0% | 94.3% | 92.5% | 107.9% | 94.8% | 97.7% | 99.5% | B | |
| Alaska | 67.5% | 79.0% | 95.1% | 102.9% | 118.1% | 90.8% | 105.3% | 110.5% | D | Includes State Fund |
| Arizona | 68.7% | 75.8% | 84.8% | 105.0% | 117.0% | 87.6% | 101.5% | 111.5% | D | |
| Arkansas | 46.7% | 51.9% | 56.2% | 68.1% | 66.6% | 57.2% | 63.5% | 67.4% | A | |
| California | 107.5% | 115.9% | 129.5% | 134.6% | 114.6% | 120.5% | 125.0% | 123.2% | B/D | Includes State Fund |
| Colorado | 90.4% | 99.2% | 99.4% | 97.0% | 92.2% | 95.5% | 96.0% | 94.9% | B | Includes State Fund |
| Connecticut | 59.0% | 72.5% | 92.0% | 85.7% | 83.4% | 77.7% | 86.9% | 84.5% | B | |
| Delaware | 75.9% | 73.4% | 70.0% | 74.9% | 75.2% | 73.9% | 73.3% | 75.0% | B | Policy Year data |
| D.C. | 57.6% | 53.3% | 55.5% | 60.7% | 71.0% | 61.3% | 62.0% | 65.6% | D | |
| Florida | 77.0% | 85.2% | 82.7% | 81.1% | 81.1% | 81.5% | 81.6% | 81.1% | A | |
| Georgia | 52.7% | 60.7% | 76.3% | 78.1% | 78.9% | 69.2% | 77.8% | 78.5% | B | Excludes State Fund |
| Hawaii | 53.4% | 57.4% | 77.5% | 78.0% | 102.2% | 75.8% | 85.0% | 105.7% | D | Includes State Fund |
| Idaho | 53.5% | 54.7% | 75.2% | 86.0% | 77.8% | 70.1% | 79.5% | 81.7% | C | |
| Illinois | 70.9% | 84.5% | 95.3% | 97.9% | 94.7% | 88.3% | 95.9% | 96.2% | B/D | |
| Indiana | 63.7% | 71.6% | 74.0% | 79.1% | 73.2% | 72.2% | 75.4% | 76.0% | A | |
| Iowa | 73.1% | 85.3% | 82.2% | 87.3% | 94.4% | 83.4% | 86.3% | 85.3% | C | |
| Kansas | 66.7% | 73.1% | 77.8% | 85.5% | 86.5% | 76.8% | 82.8% | 85.3% | C | Includes State Fund |
| Kentucky | 60.2% | 65.3% | 90.7% | 89.0% | 96.9% | 79.6% | 92.2% | 93.0% | A | Includes State Fund |
| Louisiana | 51.5% | 62.0% | 76.5% | 76.2% | 88.7% | 70.8% | 80.7% | 82.4% | C | Includes State Fund |
| Maine | 57.3% | 71.6% | 86.5% | 99.0% | 86.6% | 79.3% | 90.4% | 92.2% | C | Excludes State Fund |
| Maryland | 77.3% | 88.5% | 98.6% | 108.6% | 92.0% | 92.6% | 99.5% | 99.9% | B/D | Includes State Fund |
| Massachusetts | 58.7% | 67.6% | 77.0% | 85.2% | 87.0% | 75.1% | 82.8% | 86.5% | B/D | Excludes Assigned Risk, Includes State Fund |
| Michigan | 63.8% | 73.6% | 80.7% | 83.0% | 81.5% | 78.1% | 81.9% | 82.4% | B | Includes State Fund |
| Minnesota | 78.3% | 87.1% | 94.5% | 107.2% | 99.9% | 93.2% | 100.6% | 103.4% | B | |
| Mississippi | 67.4% | 78.7% | 83.9% | 81.2% | 81.9% | 78.5% | 82.3% | 81.5% | B | Includes State Fund |
| Missouri | 69.7% | 61.8% | 82.1% | 93.6% | 88.2% | 79.8% | 87.9% | 90.7% | B | Excludes State Fund |
| Montana | 54.7% | 63.8% | 73.0% | 109.5% | 114.8% | 90.0% | 97.4% | 112.2% | A | |
| Nebraska | 63.9% | 82.4% | 84.3% | 102.1% | 96.3% | 93.1% | 90.6% | 93.9% | B | |
| New Hampshire | 63.1% | 69.4% | 77.0% | 100.3% | 85.0% | 76.3% | 84.3% | 87.0% | C/B | Includes State Fund |
| New Jersey | 71.4% | 79.1% | 72.8% | 91.7% | 78.1% | 78.3% | 80.5% | 84.5% | B | Excludes Large Deductibles |
| New Mexico | 47.8% | 48.4% | 58.5% | 58.7% | 78.9% | 58.5% | 64.5% | 67.7% | B/D | |
| New York | 70.4% | 77.8% | 79.0% | 78.1% | 69.1% | 74.7% | 75.1% | 73.3% | B | Excludes State Fund |
| North Carolina | 62.1% | 75.7% | 87.5% | 92.4% | 95.5% | 83.6% | 91.8% | 93.8% | B | Includes State Fund |
| Oklahoma | 73.7% | 85.4% | 86.2% | 102.1% | 80.3% | 85.2% | 89.1% | 90.8% | B | Includes State Fund |
| Oregon | 75.0% | 86.6% | 92.8% | 110.5% | 109.2% | 94.5% | 103.7% | 109.9% | C/D | Policy Year Data, Includes State Fund |
| Pennsylvania | 55.8% | 60.6% | 94.6% | 100.3% | 95.0% | 82.9% | 96.7% | 97.5% | B | Includes State Fund |
| Rhode Island | 56.2% | 70.6% | 78.5% | 90.2% | 85.7% | 76.7% | 85.5% | 88.3% | C | |
| South Carolina | 61.1% | 66.5% | 86.5% | 82.4% | 87.0% | 76.4% | 85.1% | 84.7% | A | |
| South Dakota | 60.3% | 63.9% | 65.2% | 79.6% | 95.1% | 71.7% | 79.3% | 87.2% | A | |
| Tennessee | 55.4% | 66.8% | 94.6% | 86.8% | 90.4% | 88.9% | 95.4% | 88.5% | C/D | Includes State Fund |
| Texas | 74.4% | 66.8% | 95.7% | 96.3% | 90.8% | 90.9% | 95.2% | 93.0% | B | Excludes State Fund |
| Utah | 61.0% | 73.3% | 94.1% | 92.9% | 90.6% | 83.6% | 92.5% | 91.7% | C | |
| Vermont | 56.3% | 62.6% | 86.9% | 106.6% | 94.8% | 88.9% | 96.7% | 100.5% | B | |
| Virginia | 70.5% | 71.0% | 87.0% | 92.0% | 85.5% | 83.6% | 91.6% | 93.8% | C | |
| Wisconsin | 65.0% | 66.6% | 84.6% | 89.8% | 89.2% | 83.1% | 88.1% | 89.5% | C | |
| | | | | | | | | | | |
| Nationwide | 74.3% | 85.0% | 93.9% | 99.3% | 94.1% | 89.4% | 96.7% | 96.6% | | Weighted using industry premium by state |
| Excluding California | 67.0% | 77.1% | 84.3% | 89.0% | 86.8% | 80.7% | 86.7% | 87.9% | | Weighted using industry premium by state |
| Excluding Hawaii | 74.5% | 85.1% | 94.0% | 99.2% | 94.1% | 89.5% | 95.7% | 96.5% | | Weighted using industry premium by state |

### Using TIG Premium as Weight

| | 1996 | 1997 | 1998 | 1999 | 2000 | 1996-2000 | 1998-2000 | 1999-2000 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nationwide | 75.1% | 84.4% | 93.0% | 97.2% | 94.1% | 88.4% | 94.6% | 95.6% | | Weighted using TIG premium by state |
| Excluding California | 66.0% | 76.1% | 85.0% | 89.9% | 89.7% | 81.2% | 88.3% | 89.9% | | Weighted using TIG premium by state |
| Excluding Hawaii | 77.6% | 86.7% | 93.7% | 96.8% | 93.8% | 89.2% | 94.6% | 95.2% | | Weighted using TIG premium by state |

Columns 1 to 7:  Data is from NCCI & independent state bureaus including assigned risk market experience except where noted otherwise
Incurred losses were increased by selected ALAE to loss ratios by state based on countrywide page 15 data
Loss & ALAE ratios reflect net earned premium (i.e. after the effects of premium discounts, retro rating and schedule rating)

G:\TWC\PROJECTS\BLLD\JMR\2000 Cal-Acc Year Underwriting Results 115\Exhibit 1

TIG 161351