## Unknown

| | |
|---|---|
| From: | Richard Lo [RichardLo@allianceactuarial.com] |
| Sent: | Friday, July 04, 2003 3:38 PM |
| To: | toothmanmr@email.msn.com |
| Subject: | [Fwd: ] |

  

ATT00012.htm (392 B)   Jessel Work2.xls (36 KB)

Mike, this is the good version. Erase the earlier ones that I had sent you. Again, David would like to speak w/ us this weekend if possible. Pls call me at 757-331-4390 to discuss your availability.

Regards,

Richard

-------------------- Original Message --------------------
Subject:
From:    "david thirkill" <coomac@comcast.net>
Date:    Fri, July 4, 2003 8:57 am
To:      "Richard Lo" <RichardLo@allianceactuarial.com>

1

TIG 161387

## MODELLING JESSEL's WORK

### FIRST TAKE DATA AS USED BY JESSEL - WITH LOADS TESTIFIED TO BY HIM

| | Excluding VSI / MCI Premium | | 50 x 50 Claims | Burn Rate | Expense Load 1.34 | Comm Load 22.00% |
|---|---|---|---|---|---|---|
| 1988 | $ | 365,339,000 | $ 33,601,374 | 9.20% | 12.32% | 15.04% |
| 1989 | $ | 399,018,000 | $ 40,712,317 | 10.20% | 13.67% | 16.68% |
| 1990 | $ | 463,712,000 | $ 47,573,130 | 10.26% | 13.75% | 16.77% |
| 1991 | $ | 467,985,000 | $ 48,037,299 | 10.26% | 13.75% | 16.78% |
| 1992 | $ | 448,965,000 | $ 34,916,194 | 7.78% | 10.42% | 12.71% |
| 1993 | $ | 427,951,000 | $ 28,731,838 | 6.71% | 9.00% | 10.98% |
| 1994 | $ | 317,354,000 | $ 21,029,836 | 6.63% | 8.88% | 10.83% |
| 1995 | $ | 254,901,000 | $ 16,664,575 | 6.54% | 8.76% | 10.69% |
| 1996 | $ | 141,384,000 | $ 13,194,417 | 9.33% | 12.51% | 15.26% |
| 1997 | $ | 140,000,000 | $ 8,976,170 | 6.41% | 8.59% | 10.48% |
| 1998 | $ | 132,000,000 | $ 3,293,701 | 2.50% | 3.34% | 4.08% |
| | | | | Average 1988 to 1995 | | 13.81% |

### NOW REPLICATE DATA - BUT ADD IN MCI AND VSI DATA AS TESTIFIED

| 1988 | $ | 365,339,000 | $ 33,601,374 | 9.20% | 12.32% | 15.04% |
|---|---|---|---|---|---|---|
| 1989 | $ | 399,018,000 | $ 40,712,317 | 10.20% | 13.67% | 16.68% |
| 1990 | $ | 463,712,000 | $ 47,573,130 | 10.26% | 13.75% | 16.77% |
| 1991 | $ | 467,985,000 | $ 48,037,299 | 10.26% | 13.75% | 16.78% |
| 1992 | $ | 448,965,000 | $ 34,916,194 | 7.78% | 10.42% | 12.71% |
| 1993 | $ | 427,951,000 | $ 28,731,838 | 6.71% | 9.00% | 10.98% |
| 1994 | $ | 317,354,000 | $ 24,081,559 | 7.59% | 10.17% | 12.41% |
| 1995 | $ | 254,901,000 | $ 23,942,477 | 9.39% | 12.59% | 15.36% |
| 1996 | $ | 141,384,000 | $ 23,268,804 | 16.46% | 22.05% | 26.91% |
| 1997 | $ | 140,000,000 | $ 19,899,817 | 14.21% | 19.05% | 23.24% |
| 1998 | $ | 132,000,000 | $ 5,949,378 | 4.51% | 6.04% | 7.37% |
| | | | | Average 1988 to 1995 | | 14.59% |
| | | | | Difference = | | 0.78% |

TIG 161388

| 400 x 100 | | | |
|---|---|---|---|
| Claims | Burn Rate | Expense Load 1.45 | Comm Load 22.00% |
| $ 27,610,925 | 7.56% | 10.96% | 13.37% |
| $ 30,271,461 | 7.59% | 11.00% | 13.42% |
| $ 34,389,851 | 7.42% | 10.75% | 13.12% |
| $ 39,329,714 | 8.40% | 12.19% | 14.87% |
| $ 28,626,926 | 6.38% | 9.25% | 11.28% |
| $ 26,305,628 | 6.15% | 8.91% | 10.87% |
| $ 21,218,198 | 6.69% | 9.69% | 11.83% |
| $ 13,724,114 | 5.38% | 7.81% | 9.52% |
| $ 9,349,470 | 6.61% | 9.59% | 11.70% |
| $ 6,520,568 | 4.66% | 6.75% | 8.24% |
| $ 1,607,075 | 1.22% | 1.77% | 2.15% |
| | | | 12.29% |
| $ 27,610,925 | 7.56% | 10.96% | 13.37% |
| $ 30,271,461 | 7.59% | 11.00% | 13.42% |
| $ 34,389,851 | 7.42% | 10.75% | 13.12% |
| $ 39,329,714 | 8.40% | 12.19% | 14.87% |
| $ 28,626,926 | 6.38% | 9.25% | 11.28% |
| $ 26,305,628 | 6.15% | 8.91% | 10.87% |
| $ 25,459,650 | 8.02% | 11.63% | 14.19% |
| $ 22,177,750 | 8.70% | 12.62% | 15.39% |
| $ 17,783,424 | 12.58% | 18.24% | 22.25% |
| $ 13,130,123 | 9.38% | 13.60% | 16.59% |
| $ 3,192,461 | 2.42% | 3.51% | 4.28% |
| | | | 13.31% |
| | | | 1.03% |

| 500 x 500 | | |
|---|---|---|
| Claims | Burn Rate | Expense Load 1.45 |
| $ 3,587,298 | 0.98% | 1.42% |
| $ 2,486,040 | 0.62% | 0.83% |
| $ 2,038,610 | 0.44% | 0.59% |
| $ 3,401,035 | 0.73% | 0.97% |
| $ 1,699,009 | 0.38% | 0.51% |
| $ 3,358,057 | 0.78% | 1.05% |
| $ 3,055,188 | 0.96% | 1.29% |
| $ 832,499 | 0.33% | 0.44% |
| $ 1,569,582 | 1.11% | 1.49% |
| $ 2,500,000 | 1.79% | 2.39% |
| $ 329,000 | 0.25% | 0.33% |

Note: Jessel loaded 1988 year by 1.45
but all other years by 1.34 - assumedly a mistake

| Claims | Burn Rate | Expense Load |
|---|---|---|
| $ 3,587,298 | 0.98% | 1.42% |
| $ 2,486,040 | 0.62% | 0.83% |
| $ 2,038,610 | 0.44% | 0.59% |
| $ 3,401,035 | 0.73% | 0.97% |
| $ 1,699,009 | 0.38% | 0.51% |
| $ 3,358,057 | 0.78% | 1.05% |
| $ 3,287,388 | 1.04% | 1.39% |
| $ 1,062,556 | 0.42% | 0.56% |
| $ 2,558,366 | 1.81% | 2.42% |
| $ 4,412,245 | 3.15% | 4.22% |
| $ 344,325 | 0.26% | 0.35% |

TIG 161389

| Comm Load |
|---:|
| 22.00% |
| 1.74% |
| 1.02% |
| 0.72% |
| 1.19% |
| 0.62% |
| 1.28% |
| 1.57% |
| 0.53% |
| 1.81% |
| 2.92% |
| 0.41% |
| 1.08% |
| 1.74% |
| 1.02% |
| 0.72% |
| 1.19% |
| 0.62% |
| 1.28% |
| 1.69% |
| 0.68% |
| 2.96% |
| 5.15% |
| 0.43% |
| 1.12% |
| 0.03% |

TIG 161390

| Year | Premium per Ekwall | Premium Per Jessel | | |
|------|-------------------:|-------------------:|---|---|
| 1988 | $ 344,172,000 | $ 365,339,000 | | |
| 1989 | $ 393,447,000 | $ 399,018,000 | | |
| 1990 | $ 460,560,455 | $ 463,712,000 | | |
| 1991 | $ 444,914,322 | $ 467,985,000 | | |
| 1992 | $ 434,266,486 | $ 448,965,000 | | |
| 1993 | $ 388,005,103 | $ 427,951,000 | | |
| 1994 | $ 272,258,425 | $ 317,354,000 | | |
| 1995 | $ 247,929,910 | $ 254,901,000 | | |
| 1996 | $ 253,018,221 | $ 141,384,000 | | |
| 1997 | $ 312,412,018 | $ 140,000,000 | | |
| 1998 | $ | $ | | |
|      | $ 3,555,983,942 | $ 3,426,609,000 | | |

| Year | Claims Per Eval98Xs25K in 50 x 50 layer Per Ekwall and Ex VSI and MCI | Claims Per Jessel | Add MCI and VSI Data | Total for Recalculation |
|------|-----:|-----:|-----:|-----:|
| 1988 | $ 36,639,449 | $ 33,601,374 | $ | $ 33,601,374 |
| 1989 | $ 44,830,446 | $ 40,712,317 | $ | $ 40,712,317 |
| 1990 | $ 52,232,045 | $ 47,573,130 | $ | $ 47,573,130 |
| 1991 | $ 52,549,371 | $ 48,037,299 | $ | $ 48,037,299 |
| 1992 | $ 38,926,262 | $ 34,916,194 | $ | $ 34,916,194 |
| 1993 | $ 31,266,947 | $ 28,731,838 | $ | $ 28,731,838 |
| 1994 | $ 22,559,550 | $ 21,029,836 | $ 3,051,723.5 | $ 24,081,559 |
| 1995 | $ 18,323,959 | $ 16,664,575 | $ 7,277,902.1 | $ 23,942,477 |
| 1996 | $ 15,607,010 | $ 13,194,417 | $ 10,074,387.2 | $ 23,268,804 |
| 1997 | $ 10,635,734 | $ 8,976,170 | $ 10,923,647.4 | $ 19,899,817 |
| 1998 | $ 3,737,022 | $ 3,293,701 | $ 2,655,677.0 | $ 5,949,378 |
|      | $ 327,140,116 | $ 296,730,851 | $ 33,983,337.2 | $ 330,714,188 |

| Year | Claims Per Eval98Xs25K in 400 x 100 layer Per Ekwall and Ex VSI and MCI | Claims Per Jessel | Add MCI and VSI Data | Total for Recalculation |
|------|-----:|-----:|-----:|-----:|
| 1988 | $ 33,074,202 | $ 27,610,925 | $ | $ 27,610,925 |
| 1989 | $ 33,749,273 | $ 30,271,461 | $ | $ 30,271,461 |
| 1990 | $ 39,585,667 | $ 34,389,851 | $ | $ 34,389,851 |
| 1991 | $ 44,303,472 | $ 39,329,714 | $ | $ 39,329,714 |
| 1992 | $ 31,901,802 | $ 28,626,926 | $ | $ 28,626,926 |
| 1993 | $ 28,987,158 | $ 26,305,628 | $ | $ 26,305,628 |
| 1994 | $ 23,118,031 | $ 21,218,198 | $ 4,241,452 | $ 25,459,650 |
| 1995 | $ 15,219,947 | $ 13,724,114 | $ 8,453,636 | $ 22,177,750 |
| 1996 | $ 10,222,613 | $ 9,349,470 | $ 8,433,954 | $ 17,783,424 |
| 1997 | $ 6,981,548 | $ 6,520,568 | $ 6,609,555 | $ 13,130,123 |
| 1998 | $ 1,711,229 | $ 1,607,075 | $ 1,585,386 | $ 3,192,461 |
|      | $ 266,854,941 | $ 238,953,930 | $ 29,323,984 | $ 268,277,914 |

| Year | Claims Per Eval98Xs25K in 500 x 500 layer Derived - Ex VSI and MCI | Claims Per Jessel | Add MCI and VSI Data | Total for Recalculation |
|------|-----:|-----:|-----:|-----:|
| 1988 | $ 3,851,982 | $ 2,587,298 | $ | $ 2,587,298 |
| 1989 | $ 2,874,617 | $ 2,486,040 | $ | $ 2,486,040 |
| 1990 | $ 2,206,707 | $ 2,038,610 | $ | $ 2,038,610 |
| 1991 | $ 3,582,419 | $ 3,401,035 | $ | $ 3,401,035 |
| 1992 | $ 1,754,278 | $ 1,699,009 | $ | $ 1,699,009 |
| 1993 | $ 3,756,318 | $ 3,358,057 | $ | $ 3,358,057 |
| 1994 | $ 3,220,214 | $ 3,055,188 | $ 232,200 | $ 3,287,388 |
| 1995 | $ 880,272 | $ 832,499 | $ 230,057 | $ 1,062,556 |
| 1996 | $ 1,608,522 | $ 1,569,582 | $ 988,784 | $ 2,558,366 |
| 1997 | $ 2,500,000 | $ 2,500,000 | $ 1,912,245 | $ 4,412,245 |
| 1998 | $ 356,099 | $ 329,000 | $ 15,325 | $ 344,325 |
|      | $ 26,611,628 | $ 24,856,318 | $ 3,378,611 | $ 28,234,929 |

| Year | 50 x 50 | 400 x 100 | 500 x 500 |
|------|--------:|----------:|----------:|
| 1994 | $ 3,051,723 | $ 4,241,452 | $ 232,200 |
| 1995 | $ 7,277,902 | $ 8,453,636 | $ 230,057 |
| 1996 | $ 10,074,387 | $ 8,433,954 | $ 988,784 |
| 1997 | $ 10,923,647 | $ 6,609,555 | $ 1,912,245 |
| 1998 | $ 2,655,677 | $ 1,585,386 | $ 15,325 |
|      | $ 33,983,337 | | |

TIG 161391