**Unknown**

**From:** Richard Lo [RichardLo@allianceactuarial.com]
**Sent:** Monday, June 07, 2004 7:33 PM
**To:** toothman
**Subject:** RE: TIG/Trustmark - Scheduling Issues

Mike,

Thanks for the update. David Thirkill called me after you and I spoke, indicating that he has new info as a result of the settlement of a "sister case" that may affect certain numbers that we had cited in your draft expert report. His feeling is that the new info would not affect your conclusions, but we will need to revise our numbers to be consistent w/ the new info, and we may need to alter the way we say certain things in the expert report. He is sending us the new info so that we can begin to incorporate it in our work to finish the draft expert report.

I am going to get up to speed on this case starting tomorrow, so that we may work together soon to finish the draft report.

I am blocking the week of 7/12 for the NH trip. I have a few commitments during the week of 7/5, making it quite difficult for me to make it available for the trip. Let's hope that we can make the trip during the week of 7/12.

Regards,

Richard


> Richard,
>
> I spoke with Brian a few minutes ago. They do not yet have a new
> schedule.
> The first task will be to finish Jessel's deposition. Our report may
> be due as soon as a week after that. David Thirkill evidently has
> some new theories or thoughts that potentially may cause us to do
> something different with the report. Otherwise, Brian's memory is
> consistent with mine that we were making revisions after our meeting
> in NYC when we were asked to stop.
> Feel free to get yourself back up to speed on this so that you can get
> me back up to speed and we can finish this report as efficiently as possible.
>
> With regard to a trip to N.H., Brian and I agreed that he would try to
> schedule it sometime the week of July 12, so try to keep that week open.
> Any possibility your week of July 5 will free up?
>
> Will talk to you late this week or sometime next week.
>
> My best to Nora,
>
> Regards,
>
> Mike
>
> -----Original Message-----
> From: Richard Lo [mailto:RichardLo@allianceactuarial.com]
> Sent: Monday, June 07, 2004 3:14 PM
> To: toothmanmr@email.msn.com
> Subject: Re: TIG/Trustmark - Scheduling Issues
>
>
> Mike,
>
> I should be available except for the weeks of 6/14 and 7/5 for the

1

TIG 160450

```
> Manchester trip. Pls let me know once you have a tentative meeting
> schedule. Thanks.
>
> Richard
>
>
>
>> Mike:
>>
>> As I indicated in the voicemail I left for you last week, the stay of
>> the TIG/Trustmark litigation has been vacated.  Although we do not
>> know exactly when your expert report will be due, it is likely to be
>> pretty soon.
>> Please let us know what your availability is over the next 6 weeks.
>> In addition to finalizing the report, we will need to schedule a
>> meeting in Manchester NH with the client and trial counsel.
>>
>> Brian J. O'Sullivan
>> Cadwalader, Wickersham & Taft LLP
>> 100 Maiden Lane
>> New York, NY 10038
>> Tel:  (212) 504-6315
>> Fax:  (212) 504-6666
>>
>>
>>
>>
> =================================================================
> ======
> ==
>> NOTE: The information in this email is confidential and may be
>> legally privileged.  If you are not the intended recipient, you must
>> not read, use or disseminate the information; please advise the
>> sender immediately by reply email and delete this message and any
>> attachments without retaining a copy.  Although this email and any
>> attachments are believed to be free of any virus or other defect that
>> may affect any computer system into which it is received and opened,
>> it is the responsibility of the recipient to ensure that it is virus
>> free and no responsibility is accepted by Cadwalader, Wickersham &
>> Taft LLP for any loss or damage arising in any way from its use.
>>
>>
> =================================================================
> ======
> ==
>>
>>
>
>
>
>
```

TIG 160451