UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUSTMARK INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> TRUSTMARK INSURANCE COMPANY, ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIG INSURANCE COMPANY, ) <br> ) <br> Third Party Defendant. ) | Civil No. 301CV2198(PCD) <br><br><br><br> JANUARY 7, 2005 |

**TRUSTMARK INSURANCE COMPANY'S MOTION FOR EXPEDITED
CONSIDERATION OF ITS MOTION TO COMPEL DOCUMENTS
AND TESTIMONY FROM MESSRS. TOOTHMAN, LO, AND THIRKILL**

Defendant and Third Party Plaintiff, Trustmark Insurance Company ("Trustmark") hereby respectfully requests that this Court expedite the briefing and consideration of its Motion to Compel Documents and Testimony from Messrs. Toothman, Lo and Thirkill. In support of this motion, Trustmark states as follows:

1. On January 7, 2005, contemporaneous with the filing of this Motion, Trustmark served on the parties to this litigation its Motion to Compel Documents and Testimony from Messrs. Toothman, Lo and Thirkill.

2. Third party Defendant TIG Insurance Company ("TIG") continues to refuse to provide Trustmark the materials necessary to properly examine TIG's expert, Mr. Toothman,

933641.DOC

despite TIG's agreement to produce all documents on November 29, 2004 pursuant to a subpoena used for all experts, and even after Mr. Toothman's deposition on December 15, 2004. In addition, TIG refuses to allow discovery from Messrs. Lo and Thirkill, persons who collaborated with Mr. Toothman in preparing his expert report.

3.   Trustmark's counsel attempted to confer with TIG's counsel to discuss TIG's refusal, pursuant to Fed. R. Civ. Pro. 37(a)(2)(B) and Connecticut Local Rule 37(a)(2).  (*See* Affidavit of Everett J. Cygal, attached to Trustmark's Motion to Compel.)

4.   Trustmark has not delayed in filing its Combined Motion to Compel, but has presented this matter to the Court following its conference with opposing counsel pursuant to Fed. R. Civ. Pro. 37(a)(2)(B) and Connecticut Local Rule 37(a)(2).

5.   Discovery of TIG's expert was scheduled to be completed in this matter on December 15, 2004.  Trustmark is entitled to complete the deposition of TIG's expert witnesses as soon as possible.  Moreover, the discovery sought in Trustmark's Motion to Compel will impact Trustmark's Rebuttal Expert Report, due by January 14, 2005, and may also affect Trustmark's compliance with the Court's Trial Preparation Order, Part A of which is due on February 28, 2005.  As such, Trustmark requests the Court to expedite the briefing schedule and the Court's consideration of this matter.

WHEREFORE, Trustmark respectfully requests that this Court expedite its consideration of Trustmark's Motion to Compel Documents and Testimony from Messrs. Toothman, Lo and Thirkill.

Respectfully submitted,


DEFENDANT/THIRD PARTY PLAINTIFF
TRUSTMARK INSURANCE COMPANY


By: _____/s/ David R. Schaefer_____
    David R. Schaefer, Esq. (CT 04334)
    Rowena A. Moffett, Esq. (CT 19811)
    BRENNER, SALTZMAN & WALLMAN LLP
    271 Whitney Avenue
    New Haven, CT  06511
    Tel.: (203) 772-2600
    Fax: (203) 562-2098
    Email: rmoffett@bswlaw.com
           dschaefer@bswlaw.com

    David M. Spector (CT 21679)
    Paula J. Morency (CT 24740)
    Everett J. Cygal (CT 22765)
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, Illinois 60606-6473

    *Counsel for Trustmark Insurance Company*

**CERTIFICATE OF SERVICE**

I, David R. Schaefer do certify that a true and correct copy of the foregoing Trustmark Insurance Company's Motion For Expedited Consideration Of Its Motion To Compel Documents And Testimony From Messrs. Toothman, Lo And Thirkill and Memorandum Of Law in support thereof were sent by facsimile and United States mail January 7, 2005 addressed to:

Frank F. Coulom, Jr., Esq.
Marion Manzo
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Mark B. Holton, Esq.
David J. Grais, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

                                              /s/ David R. Schaefer
                                              David R. Schaefer, Esq (CT 04334)