UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                        Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>                        Defendant. | Civil No. 301CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                        Third-Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>                        Third-Party Defendant. | **January 25, 2005** |

**EMERGENCY MOTION BY TIG INSURANCE COMPANY FOR AN ORDER DIRECTING TRUSTMARK INSURANCE COMPANY TO PRODUCE ITS REBUTTAL EXPERTS FOR DEPOSITION WITHIN THIS DISTRICT**

Third Party Defendant TIG Insurance Company ("TIG") respectfully submits this Emergency Motion For An Order Directing Trustmark Insurance Company ("Trustmark") To Produce Its Rebuttal Experts For Deposition Within This District. The bases for TIG's emergency motion are as follows:

        1.     The Court's November 4, 2004 Scheduling Order provides that: (a) Trustmark was to serve its rebuttal expert reports by January 14, 2005, and (b) the close of all discovery by February 11, 2005.

NYLIB2 248344.1

2. On January 14, 2005, Trustmark served on TIG and Security Insurance Company of Hartford (Security") the reports of Trustmark's five (5) rebuttal experts (Messrs. Anthony J. Grippa, Stephen Hartigan, Wendell O. Ingraham, Richard J. Jessel and Paul C. Thomson III). Messrs. Jessel and Hartigan reside in London, England, Mr. Grippa resides in Boca Raton, Florida, Mr. Ingraham resides in Bozeman, Montana, and Mr. Thomson resides in Huntington, New York.

3. By letter dated January 19, 2005, TIG served on counsel for Trustmark notices for the depositions of each of Trustmark's "rebuttal" experts for various different dates in Stamford, Connecticut. In that same letter, counsel for TIG asked counsel for Trustmark whether they were authorized to accept service of subpoenas addressed to Trustmark's five "rebuttal" experts. This was precisely the procedure counsel for TIG followed in June 2003 with respect to Trustmark's initial experts, all of whom were produced for deposition in New York.

4. On January 21, 2005, counsel for Trustmark advised counsel for TIG, *inter alia*, that: (a) it was Trustmark's position that it was not required to produce its rebuttal experts for deposition at a location within the District of Connecticut; and (b) Trustmark would agree to produce Messrs. Grippa and Ingraham for deposition in New York on the condition that we agree to depose Messrs. Hartigan and Jessel in London, England.

5. By email dated January 24, 2005, counsel for TIG advised counsel for Trustmark that, although TIG was willing to work with counsel for Trustmark to try to reach agreement concerning the dates and locations of its five (5) rebuttal expert witnesses, its position that it would produce Messrs. Hartigan and Jessel for deposition in London was unacceptable. TIG's position is based on the "usual rule" in the Second Circuit that a plaintiff is required to

produce its witnesses, including testifying experts, for deposition in the district in which it commenced the litigation, *see, e.g., General Houses, Inc. v. Marloch Mfg. Corp.*, 239 F.2d 510, 514 (2d Cir. 1956); *Cary Oil Co., Inc. v. MG Refining & Marketing, Inc.*, 2003 U.S. LEXIS 2479 (S.D.N.Y. 2003) (testifying experts are "not truly non-parties" because, "in the event of a trial, they have contracted to travel to ... the venue in which plaintiffs brought this lawsuit"); *The Mark Andrew of the Palm Beaches, Ltd. v. GMAC Commercial Mortgage Corp.*, 2002 U.S. Dist. LEXIS 19978 (S.D.N.Y. 2002).

6. In addition, TIG's January 24, 2005 e-mail provided the foregoing authority to Trustmark's counsel and asked for confirmation that Trustmark's rebuttal experts would be produced for deposition at a location within the District of Connecticut (or, alternatively, in New York). On January 25, 2005, counsel for TIG called counsel for Trustmark and asked once again for confirmation that Trustmark would produce its rebuttal experts for deposition at a location within the District of Connecticut and/or New York. As of the filing of this motion, counsel for Trustmark has not yet confirmed that Trustmark would produce its rebuttal experts for deposition at a location within the District of Connecticut and/or New York.

7. In light of the parties' need to resolve this issue immediately so that they can schedule five "rebuttal" expert witnesses in the next 17 days, there is good cause for the Court to consider this motion on an emergency basis.

WHEREFORE, TIG respectfully requests that the Court grant TIG's Emergency Motion and order Trustmark to produce each of its five rebuttal expert witnesses for deposition at a location within the District of Connecticut on dates that are mutually agreeable to the parties and the witnesses.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY


By: /s/ J. Daniel Sagarin
J. Daniel Sagarin    CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800


-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on January 25, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT  06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>Kathryn E. Nealon, Esq.<br>Ayn B. Ducao, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY  10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY  10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT  06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Amy M. Rubenstein, Esq.<br>Paula J. Morency, Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>John A. Bannon, Esq.<br>Roger Pascal, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL  60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
David A. Slossberg