UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 3:01-CV-2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | January 27, 2005 |

**DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF TIG INSURANCE COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO TRUSTMARK INSURANCE COMPANY'S MOTION TO COMPEL DOCUMENTS AND TESTIMONY FROM MESSRS. TOOTHMAN, LO AND THIRKILL**

BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

1. I am an attorney at Cadwalader, Wickersham & Taft LLP, counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG's Memorandum of Law in Opposition to Trustmark Insurance Company's ("Trustmark") Motion to Compel Documents and Testimony from Messrs. Toothman, Lo and Thirkill.

NYLIB2 248795.1

2. Attached hereto as Exhibit A hereto is the Report of Michael L. Toothman, dated November 19, 2004.

3. Attached hereto as Exhibit B hereto is the Deposition of Michael L Toothman, dated December 15, 2004.

4. Attached as Exhibit C hereto is an excerpt from the Rebuttal Report of Paul C. Thomson III, dated January 14, 2005.

5. Attached as Exhibit D hereto is the Richard Jessel errata to his July 2, 2003 deposition.

6. Attached as Exhibit E hereto is an excerpt from the Deposition of Richard J. Jessel, dated November 5, 2004.

7. Attached as Exhibit F hereto is the Rebuttal Report of Richard J. Jessel, dated January 14, 2005.

8. Attached as Exhibit G hereto is an excerpt from the Deposition of George Gottheimer, Jr., dated July 3, 2003.

9. Attached as Exhibit H hereto is an excerpt from the Deposition of Paul C. Thomson III, dated July 8, 2003.

NYLIB2 248795.1

Executed on: January 27, 2005.

By: _____
Brian J. O'Sullivan

NYLIB2 248795.1

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Paula J. Morency, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
David A. Slossberg