**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,                     )<br>                                                                                      )<br>            Plaintiff,                                                      )<br>                                                                                      )<br>    v.                                                                            )<br>                                                                                      )<br>TRUSTMARK INSURANCE COMPANY,           )<br>                                                                                      )<br>            Defendant.                                                  )<br>_____)<br>                                                                                      )<br>TRUSTMARK INSURANCE COMPANY,           )<br>                                                                                      )<br>            Third Party Plaintiff,                              )<br>                                                                                      )<br>    v.                                                                            )<br>                                                                                      )<br>TIG INSURANCE COMPANY,                             )<br>                                                                                      )<br>            Third Party Defendant.                          ) | Civil No. 301CV2198(PCD)<br><br><br><br><br>FEBRUARY 2, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Paula J. Morency as counsel of record for defendant Trustmark Insurance Company. David Spector, Roger Pascal, John Bannon, Everett Cygal, Sharon Doherty, and Amy Rubenstein of Schiff Hardin LLP, as well as attorneys from Brenner, Saltzman & Wallman LLP, continue to represent Trustmark and no hardship will be caused by this withdrawal.

943730.DOC

-2-

Trustmark has received actual notice by certified mail of the instant motion to withdraw.

        Respectfully submitted,

        DEFENDANT/THIRD PARTY PLAINTIFF
        TRUSTMARK INSURANCE COMPANY

By:    /s/ Rowena A. Moffett
        Rowena A. Moffett, Esq. (CT 19811)
        BRENNER, SALTZMAN & WALLMAN LLP
        271 Whitney Avenue
        New Haven, CT  06511
        Tel.: (203) 772-2600
        Fax: (203) 562-2098
        Email: rmoffett@bswlaw.com

        David M. Spector (CT 21679)
        Roger Pascal (CT 26488)
        John A. Bannon (CT 26489)
        Everett J. Cygal (CT 22765)
        SCHIFF HARDIN LLP
        6600 Sears Tower
        Chicago, Illinois 60606-6473

        *Counsel for Trustmark Insurance Company*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 2nd day of January, 2005 upon:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092

**Counsel for Plaintiff Security Insurance Company of Hartford**

Daniel J. Sagarin, Esq.
David A. Slossberg. Esq.
HURWITZ & SAGARIN, LLC
147 N. Broad Street
Milford, CT 06560

Harry P. Cohen. Esq.
Brian J. O'Sullivan, Esq.
CADWALADER, WICKERSHAM & TAFT
100 Maiden Lane
New York, NY 10038

**Counsel for Third-Party Defendant TIG Insurance Company**

                                                         /s/ Rowena A. Moffett
                                          Rowena A. Moffett, Esq. (CT 19811)