UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Civil No. 301CV2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>　　　　　　　Third-Party Defendant. | February 4, 2005 |

**NOTICE OF WITHDRAWAL OF TIG INSURANCE COMPANY'S
EMERGENCY MOTION FOR AN ORDER DIRECTING
TRUSTMARK INSURANCE COMPANY TO PRODUCE ITS
REBUTTAL EXPERTS FOR DEPOSITION WITHIN THIS DISTRICT**

On January 25, 2005, third party defendant TIG Insurance Company ("TIG") filed an Emergency Motion For An Order Directing Trustmark Insurance Company To Produce Its Rebuttal Experts For Deposition Within This District. The parties have since resolved this dispute, thereby rendering TIG's emergency motion moot.

WHEREFORE, TIG hereby withdraws its Emergency Motion For An Order Directing Trustmark Insurance Company To Produce Its Rebuttal Experts For Deposition Within This District.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY

By: /s/ David Slossberg
J. Daniel Sagarin   CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Paula J. Morency, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_/s/ David A. Slossberg_
David A. Slossberg