UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF  :
HARTFORD,                      :
                               :   CIVIL NO. 301CV2198(PCD)
            Plaintiff,         :
                               :
      v.                       :
                               :
TRUSTMARK INSURANCE COMPANY,   :
                               :
            Defendant.         :
                               :
------------------------------------------------------------x
TRUSTMARK INSURANCE COMPANY,   :
                               :
            Third Party Plaintiff, :
                               :
      v.                       :
                               :
TIG INSURANCE COMPANY,         :
                               :
            Third Party Defendant. :
                               :   FEBRUARY 7, 2005
------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 2(d) of the Local Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves for the admission *pro hac vice* of Lee D. Vartan as counsel for the defendant in this case. In support thereof, the undersigned represents as follows:

1.   Mr. Vartan is an attorney with Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, NY 10019.

2.   Mr. Vartan is a member in good standing of the bar of the State of New York.

3.  Mr. Vartan has not been denied admission or disciplined by this Court or any other courts.

4.  An affidavit from Mr. Vartan is attached hereto.

WHEREFORE, the undersigned moves for the admission of Lee D. Vartan *pro hac vice* and for such other and further relief as the court deems just and proper.

Respectfully Submitted,

SECURITY INSURANCE
COMPANY
OF HARTFORD

By _____
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: fcoulom@rc.com
mmanzo@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, to the following on this 7th day of February, 2005:

Paula Morency, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Marion B. Manzo

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF : 
HARTFORD, :
: **CIVIL NO. 301CV2198(PCD)**
        Plaintiff, :
:
   v. :
:
TRUSTMARK INSURANCE COMPANY, :
:
        Defendant. :
:
------------------------------------------------------------x
TRUSTMARK INSURANCE COMPANY, :
:
        Third Party Plaintiff, :
:
   v. :
:
TIG INSURANCE COMPANY, :
:
        Third Party Defendant. :
:
------------------------------------------------------------x

### AFFIDAVIT OF LEE D. VARTAN

STATE OF NEW YORK  )
                          : ss.:
COUNTY OF NEW YORK  )

        LEE D. VARTAN, having been duly sworn, deposes and states:

    1.    I am an associate at the firm of Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, New York 10019-6092. Pursuant to Local Civil Rule of Procedure 83.1(d)(1), I submit this affidavit in support of the motion for my admission *pro hac vice* in this action.

    2.    My office contact information is as follows:

        (a)       telephone number: (212) 259-8324;

        (b)       fax number: (212) 259-6333; and

        (c)       e-mail address: lvartan@deweyballantine.com.

3.       I am a member in good standing of the bar of the State of New York.

4.       I have not been denied admission or disciplined by this Court or any other court.

5.       I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
LEE D. VARTAN

Sworn to before me this
19 day of January, 2005.

_____
Notary Public

LISA C. COOMS
NOTARY PUBLIC, State of New York
No. 01CO6099262
Qualified in New York County
Commission Expires September 29, 2007

2