②          Continue wording ¶s: 2-4
                                   23, 25-27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..................................................

SECURITY INSURANCE COMPANY OF HARTFORD,

                Plaintiff

    -against-                    No. 301CV2198(PDC)

TRUSTMARK INSURANCE COMPANY,

                Defendant

..................................................

TRUSTMARK INSURANCE COMPANY,

                Third-Party Plaintiff

    -against-

TIG INSURANCE COMPANY,

                Third-Part Defendant

..................................................

**REPORT OF
MICHAEL L. TOOTHMAN
FCAS, MAAA, FCA, FCIA**

### Introduction

1.    I have been engaged by Respondents to provide my opinions on the matters set out in this report. My background and qualifications are set out in **Appendix A** hereto.



TIG 159132

### Scope of Assignment

2. I have been asked to review the with a view, specifically, to considering the rate levels set by Centaur for these accounts

~~The Relevant Contracts~~ BACKGROUND

3. The four excess-of-loss layers were each swing-rated, meaning that the premium for each annual period under each contract would be adjusted annually based upon the losses incurred for each annual period. In particular, the premium for each layer was to be calculated as 100/70ths of Incurred Losses, subject to the Minimum and Maximum Premiums shown in the table below. Under each of these contracts, the final premium adjustment was to occur 96 months after the inception of each annual policy period.

4. The total premium for the three burning cost contracts written by Centaur is therefore 4.25% of Subject Premium and the total swing covered is 12.25%. Therefore, if the rates adjust to the maximum, the loss ratio on the three Burning Cost contracts taken together would be 288% (12.25/4.25). *produce for Trustmark*

**Opinion I:** Based on Mr. Ekwall's own pricing analysis for the 1999 Treaty, ~~Trustmark~~ he expected for the 1999 underwriting year to ~~achieve~~ produce a significant loss gross of retrocession reinsurance, a significant profit net of retrocession reinsurance, and an extremely high loss ratio of nearly 500% to ~~their~~ Trustmark's retrocessional reinsurers.

[marginalia: DONE]

5. The burn rates determined by Mr. Ekwall would produce a loss ratio of 177% gross of retrocession reinsurance. However, Trustmark planned to achieve a net loss ratio of 36% after retrocession reinsurance, resulting in a significant underwriting profit for Trustmark. Mr. Ekwall planned this result by retroceding the majority of the underpriced business to its retrocessaires at extremely favorable retrocessional rates. The retrocessaires, as a result, would suffer an extremely high loss ratio of 479% as planned by Mr. Ekwall for the business they assumed from Trustmark. (See Exhibit I)

[marginalia: out what years of data?; finale]

6. The Treaty's actual results of ~~the~~ in 1999 underwriting year were ~~largely~~ not in consistent with Mr. Ekwall's planned results. Trustmark's loss ratio gross of retrocession of 227% was reduced to 82% net of retrocession, leaving the retrocessaires with a extremely poor loss ratio of 540% (Exhibit I). (A) In particular, Trustmark shows a net underwriting profit despite a large gross underwriting loss As shown on Exhibit I

[marginalia: DONE; DONE]

**Opinion II:** Mr. Ekwall's pricing analysis contains several methodological and other flaws. Correcting these flaws would have increased his indicated burn rates. [These errors are consistent with an underwriter who was not concerned with the gross profitability of the business.]

[marginalia: DONE; move to ¶7; last support]

7. The loss development triangles created by Mr. Ekwall for the $900,000 excess of $100,000 layer and the $50,000 excess of $50,000 contain two data errors. The data errors are in the 84-month point for years 1990 and 1992. These errors have impacted Mr.

*(Refer to Tom Conway's report)* [handwritten]

Ekwall's loss development factor calculations and thus have distorted his burn rate calculations, although the error is not considered material.

8. The earned premium data entered by Mr. Ekwall contain an error in the 1997 year. The erroneous amount of $312,412,018 was approximately 4% higher than the correct amount of $300,419,074, which was provided in the Placement Material. This transcribing error would understate Mr. Ekwall's calculated burn rate for 1997.

9. Mr. Ekwall incorrectly calculates the loss development factors for the development periods of 12 to 24 months, 24 to 36 months, 36 to 48 months, and 48 to 60 months. Mr. Ekwall used a 3-month diagonal as if it were a 12-month diagonal. This would result in understating the loss development factors Mr. Ekwall used in his burn rate calculations.

10. The loss development factors that Mr. Ekwall used in his initial [Dec. 1998] burn rate analysis do not appear to be reasonable for most development ages The factors are inconsistent with those underlying TIG's loss development data which Mr. Ekwall had access to. These factors are *also* internally inconsistent. As an illustration, for the $900,000 excess of $100,000 layer, Mr. Ekwall used the same 1.62 factor for **both** 1993 and 1994 to develop their losses. One would expect the factor used to develop the 1993 losses to be smaller since the 1993 losses are more mature in its development stage. Mr. Ekwall did not provide any indication how these loss development factors were derived.

11. The loss development factors that Mr. Ekwall used in his final [August 1999] burn rate analysis are much different from his initial factors. While his factors for the $50,000 excess of $50,000 layer appear to be consistent with the underlying TIG loss development data, his factors for the $900,000 excess of $100,000 layer appear materially understated when compared with TIG's underlying loss development data. Mr. Ekwall's burn rate analysis would have been distorted downward resulting in inadequate pricing indication for this layer. (Exhibit II, Sheets 1 and 2)

12. Mr. Ekwall did not provide any support to justify the level of the discount factors that he used to discount the projected losses. Nor did he support the trend factors used in his analysis. The trend factors appear unreasonably low if he intended them to be loss trend. It appears that Mr. Ekwall used a trend factor of 2% per annum to trend his projected losses to the period underlying the TIG Treaty. However, the trend factors Mr. Ekwall should increase geometrically rather than arithmetically as appear in Mr. Ekwall's pricing analysis.

*[handwritten: 2/ primary 4 and discussion / further discussion / check]*

13. [Aug '99] [Dec 1998] Mr. Ekwall's **final** burn rate analysis was performed with complete data after he added the VSI claim data. One would expect that the burn rate indications from Mr. Ekwall's final analysis would be higher than those from his **initial** analysis since Mr. Ekwall's initial analysis was performed without the VSI claim data. However, Mr. Ekwall's **final** analysis produces **lower** indicated burn rates than his **initial** analysis. *[delete]*

14. The rate charged by Mr. Ekwall is higher than his indicated rates for both the $900,000 excess $100,000 layer and the $400,000 excess of $100,000 layer. *[delete]*

*[handwritten: Comparing Ekwall's Sis. pattern to KPA (Ekwall did that) 900 x/s 100]*

TIG 159134

*Revise wording*   *Delete*

**Opinion III:** TIG's Workers Compensation book of business exhibits more rapid loss development patterns than is true for the industry as a whole. Possible explanations for this difference would be a greater proportion of low hazard groups within the TIG book, more adequate case reserving, and superior claims handling.

15. Mike, seeExhibit III. TIG's reported and paid patterns appear slower in the earlier development periods, up to 36 months. They do taper off faster afterward.

**Opinion IV:** Information from both the 1998 and 1999 Placement Materials would cause any knowledgeable underwriter to find implausible an unsupported assertion that TIG's four business segments would have similar loss development patterns, particularly for an excess layer.

16. Differences include mix by state, by hazard group, by average premium size and by industry group. Also different claims staffs and no common claims philosophy.   *Expand*

17. BE CAREFUL: We have assumed in our own reserve projections that Alternative Markets and MCI segments would have same development pattern as TIG Agency. We have assumed that VSI would follow an industry development pattern.

*ok* / *delete*

**Opinion V:** When correctly analyzed, the "missing data" discussed by Mr. Jessel in his report actually has a minimal impact on the necessary rate, consistent with Mr. Ekwall's testimony.

18. Jessel was unable to explain how he derived his estimates of the effect of the missing data (See page 6 of his report.)

19. On the basis of Mr. Jewell's testimony, I reconstructed his analysis to replicate his burn rate indications for the $50,000 excess of $50,000 layer, the $400,000 excess of $100,000 layer, and the $500,000 excess layer. I replicated his indicated burn rates of 13.81%, 12.29%, and 1.16% respectively for the $50,000 excess of $50,000 layer, the $400,000 excess of $100,000 layer, and the $500,000 excess layer. In the process of replicating his analysis, some errors were detected. First, the 13.81% rate for the $50,000 excess of $50,000 layer was incorrectly shown as 1.89% in his table. Mr. Jewell also made a calculation error in the $500,000 excess of $500,000 layer for years 1989-1998. His erroneous burn rate of 1.08% is corrected in my replication analysis.

20. Mr. Jewell did not provide any documentation in his analysis of the impact of the "missing data" in his analysis. Since I successfully replicated Mr. Jewell's analysis with "missing data", I was able to add in the "missing data", i.e., the MCI and VSI data according to Mr. Jewell's testimony, in order to estimate the impact of the "missing data" to the burn rate indications. The burn rates with the "missing data" added are 14.59%, 13.31%, and 1.19% respectively for the $50,000 excess of $50,000 layer, the $400,000

TIG 159135

excess of $100,000 layer, and the $500,000 excess layer. *Therefore* the impact of the "missing data" is 0.78%, 1.03%, and 0.04% respectively for the $50,000 excess of $50,000 layer, the $400,000 excess of $100,000 layer, and the $500,000 excess layer. This result is quite different from Mr. Jewell's claimed effect of missing data of 5.92%, 4.89%, and 0.58% respectively. (Exhibit IV)

21. Cite the relevant portions of Ekwall's testimony.

**Opinion IX: The reduction of TIG's net retention from $1,000,000 to $100,000 would reduce TIG's aggregate loss exposure by approximately 25%.**

*[handwritten: Allocation of losses — 25% to final 100K; 25% to 100K - 1M layer]*

22. This assessment is based on my analysis of the excess loss statistics published by the National Council on Compensation Insurance ("NCCI"). NCCI is a national workers compensation statistical and rating association that promulgates advisory loss rates for its member insurance companies. NCCI publishes excess loss and loss expense factors ("ELFs") and excess loss and loss expense pure premium factors ("ELPPFs") by state where it has jurisdictions.

23. I have obtained from NCCI the ELPPFs and ELFs that were in effect in December of 1997 for the states in which NCCI made rate filings. That information is attached as **Appendix B**. Data was provided for 37 states. ELPPFs were available for thirty states, and ELFs were available for nine states (For two states, Indiana and Rhode Island, both ELPPFs ad ELFs were published.) For one state, Missouri, ELPPFs are shown for a loss limit of $10,000. In all other states, the ELPPFs or ELFs begin at a loss limit of $25,000.

*[handwritten: leave in]*

24. The ELFs and ELPPFs can be used to measure the distribution of loss by size of loss. I analyzed the ELFs and ELPPFs for Hazard Groups II and III, which I understand represent the majority of TIG's workers compensation exposures. My analysis reveals that on average the reduction of loss retention from $1 million to $100,000 would reduce the aggregate loss exposure by approximately 25% for Hazard Group II and III combined assuming a 70-30 split between Hazard Groups II and III. (Exhibit V)

25. *[handwritten: Delete]* Any underwriter of excess workers' compensation business (both direct and reinsurance) should be familiar with ELPPFs and ELFs and how they are used in rating risks.

26. *[handwritten: delete]* Any underwriter of excess worker' compensation business should have been aware of data such as that described above. It is clear that Centaur was aware of such data. At the very least, as an underwriter of excess workers' compensation business, it was absolutely essential that Centaur avail itself of such data, and it certainly should have done so.

27. *[handwritten: Delete]* Based on the information cited in paragraphs 16-22 above, it is my opinion that as of December 1997 Centaur knew, or at the very least should have known, that the minimum rates on which it wrote the Unicover contracts were inadequate beyond any reasonable expectations, that the maximum rates on which it wrote the Unicover contracts were such that those contracts were likely to adjust in full, and that the Unicover contracts written by Centaur were bound to be unprofitable on a gross basis.

*[handwritten: Opinion X Add opinion about % of claim count that impacts claims > 100K    1994-97    9D → end]*

TIG 159136

**Opinion ~~VII~~ VI:** Virginia Surety Loss Comparison for Accident years 1994 – 1997, based on data in Placement Materials and then on current data.

28. Using data as of 12/31/02, I projected VSI's ultimate losses for accident years 1994-1997. My projected ultimate losses for the four year period of $167.3 million is only $1.1 million, or 0.7% higher than the ultimate loss of $166.2 million shown in the Placement Materials, which was based on data (as) of 6/30/98. This updated analysis validates that the ultimate loss data shown in the Placement material for VSI is a true representation of the loss exposures for the four year period. (Exhibit VI, Sheets 1 to 7)

*[handwritten]:* In aggregate the reserves established at 6/30/98 for these years were reasonably stated.

**Opinion VIII:** ~~Critique of Gottheimer's paragraph~~ beginning at ~~bottom of page 11 of his report.~~ — *[handwritten]* First opinion from Affidavit (as of date)

29. BELIEVE WE DECIDED NOT TO INCLUDE THIS IN MY REPORT

Signed: _____

Date: _____

*[handwritten]:* Opinion XI. I was asked to assume that . . . . (version from Opinion I)

TIG 159137

Exhibit 1

# 1999 TIG Treaty
## Underwriting Year 1999 Loss Ratios

|  | [1] Underlying Mr. Ekwall's Pricing Analysis | [2] 1999 Actual |
|---|---:|---:|
| Premium From Buy Down (net of fees etc) | $ 43,306,302 | $ 42,791,667 |
| Claims | $ 76,674,719 | $ 97,112,106 |
| Trustmark Gross Loss Ratio | 177% | 227% |
| Premium (net of International Cession) | $ 29,514,980 | $ 29,268,664 |
| Claims (net of International Cession) | $ 10,630,574 | $ 24,069,333 |
| Trustmark Net Loss Ratio | 36% | 82% |
| Premium | $ 13,791,322 | $ 13,523,003 |
| Claims | $ 66,044,145 | $ 73,042,773 |
| International Treaty Loss Ratio | 479% | 540% |

[1] Based on Mr. Ekwall's pricing analysis for the 1999 TIG Treaty (Doc. Reference)
[2] Actual TIG Treaty results (Doc. Reference)

Handwritten annotations:
- "Based on 1988-97 data" / "to 1990-96"
- "1991-97 / 1990-96"  14.7%
- 34%
- 451%
- "100% of your?"
- "Ignores the impact of the Variable Quota Share, which only improves Trustmark's net result"

7/29/2003

Exhibit H, Sheet 1

**TIG Workers' Compensation**
**$900,000 Excess of $100,000**
**Valuation Date: 3/31/98**
**Cumulative Reported Loss and ALAE Triangle (Corrected)**

| Accident Period Ending | Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | 344,172,000 | | | | | | | | | | | 33,346,375 |
| 12/31/1989 | 398,447,000 | | | | | | | | | | 32,346,887 | |
| 12/31/1990 | 460,560,455 | | | | | | | | | 31,337,873 | 32,682,983 | |
| 12/31/1991 | 444,914,322 | | | | | | | | 30,434,133 | 31,773,517 | | |
| 12/31/1992 | 434,266,488 | | | | | | | 30,040,702 | 30,646,558 | 32,481,010 | | |
| 12/31/1993 | 388,005,103 | | | | 32,703,032 | 34,710,213 | 30,653,469 | 30,646,658 | 31,773,201 | 38,683,181 | | |
| 12/31/1994 | 272,258,425 | | 14,225,421 | 18,253,186 | 23,397,861 | 37,824,557 | 36,881,385 | 37,646,062 | 38,383,201 | | | |
| 12/31/1995 | 247,929,910 | 5,212,680 | 8,802,110 | 18,707,317 | 22,617,209 | 27,924,332 | 41,474,341 | 42,748,996 | 42,930,788 | | | |
| 12/31/1996 | 233,018,221 | 3,618,548 | 6,297,973 | 14,223,512 | 22,440,737 | 25,646,514 | 29,518,110 | 38,917,879 | | | | |
| 12/31/1997 | 2,765,587 | 4,795,222 | 8,326,259 | 8,872,926 | 17,943,618 | 26,506,445 | | | | | | |
| 12/31/1998 | 312,412,018 | 3,704,357 | 5,936,722 | 5,716,269 | | | | | | | | |

Numbers in RED are as of 3/31/98

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | | | | | | | 1.013 | 1.030 | 1.032 | | |
| 12/31/1989 | | | | | | 1.000 | 1.037 | 1.022 | 1.006 | | |
| 12/31/1990 | | | | | 1.063 | 1.026 | 1.014 | 1.008 | | | |
| 12/31/1991 | | | | 1.157 | 1.096 | 1.031 | 1.004 | | | | |
| 12/31/1992 | | | 1.282 | 1.193 | 1.057 | 1.013 | | | | | |
| 12/31/1993 | | 1.315 | 1.209 | 1.134 | 1.034 | | | | | | |
| 12/31/1994 | 1.689 | 1.616 | 1.226 | 1.029 | | | | | | | |
| 12/31/1995 | 1.740 | 1.322 | 1.056 | | | | | | | | |
| 12/31/1996 | 1.734 | 1.192 | | | | | | | | | |
| 12/31/1997 | 1.603 | | | | | | | | | | |

Factors in RED are for just 3 months of development

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 1.688 | 1.377 | 1.215 | 1.137 | 1.066 | 1.019 | 1.016 | 1.019 | 1.019 | 1.013 | 1.096 |
| Wtd x @3/98 | 1.716 | 1.407 | 1.240 | 1.161 | 1.074 | 1.021 | 1.037 | 1.026 | 1.032 | 1.013 | 1.096 |
| Simple [All] | 1.691 | 1.361 | 1.196 | 1.128 | 1.062 | 1.018 | 1.017 | 1.020 | 1.019 | 1.013 | 1.096 |
| Simple x @3/98 | 1.721 | 1.418 | 1.239 | 1.161 | 1.072 | 1.019 | 1.021 | 1.026 | 1.032 | 1.013 | 1.096 |
| Industry - RAA | 2.486 | 1.450 | 1.250 | 1.107 | 1.055 | 1.045 | 1.038 | 1.032 | 1.027 | 1.023 | 1.154 |

**Age-to-Ult. Factor based on Averages**

| | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 4.096 | 2.426 | 1.762 | 1.450 | 1.275 | 1.197 | 1.174 | 1.156 | 1.134 | 1.113 | 1.096 |
| Wtd x @3/98 | 4.582 | 2.671 | 1.899 | 1.531 | 1.319 | 1.228 | 1.203 | 1.179 | 1.149 | 1.113 | 1.096 |
| Simple [All] | 3.952 | 2.337 | 1.717 | 1.436 | 1.273 | 1.198 | 1.177 | 1.157 | 1.135 | 1.113 | 1.096 |
| Simple x @3/98 | 4.618 | 2.683 | 1.893 | 1.528 | 1.315 | 1.227 | 1.204 | 1.179 | 1.149 | 1.113 | 1.096 |
| Industry - RAA | 7.147 | 2.875 | 1.982 | 1.586 | 1.432 | 1.358 | 1.299 | 1.252 | 1.213 | 1.181 | 1.154 |

**Interpolated Age-to-Ult. Factor**

| | 21 | 33 | 45 | 57 | 69 | 81 | 93 | 105 | 117 | 129 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 2.70 | 1.89 | 1.52 | 1.31 | 1.22 | 1.18 | 1.16 | 1.14 | 1.13 | 1.10 |
| Wtd x @3/98 | 2.98 | 2.05 | 1.61 | 1.37 | 1.25 | 1.21 | 1.18 | 1.16 | 1.12 | 1.10 |
| Simple [All] | 2.60 | 1.84 | 1.59 | 1.37 | 1.22 | 1.18 | 1.16 | 1.14 | 1.12 | 1.10 |
| Simple x @3/98 | 3.00 | 2.04 | 1.61 | 1.36 | 1.25 | 1.21 | 1.19 | 1.16 | 1.12 | 1.10 |
| Industry - RAA | 3.38 | 2.15 | 1.67 | 1.47 | 1.38 | 1.31 | 1.26 | 1.22 | 1.19 | 1.16 |
| | 2.43 | 1.80 | 1.70 | 1.62 | 1.43 | 1.55 | 1.51 | 1.45 | 1.40 | 1.37 |

Dec 1998

Ekwall [illegible] Age-to-Ult. Factor
Ekwall [illegible] Age-to-Ult. Factor
Aug 99

7/30/2003

Exhil_ExcessLDFs_TIGvsEkwall

**TIG 159139**

Exhibit II, Sheet 2

**TIG Workers' Compensation**
**$50,000 Excess of $50,000**
**Valuation Date: 3/31/98**
**Cumulative Reported Loss and ALAE Triangle (Corrected)**

| Accident Period Ending | Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | 344,172,000 | | | | | | | | 35,502,998 | 35,774,997 | 35,685,755 | 35,795,718 |
| 12/31/1989 | 398,447,000 | | | | | | 42,884,085 | 42,667,459 | 42,747,183 | 42,652,086 | 42,728,240 | |
| 12/31/1990 | 460,560,455 | | | | | 48,432,526 | 49,286,845 | | 49,920,024 | 49,899,661 | | |
| 12/31/1991 | 444,914,322 | | | | 47,882,992 | 48,912,533 | 49,142,709 | 49,642,063 | 49,604,368 | | | |
| 12/31/1992 | 434,266,488 | | | 31,473,784 | 33,452,247 | 34,691,828 | 34,603,221 | | | | | |
| 12/31/1993 | 388,005,103 | | 19,981,487 | 24,514,821 | 26,059,460 | 26,643,001 | 26,971,240 | | | | | |
| 12/31/1994 | 272,258,425 | 5,281,146 | 13,321,572 | 17,899,629 | 18,955,564 | 18,881,992 | | | | | | |
| 12/31/1995 | 247,929,910 | 4,056,521 | 9,792,204 | 12,741,986 | 12,785,219 | | | | | | | |
| 12/31/1996 | 253,018,221 | 3,002,413 | 7,964,068 | 8,754,071 | | | | | | | | |
| 12/31/1997 | 312,412,018 | 2,778,019 | 4,048,631 | | | | | | | | | |
| 12/31/1998 | | | | | | | | | | | | |

Numbers in RED are as of 3/31/98

**Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/1988 | | | | | | | 1.005 | 1.002 | 0.998 | 1.002 | 1.000 |
| 12/31/1989 | | | | | | 0.995 | 1.002 | 0.998 | 1.000 | | 1.000 |
| 12/31/1990 | | | | | 1.018 | 1.012 | 1.001 | 1.000 | | | 1.000 |
| 12/31/1991 | | | | 1.022 | 1.005 | 1.010 | 0.999 | | | | 1.000 |
| 12/31/1992 | | 1.227 | 1.063 | 1.037 | 0.997 | 1.005 | | | | | 1.000 |
| 12/31/1993 | 2.522 | 1.344 | 1.063 | 1.019 | 1.012 | | | | | | 1.154 |
| 12/31/1994 | 2.414 | 1.301 | 1.047 | 1.022 | | | | | | | |
| 12/31/1995 | 2.653 | 1.099 | 1.059 | 0.996 | | | | | | | |
| 12/31/1996 | 1.457 | | 1.003 | | | | | | | | |
| 12/31/1997 | | | | | | | | | | | |

Factors in RED are for just 3 months of development

**Average Age-to-Age Factors**

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to 120 | 120 to 132 | 132 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 2.323 | 1.252 | 1.053 | 1.022 | 1.008 | 1.006 | 1.002 | 1.000 | 1.000 | 1.000 | 1.000 |
| Wtd x @3/98 | 2.518 | 1.280 | 1.062 | 1.027 | 1.008 | 1.006 | 1.002 | 1.000 | 0.998 | 1.000 | 1.000 |
| Simple [All] | 2.262 | 1.243 | 1.047 | 1.019 | 1.008 | 1.005 | 1.002 | 1.000 | 1.000 | 1.000 | 1.000 |
| Simple x @3/98 | 2.530 | 1.291 | 1.062 | 1.027 | 1.007 | 1.006 | 1.000 | 0.998 | 0.998 | 1.000 | 1.000 |
| Industry - RAA | 2.486 | 1.450 | 1.250 | 1.107 | 1.055 | 1.045 | 1.038 | 1.032 | 1.027 | 1.023 | 1.154 |

**Age-to-Ult. Factor based on Averages**

| | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 3.179 | 1.368 | 1.093 | 1.038 | 1.015 | 1.007 | 1.001 | 1.000 | 1.000 | 1.000 | 1.000 |
| Wtd x @3/98 | 3.562 | 1.414 | 1.105 | 1.040 | 1.014 | 1.006 | 1.000 | 0.997 | 0.998 | 1.000 | 1.000 |
| Simple [All] | 3.044 | 1.346 | 1.083 | 1.034 | 1.015 | 1.007 | 1.001 | 1.000 | 1.000 | 1.000 | 1.000 |
| Simple x @3/98 | 3.604 | 1.425 | 1.104 | 1.040 | 1.013 | 1.006 | 1.000 | 0.998 | 0.998 | 1.000 | 1.000 |
| Industry - RAA | 6.053 | 2.435 | 1.679 | 1.343 | 1.213 | 1.150 | 1.100 | 1.060 | 1.027 | 1.023 | 1.154 |

**Interpolated Age-to-Ult. Factor**

| | 21 | 33 | 45 | 57 | 69 | 81 | 93 | 105 | 117 | 129 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wtd [All] | 1.60 | 1.15 | 1.03 | 1.02 | 1.01 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Wtd x @3/98 | 1.67 | 1.17 | 1.06 | 1.02 | 1.01 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Simple [All] | 1.56 | 1.14 | 1.05 | 1.02 | 1.01 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | |
| Simple x @3/98 | 1.68 | 1.17 | 1.06 | 1.02 | 1.01 | 1.00 | 1.00 | 1.00 | 1.01 | 1.00 | |
| Industry - RAA | 2.86 | 1.82 | 1.41 | 1.24 | 1.17 | 1.11 | 1.07 | 1.04 | 1.01 | 1.00 | |

| Ekwall Initial Age-to-Ult. Factor | 1.07 | 1.31 | 1.20 | 1.16 | 1.12 | 1.12 | 1.10 | 1.07 | 1.00 | 1.00 | |
| Ekwall Final Age-to-Ult. Factor | | | | | | | | | | | |

7/30/2003

ExhII_ExcessLDFs_TIGvsEkwall

**TIG 159140**

Exhibit III

Workers Compensation
Valuation Date: 12/31/2002
Comparison of TIG's Loss Development Patterns with NCCI's Loss development Patterns

Reported Ultimate Loss Development Factors

| Segment | 12 to Ult | 24 to Ult | 36 to Ult | 48 to Ult | 60 to Ult | 72 to Ult | 84 to Ult | 96 to Ult | 108 to Ult | 120 to Ult | 132 to Ult | 144 to Ult | 156 to Ult | 168 to Ult | 180 to Ult | 192 to Ult | 204 to Ult | 216 to Ult | 228 to Ult | 240 to Ult | 252 to Ult | 264 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Total | 2.343 | 1.444 | 1.229 | 1.118 | 1.082 | 1.054 | 1.044 | 1.036 | 1.029 | 1.023 | 1.018 | 1.014 | 1.011 | 1.009 | 1.007 | 1.005 | 1.004 | 1.003 | 1.002 | 1.001 | 1.000 | 1.000 |
| NCCI | 1.806 | 1.310 | 1.197 | 1.154 | 1.134 | 1.121 | 1.112 | 1.105 | | | | | | | | | | | | | | |

Percent Reported Factors

| Segment | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | 156 | 168 | 180 | 192 | 204 | 216 | 228 | 240 | 252 | 264 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Total | 42.7% | 69.2% | 81.3% | 89.5% | 92.4% | 94.9% | 95.8% | 96.5% | 97.1% | 97.7% | 98.2% | 98.6% | 98.9% | 99.2% | 99.3% | 99.5% | 99.6% | 99.7% | 99.8% | 99.9% | 100% | 100% |
| NCCI | 55.4% | 76.4% | 83.5% | 86.6% | 88.2% | 89.2% | 90.0% | 90.5% | | | | | | | | | | | | | | |

Paid Ultimate Loss Development Factors

| Segment | 12 to Ult | 24 to Ult | 36 to Ult | 48 to Ult | 60 to Ult | 72 to Ult | 84 to Ult | 96 to Ult | 108 to Ult | 120 to Ult | 132 to Ult | 144 to Ult | 156 to Ult | 168 to Ult | 180 to Ult | 192 to Ult | 204 to Ult | 216 to Ult | 228 to Ult | 240 to Ult | 252 to Ult | 264 to Ult |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Total | 5.461 | 2.205 | 1.572 | 1.311 | 1.197 | 1.138 | 1.103 | 1.080 | 1.065 | 1.055 | 1.047 | 1.042 | 1.037 | 1.033 | 1.029 | 1.025 | 1.022 | 1.019 | 1.016 | 1.014 | 1.011 | 1.010 |
| NCCI | 4.206 | 1.924 | 1.528 | 1.377 | 1.301 | 1.258 | 1.228 | 1.206 | | | | | | | | | | | | | | |

Percent Paid Factors

| Segment | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 | 156 | 168 | 180 | 192 | 204 | 216 | 228 | 240 | 252 | 264 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIG Total | 18.3% | 45.3% | 63.6% | 76.3% | 83.6% | 87.9% | 90.7% | 92.6% | 93.9% | 94.8% | 95.5% | 96.0% | 96.4% | 96.8% | 97.2% | 97.5% | 97.8% | 98.1% | 98.4% | 98.6% | 98.9% | 99.0% |
| NCCI | 23.8% | 52.0% | 65.4% | 72.6% | 76.9% | 79.5% | 81.5% | 82.9% | | | | | | | | | | | | | | |

7/29/2003

ExhIII_LDFs_AgencyvsVSIvsMCIvsNCCI

Exhibit IV

## Replication and Correction of Mr. Jessell's Analysis without "Missing Data"
Excluding VSI / MCI

| Year | Premium | 50 x 50 Layer | | | | 400 x 100 Layer | | | | 500 x 500 Layer | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) |
| 1988 | $365,339,000 | $33,601,374 | 9.20% | 12.32% | 15.04% | $27,610,925 | 7.56% | 10.96% | 13.37% | $3,587,298 | 0.98% | 1.42% | 1.74% |
| 1989 | $399,018,000 | $40,712,317 | 10.20% | 13.67% | 16.68% | $30,271,461 | 7.59% | 11.00% | 13.42% | $2,486,040 | 0.62% | 0.90% | 1.10% |
| 1990 | $463,712,000 | $47,573,130 | 10.26% | 13.75% | 16.77% | $34,389,851 | 7.42% | 10.75% | 13.12% | $2,038,610 | 0.44% | 0.64% | 0.78% |
| 1991 | $467,985,000 | $48,037,299 | 10.26% | 13.75% | 16.78% | $39,329,714 | 8.40% | 12.19% | 14.87% | $3,401,035 | 0.73% | 1.05% | 1.29% |
| 1992 | $448,965,000 | $34,916,194 | 7.78% | 10.42% | 12.71% | $28,626,926 | 6.38% | 9.25% | 11.28% | $1,699,009 | 0.38% | 0.55% | 0.67% |
| 1993 | $427,951,000 | $28,731,838 | 6.71% | 9.00% | 10.98% | $26,305,628 | 6.15% | 8.91% | 10.87% | $3,358,057 | 0.78% | 1.14% | 1.39% |
| 1994 | $317,354,000 | $21,029,836 | 6.63% | 8.88% | 10.83% | $21,218,198 | 6.69% | 9.69% | 11.83% | $3,055,188 | 0.96% | 1.40% | 1.70% |
| 1995 | $254,901,000 | $16,664,575 | 6.54% | 8.76% | 10.69% | $13,724,114 | 5.38% | 7.81% | 9.52% | $832,499 | 0.33% | 0.47% | 0.58% |
| 1996 | $141,384,000 | $13,194,417 | 9.33% | 12.51% | 15.26% | $9,349,470 | 6.61% | 9.59% | 11.70% | $1,569,582 | 1.11% | 1.61% | 1.96% |
| 1997 | $140,000,000 | $8,976,170 | 6.41% | 8.59% | 10.48% | $6,520,568 | 4.66% | 6.75% | 8.24% | $2,500,000 | 1.79% | 2.59% | 3.16% |
| 1998 | $132,000,000 | $3,293,701 | 2.50% | 3.34% | 4.08% | $1,607,075 | 1.22% | 1.77% | 2.15% | $329,000 | 0.25% | 0.36% | 0.44% |
| | | Average 1988 to 1995: | | | 13.81% | | | | 12.29% | | | | 1.16% |

Note: Correcting Jessell's result for 1995-1998.

## Replication of Mr. Jessell's Analysis with "Missing Data Added"
Add in MCI and VSI Data as testified by Mr. Jessell

| Year | Premium | 50 x 50 Layer | | | | 400 x 100 Layer | | | | 500 x 500 Layer | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) | Claims | Burn Rate | Expense Load (1.34) | Comm Load (22%) |
| 1988 | $365,339,000 | $33,601,374 | 9.20% | 12.32% | 15.04% | $27,610,925 | 7.56% | 10.96% | 13.37% | $3,587,298 | 0.98% | 1.42% | 1.74% |
| 1989 | $399,018,000 | $40,712,317 | 10.20% | 13.67% | 16.68% | $30,271,461 | 7.59% | 11.00% | 13.42% | $2,486,040 | 0.62% | 0.90% | 1.10% |
| 1990 | $463,712,000 | $47,573,130 | 10.26% | 13.75% | 16.77% | $34,389,851 | 7.42% | 10.75% | 13.12% | $2,038,610 | 0.44% | 0.64% | 0.78% |
| 1991 | $467,985,000 | $48,037,299 | 10.26% | 13.75% | 16.78% | $39,329,714 | 8.40% | 12.19% | 14.87% | $3,401,035 | 0.73% | 1.05% | 1.29% |
| 1992 | $448,965,000 | $34,916,194 | 7.78% | 10.42% | 12.71% | $28,626,926 | 6.38% | 9.25% | 11.28% | $1,699,009 | 0.38% | 0.55% | 0.67% |
| 1993 | $427,951,000 | $28,731,838 | 6.71% | 9.00% | 10.98% | $26,305,628 | 6.15% | 8.91% | 10.87% | $3,358,057 | 0.78% | 1.14% | 1.39% |
| 1994 | $317,354,000 | $24,081,559 | 7.59% | 10.17% | 12.41% | $25,459,650 | 8.02% | 11.63% | 14.19% | $3,287,388 | 1.04% | 1.50% | 1.83% |
| 1995 | $254,901,000 | $23,942,477 | 9.39% | 12.59% | 15.36% | $22,177,750 | 8.70% | 12.62% | 15.39% | $1,062,556 | 0.42% | 0.60% | 0.74% |
| 1996 | $141,384,000 | $23,268,804 | 16.46% | 22.05% | 26.91% | $17,781,424 | 12.58% | 18.24% | 22.25% | $2,558,366 | 1.81% | 2.62% | 3.20% |
| 1997 | $140,000,000 | $19,899,817 | 14.21% | 19.05% | 23.24% | $13,136,133 | 9.38% | 13.60% | 16.59% | $4,412,245 | 3.15% | 4.57% | 5.58% |
| 1998 | $132,000,000 | $5,949,378 | 4.51% | 6.04% | 7.37% | $3,192,461 | 2.42% | 3.51% | 4.28% | $344,325 | 0.26% | 0.38% | 0.46% |
| | | Average 1988 to 1995: | | | 14.59% | | | | 13.31% | | | | 1.19% |

| Effect of "Missing Data": | 0.78% | | | 1.03% | | | | 0.04% |

Exhibit V

## Workers Compensation
### Distribution of Loss By Layer

| | [1] | [2] | [3] | [4] | [5] | [6] |
|---|---|---|---|---|---|---|
| | Low NCCI States | | High NCCI States | | Wtd Avg | |
| Layer (000) | Hazard Group II | Hazard Group III | Hazard Group II | Hazard Group III | Hazard Group II | Hazard Group III |
| $0 - $100 | 83.1% | 73.7% | 62.2% | 51.5% | 72.2% | 61.6% |
| $100 - $1,000 | 12.5% | 19.6% | 28.8% | 36.6% | 20.5% | 27.3% |
| Over $1,000 | 4.4% | 6.7% | 9.0% | 11.9% | 7.3% | 11.1% |
| All Layers | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

(A) % of $100-$1,000 Layer to $0-$1,000 Layer

| Low NCCI States | | High NCCI States | | Wtd Avg | |
|---|---|---|---|---|---|
| Hazard Groups II & III | | Hazard Groups II & III | | Hazard Groups II & III | |
| 13.1% | 21.0% | 31.6% | 41.5% | 22.2% | 30.7% |

(B) % of $100-$1,000 Layer to $0-$1,000 Layer

| Low NCCI States | High NCCI States | Wtd Avg |
|---|---|---|
| Hazard Groups II & III | Hazard Groups II & III | Hazard Groups II & III |
| 15.4% | 34.6% | 24.7% |

[1] Based on NCCI published excess loss factors and excess loss pure premium factors
[2] Based on NCCI published excess loss factors and excess loss pure premium factors
[3] Based on NCCI published excess loss factors and excess loss pure premium factors
[4] Based on NCCI published excess loss factors and excess loss pure premium factors
[5] Based on TIG premium by state for the NCCI states
[6] Based on TIG premium by state for the NCCI states

(A) 70-30 weights (Revise)
(B) Placement Material (WLB 00173 ff)

7/29/2003

ExhV_Loss_By_Layer

TIG 159143

Exhibit VI, Sheet 1

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Summary of Methods and Selection of Ultimate Loss & ALAE

|  | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] |
|---|---|---|---|---|---|---|---|---|---|
|  | Calendar Year | Selected Ultimates | | | | Selected | | | |
| Accident | Earned | Paid Loss | Paid Loss BF | Reported Loss Devel | Reported Loss BF | Ultimate Loss & ALAE | Loss & ALAE as of 6/30/98 | Dollar Difference | Percent Difference |
| Period Ending | Premium | Devel | | | | | | | |
| 12/31/94 | 27,403 | 22,917 | 22,901 | 22,396 | 22,402 | 22,654 | 23,963 | (1,309) | -5.5% |
| 12/31/95 | 52,971 | 40,360 | 40,323 | 39,331 | 39,344 | 39,839 | 42,186 | (2,347) | -5.6% |
| 12/31/96 | 65,668 | 40,990 | 40,966 | 40,449 | 40,458 | 40,716 | 41,311 | (595) | -1.4% |
| 12/31/97 | 66,085 | 62,823 | 62,823 | 65,435 | 65,383 | 64,116 | 58,721 | 5,395 | 9.2% |
| All Periods | 212,126 | 167,090 | 167,012 | 167,610 | 167,587 | 167,325 | 166,180 | 1,144 | 0.7% |

[1] Provided by TIG
[2] Selected on Sheet 5
[3] Selected on Sheet 4
[4] Selected on Sheet 3
[5] Selected on Sheet 2
[6] Selected by actuarial judgment
[7] Based on 1999 TIG Treaty Placement Material
[8] Equal to [6] - [7]
[9] Equal to [8] / [7]

7/29/2003

ExhVI_VSI_Ult_Loss@12312002

TIG 159144

Exhibit VI, Sheet 2

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss Bornhuetter-Ferguson Method

| Accident Period Ending | [1] Calendar Year Earned Premium | [2] Initial Estimated Loss & ALAE Ratio | [3] Initial Estimated Loss & ALAE | [4] Reported Age-to-Ult Factor | [5] Percent Reported | [6] Percent Unreported | [7] Expected Reported Loss & ALAE @12/31/2002 | [8] Actual Reported Loss & ALAE @12/31/2002 | [9] Expected Unreported Loss & ALAE @12/31/2002 | [10] Indicated Ultimate Loss & ALAE | [11] Indicated Ultimate Loss & ALAE Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | 82.7% | 22,656 | 1.024 | 97.7% | 2.3% | 22,127 | 21,873 | 529 | 22,402 | 81.8% |
| 12/31/95 | 52,971 | 75.2% | 39,845 | 1.027 | 97.4% | 2.6% | 38,792 | 38,291 | 1,053 | 39,344 | 74.3% |
| 12/31/96 | 65,668 | 62.0% | 40,719 | 1.033 | 96.8% | 3.2% | 39,407 | 39,145 | 1,313 | 40,458 | 61.6% |
| 12/31/97 | 66,085 | 97.0% | 64,129 | 1.042 | 96.0% | 4.0% | 61,569 | 62,823 | 2,560 | 65,383 | 98.9% |
| All Periods | 212,126 | | 167,350 | | | | 161,895 | 162,132 | 5,455 | 167,587 | 79.0% |

[1] Provided by TIG
[2] Selected by actuarial judgment
[3] Equal to [1] x [2]
[4] Selected on Sheet 6
[5] Equal to reciprocal of [4]
[6] Equal to 1 - [5]
[7] Equal to [3] x [5]
[8] Provided by TIG
[9] Equal to [3] x [6]
[10] Equal to [8] + [9]
[11] Equal to [10]/[1]

7/29/2003

ExhVI_VSI_Ult_Loss@12312002

**TIG 159145**

Exhibit VI, Sheet 3

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Reported Loss Development Method

| Accident Period Ending | [1] Calendar Year Earned Premium | [2] Reported Loss & ALAE @12/31/2002 | [3] Reported Age-to-Ult Factor | [4] Projected Ultimate Loss & ALAE | [5] Selected Ultimate Loss & ALAE | [6] Indicated Ultimate Loss & ALAE Ratio |
|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | 21,873 | 1.024 | 22,396 | 22,396 | 81.7% |
| 12/31/95 | 52,971 | 38,291 | 1.027 | 39,331 | 39,331 | 74.2% |
| 12/31/96 | 65,668 | 39,145 | 1.033 | 40,449 | 40,449 | 61.6% |
| 12/31/97 | 66,085 | 62,823 | 1.042 | 65,435 | 65,435 | 99.0% |
| All Periods | 212,126 | 162,132 | | 167,610 | 167,610 | 79.0% |

[1] Provided by TIG
[2] Provided by TIG
[3] Selected on Sheet 6
[4] Equal to [2] x [3]
[5] Selected from [4] and actuarial judgment
[6] Equal to [5] / [1]

ExhVI_VSI_Ult_Loss@12312002

7/29/2003

TIG 159146

Exhibit VI, Sheet 4

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Paid Loss Bornhuetter-Ferguson Method

| Accident Period Ending | Calendar Year Earned Premium | Initial Estimated Loss & ALAE Ratio | Initial Estimated Loss & ALAE | Paid Age-to-Ult Factor | Percent Paid | Percent Unpaid | Expected Paid Loss & ALAE @12/31/2002 | Actual Paid Loss & ALAE @12/31/2002 | Expected Unpaid Loss & ALAE @12/31/2002 | Indicated Ultimate Loss & ALAE | Indicated Ultimate Loss & ALAE Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
| 12/31/94 | 27,403 | 82.7% | 22,656 | 1.065 | 93.9% | 6.1% | 21,282 | 21,527 | 1,374 | 22,901 | 83.6% |
| 12/31/95 | 52,971 | 75.2% | 39,845 | 1.078 | 92.7% | 7.3% | 36,949 | 37,426 | 2,897 | 40,323 | 76.1% |
| 12/31/96 | 65,668 | 62.0% | 40,719 | 1.098 | 91.1% | 8.9% | 37,092 | 37,338 | 3,628 | 40,966 | 62.4% |
| 12/31/97 | 66,085 | 97.0% | 64,129 | 1.125 | 88.9% | 11.1% | 56,991 | 54,492 | 7,138 | 62,823 | 95.1% |
| All Periods | 212,126 | | 167,350 | | | | 152,313 | 150,783 | 15,037 | 167,012 | 78.7% |

[1] Provided by TIG
[2] Selected by actuarial judgment
[3] Equal to [1] × [2]
[4] Selected on Sheet 7
[5] Equal to reciprocal of [4]
[6] Equal to 1 − [5]
[7] Equal to [3] × [5]
[8] Provided by TIG
[9] Equal to [3] × [6]
[10] Equal to maximum {[8] + [9], Reported Losses @12/31/2002}
[11] Equal to [10] / [1]

7/29/2003

ExhVI_VSI_Ult_Loss@12312002

**TIG 159147**

Exhibit VI, Sheet 5

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Paid Loss Development Method

| Accident Period Ending | [1] Calendar Year Earned Premium | [2] Paid Loss & ALAE @12/31/2002 | [3] Paid Age-to-Ult Factor | [4] Projected Ultimate Loss & ALAE | [5] Selected Ultimate Loss & ALAE | [6] Indicated Ultimate Loss & ALAE Ratio |
|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | 21,527 | 1.065 | 22,917 | 22,917 | 83.6% |
| 12/31/95 | 52,971 | 37,426 | 1.078 | 40,360 | 40,360 | 76.2% |
| 12/31/96 | 65,668 | 37,338 | 1.098 | 40,990 | 40,990 | 62.4% |
| 12/31/97 | 66,085 | 54,492 | 1.125 | 61,317 | 62,823 | 95.1% |
| All Periods | 212,126 | 150,783 | | 165,584 | 167,090 | 78.8% |

[1] Provided by TIG
[2] Provided by TIG
[3] Selected on Sheet 7
[4] Equal to [2] x [3]
[5] Selected from [4] and actuarial judgment
[6] Equal to [5] / [1]

ExhVI_VSI_Ult_Loss@12312002

7/29/2003

TIG 159148

Exhibit VI, Sheet 6

Virginia Surety
Workers Compensation
Valuation Date: 12/31/2002
Cumulative Reported Loss & ALAE Triangle

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 22,305 | 22,102 | 21,661 | 21,804 | 21,873 |
| 12/31/95 | 52,971 | | | | 38,567 | 38,949 | 38,715 | 38,430 | 38,291 | |
| 12/31/96 | 65,668 | | | 38,434 | 39,243 | 39,427 | 39,656 | 39,145 | | |
| 12/31/97 | 66,085 | | 48,289 | 54,268 | 57,912 | 59,477 | 62,823 | | | |
| 12/31/98 | 94,617 | 46,090 | 88,370 | 82,864 | 87,327 | 90,538 | | | | |
| 12/31/99 | 108,478 | 50,444 | 86,093 | 98,847 | 105,060 | | | | | |
| 12/31/00 | 20,301 | 7,251 | 9,689 | 11,652 | | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 0.991 | 0.980 | 1.007 | 1.003 | |
| 12/31/95 | | | | 1.010 | 0.994 | 0.993 | 0.996 | | |
| 12/31/96 | | | 1.021 | 1.005 | 1.006 | 0.987 | | | |
| 12/31/97 | | 1.124 | 1.067 | 1.027 | 1.056 | | | | |
| 12/31/98 | 1.917 | 0.938 | 1.054 | 1.037 | | | | | |
| 12/31/99 | 1.707 | 1.148 | 1.063 | | | | | | |
| 12/31/00 | 1.336 | 1.203 | | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Vol Wtd [5] | 1.774 | 1.065 | 1.055 | 1.024 | 1.020 | 0.988 | 1.000 | 1.003 | |
| Vol Wtd [3] | 1.774 | 1.050 | 1.061 | 1.027 | 1.024 | 0.988 | 1.000 | 1.003 | |
| Simple [5] | 1.653 | 1.103 | 1.051 | 1.020 | 1.012 | 0.987 | 1.001 | 1.003 | |
| Ex H/L [5] | 1.707 | 1.136 | 1.058 | 1.018 | 1.000 | 0.987 | 1.006 | | |
| Industry | 1.379 | 1.094 | 1.037 | 1.018 | 1.012 | 1.008 | | | |
| | | | | | | | | | |
| Selected | 1.008 | 1.006 | 1.003 | 1.024 | | | | | |
| Age-to-Ult | 1.042 | 1.033 | 1.027 | 1.024 | | | | | |

7/29/2003

ExhVI_VSI_Ult_Loss@12312002

Exhibit VI, Sheet 7

**Virginia Surety**
**Workers Compensation**
**Valuation Date: 12/31/2002**
**Cumulative Paid Loss & ALAE Triangle**

| Accident Period Ending | Calendar Year Earned Premium | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | 27,403 | | | | | 20,332 | 20,689 | 20,667 | 21,177 | 21,527 |
| 12/31/95 | 52,971 | | | | 33,088 | 35,273 | 36,529 | 37,394 | 37,426 | |
| 12/31/96 | 65,668 | | | 28,961 | 32,193 | 34,701 | 36,888 | 37,338 | | |
| 12/31/97 | 66,085 | | 31,149 | 41,249 | 48,741 | 52,171 | 54,492 | | | |
| 12/31/98 | 94,617 | 19,579 | 56,597 | 65,280 | 74,289 | 80,098 | | | | |
| 12/31/99 | 108,478 | 19,258 | 58,041 | 76,523 | 86,477 | | | | | |
| 12/31/00 | 20,301 | 3,936 | 6,947 | 8,843 | | | | | | |

Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/94 | | | | | 1.018 | 0.999 | 1.025 | 1.017 | |
| 12/31/95 | | | | 1.066 | 1.036 | 1.024 | 1.001 | | |
| 12/31/96 | | | 1.112 | 1.078 | 1.063 | 1.012 | | | |
| 12/31/97 | | 1.324 | 1.182 | 1.070 | 1.044 | | | | |
| 12/31/98 | 2.891 | 1.153 | 1.138 | 1.078 | | | | | |
| 12/31/99 | 3.014 | 1.318 | 1.130 | | | | | | |
| 12/31/00 | 1.765 | 1.273 | | | | | | | |

Average Age-to-Age Factors

| | 12 to 24 | 24 to 36 | 36 to 48 | 48 to 60 | 60 to 72 | 72 to 84 | 84 to 96 | 96 to 108 | 108 to Ult |
|---|---|---|---|---|---|---|---|---|---|
| Vol Wtd [All] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | 1.017 | |
| Vol Wtd [5] | 2.843 | 1.256 | 1.140 | 1.074 | 1.043 | 1.014 | 1.009 | 1.017 | |
| Vol Wtd [3] | 2.843 | 1.239 | 1.145 | 1.076 | 1.047 | 1.014 | 1.009 | 1.017 | |
| Simple [5] | 2.557 | 1.267 | 1.140 | 1.073 | 1.040 | 1.012 | 1.013 | 1.017 | |
| Ex H/L [5] | 2.891 | 1.296 | 1.134 | 1.074 | 1.040 | 1.012 | 1.018 | | |
| Industry | 2.186 | 1.259 | 1.110 | 1.058 | 1.034 | 1.025 | | | |
| | | | | | | | | | |
| *Selected* | | | | | | *1.025* | *1.018* | *1.013* | *1.065* |
| Age-to-Ult | | | | | | 1.125 | 1.098 | 1.078 | 1.065 |

7/29/2003

ExhVI_VSI_Ult_Loss@12312002

TIG 159150