UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITY INSURANCE COMPANY OF HARTFORD,

Plaintiff,

-against-

TRUSTMARK INSURANCE COMPANY,

Defendant.

Civil No. 301CV2198 (PCD)

TRUSTMARK INSURANCE COMPANY,

Third-Party Plaintiff,

-against-

TIG INSURANCE COMPANY,

Third-Party Defendant.

**February 24, 2005**

## MOTION BY TIG INSURANCE COMPANY FOR AN EXPEDITED BRIEFING SCHEDULE FOR ITS MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF STEPHEN HARTIGAN AND/OR TO COMPEL ADDITIONAL DISCOVERY

Third Party Defendant TIG Insurance Company ("TIG") respectfully submits this Motion for an Expedited Briefing Schedule for its Motion To Strike The Rebuttal Expert Report Of Stephen Hartigan And/Or To Compel Additional Discovery. There is good cause for expedited consideration of this matter since TIG's Part B of the Trial Preparation Order is due on March 18, 2005.

NYLIB2 250957.1

WHEREFORE, TIG respectfully requests that the Court issue an order setting an expedited briefing schedule on TIG's Motion To Strike The Rebuttal Expert Report Of Stephen Hartigan And/Or To Compel Additional Discovery.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY


By: _____
    J. Daniel Sagarin   CT04289
    David Slossberg CT 13116
    Brian C. Fournier CT16272
    HURWITZ, SAGARIN & SLOSSBERG, LLC
    147 North Broad Street
    Milford, Connecticut 06460-0112
    Tel.: (203) 877-8000
    Fax: (203) 878-9800

       -and-

    Larry I. Brandes CT 23789
    Harry P. Cohen CT 20446
    Brian J. O'Sullivan CT 23790
    CADWALADER, WICKERSHAM & TAFT, LLP
    One World Financial Center
    New York, NY 10281
    Tel: (212) 504-6000
    Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Anne E. Hutchinson, Esq.
Lee D. Vartan, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

Brian C. Fournier