UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>    Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>    Defendant.<br>_____<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>    Third Party Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>    Third Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 301CV2198(PCD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ROGER PASCAL**

I, Roger Pascal, declare as follows:

1. I am a partner in the law firm Schiff Hardin LLP and I am one of the attorneys representing Trustmark Insurance Company ("Trustmark") in the above-captioned litigation.

2. I submit this affidavit in support of Trustmark Insurance Company's Emergency Motion To Bar The Testimony Of Michael Toothman, David Thirkill And Richard Lo And For Other Relief (the "Motion"). I have personal knowledge of the facts set forth herein.

3.  On March 2, 2005, I conferred with Harry P. Cohen, counsel for TIG Insurance Company ("TIG") after trying first, unsuccessfully, to reach his partner, Brian O'Sullivan.

4.  I told Mr. Cohen that I was calling to confer regarding the Motion that we intended to file today unless we could reach a satisfactory agreement with TIG. I described the Motion and our view that TIG's current position regarding the Thirkill and Lo depositions did not comport with this Court's order of February 22, 2005. I also described in detail each item of relief sought in the Motion, including the sanction involving Mr. Cohen himself. I asked Mr. Cohen if wished to agree to *any* of the relief sought.

5.  Mr. Cohen's response, in its entirety, was, "Knock yourself out."

6.  In spite of our efforts to resolve these issues, which I believe have been in good faith for our part, we were not able to reach an agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2005.

Roger Pascal

CH2\ 1208593.1