UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | : |
| Plaintiff, | : **CIVIL NO. 301CV2198(PCD)** |
| v. | : |
| TRUSTMARK INSURANCE COMPANY, | : |
| Defendant. | : |

---

| | |
|---|---|
| TRUSTMARK INSURANCE COMPANY, | : |
| Third Party Plaintiff, | : |
| v. | : |
| TIG INSURANCE COMPANY, | : |
| Third Party Defendant. | : |
| | : MARCH 2, 2005 |

---

**SECURITY INSURANCE COMPANY OF HARTFORD'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7, the Plaintiff, Security Insurance Company of Hartford ("Security"), hereby moves for an extension of time to file its reply brief in support of its Motion to Strike Portions of Defendant Trustmark Insurance Company's Amended and Supplement Response to Security's Second Set of Interrogatories and to Compel Trustmark to Verify its Original Response to Security's Second Set of Interrogatories. Said Motion to Strike was served on counsel for Trustmark pursuant to this Court's supplemental order on January 31, 2005.

**NO ORAL ARGUMENT REQUESTED**

Trustmark served its opposition to Security on February 22, 2005. Security's reply brief is currently due on March 8, 2005.

Security seeks an extension of time of 3 days, until March 11, 2005 to file its reply brief in support of its motion to strike. There is good cause for granting this motion for extension of time in that Security's counsel will be completing Part A of its pretrial memo which is also due on March 8, 2005.

Counsel for Security has consulted with counsel for Trustmark, and Trustmark does not oppose this motion for extension of time. This is the first motion for extension of time that Security has sought related to this motion to strike.

WHEREFORE, Security respectfully requests an extension of time, until March 11, 2005 to file its reply brief in support of its motion to strike.

Respectfully Submitted,

SECURITY INSURANCE COMPANY
OF HARTFORD

By_____
  Frank F. Coulom, Jr. (ct 05230)
  Marion B. Manzo (ct 22068)
  Robinson & Cole LLP
  280 Trumbull Street
  Hartford, CT 06103-3597
  Tel. No.: (860) 275-8200
  Fax No.: (860) 275-8299

  Mark B. Holton (ct 21727)
  Kathryn E. Nealon (ct 22754)
  Gibson, Dunn & Crutcher LLP
  200 Park Avenue
  New York, New York 10166
  Tel. (212) 351-4000
  Fax (212) 351-4035

  David J. Grais (ct 23352)
  Kathryn C. Ellsworth (ct 24988)
  Dewey Ballantine LLP
  1301 Avenue of the Americas
  New York, New York 10019
  Tel. (212) 259-8000
  Fax (212) 259-6333

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and first-class mail, postage prepaid, to the following on this 2nd day of March, 2005:

John Bannon, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

_____
Marion B. Manzo