UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

          Plaintiff,

   v.

TRUSTMARK INSURANCE COMPANY,

          Defendant.

---------------------------------------------------------------x
TRUSTMARK INSURANCE COMPANY,

          Third Party Plaintiff,

   v.

TIG INSURANCE COMPANY,

          Third Party Defendant.
---------------------------------------------------------------x

**CIVIL NO. 301CV2198(PCD)**

MARCH 9, 2005

**SECURITY INSURANCE COMPANY OF HARTFORD'S
NOTICE OF SERVICE OF SECTION A OF THE TRIAL MEMORANDUM**

Pursuant to this court's Trial Preparation Order dated February 25, 2005, the plaintiff, Security Insurance Company of Hartford, hereby files this notice that it has served Section A of the trial memorandum to all parties on March 8, 2005.

**NO ORAL ARGUMENT REQUESTED**

Respectfully Submitted,

SECURITY INSURANCE COMPANY
OF HARTFORD

By _____
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Tel. (212) 351-4000
Fax (212) 351-4035

David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019
Tel. (212) 259-8000
Fax (212) 259-6333

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and first-class mail, postage prepaid, to the following on this 9th day of March, 2005:

John Bannon, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

Marion B. Manzo