# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Security Insurance Company of Hartford
v.
Trustmark Insurance Company

Trustmark Insurance Company
v.
TIG Insurance Company

**APPEARANCE**

CASE NUMBER: Civil No. 301CV2198 (PCD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Security Insurance Company of Hartford

___3/1/05___
Date

___phv 0100___
Connecticut Federal Bar Number

___212-259-7191___
Telephone Number

___212-259-6333___
Fax Number

___ahutchinson@dbllp.com___
E-mail address

___[signature]___
Signature

___Anna Hutchinson___
Print Clearly or Type Name

___Dewey Ballantine LLP___
Address

___1301 Avenue of the Americas___

___New York, NY 10019___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on ~~this date~~ 3/8/05 to the following:

See attached sheet.

___[signature]___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Paula Morency, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038