UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br>    Plaintiff, | : <br> : <br> : <br> : | |
| -vs- | : <br> : | Civ. No. 3:01cv2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br>    Defendant. | : <br> : | |
| TRUSTMARK INSURANCE COMPANY<br>    Third-Party Plaintiff, | : <br> : <br> : | |
| -vs- | : <br> : | |
| TIG INSURANCE COMPANY<br>    Third-Party Defendant. | : <br> : | |

**ORDER**

    TIG's Motion for an Expedited Briefing Schedule [Doc. No. 452] is **granted**. Once more, however, there is no indication in its Motion that the parties attempted to resolve the matter without recourse to Court order and were unable to do so. The parties are, as always, dealing with the same deadlines, such agreement should be possible and, at the very least, sought before engaging in motion practice. As this Court has stated before, the procedure outlined in the Supplemental Order [Doc. No. 21] does not prohibit the parties from briefing the matter in an expedited fashion if they so choose and without first seeking Court intervention. Nevertheless, and despite the fact that counsel has ignored prior Court orders, agreement seems unlikely on even the most simple of propositions in this case and expedited briefing is set as follows: any opposition shall be served on opposing counsel on or before March 15, 2005 and the entire bundle shall be filed with the Clerk's office on or before March 18, 2005.

SO ORDERED.

                                      Dated at New Haven, Connecticut, March  10 , 2005.

                                                                 /s/
                                       Peter C. Dorsey, U.S. District Judge
                                             United States District Court