UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

    Plaintiff,

v.

TRUSTMARK INSURANCE COMPANY,

    Defendant.

------------------------------------x
TRUSTMARK INSURANCE COMPANY,

    Third Party Plaintiff,

v.

TIG INSURANCE COMPANY,

    Third Party Defendant.
------------------------------------x

**CIVIL NO. 301CV2198(PCD)**

**JANUARY 31, 2005**

**PLAINTIFF SECURITY INSURANCE COMPANY OF HARTFORD'S MOTION TO STRIKE PORTIONS OF DEFENDANT TRUSTMARK INSURANCE COMPANY'S AMENDED AND SUPPLEMENTAL RESPONSE TO SECURITY'S SECOND SET OF INTERROGATORIES AND TO COMPEL TRUSTMARK TO VERIFY ITS ORIGINAL RESPONSE TO SECURITY'S SECOND SET OF INTERROGATORIES**

Plaintiff, Security Insurance Company of Hartford, respectfully moves as follows:

1.    To strike newly-asserted grounds for rescission that are set forth for the first time in Trustmark's Amended and Supplemental Response to Security's Second Set of Interrogatories, dated January 14, 2005;

2.    To compel Trustmark to verify, in accordance with Fed. R. Civ. P. 33(b), its original response to Security's Second Set of Interrogatories, dated November 3, 2004; and

3. For an order requiring Trustmark to pay Security's reasonable costs and fees incurred in moving to compel Trustmark to verify its original response to Security's Second Set of Interrogatories.

The reasons supporting this motion are discussed in the accompanying supporting memorandum of law and the Declaration of Mark B. Holton, dated January 31, 2005.

Dated: New York, New York
January 31, 2005

GIBSON, DUNN & CRUTCHER LLP

By: _____

Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York  10166
Tel. (212) 351-4000
Fax (212) 351-4035

DEWEY BALLANTINE LLP
David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
1301 Avenue of the Americas
New York, New York  10019
Tel. (212) 259-8000
Fax (212) 259-6333

ROBINSON & COLE LLP
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
280 Trumbull Street
Hartford, Connecticut  06103
Tel. (860) 275-8200
Fax (860) 275-8299
email:  fcoulom@rc.com
            mmanzo@rc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 31st day of January 2005, by facsimile and first class mail, postage prepaid, to the following persons:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

Kathryn E. Nealon

80318145_2.DOC