UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD, :
: 
       Plaintiff, : **CIVIL NO. 301CV2198(PCD)**
:
v. :
:
TRUSTMARK INSURANCE COMPANY, :
:
       Defendant. :
: **JANUARY 31, 2005**
------------------------------------x
TRUSTMARK INSURANCE COMPANY, :
:
       Third Party Plaintiff, :
:
v. :
:
TIG INSURANCE COMPANY, :
:
       Third Party Defendant. :
:
------------------------------------x

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the defendant, Trustmark Insurance Company, in an effort to resolve the issues raised by this motion without the need for judicial intervention. A resolution was not achieved.

                                                                        Mark B. Holton

Dated: January 31, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 31st day of January 2005, by facsimile and first class mail, postage prepaid, to the following persons:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

Kathryn E. Nealon

80319223_1.DOC