UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF
HARTFORD,

        Plaintiff,

    v.

TRUSTMARK INSURANCE COMPANY,

        Defendant.

---------------------------------------------------------------x
TRUSTMARK INSURANCE COMPANY,

        Third Party Plaintiff,

    v.

TIG INSURANCE COMPANY,

        Third Party Defendant.

---------------------------------------------------------------x

**CIVIL NO. 301CV2198(PCD)**

MARCH 11, 2005

### NOTICE OF MANUAL FILING

Please take notice that the Defendant, Security Insurance Company of Hartford, has manually filed the following document:

Declaration of Mark Holton with Exhibits

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

SECURITY INSURANCE COMPANY
OF HARTFORD

By _____
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:  fcoulom@rc.com
         mmanzo@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile to the following:

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10038

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Marion B. Manzo