UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITY INSURANCE COMPANY OF
HARTFORD,                                                  :

        Plaintiff,                                      :     **CIVIL NO.  301CV2198(PCD)**

      v.                                                   :

                                :     **MARCH 11, 2005**

TRUSTMARK INSURANCE COMPANY,              :

        Defendant.                                    :

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TRUSTMARK INSURANCE COMPANY,              :

        Third Party Plaintiff,                    :

      v.                                                   :

TIG INSURANCE COMPANY,                          :

        Third Party Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF KATHRYN NEALON

      KATHRYN E. NEALON hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am an associate at the firm of Gibson, Dunn & Crutcher LLP, co-counsel for Plaintiff Security Insurance Company of Hartford.  I submit this declaration in further support of Security's Motion to Strike Portions of Defendant Trustmark Insurance Company's Amended and Supplemental Response to Security's Second Set of Interrogatories and to Compel Trustmark to Verify its Original Response to Those Interrogatories.

2.    Attached hereto as Exhibit A is a true and correct copy of the expert report of

George Gottheimer dated June 10, 2003.

3.    Attached hereto as Exhibit B is a true and correct copy of the expert report of

Mary Ellen Burns, dated November 15, 2004.

Dated: March 10, 2005

Kathryn E. Nealon

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 11th day of March 2005, by facsimile and first class mail, postage prepaid, to the following persons:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois  60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

Kathryn E. Nealon