UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------x
SECURITY INSURANCE COMPANY OF        :
HARTFORD,                            :
                                     :
              Plaintiff,             :     CIVIL NO. 301CV2198(PCD)
                                     :
     v.                              :
                                     :
TRUSTMARK INSURANCE COMPANY,         :
                                     :
              Defendant.             :
                                     :     MARCH 11, 2005
------------------------------------x
TRUSTMARK INSURANCE COMPANY,         :
                                     :
              Third Party Plaintiff, :
                                     :
     v.                              :
                                     :
TIG INSURANCE COMPANY,               :
                                     :
              Third Party Defendant. :
                                     :
------------------------------------x
```

**CERTIFICATE OF DOCUMENTS SERVED AND FILED BY PLAINTIFF
<u>SECURITY INSURANCE COMPANY OF HARTFORD</u>**

Plaintiff Security Insurance Company of Hartford hereby certifies, in accordance with paragraph 3 of the Supplemental Order of Judge Peter Dorsey, that the following is true and correct:

1.  On January 31, 2005, Security served the following papers on Defendant-Third-Party Plaintiff Trustmark Insurance Company and Third-Party Defendant TIG Insurance Company: (a) Security Insurance Company of Hartford's Motion to Strike Portions of Defendant Trustmark Insurance Company's Amended and Supplemental Response to Security's Second Set

of Interrogatories and to Compel Trustmark to Verify its Original Response to Those Interrogatories; (b) Memorandum of Law in Support thereof; and (c) the Declaration of Mark Holton, dated January 31, 2005.

2. On February 22, 2005, Security was served with Trustmark's Memorandum of Law in Opposition to Security's Motion to Strike Portions of Trustmark's Amended and Supplemental Response to Security's Second Set of Interrogatories and to Compel Trustmark to Verify its Original Response to Those Interrogatories.

3. On March 11, 2005, Security served Trustmark with: (a) Security's Reply Memorandum of Law in Further Support of Security's Motion to Strike Portions of Trustmark's Amended and Supplemental Response to Security's Second Set of Interrogatories and to Compel Trustmark to Verify its Original Response to Those Interrogatories, and (b) the Declaration of Kathryn Nealon, dated March 10, 2005.

4. The parties have not entered into any stipulation resolving this motion.

5. Accordingly, Security hereby submits for filing all of the papers listed above.

Dated:  New York, New York
        March 11, 2005

SECURITY INSURANCE COMPANY OF HARTFORD

By: _____

DEWEY BALLANTINE LLP
David J. Grais (ct 23352)
Kathryn C. Ellsworth (ct 24988)
1301 Avenue of the Americas
New York, New York 10019
Tel. (212) 259-8000
Fax (212) 259-6333

GIBSON, DUNN & CRUTCHER LLP
Mark B. Holton (ct 21727)
Kathryn E. Nealon (ct 22754)
200 Park Avenue
New York, New York 10166
Tel. (212) 351-4000
Fax (212) 351-4035

ROBINSON & COLE LLP
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
280 Trumbull Street
Hartford, Connecticut 06103
Tel. (860) 275-8200
Fax (860) 275-8299
email: fcoulom@rc.com
       mmanzo@rc.com

Counsel for Plaintiff
Security Insurance Company of Hartford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent this 11th day of March 2005, by facsimile and first class mail, postage prepaid, to the following persons:

Everett Cygal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

David R. Schaefer, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281

Kathryn E. Nealon