**EXHIBIT C**

SECURITY INSURANCE COMPANY
OF HARTFORD,

        Plaintiff,

    v.

TRUSTMARK INSURANCE COMPANY,

        Defendant,

    v.

TIG INSURANCE COMPANY

        Third-Party Defendant.

Civil Action No.
301CV2198(PCD)

Expert Witness Report of Mary Ellen Burns, Esq.
November 15, 2004

DOCUMENTS REVIEWED

1. 10/26/01 Letter from Mark Holton to David Spector
2. 11/2/01 Letter from David Spector to David Grais
3. 11/15/01 Letter from David Grais to David Spector
4. 11/26/01 Letter from David Spector to David Grais
5. 5/16/00 letter from Stephanie Raymond to Michael Hawksworth
6. 6/1/00 letter from Ray Lester to Stephanie Raymond
7. 2/27/03 Deposition of Peter Lovell, with exhibits
8. 4/1/03 Deposition of Kevin Ryan, with exhibits
9. 3/11/03 Deposition of Stephanie Raymond, with exhibits
10. 4/21/03 Deposition of Edward O'Brien, with exhibits
11. 1/20/03 Deposition of Michael Hawksworth, with exhibits
12. 3/7/03 Deposition of Camilita Walker, with exhibits
13. 7/3/03 Deposition of George Gottheimer, with exhibits
14. 7/2/03 Deposition of Richard Jessel, as corrected, with exhibits
15. 7/8/03 Deposition of Paul Thomson, with exhibits
16. 6/10/03 Expert Witness Report of Richard Jessel
17. 6/10/03 Expert Witness Report of Paul Thomson
18. 6/10/03 Expert Witness Report of George Gottheimer
19. 11/9/01 Security's Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)
20. 11/9/01 Security's Memorandum of Law in Support of its Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)
21. 11/9/01 Security's Local Rule 9(c)(1) Statement in Case No. 3:00 CV 1247 (PCD)
22. 11/9/01 Declaration of Kathryn Nealon in Connection with Security's Memorandum of Law in Support of its Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

23. 11/9/01 Trustmark's Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

24. 11/9/01 Trustmark's Memorandum of Law in Support of its Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

25. 11/9/01 Trustmark's Local Rule 9(c)(1) Statement in Case No. 3:00 CV 1247 (PCD)

26. 12/3/01 Security's Memorandum of Law in Opposition to Trustmark's Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

27. 12/3/01 Declaration of Kathryn Nealon in Connection with Security's Memorandum of Law in Opposition to Trustmark's Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

28. 12/3/01 Security's Local Rule 9(c)(2) Statement in Case No. 3:00 CV 1247 (PCD)

29. 12/3/01 Trustmark's Memorandum of Law in Opposition to Security's Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

30. 12/3/01 Trustmark's Local Rule 9(c)(2) Statement in Case No. 3:00 CV 1247 (PCD)

31. 12/10/01 Security's Amended Local Rule 9(c)(2) Statement in Case No. 3:00 CV 1247 (PCD)

32. 12/17/01 Security's Reply Memorandum of Law in Support of Its Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

33. 12/17/01 Security's Reply to Trustmark's Local Rule 9(c)(2) Statement in Case No. 3:00 CV 1247 (PCD)

34. 12/17/01 Trustmark's Reply Memorandum of Law in Support of Its Motion for Summary Judgment in Case No. 3:00 CV 1247 (PCD)

35. 11/26/02 Security's Motion for Partial Summary Judgment Against Trustmark in Case No. 3:01 CV 2198 (PCD)

36. 11/26/02 Security's Memorandum of Law in Support of Partial Summary Judgment Against Trustmark in Case No. 3:01 CV 2198 (PCD)

37. 11/26/02 Security's Local Rule 9(c)(1) Statement in Case No. 3:01 CV 2198 (PCD)

38. 11/26/02 Kathryn Nealon's Declaration in Support of Partial Summary Judgment Against Trustmark in Case No. 3:01 CV 2198 (PCD)

39. 1/22/03 Trustmark's Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

40. 1/22/03 Trustmark's Combined Memorandum: (a) In Opposition to Security's Motion for Partial Summary Judgment, and (b) In Support of its Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

41. 1/22/03 Trustmark's Combined Local Rule 9(c)(1) and 9(c)(2) Statement in Opposition to Security's Motion for Summary Judgment and in Support of Trustmark's Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

42. 2/12/03 Security's Local Rule 9(c)(2) Statement in Response to Trustmark's Cross-Motion for Summary Judgment and Security's Reply to Trustmark's Local Rule (9)(c) Statement in Opposition to Security's Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

43. 2/12/03 Mark Holton's Declaration for Partial Summary Judgment and in Opposition to Trustmark's Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

44. 2/12/03 Memorandum in Further Support of Security's Motion for Partial Summary Judgment and in Opposition to Trustmark's Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

45. 2/26/03 Trustmark's Reply Memorandum in Support of its Cross-Motion for Summary Judgment in Case No. 3:01 CV 2198 (PCD)

46. 2/14/02 Security's Second Amended Complaint in Case No. 3:01 CV 2198 (PCD)

47. 9/17/02 Trustmark's Answer and Affirmative Defenses to Security's Second Amended Complaint in Case No. 3:01 CV 2198 (PCD)

48. Endorsement # 1 to Worker's Compensation Underlying First, Second and Third Excess of Loss Reinsurance Agreement between TIG and Security

49. 10/17/00 Subpoena to TIG from Trustmark for Documents in Case No. 3:00 CV 1247 (PCD)

50. TM/R059786-59925

51. TM/R059377-59701

52. TM/R065370-65515

53. 6/29/01 Deposition of Brian Ralphs, with exhibits

54. 3/6/03 Deposition of Brian Ralphs, with exhibits

55. 3/12/03 Deposition of Mark Murphy, with exhibits

56. Trustmark's Response to Security's Second Set of Interrogatories in Case No. 3:01 CV 2198 (PCD)

3

57.   Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment on Security's Third Claim for Relief in Case No. 3:01 CV 2198 (PCD)

# Expert Report
## Of
## Kevin M Ryan, FCAS, MAA

### Regarding
### Security Insurance Company of Hartford
### And
### Trustmark Insurance Company

November 16, 2004



1

EXHIBIT B

| | |
|---|---|
| AON Re | AON 00001-10382<br>AON 10383-11507<br>AON/T 00001-2392<br>AR 00001-1126 |
| Security | S 0001-9546<br>S 9457-13927<br>SII 000001-002385<br>SII 002386-034895<br>SII 034896-035788<br>SII 035789-035798 |
| CIGNA Reinsurance | CR 00001-00514 |
| Collins & Assoc. | CA 1-136 |
| Constitution Re | Diskette bates stamped GG 000001 |
| Ernst & Young | EY 000001-000165<br>EY 000218-000302<br>EY 000327-000337<br>EY 000355-000469<br>EY 000519<br>EY 000565-566<br>EY 000821-001262 |
| Fairfax | FX 1-527 |
| Kemper Reinsurance Co. | K 00001-473 |
| Folks America Reinsurance | FA 000001-000348 |
| Goldman Sachs | GS 1-2181 |
| PriceWaterhouseCoopers | PWC various docs |
| ReliaStar Reinsurance | REL 000001-00526 |
| Swiss Re | SRA 001-644 |
| TIG | TIG 0001-1105<br>TIG 10001-12588<br>TIG 100001-120033 |

BICKERSTAFF, WHATLEY,
RYAN & BURKHALTER

34

|  |  |
|---|---|
|  | TIG 120034-158617<br>TIG 158618-158781<br>TIG 158782-158837<br>TIG/T 00001-25425<br>TIGR002 000001-014080 |
| St. Paul Re, Inc. | SPRe 0001-0545<br>SEC SPRe 0546-0584 |
| SRRF Management | SRRF 000001-000304 |
| Transamerica Re | TAM 000001-001089 |
| Transatlantic Re | TRA 00001-325 |
| Trustmark | TM/CD 0001-310<br>TME 00001-1710<br>TM/R 000001-000623<br>TM/R 002654-003339<br>TM/R 111567-120718<br>TM/S 1-1699<br>TM/S 1700-1858<br>TM/S 100001-103814<br>TM/S 103815-104404<br>TM/S 104405-104432<br>TM/S 104433-105174<br>TM/S 105175-105812 |
| US Life | US 0001-1136<br>US 1137-7323<br>USLIFE/SIC 00001-00337<br>USL/SIC 00001-02439<br>USL/SIC 04000-4016<br>USL/SIC-A 0001-0227.B |
| Virginia Surety Co. | VSC 00001-02351 |
| WEB | WEB 00001-655<br>WEB 00655.01-04430<br>WEB 05123-14050 |

1. Security's Second Amended Complaint
2. Trustmark's Answer to Security's Second Amended Complaint



3. Trustmark's Third Party Complaint against TIG
4. Trustmark's Combined Memorandum in Opposition to Security's Motion for Partial Summary Judgment and in Support of its Cross Motion for Summary Judgment
5. Trustmark's Responses to TIG's First Set of Interrogatories
6. Transcripts of all depositions taken in TIG II and corresponding exhibits
7. Deposition of Gary Wood from TIG I
8. Statement of Respondent's Position in the arbitration between Security and TIG
9. Expert Witness Report of Richard Jessel
10. Expert Witness Report of Paul Thompson
11. Expert Witness Report of George Gottheimer
12. Trustmark's Response to Security's Second Set of Interrogatories