# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, ) ) ) Plaintiff, ) ) v. ) ) TRUSTMARK INSURANCE COMPANY ) ) Defendant. ) _____ ) ) TRUSTMARK INSURANCE COMPANY, ) ) Third Party Plaintiff, ) ) v. ) ) TIG INSURANCE COMPANY, ) ) Third Party Defendant. ) | Civil No. 301CV2198(PCD)<br><br><br><br><br>MARCH 16, 2005 |

### TRUSTMARK'S NOTICE OF SERVICE OF COMPLIANCE WITH SECTION A OF THE TRIAL PREPARATION ORDER

Pursuant to this court's Trial Preparation Order dated February 25, 2005, Defendant/Third-Party Plaintiff Trustmark Insurance Company hereby files this notice that it served its compliance with Section A of the Trial Preparation Order upon all parties on March 8, 2005.

957940.DOC

Respectfully submitted,


DEFENDANT/THIRD PARTY PLAINTIFF
TRUSTMARK INSURANCE COMPANY


By:      /s/ Rowena A. Moffett
    David R. Schaefer, Esq. (CT 04334)
    Rowena A. Moffett, Esq. (CT 19811)
    BRENNER, SALTZMAN & WALLMAN LLP
    271 Whitney Avenue
    New Haven, CT  06511
    Tel.: (203) 772-2600
    Fax: (203) 562-2098
    Email: rmoffett@bswlaw.com
          dschaefer@bswlaw.com


    Roger Pascal (CT 26488)
    David M. Spector (CT 21679)
    John Bannon (CT 26489)
    Everett J. Cygal (CT 22765)
    SCHIFF HARDIN LLP
    6600 Sears Tower
    Chicago, Illinois 60606-6473

*Counsel for Trustmark Insurance Company*

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Rowena A. Moffett, Esq., do certify that a true and correct copy of the foregoing Trustmark's Notice of Service of Compliance with Section A of the Trial Preparation Order was sent by facsimile and United States mail on March 16, 2005 addressed to:

Frank F. Coulom, Jr., Esq.
Marion Manzo
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Mark H. Holton, Esq.
Kate Nealon, Esq.
Gibson Dunn & Crutcher
200 Park Avenue, Floor 48
New York, NY 10166

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Daniel J. Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

                                                          /s/ Rowena A. Moffett
                                                          Rowena A. Moffett