UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | March 18, 2005 |

## NOTICE OF FILING OF THIRD PARTY DEFENDANT TIG INSURANCE COMPANY'S MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF STEPHEN HARTIGAN AND/OR TO COMPEL ADDITIONAL DISCOVERY

Please take notice that, in accordance with Judge Dorsey's Order dated March 10, 2005, Third Party Defendant, TIG Insurance Company ("TIG") has filed the following documents:

1. Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery;

2. TIG Insurance Company's Memorandum of Law in Support of its Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery;

3. Declaration of Brian J. O'Sullivan in Support of TIG Insurance Company's Memorandum of Law in Support of its Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery;

4.  Trustmark Insurance Company's Opposition to TIG's Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery;

5.  TIG Insurance Company's Reply Memorandum of Law in Further Support of Its Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery; and

6.  Declaration of Brian C. Fournier in Further Support of TIG Insurance Company's Reply Memorandum of Law in Further Support of Its Motion to Strike the Rebuttal Expert Report of Stephen Hartigan and/or to Compel Additional Discovery.

THIRD PARTY DEFENDANT
TIG INSURANCE COMPANY

By: _____
J. Daniel Sagarin   CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on March 18, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Anne E. Hutchinson, Esq.
Lee D. Vartan, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

_____
Brian C. Fournier