IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>                                                   Plaintiff,<br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br>                                                   Defendant. | CIVIL ACTION NO.<br><br>3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>                                   Third-Party Plaintiff,<br>v.<br><br>TIG INSURANCE COMPANY,<br><br>                                   Third-Party Defendant. | February 24, 2005 |

**MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF STEPHEN
HARTIGAN AND/OR TO COMPEL ADDITIONAL DISCOVERY**

Third Party Defendant, TIG Insurance Company ("TIG"), hereby moves to strike the rebuttal expert report that Trustmark Insurance Company ("Trustmark") has submitted from Stephen A. Hartigan and/or permit TIG and Security Insurance Company of Hartford ("Security") to conduct additional discovery concerning Mr. Hartigan's prior dealings with Trustmark and WEB. The grounds for this motion are set forth in the accompanying memorandum of law and declaration in support thereof, to which this Court is respectfully referred.

WHEREFORE, TIG respectfully requests that this Court grant its motion to strike Mr. Hartigan's rebuttal expert report and/or to permit TIG to conduct additional discovery concerning Mr. Hartigan's involvement with Trustmark and/or WEB.

THIRD PARTY DEFENDANT,

By: _____

J. Daniel Sagarin  CT04289
David Slossberg CT 13116
Brian C. Fournier CT16272
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800

-and-

Larry I. Brandes CT 23789
Harry P. Cohen CT 20446
Brian J. O'Sullivan CT 23790
CADWALADER, WICKERSHAM & TAFT, LLP
One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Attorneys for Defendant,
Third Party Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

Attorneys for Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL 60606-6473

Attorneys for Defendant,
Third Party Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Anne E. Hutchinson, Esq.
Lee D. Vartan, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY 10019-6092

Attorneys for Plaintiff

_____
Brian C. Fournier