UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>       Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>       Defendant. | CIVIL NO. 3:01-CV-2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>       Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>       Third Party Defendant. | February 22, 2005 |

**DECLARATION OF BRIAN J. O'SULLIVAN IN SUPPORT OF
TIG INSURANCE COMPANY'S MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF
STEPHEN HARTIGAN AND/OR COMPEL ADDITIONAL DISCOVERY**

    BRIAN J. O'SULLIVAN declares under penalty of perjury that the following is true and correct:

    1.  I am an attorney at Cadwalader, Wickersham & Taft LLP, counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation. I submit this declaration in support of TIG Insurance Company's Memorandum of Law in Support of its Motion to Strike the Rebuttal Report of Stephen Hartigan and/or Compel Additional Discovery.

NYLIB2 250995.1

2. Attached as Exhibit A hereto is the Rebuttal Report of Stephen A. Hartigan, dated January 14, 2005.

3. Attached as Exhibit B hereto is the First Amended Complaint in *United States Life Insurance Co. of New York v. Trustmark Insurance Co.*, Civ. No. 3:03CV2114 (PCD), dated August 27, 2004.

4. Attached as Exhibit C hereto is a fax from Mike Hawksworth to Frank Kophamel re: WEB Valuation, dated January 25, 2000 (TM/R 042631-TM/R 042632).

5. Attached as Exhibit D hereto is an excerpt from the Deposition of Stephen A. Hartigan, dated February 8, 2005.

NYLIB2 250995.1

Executed on: February 22, 2005.

By: _____
Brian J. O'Sullivan

3

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2005, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

| | | |
|---|---|---|
| Frank F. Coulom, Jr., Esq.<br>Marion B. Manzo, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br><br>Attorneys for Plaintiff | Mark B. Holton, Esq.<br>Kathryn E. Nealon, Esq.<br>Ayn B. Ducao, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>Attorneys for Plaintiff | David J. Grais, Esq.<br>Kathryn C. Ellsworth, Esq.<br>Anne E. Hutchinson, Esq.<br>Lee D. Vartan, Esq.<br>Dewey Ballantine LLP<br>1301 Ave of the Americas<br>New York, NY 10019-6092<br><br>Attorneys for Plaintiff |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06511-1746<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | David M. Spector, Esq.<br>Everett J. Cygal, Esq.<br>Amy M. Rubenstein, Esq.<br>Dennis G. LaGory, Esq.<br>Sharon A. Doherty, Esq.<br>John A. Bannon, Esq.<br>Roger Pascal, Esq.<br>Schiff Hardin & Waite<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br><br>Attorneys for Defendant,<br>Third Party Plaintiff | |

_____
Brian C. Fournier