2828 Enterprise Drive
Anderson, IN 46013
Phone: (765)-778-8511 x5730
Fax:   (765)-778-8050

**Trustmark Insurance Company**

# Fax

| To: | Franklin Kephart / Scott Vandermyde | From: | Mike Hawksworth |
|---|---|---|---|
| Fax: | 732-922-7196 / (312)-879-4869 | Pages: | 19 |
| Phone: | 732-922-7467 / (312)-879-2227 | Date: | 01/25/00 |
| Re: | WEB Valuation | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Scott-

Attached are several items to look at on the WEB valuation:

- First 3 pp. – This is a master list of all the WEB accounts, sorted by Reserve Method, showing gross premium volume (through 12/31/99) and net retained. The reserve categories are:

  - ARTIS – This is similar business, mostly QS of first dollar comp business, on which we have no claim data whatsoever. I will be using a very conservative pricing loss ratio on this block (probably around 110% net). I'll obviously give you details.

  - GAN – This treaty is targeted for rescission. At current, the thought is to zero out the contract's impact, and put up a general reserve for contingent losses.

  - High PA – This business is high layer PA (generally excess $1M). There are almost no paid or reported claims on the entire block. I will be using a conservative loss ratio for this block.

  - High WC – Again, very few claims here (except a few groups). Another candidate for a loss ratio method.

  - Low PA – This block is Personal Accident business with a lower than $1M attachment point, i.e. working layers. There are claims paid and incurred on these layers. I will be analyzing gross and net losses for 1998 (which is presumably reported fairly well by now) and using similar loss ratios for 1999.

TM/R042631
Highly Confidential

January 25, 2000

- Madison – This is the SCB produced business which is being analyzed by Madison Consulting Group, a spin-off from Wakely in Georgia. The work is being done under the direction of Mark Crawshaw, FCAS, MAAA. We will be relying on Mark for both the data, and the analysis.

- Manual – This are groups which don't fit any other category, which I will be looking at individually. The largest are already done. i.e. PacRim TIG, etc. I don't know how much time I will spend on the remainder, since the premium is fairly insignificant.

- RAD PA – This block is similar PA business from the London Market produced through a certain broker (RAD). It is large enough to be considered its own block for experience purposes. It will be handled much like the Low PA block in terms of setting incurred claims.

- Next 9 pp. – The analysis to back-up the High WC block. Similar memos will be prepared for PA High, PA Low, and RAD PA.

- Next 5 pp. – A sample report from Madison for a piece of SCB business (Clarendon Florida Agency Program). This format is used for all the data being provided by Madison, and basically is a BHF approach using both Paid and Reported claims. Please look it over and let me know if you have any comments.

Thanks for your help, Scott. Let me know if you have questions or concerns.

-Mike

• Page 2

TM/R042632
Highly Confidential