## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>-against-<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | Civil No. 3:01 CV 2198 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>-against-<br><br>TIG INSURANCE COMPANY,<br><br>Third Party Defendant. | March 18, 2005 |

### DECLARATION OF BRIAN C. FOURNIER IN FURTHER SUPPORT OF TIG INSURANCE COMPANY'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE THE REBUTTAL EXPERT REPORT OF STEPHEN HARTIGAN AND/OR TO COMPEL ADDITIONAL DISOVERY

BRIAN C. FOURNIER declares under penalty of perjury that the following is true and correct:

1.      I am an attorney at Hurwitz, Sagarin & Slossberg, LLC, counsel to Third Party Defendant TIG Insurance Company ("TIG") in the above-captioned litigation.  I submit this declaration in support of TIG Insurance Company's Reply Memorandum in Support of its Motion to Strike the Rebuttal Report of Stephen Hartigan and/or to Compel Additional Discovery.

2.      Attached hereto as Exhibit E is an excerpt from the Deposition of Stephen A. Hartigan, dated February 9, 2005 (Cover Sheet and Pages 306-309).

3.    Attached hereto as Exhibit F is an excerpt from the Continued Videotaped

Deposition of Robin Ekwall, dated February 11, 2005 (Cover Sheet and Pages 618-625 and 698-

701).

Executed on March 18, 2005

By:_____

BRIAN C. FOURNIER

## CERTIFICATE OF SERVICE

This is to certify that on March 18, 2004, a true and correct copy of the foregoing was sent via facsimile and mailed, postage prepaid, first class mail, to:

Frank F. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Attorneys for Plaintiff

Mark B. Holton, Esq.
Kathryn E. Nealon, Esq.
Ayn B. Ducao, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193

Attorneys for Plaintiff

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Anne E. Hutchinson, Esq.
Lee D. Vartan, Esq.
Dewey Ballantine LLP
1301 Ave of the Americas
New York, NY  10019-6092

Attorneys for Plaintiff

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06511-1746

Attorneys for Defendant,
Third Party Plaintiff

David M. Spector, Esq.
Everett J. Cygal, Esq.
Amy M. Rubenstein, Esq.
Dennis G. LaGory, Esq.
Sharon A. Doherty, Esq.
John A. Bannon, Esq.
Roger Pascal, Esq.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, IL  60606-6473

Attorneys for Defendant,
Third Party Plaintiff

Brian C. Fournier