1

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF CONNECTICUT

4    ------------------------------x

5    SECURITY INSURANCE COMPANY OF

6    HARTFORD,

7                    Plaintiff,

8            v.                301 Cv. 2198 (PCD)

9    TRUSTMARK INSURANCE COMPANY,

10                   Defendant.

11   ------------------------------x

12   TRUSTMARK INSURANCE COMPANY,

13       Third-Party Plaintiff,

14            v.

15   TIG INSURANCE COMPANY,

16       Third-Party Defendant.

17   ------------------------------x

18                   VOLUME II

19           DEPOSITION OF STEVEN HARTIGAN

20               New York, New York

21               February 9, 2005

22   Reported by:

23   MARY F. BOWMAN, RPR, CRR

24   JOB NO. 170106

25

Hartigan

1                 Hartigan
2 information that we sent you, that the information
3 that we sent you didn't include losses, which are
4 now included on there. We made the mistake and we
5 think that, you know, we should genuinely offer
6 you the opportunity to revisit your calculations.
7 They could have been more up front in their
8 approach to the reinsurer than they were.
9     Q.   OK.
10     A.   In my opinion.
11         MR. O'SULLIVAN: My last couple of
12 questions.
13         MR. BANNON: Quick.
14         MR. O'SULLIVAN: I am going to ask him
15 in connection with his other engagements for
16 TrustMark that we got into yesterday, which
17 you didn't allow.
18         MR. BANNON: I am not going to allow
19 him today either.
20         MR. O'SULLIVAN: What I am going to
21 ask him is to identify the cedents, because,
22 you know, based upon your confidentiality
23 objection, we have the right to call them up
24 and see if they have any objection to the
25 disclosure of this information.

Hartigan

1                 Hartigan
2     A.   I will have to follow that advice.
3         MR. BANNON: Time is up.
4         MR. O'SULLIVAN: We reserve all of our
5 rights with respect to everything we fought
6 about yesterday.
7         MS. ELLSWORTH: Thank you for your
8 time.
9         MR. O'SULLIVAN: Thank you very much.
10         THE VIDEOGRAPHER: The time is 1 p.m.
11 This is the end of the videotape deposition
12 of Mr. Steven Hartigan.
13
14
              STEVEN HARTIGAN
15
16 Subscribed and sworn to
17 before me this    day
18 of February, 2005.
19
20    _____
21
22
23
24
25

1                 Hartigan
2         MR. BANNON: I am not going to let him
3 answer that question. You can ask it, but I
4 am not going to let him answer it, and we
5 can deal with it.
6         MR. O'SULLIVAN: OK.
7     Q.   Who were the cedents in each of the
8 disputes that you have been retained by TrustMark
9 as either an expert or a consultant?
10         MR. BANNON: And I will instruct you
11 not to answer that, but based on the reasons
12 we talked about yesterday and the rulings of
13 the court.
14       (Continued on next page for jurat)
15
16
17
18
19
20
21
22
23
24
25

1                 Hartigan
2
3               EXHIBITS
4 Exhibit No.            Marked
5 1182    document Bates stamped S    209
6       Hartigan 000160 through 161,
7 1183      document Bates stamped S    210
8       Hartigan 00011 through 54
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

37 (Pages 306 to 309)