UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, | : | |
| Plaintiff, | : | Case. No. 3:01cv2198 (PCD) |
| | : | |
| -vs- | : | |
| | : | |
| TRUSTMARK INSURANCE COMPANY, | : | |
| Defendant. | : | |
| ------------------------------------------------------- | | |
| TRUSTMARK INSURANCE COMPANY | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| TIG INSURANCE COMPANY | : | |
| Third-Party Defendant. | : | |

## **ORDER**

Trustmark's Motion for Leave to File [Doc. No. 353] is **granted**, although the issue is moot as the Court already ruled on the motion for summary judgment without relying on Trustmark's additional filings.

SO ORDERED.

Dated at New Haven, Connecticut, March  22 , 2005.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court