UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUSTMARK INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ )<br>)<br>TRUSTMARK INSURANCE COMPANY, )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>TIG INSURANCE COMPANY, )<br>)<br>Third Party Defendant. ) | Civil No. 3:01cv2198(PCD)<br><br><br><br>APRIL 21, 2005 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Security Insurance Company of Hartford, Defendant/Third-Party Plaintiff Trustmark Insurance Company and Third-Party Defendant TIG Insurance Company, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice and without costs to any party.

970739.doc

PLAINTIFF SECURITY INSURANCE
COMPANY OF HARTFORD

By: _____
Frank F. Coulom, Jr. (CT 05230)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8200
Fax. (860) 275-8299
Email: fcoulom@rc.com


DEFENDANT/THIRD PARTY PLAINTIFF
TRUSTMARK INSURANCE COMPANY

By: _____
David R. Schaefer, Esq. (CT 04334)
Rowena A. Moffett, Esq. (CT 19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com
        dschaefer@bswlaw.com


THIRD PARTY DEFENDANT TIG INSURANCE
COMPANY

By: _____
Daniel J. Sagarin (CT 04289)
David A. Slossberg (CT _____)
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800
Email: dsagarin@hss-law.com
        dslossberg@hss-law.com

970739.doc

PLAINTIFF SECURITY INSURANCE
COMPANY OF HARTFORD


By:_____
    Frank F. Coulom, Jr. (CT_____)
    ROBINSON & COLE LLP
    280 Trumbull Street
    Hartford, CT 06103
    Tel. (860) 275-8200
    Fax. (860) 275-8299
    Email: fcoulom@rc.com


DEFENDANT/THIRD PARTY PLAINTIFF
TRUSTMARK INSURANCE COMPANY


By: _____
David R. Schaefer, Esq. (CT 04334)
Rowena A. Moffett, Esq. (CT 19811)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com
       dschaefer@bswlaw.com

THIRD PARTY DEFENDANT TIG INSURANCE
COMPANY


By:\_\_\_\_*/s/ David Slossberg*_____
Daniel J. Sagarin (CT 04289)
David A. Slossberg (CT 13116)
HURWITZ, SAGARIN & SLOSSBERG, LLC
147 North Broad Street
Milford, Connecticut 06460-0112
Tel.: (203) 877-8000
Fax: (203) 878-9800
Email: dsagarin@hss-law.com
       dslossberg@hss-law.com

970739_1.doc

2

## CERTIFICATE OF SERVICE

I, Rowena A. Moffett, Esq., do certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was sent by facsimile and federal express on April 26, 2005 addressed to:

Frank F. Coulom, Jr., Esq.
Marion Manzo
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Mark H. Holton, Esq.
Kate Nealon, Esq.
Gibson Dunn & Crutcher
200 Park Avenue, Floor 48
New York, NY 10166

David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Daniel J. Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz & Sagarin
147 North Broad Street
Milford, CT 06460-0112

Harry P. Cohen, Esq.
Brian J. O'Sullivan, Esq.
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

_____
Rowena A. Moffett

970739.doc

3